United States Bankruptcy Court
Southern District of Florida

In re:  
Alina Alvarez Lujardo  
    Debtor

Case No. 15-13429-AJC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113C-1    User: lebronl    Page 1 of 1    Date Rcvd: Feb 26, 2015  
                       Form ID: CGFI2    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2015.  
db         Alina Alvarez Lujardo,    2231 SW 82nd Pl,    Miami, FL  33155-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2015                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2015 at the address(es) listed below:  
          Maite L. Diaz, Esq.    on behalf of Debtor Alina Alvarez Lujardo mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com  
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov  
          Ross R Hartog    rhartog@mrthlaw.com,    FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com  
                                                                                                           TOTAL: 3

CGFI2 (12/1/14)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 15–13429–AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alina Alvarez Lujardo
aka Alina Alzugaray
2231 SW 82nd Pl
Miami, FL 33155–1250
SSN: xxx–xx–0000

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **February 25, 2015**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**The petition was not accompanied by the Official Bankruptcy Form "Statement of Social–Security Number(s) (or other Individual Taxpayer– Identification Number(s) (ITIN(s)))".** [See Bankruptcy Rule 1007(f).]
**Deadline to correct deficiency: 3/5/15**

**Local Form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" containing imaged signature(s) of the debtor and/or joint debtor** is deficient as indicated (See Local Rule 1007–1(D)):    NOT FILED
**Deadline to correct deficiency: 3/5/15**

**Schedules of assets and liabilities.** The following schedules were not filed.
**Deadline to correct deficiency: 3/11/15**

- Official Bankruptcy Form B6 Summary of Schedules and/or (Part two Statistical Summary only required in individual debtor cases)
- Official Bankruptcy Form B6A Real Property
- Official Bankruptcy Form B6B Personal Property
- Official Bankruptcy Form B6C Property Claimed As Exempt
- Official Bankruptcy Form B6D Creditors Holding Secured Claims
- Official Bankruptcy Form B6E Creditors Holding Unsecured Priority Claims
- Official Bankruptcy Form B6F Creditors Holding Unsecured Nonpriority Claims
- Official Bankruptcy Form B6G Executory Contracts and Unexpired Leases
- Official Bankruptcy Form B6H Codebtors Form
- Official Bankruptcy Form B6I Current Income of Individual Debtor(s)
- Official Bankruptcy Form B6J Current Expenditures of Individual Debtor(s)

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form B6 Declaration) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
**Deadline to correct deficiency: 3/11/15**

- ☐ Declaration not filed
- ☐ Declaration not signed
- ☒ Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form B7) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 3/11/15**

- ☒ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Chapter 7 Statement of Your Monthly Income** (Official Bankruptcy Form B 22A–1) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 3/11/15**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(F). Payment advices are deficient as indicated: **NOT FILED**
**Deadline to correct deficiency: 3/11/15**

**Please also be advised** of the following local requirements when correcting any deficiency related to filing of petitions, schedules, statements or lists:

1. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements; and

2. The Local Form "Declaration Under Penalty of Perjury to Accompany Electronically Filed Petitions, Schedules and Statements" (LF–11) must accompany any electronically filed schedule or statement filed without an imaged signature.

**Dated:** 2/26/15                                      **CLERK OF COURT**
                                                         By: Lorraine Lebron , Deputy Clerk

*Copies to:*   Debtor
               Attorney for Debtor