

March 10, 2015

Clerk, United States Bankruptcy Court
Southern District of Florida
Miami Division

**<u>REQUEST FOR SERVICE OF NOTICES</u>**

| | | |
|---|---|---|
| RE: Debtor(s) | : | Alina Alvarez Lujardo |
| Case Number | : | 15-13429-AJC |
| Chapter | : | 7 |
| Secured Creditor | : | Wells Fargo Bank, NA |
| Loan Number | : | 0088 |

Dear Sir / Madam:

     Would you please add the following interested party to the mailing / service list in the above referenced case:

          Wells Fargo Bank, NA
          c/o Aldridge Connors LLP
          Bankruptcy Department
          Fifteen Piedmont Center
          3575 Piedmont Road, N.E., Suite 500
          Atlanta, GA 30305

     Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

          Very Truly Yours,

          <u>/s/ Alice Blanco</u>
          Alice Blanco, Esq.
          Agent for Wells Fargo Bank, NA

cc: Debtor's Counsel
    Trustee
    United States Trustee

                                            Fifteen Piedmont Center
                                            3575 Piedmont Road, N.E.
                                            Suite 500
                                            Atlanta, GA 30305
                                            P:  404~994~7400
                                            F:  888~246~7307