United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 15-13429-AJC
Alina Alvarez Lujardo                                               Chapter 7
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 113C-1          User: snipesj           Page 1 of 3           Date Rcvd: Mar 09, 2015
                              Form ID: B9A            Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2015.
db            Alina Alvarez Lujardo,   2231 SW 82nd Pl,   Miami, FL  33155-1250
92850646      Aldridge Connors LLP,   1615 S Congress Ave Ste 200,   Delray Beach, FL  33445-6326
92850649      Bank Atlantic Il,   1750 E Sunrise Blvd,   Fort Lauderdale, FL  33304-3013
92850650      Bank Atlantic/Bb&T,   200 W 2nd St,   Winston Salem, NC  27101-4019
92850653      Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   PO Box 5170,
              Simi Valley, CA  93062-5170
92850656      Bk of Amer,   1800 Tapo Canyon Rd,   Simi Valley, CA  93063-6712
92850657     +Bmw Bank of North Amer,   2735 E Parleys Way,   Salt Lake City, UT 84109-1666
92850660      Cap1/casml,   PO Box 5253,   Carol Stream, IL  60197-5253
92850662      Cap1/saks,   3455 Highway 80 W,   Jackson, MS  39209-7202
92850663      Capital One, N.A.,   Capital,   1 Bank USA N # A,   Salt Lake City, UT  84130
92850667      Citibank,   Citicorp Credit Srvs/Centralized Bankrup,   PO Box 790040,
              Saint Louis, MO  63179-0040
92850668      Citibank NA,   Citicorp/Attn: Centralized Bankruptcy,   PO Box 790040,
              Saint Louis, MO  63179-0040
92850670      Citibank/the Home Depot,   Citicorp Credit Srvs/Centralized Bankrup,   PO Box 790040,
              Saint Louis, MO  63179-0040
92850690      Mayors Jewel,   PO Box 94498,   Las Vegas, NV  89193-4498
92850693      Ocean Bank,   200 NE 3rd Ave,   Fort Lauderdale, FL  33301-1148
92850695     +Special Asst. U.S. Attorney,   1000 S. Pine Island Road #300,   Fort Lauderdale, FL 33324-3910
92850709      U.S. Attorney General,   950 Pennsylvania Ave NW,   Washington, DC  20530-0009
92850710     +United States Attorney,   99 NE 4th St,   Miami, FL 33132-2145
92850713    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
              Frederick, MD  21701-4747)
92850714      Wffnb/Mattress Giant,   PO Box 94498,   Las Vegas, NV  89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: mdiazcourt@gmail.com Mar 10 2015 00:37:35     Maite L. Diaz, Esq.,   P O B 820300,
              Pembroke Pines, FL  33082
tr           +EDI: QRRHARTOG.COM Mar 10 2015 00:28:00     Ross R Hartog,   9130 S Dadeland Blvd # 1800,
              Miami, FL 33156-7858
smg           EDI: FLDEPREV.COM Mar 10 2015 00:28:00     Florida Department of Revenue,   POB 6668,
              Tallahassee, FL  32314-6668
ust          +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Mar 10 2015 00:38:20     Office of the US Trustee,
              51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
92850647      EDI: BECKLEE.COM Mar 10 2015 00:28:00     American Express,   PO Box 3001,
              Malvern, PA  19355-0701
92850648      EDI: AMEREXPR.COM Mar 10 2015 00:28:00     Amex,   PO Box 981537,   El Paso, TX  79998-1537
92850651      EDI: BANKAMER.COM Mar 10 2015 00:28:00     Bank of America,   Attention: Recovery Department,
              4161 Piedmont Pkwy,   Greensboro, NC  27410-8110
92850652      EDI: BANKAMER.COM Mar 10 2015 00:28:00     Bank of America,   PO Box 982236,
              El Paso, TX  79998-2236
92850654      EDI: BANKAMER.COM Mar 10 2015 00:28:00     Bk of Amer,   PO Box 982235,
              El Paso, TX  79998-2235
92850655     +EDI: BANKAMER.COM Mar 10 2015 00:28:00     Bk of Amer,   9000 Southside Blvd Bldg,
              Jacksonville, FL 32256-6705
92850658      EDI: CAPITALONE.COM Mar 10 2015 00:28:00     Cap One,   PO Box 85015,
              Richmond, VA  23285-5015
92850669      EDI: CITICORP.COM Mar 10 2015 00:28:00     Citibank Sd, NA,   Attn: Centralized Bankruptcy,
              PO Box 20363,   Kansas City, MO  64195-0363
92850672      EDI: CITICORP.COM Mar 10 2015 00:28:00     Citibusiness Card,   PO Box 183051,
              Columbus, OH  43218-3051
92850659      EDI: CAPITALONE.COM Mar 10 2015 00:28:00     Cap1/bstby,   PO Box 30253,
              Salt Lake City, UT  84130-0253
92850661     +EDI: CAPITALONE.COM Mar 10 2015 00:28:00     Cap1/neimn,   26525 N Riverwoods Blvd,
              Mettawa, IL 60045-3440
92850664      EDI: CHASE.COM Mar 10 2015 00:28:00     Chase Card,   PO Box 15298,
              Wilmington, DE  19850-5298
92850665      EDI: CITICORP.COM Mar 10 2015 00:28:00     Citi,   PO Box 6241,   Sioux Falls, SD  57117-6241
92850666     +EDI: CITICORP.COM Mar 10 2015 00:28:00     Citi,   701 E 60th St N,
              Sioux Falls, SD 57104-0493
92850671      EDI: CITICORP.COM Mar 10 2015 00:28:00     Citibankna,   PO Box 769006,
              San Antonio, TX  78245-9006
92850673      EDI: WFNNB.COM Mar 10 2015 00:28:00     Comenity Bank/American Signature,   Attn: Bankruptcy,
              PO Box 182125,   Columbus, OH  43218-2125
92850674      EDI: WFNNB.COM Mar 10 2015 00:28:00     Comenity Bank/Amsgnfrn,   4590 E Broad St,
              Columbus, OH  43213-1301
92850675      EDI: WFNNB.COM Mar 10 2015 00:28:00     Comenity Bank/Avenue,   PO Box 182789,
              Columbus, OH  43218-2789
92850676      EDI: WFNNB.COM Mar 10 2015 00:28:00     Comenity Bank/New York & Company,
              Attention: Bankruptcy,   PO Box 182686,   Columbus, OH  43218-2686

District/off: 113C-1          User: snipesj          Page 2 of 3          Date Rcvd: Mar 09, 2015
                             Form ID: B9A            Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
92850677        EDI: WFNNB.COM Mar 10 2015 00:28:00      Comenity Bank/Nwyrk&Co,   220 W Schrock Rd,
                Westerville, OH  43081-2873
92850678        EDI: WFNNB.COM Mar 10 2015 00:28:00      Comenity Bank/Vctrssec,   PO Box 182789,
                Columbus, OH  43218-2789
92850679        EDI: RCSDELL.COM Mar 10 2015 00:28:00    Dell Financial Services,
                Dell Financial Services Attn: Bankrupcty,   PO Box 81577,   Austin, TX  78708-1577
92850681        EDI: DISCOVER.COM Mar 10 2015 00:28:00   Discover Fin Svcs LLC,   PO Box 15316,
                Wilmington, DE  19850-5316
92850682        EDI: TSYS2.COM Mar 10 2015 00:28:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH  45040-8999
92850683        EDI: RMSC.COM Mar 10 2015 00:28:00       GECRB/ Dillards,   Attn: Bankruptcy,   PO Box 103104,
                Roswell, GA  30076-9104
92850686        EDI: RMSC.COM Mar 10 2015 00:28:00       GECRB/Lowes,   Attention: Bankruptcy Department,
                PO Box 103104,   Roswell, GA  30076-9104
92850684        EDI: RMSC.COM Mar 10 2015 00:28:00       Gecrb/ Old Navy,   Attention: GEMB,   PO Box 103104,
                Roswell, GA  30076-9104
92850685        EDI: RMSC.COM Mar 10 2015 00:28:00       Gecrb/Brook Brothers,   Attn: Bankruptcy,
                PO Box 103104,   Roswell, GA  30076-9104
92850687        EDI: RMSC.COM Mar 10 2015 00:28:00       Gecrb/Sams Club,   GECRB/Sams Club,   PO Box 103104,
                Roswell, GA  30076-9104
92850688        EDI: RMSC.COM Mar 10 2015 00:28:00       Gemb/Walmart,   Attn: Bankruptcy,   PO Box 103104,
                Roswell, GA  30076-9104
92850689        EDI: IRS.COM Mar 10 2015 00:28:00        Internal Revenue Service,   PO Box 7346,
                Philadelphia, PA  19101-7346
92850692        E-mail/Text: bnc@nordstrom.com Mar 10 2015 00:37:55      Nordstrom FSB,
                Attention: Account Services,   PO Box 6566,   Englewood, CO  80155-6566
92850691        E-mail/Text: bnc@nordstrom.com Mar 10 2015 00:37:56      Nordstrom Fsb,   PO Box 6555,
                Englewood, CO  80155-6555
92850694        EDI: SEARS.COM Mar 10 2015 00:28:00      Sears/Cbna,   PO Box 6189,
                Sioux Falls, SD  57117-6189
92850697        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/Brook Bros,   4125 Windward Plz,
                Alpharetta, GA  30005-8738
92850698        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/Care Credit,   PO Box 965036,
                Orlando, FL  32896-5036
92850703        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/Old Navy,   PO Box 965005,
                Orlando, FL  32896-5005
92850704        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/Sams Club DC,   PO Box 965005,
                Orlando, FL  32896-5005
92850706        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/Walmart,   4125 Windward Plz,
                Alpharetta, GA  30005-8738
92850696        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/banana Rep,   PO Box 965005,
                Orlando, FL  32896-5005
92850699        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/dillar,   PO Box 965024,   Orlando, FL  32896-5024
92850700        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/gap,   PO Box 965005,   Orlando, FL  32896-5005
92850701        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/lord & Tay,   4125 Windward Plz,
                Alpharetta, GA  30005-8738
92850702        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/lowes,   PO Box 965005,   Orlando, FL  32896-5005
92850705        EDI: RMSC.COM Mar 10 2015 00:28:00       Syncb/tjx Cos Dc,   4125 Windward Plz,
                Alpharetta, GA  30005-8738
92850707        EDI: WTRRNBANK.COM Mar 10 2015 00:28:00  Target Nb,   PO Box 673,
                Minneapolis, MN  55440-0673
92850708        EDI: CITICORP.COM Mar 10 2015 00:28:00   Thd/Cbna,   PO Box 6497,
                Sioux Falls, SD  57117-6497
92850712        E-mail/Text: vci.bkcy@vwcredit.com Mar 10 2015 00:38:45      VW Credit Inc,   1401 Franklin Blvd,
                Libertyville, IL  60048-4460
92850711        E-mail/Text: vci.bkcy@vwcredit.com Mar 10 2015 00:38:45      Volkswagon Credit Inc,
                National Bankruptcy Services,   9441 Lyndon B Johnson Fwy Ste 250,   Dallas, TX  75243-4640
                                                                                     TOTAL: 53

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92850680*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dfs/webbank,   1 Dell Way,   Round Rock, TX  78682-7000)
                                                                     TOTALS: 0, * 1, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113C-1          User: snipesj          Page 3 of 3          Date Rcvd: Mar 09, 2015
                             Form ID: B9A            Total Noticed: 73
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2015                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2015 at the address(es) listed below:
          Maite L. Diaz, Esq.    on behalf of Debtor Alina Alvarez Lujardo mdiazcourt@gmail.com,
           maitediaz@notify.cincompass.com,ecfdiaz@gmail.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Ross R Hartog    rhartog@mrthlaw.com,  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
                                                                       TOTAL: 3
```

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/10/14)  Case Number **15–13429–AJC**

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/25/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.

All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office. **NOTE: THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**\*\* See Reverse Side For Important Explanations and SDFL Local Court Requirements. \*\***

**Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years):**
Alina Alvarez Lujardo
aka Alina Alzugaray
2231 SW 82nd Pl
Miami, FL 33155–1250

| **Case Number:** 15–13429–AJC | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:** xxx–xx–6526 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:** Maite L. Diaz Esq. P O B 820300 Pembroke Pines, FL 33082 **Telephone number:** 954–300–3915 | **Bankruptcy Trustee (name and address):** Ross R Hartog 9130 S Dadeland Blvd # 1800 Miami, FL 33156 **Telephone number:** 305–670–5000 |

## MEETING OF CREDITORS
Date: **April 1, 2015**          Time: **02:00 PM**
Location: **Claude Pepper Federal Bldg, 51 SW First Ave Room 102, Miami, FL 33130**

**Note: Debtors must bring original government–issued photo identification and proof of the social security number (or if applicable Tax ID) to this meeting.**

**WARNING TO DEBTOR:** Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:** 6/1/15
**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.
**Deadline to Object to Exemptions:**
30 days after the conclusion of the meeting of creditors or within 30 days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:** US Bankruptcy Court 301 North Miami Avenue, Room 150 Miami, FL 33128 Telephone:(305)714–1800 | |
|---|---|
| **Hours Open:** Monday – Friday 8:30 AM – 4:00 PM Closed all Legal Holidays | **Clerk of the Bankruptcy Court:** Joseph Falzone **For:** Judge A. Jay Cristol **Date:** 3/9/15 |

# EXPLANATIONS

FORM B9A (10/10/14)

| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
|---|---|
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government–issued photo identification and proof of the social security number (or, if applicable, Tax ID) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date specified in a notice filed with the court. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019–1(E) and 3002–1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or file a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– by the "Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts" listed on the front side of this form. The bankruptcy clerk's office must receive the complaint or motion and the required filing fee by that deadline. Writing a letter to the court or judge is not sufficient. The discharge will not be issued until the Official Bankruptcy Form "Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management" is filed by the debtor (unless the course provider filed a certificate of completion of the financial management course on behalf of the debtor). |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format at any clerk's office public terminal (at no charge for viewing ) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (866) 222–8029. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 business days. Objections to the report must be filed within 14 days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

–– Refer to Other Side for Important Deadlines and Notices ––