UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                                                    Case No: 15-13429

                                                                                          Chapter 7

Alina Alvarez Lujardo
                    Debtors/
_____

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, PLAN AND FORMS

The Debtor(s), Alina Alvarez Lujardo, moves as follows:

1. On February 24 2015, the Debtors, filed a Chapter 7 Bankruptcy Petition.

2. The balance of schedules and forms is due on March 10,2015.

3. Undersigned counsel needs an additional 5 days to finalize debtors schedules.
4. 
   WHEREFORE, counsel respectfully requests that this Honorable Court grant an extension of Fourteen days, until March 16, 2015, to file all the required documents.

## CERTIFICATE OF SERVICE

I HEREBY Ross Hartog, TRUSTEE, Office of the US Trustee and the attached service list via US Mail/CM-ECF on this 13 day of March, 2015.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

                                                            Maite L. Diaz, Esq.
                                                            **Attorney for Debtor(s)**
                                                            POBOX 820300
                                                            South Florida, FL 33082
                                                            Telephone: 954-389-1667

By: /s/ Maite L. Diaz
MAITE L. DIAZ, Esq.
Florida Bar No. 025880