**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                                                    Case No.
                                                                                              Chapter

Olga Ceballos

_____ Debtor_____/

## **DECLARATION REGARDING PAYMENT ADVICES**

**Debtor**:

_____ Copies of all payment advices, pay stubs or other evidence of payment received by the
debtor from any employer within 60 days prior to the filing of the bankruptcy petition are
attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any
and all received and provide explanation that you didn't work the full 60 days.

_____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from
any employer during the 60 days prior to filing the bankruptcy petition.

 X ____ Copies of all payment advices **are not** attached because the debtor:
     ___receives disability payments
     ___is unemployed and does not receive unemployment compensation
     ___receives Social Security payments
     ___receives a pension
     ___does not work outside the home
      X is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide
some or all copies of payment advices or other evidence of payment received
Explain:

**Joint Debtor (if applicable):**

_____ Copies of payment advices, pay stubs or other evidence of payment received by the joint
debtor from any employer within 60 days prior to the filing of the bankruptcy petition are
attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any
and all received and provide explanation that you didn't work the full 60 days.

_____ )

_____ Copies of payment advices **are not** attached because the joint debtor had no income from
any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of payment advices **are not** attached because the joint debtor:

    ____receives disability payments

    ____is unemployed and does not receive unemployment compensation

    ____receives Social Security payments

    ____receives a pension

    ____does not work outside the home

    ____is self employed and does not receive payment advices

_____ None of the statements above apply, however,  the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or  payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.  See Local Rule 5005-1(A)(2).*

/s/ Maite Diaz

_____    Date: 12/7/2014 _____

Signature of Attorney or Debtor

_____    Date:_____

Signature of Joint Debtor, if applicable