

## ORDERED in the Southern District of Florida on March 19, 2015.

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                    Case No: 15-13429-AJC

Alina Alvarez Lujardo,                                    Chapter 7

      Debtor.

_____/

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES,
### PLAN[1] AND FORMS

THIS CAUSE came before the Court upon the Debtor's *Motion for Extension of Time to File Schedules, Plan[1] and Forms* [D.E. 11].  The Court having reviewed the record and being fully advised herein, it is

ORDERED that the Motion is GRANTED. The time within which the Debtor must cure all filing deficiencies is extended to **March 26, 2015.**

# # #

Copy to:
Maite L. Diaz, Esq.
Ross R. Hartog, Trustee

---

[1] Despite reference to a Plan in the Motion's title, no plan is required as this is a Chapter 7 filing.