Certificate Number: 16339-FLS-DE-025240855

Bankruptcy Case Number: 15-13429



16339-FLS-DE-025240855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2015, at 12:32 o'clock PM EDT, Alina Lujardo completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date:  March 24, 2015

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor