```
                          United States Bankruptcy Court
                           Southern District of Florida
In re:                                                                  Case No. 15-13429-AJC
Alina Alvarez Lujardo                                                   Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-1          User: admin                   Page 1 of 3                   Date Rcvd: Apr 03, 2015
                              Form ID: CGFD65               Total Noticed: 69


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2015.
db             Alina Alvarez Lujardo,    2231 SW 82nd Pl,    Miami, FL 33155-1250
smg            Florida Department of Revenue,    POB 6668,    Tallahassee, FL 32314-6668
cr            +Wells Fargo Bank, NA,   c/o Aldridge Connors LLP,    3575 Piedmont Rd, N.E. #500,
               Atlanta, GA 30305-1623
92850646       Aldridge Connors LLP,    1615 S Congress Ave Ste 200,    Delray Beach, FL 33445-6326
92850647       American Express,    PO Box 3001,    Malvern, PA 19355-0701
92850648       Amex,   PO Box 981537,    El Paso, TX 79998-1537
92850651      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Attention: Recovery Department,
                4161 Piedmont Pkwy,    Greensboro, NC 27410-8110)
92850649       Bank Atlantic Il,    1750 E Sunrise Blvd,    Fort Lauderdale, FL 33304-3013
92850650       Bank Atlantic/Bb&T,    200 W 2nd St,    Winston Salem, NC 27101-4019
92850653       Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                Simi Valley, CA 93062-5170
92850655      +Bk of Amer,   9000 Southside Blvd Bldg,     Jacksonville, FL 32256-6705
92850656       Bk of Amer,    1800 Tapo Canyon Rd,    Simi Valley, CA 93063-6712
92850657      +Bmw Bank of North Amer,    2735 E Parleys Way,    Salt Lake City, UT 84109-1666
92850658      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     PO Box 85015,    Richmond, VA 23285-5015)
92850669      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, NA,    Attn: Centralized Bankruptcy,    PO Box 20363,
                Kansas City, MO 64195-0363)
92850672      ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibusiness Card,    PO Box 183051,    Columbus, OH 43218-3051)
92850659       Cap1/bstby,   PO Box 30253,    Salt Lake City, UT 84130-0253
92850660       Cap1/casml,   PO Box 5253,    Carol Stream, IL 60197-5253
92850661      +Cap1/neimn,   26525 N Riverwoods Blvd,     Mettawa, IL 60045-3440
92850662       Cap1/saks,   3455 Highway 80 W,     Jackson, MS 39209-7202
92850663       Capital One, N.A.,    Capital,   1 Bank USA N # A,    Salt Lake City, UT 84130
92850664       Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
92850666      +Citi,   701 E 60th St N,    Sioux Falls, SD 57104-0493
92850665       Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
92850667       Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
92850668       Citibank NA,    Citicorp/Attn: Centralized Bankruptcy,    PO Box 790040,
                Saint Louis, MO 63179-0040
92850670       Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
92850671       Citibankna,   PO Box 769006,    San Antonio, TX 78245-9006
92850673       Comenity Bank/American Signature,    Attn: Bankruptcy,    PO Box 182125,
                Columbus, OH 43218-2125
92850674       Comenity Bank/Amsgnfrn,    4590 E Broad St,    Columbus, OH 43213-1301
92850675       Comenity Bank/Avenue,    PO Box 182789,    Columbus, OH 43218-2789
92850676       Comenity Bank/New York & Company,    Attention: Bankruptcy,    PO Box 182686,
                Columbus, OH 43218-2686
92850677       Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,    Westerville, OH 43081-2873
92850678       Comenity Bank/Vctrssec,    PO Box 182789,    Columbus, OH 43218-2789
92850679      ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,    Dell Financial Services Attn: Bankrupcty,
                PO Box 81577,    Austin, TX 78708-1577)
92850682       Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
92850690       Mayors Jewel,    PO Box 94498,    Las Vegas, NV 89193-4498
92850693       Ocean Bank,   200 NE 3rd Ave,    Fort Lauderdale, FL 33301-1148
92850694       Sears/Cbna,   PO Box 6189,    Sioux Falls, SD 57117-6189
92850695      +Special Asst. U.S. Attorney,    1000 S. Pine Island Road #300,    Fort Lauderdale, FL 33324-3910
92850707       Target Nb,    PO Box 673,    Minneapolis, MN 55440-0673
92850708       Thd/Cbna,   PO Box 6497,    Sioux Falls, SD 57117-6497
92850709       U.S. Attorney General,    950 Pennsylvania Ave NW,    Washington, DC 20530-0009
92850710      +United States Attorney,    99 NE 4th St,    Miami, FL 33132-2145
92850713      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701-4747)
92850714       Wffnb/Mattress Giant,    PO Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
92850681       E-mail/PDF: mrdiscen@discover.com Apr 03 2015 23:15:33      Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE 19850-5316
92850683       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:38      GECRB/ Dillards,
                Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
92850686       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:00      GECRB/Lowes,
                Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
92850684       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:38      Gecrb/ Old Navy,
                Attention: GEMB,    PO Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 113C-1           User: admin              Page 2 of 3                  Date Rcvd: Apr 03, 2015
                               Form ID: CGFD65          Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
92850685       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:38      Gecrb/Brook Brothers,
                 Attn: Bankruptcy,    PO Box 103104,    Roswell, GA  30076-9104
92850687       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:00      Gecrb/Sams Club,
                 GECRB/Sams Club,    PO Box 103104,    Roswell, GA  30076-9104
92850688       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:00      Gemb/Walmart,    Attn: Bankruptcy,
                 PO Box 103104,    Roswell, GA  30076-9104
92850689       E-mail/Text: cio.bncmail@irs.gov Apr 03 2015 23:17:15      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
92850692       E-mail/Text: bnc@nordstrom.com Apr 03 2015 23:17:01      Nordstrom FSB,
                 Attention: Account Services,    PO Box 6566,    Englewood, CO  80155-6566
92850691       E-mail/Text: bnc@nordstrom.com Apr 03 2015 23:17:01      Nordstrom Fsb,    PO Box 6555,
                 Englewood, CO  80155-6555
92850697       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:38      Syncb/Brook Bros,
                 4125 Windward Plz,    Alpharetta, GA  30005-8738
92850698       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:38      Syncb/Care Credit,
                 PO Box 965036,    Orlando, FL  32896-5036
92850703       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:21      Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL  32896-5005
92850704       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:21      Syncb/Sams Club DC,
                 PO Box 965005,    Orlando, FL  32896-5005
92850706       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:00      Syncb/Walmart,
                 4125 Windward Plz,    Alpharetta, GA  30005-8738
92850696       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:38      Syncb/banana Rep,    PO Box 965005,
                 Orlando, FL  32896-5005
92850699       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:21      Syncb/dillar,    PO Box 965024,
                 Orlando, FL  32896-5024
92850700       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:01      Syncb/gap,    PO Box 965005,
                 Orlando, FL  32896-5005
92850701       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:21      Syncb/lord & Tay,
                 4125 Windward Plz,    Alpharetta, GA  30005-8738
92850702       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:01      Syncb/lowes,    PO Box 965005,
                 Orlando, FL  32896-5005
92850705       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2015 23:09:22      Syncb/tjx Cos Dc,
                 4125 Windward Plz,    Alpharetta, GA  30005-8738
92850712       E-mail/Text: vci.bkcy@vwcredit.com Apr 03 2015 23:18:09      VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL  60048-4460
92850711       E-mail/Text: vci.bkcy@vwcredit.com Apr 03 2015 23:18:09      Volkswagon Credit Inc,
                 National Bankruptcy Services,    9441 Lyndon B Johnson Fwy Ste 250,    Dallas, TX  75243-4640
                                                                                                 TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
92850652*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
                (address filed with court:  Bank of America,     PO Box 982236,    El Paso, TX  79998-2236)
92850654*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX  79998-2238
                (address filed with court:  Bk of Amer,     PO Box 982235,    El Paso, TX  79998-2235)
92850680*     ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX  78708-1577
                (address filed with court:  Dfs/webbank,     1 Dell Way,    Round Rock, TX  78682-7000)
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2015                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2015 at the address(es) listed below:
```
              Alice A Blanco    on behalf of Creditor    Wells Fargo Bank, NA flecf@aclawllp.com
              Maite L. Diaz, Esq.    on behalf of Debtor Alina Alvarez Lujardo mdiazcourt@gmail.com,
               maitediaz@notify.cincompass.com,ecfdiaz@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
```

```
District/off: 113C-1              User: admin                Page 3 of 3              Date Rcvd: Apr 03, 2015
                                  Form ID: CGFD65            Total Noticed: 69
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ross R Hartog    rhartog@mrthlaw.com,  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
                                                                                                                                                                      TOTAL: 4

**CGFD65** (12/1/09)



**ORDERED in the Southern District of Florida on April 3, 2015**

_A. Jay Cristol_
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15−13429−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alina Alvarez Lujardo
aka Alina Alzugaray
2231 SW 82nd Pl
Miami, FL 33155−1250

SSN: xxx−xx−6526

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*