

**ORDERED in the Southern District of Florida on April 22, 2015.**

*A. Jay Cristol* (signature)

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor. / | |

**ORDER APPROVING EMPLOYMENT OF TRUSTEE'S**
**ATTORNEY  *NUNC PRO TUNC* TO APRIL 6, 2015**

THIS CAUSE came before the Court, *ex parte*, upon the *Trustee's Ex Parte Application for Employment of Attorney Nunc Pro Tunc to April 6, 2015* (the "Application") [ECF No. 23]. Upon the representations that John H. Lee is duly admitted to practice in this Court, that John H. Lee and Markowitz, Ringel, Trusty & Hartog, P.A., hold no interest adverse to the estate in the matters upon which they are engaged, that John H. Lee and Markowitz, Ringel, Trusty & Hartog, P.A. are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any

connections with parties as set forth in Federal Rule of Bankruptcy Procedure 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the Trustee is authorized to employ John H. Lee and the law firm of Markowitz, Ringel, Trusty & Hartog, P.A. as counsel for the Trustee, *nunc pro tunc* to April 6, 2015, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
564027