```
                              United States Bankruptcy Court
                              Southern District of Florida
In re:                                                                           Case No. 15-13429-AJC
Alina Alvarez Lujardo                                                            Chapter 7
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 113C-1           User: admin                  Page 1 of 3                   Date Rcvd: May 08, 2015
                               Form ID: CGFC1               Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2015.
db             Alina Alvarez Lujardo,    2231 SW 82nd Pl,   Miami, FL 33155-1250
cr            +Wells Fargo Bank, NA,    c/o Aldridge Connors LLP,   3575 Piedmont Rd, N.E. #500,
                Atlanta, GA 30305-1623
92850646       Aldridge Connors LLP,    1615 S Congress Ave Ste 200,    Delray Beach, FL 33445-6326
92850649       Bank Atlantic Il,    1750 E Sunrise Blvd,   Fort Lauderdale, FL 33304-3013
92850650       Bank Atlantic/Bb&T,    200 W 2nd St,   Winston Salem, NC 27101-4019
92850653       Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                Simi Valley, CA 93062-5170
92850656       Bk of Amer,    1800 Tapo Canyon Rd,   Simi Valley, CA 93063-6712
92850657      +Bmw Bank of North Amer,    2735 E Parleys Way,   Salt Lake City, UT 84109-1666
92850660       Cap1/casml,    PO Box 5253,   Carol Stream, IL 60197-5253
92850662       Cap1/saks,    3455 Highway 80 W,   Jackson, MS 39209-7202
92850663       Capital One, N.A.,    Capital,   1 Bank USA N # A,    Salt Lake City, UT 84130
92850667       Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
92850668       Citibank NA,    Citicorp/Attn: Centralized Bankruptcy,    PO Box 790040,
                Saint Louis, MO 63179-0040
92850670       Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
92850690       Mayors Jewel,    PO Box 94498,   Las Vegas, NV 89193-4498
92850693       Ocean Bank,    200 NE 3rd Ave,   Fort Lauderdale, FL 33301-1148
92850695      +Special Asst. U.S. Attorney,    1000 S. Pine Island Road #300,    Fort Lauderdale, FL 33324-3910
92850709       U.S. Attorney General,    950 Pennsylvania Ave NW,    Washington, DC 20530-0009
92850710      +United States Attorney,    99 NE 4th St,   Miami, FL 33132-2145
92850713     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                Frederick, MD 21701-4747)
92850714       Wffnb/Mattress Giant,    PO Box 94498,   Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM May 08 2015 23:33:00    Florida Department of Revenue,    POB 6668,
                Tallahassee, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov May 08 2015 23:38:56     Office of the US Trustee,
                51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
92850647       EDI: BECKLEE.COM May 08 2015 23:33:00    American Express,    PO Box 3001,
                Malvern, PA 19355-0701
92850648       EDI: AMEREXPR.COM May 08 2015 23:33:00    Amex,   PO Box 981537,    El Paso, TX 79998-1537
92850651       EDI: BANKAMER.COM May 08 2015 23:34:00    Bank of America,    Attention: Recovery Department,
                4161 Piedmont Pkwy,   Greensboro, NC 27410-8110
92850652       EDI: BANKAMER.COM May 08 2015 23:34:00    Bank of America,    PO Box 982236,
                El Paso, TX 79998-2236
92850654       EDI: BANKAMER.COM May 08 2015 23:34:00    Bk of Amer,    PO Box 982235,
                El Paso, TX 79998-2235
92850655      +EDI: BANKAMER.COM May 08 2015 23:34:00    Bk of Amer,    9000 Southside Blvd Bldg,
                Jacksonville, FL 32256-6705
92850658       EDI: CAPITALONE.COM May 08 2015 23:34:00    Cap One,    PO Box 85015,
                Richmond, VA 23285-5015
92850669       EDI: CITICORP.COM May 08 2015 23:33:00    Citibank Sd, NA,    Attn: Centralized Bankruptcy,
                PO Box 20363,   Kansas City, MO 64195-0363
92850672       EDI: CITICORP.COM May 08 2015 23:33:00    Citibusiness Card,    PO Box 183051,
                Columbus, OH 43218-3051
92850659       EDI: CAPITALONE.COM May 08 2015 23:34:00    Cap1/bstby,    PO Box 30253,
                Salt Lake City, UT 84130-0253
92850661      +EDI: CAPITALONE.COM May 08 2015 23:34:00    Cap1/neimn,    26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3440
92850664       EDI: CHASE.COM May 08 2015 23:33:00    Chase Card,    PO Box 15298,
                Wilmington, DE 19850-5298
92850665       EDI: CITICORP.COM May 08 2015 23:33:00    Citi,   PO Box 6241,    Sioux Falls, SD 57117-6241
92850666      +EDI: CITICORP.COM May 08 2015 23:33:00    Citi,   701 E 60th St N,
                Sioux Falls, SD 57104-0493
92850671       EDI: CITICORP.COM May 08 2015 23:33:00    Citibankna,    PO Box 769006,
                San Antonio, TX 78245-9006
92850673       EDI: WFNNB.COM May 08 2015 23:33:00    Comenity Bank/American Signature,    Attn: Bankruptcy,
                PO Box 182125,   Columbus, OH 43218-2125
92850674       EDI: WFNNB.COM May 08 2015 23:33:00    Comenity Bank/Amsgnfrn,    4590 E Broad St,
                Columbus, OH 43213-1301
92850675       EDI: WFNNB.COM May 08 2015 23:33:00    Comenity Bank/Avenue,    PO Box 182789,
                Columbus, OH 43218-2789
92850676       EDI: WFNNB.COM May 08 2015 23:33:00    Comenity Bank/New York & Company,
                Attention: Bankruptcy,   PO Box 182686,    Columbus, OH 43218-2686
92850677       EDI: WFNNB.COM May 08 2015 23:33:00    Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,
                Westerville, OH 43081-2873
```

```
District/off: 113C-1              User: admin                Page 2 of 3                  Date Rcvd: May 08, 2015
                                  Form ID: CGFC1             Total Noticed: 73

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
92850678       EDI: WFNNB.COM May 08 2015 23:33:00      Comenity Bank/Vctrssec,    PO Box 182789,
                Columbus, OH 43218-2789
92850679       EDI: RCSDELL.COM May 08 2015 23:33:00      Dell Financial Services,
                Dell Financial Services Attn: Bankrupcty,     PO Box 81577,   Austin, TX 78708-1577
92850680       EDI: RCSDELL.COM May 08 2015 23:33:00      Dfs/webbank,    1 Dell Way,
                Round Rock, TX 78682-7000
92850681       EDI: DISCOVER.COM May 08 2015 23:33:00      Discover Fin Svcs LLC,    PO Box 15316,
                Wilmington, DE 19850-5316
92850682       EDI: TSYS2.COM May 08 2015 23:33:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
92850683       EDI: RMSC.COM May 08 2015 23:34:00      GECRB/ Dillards,    Attn: Bankruptcy,    PO Box 103104,
                Roswell, GA 30076-9104
92850686       EDI: RMSC.COM May 08 2015 23:34:00      GECRB/Lowes,    Attention: Bankruptcy Department,
                PO Box 103104,    Roswell, GA 30076-9104
92850684       EDI: RMSC.COM May 08 2015 23:34:00      Gecrb/ Old Navy,    Attention: GEMB,    PO Box 103104,
                Roswell, GA 30076-9104
92850685       EDI: RMSC.COM May 08 2015 23:34:00      Gecrb/Brook Brothers,    Attn: Bankruptcy,
                PO Box 103104,    Roswell, GA 30076-9104
92850687       EDI: RMSC.COM May 08 2015 23:34:00      Gecrb/Sams Club,    GECRB/Sams Club,    PO Box 103104,
                Roswell, GA 30076-9104
92850688       EDI: RMSC.COM May 08 2015 23:34:00      Gemb/Walmart,    Attn: Bankruptcy,    PO Box 103104,
                Roswell, GA 30076-9104
92850689       EDI: IRS.COM May 08 2015 23:34:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
92850692       E-mail/Text: bnc@nordstrom.com May 08 2015 23:38:36      Nordstrom FSB,
                Attention: Account Services,    PO Box 6566,    Englewood, CO 80155-6566
92850691       E-mail/Text: bnc@nordstrom.com May 08 2015 23:38:36      Nordstrom Fsb,    PO Box 6555,
                Englewood, CO 80155-6555
92850694       EDI: SEARS.COM May 08 2015 23:33:00      Sears/Cbna,    PO Box 6189,
                Sioux Falls, SD 57117-6189
92850697       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/Brook Bros,    4125 Windward Plz,
                Alpharetta, GA 30005-8738
92850698       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/Care Credit,    PO Box 965036,
                Orlando, FL 32896-5036
92850703       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/Old Navy,    PO Box 965005,
                Orlando, FL 32896-5005
92850704       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/Sams Club DC,    PO Box 965005,
                Orlando, FL 32896-5005
92850706       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/Walmart,    4125 Windward Plz,
                Alpharetta, GA 30005-8738
92850696       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/banana Rep,    PO Box 965005,
                Orlando, FL 32896-5005
92850699       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/dillar,    PO Box 965024,   Orlando, FL 32896-5024
92850700       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/gap,    PO Box 965005,   Orlando, FL 32896-5005
92850701       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/lord & Tay,    4125 Windward Plz,
                Alpharetta, GA 30005-8738
92850702       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/lowes,    PO Box 965005,   Orlando, FL 32896-5005
92850705       EDI: RMSC.COM May 08 2015 23:34:00      Syncb/tjx Cos Dc,    4125 Windward Plz,
                Alpharetta, GA 30005-8738
92850707       EDI: WTRRNBANK.COM May 08 2015 23:33:00      Target Nb,    PO Box 673,
                Minneapolis, MN 55440-0673
92850708       EDI: CITICORP.COM May 08 2015 23:33:00      Thd/Cbna,    PO Box 6497,
                Sioux Falls, SD 57117-6497
92850712       E-mail/Text: vci.bkcy@vwcredit.com May 08 2015 23:39:15      VW Credit Inc,    1401 Franklin Blvd,
                Libertyville, IL 60048-4460
92850711       E-mail/Text: vci.bkcy@vwcredit.com May 08 2015 23:39:15      Volkswagon Credit Inc,
                National Bankruptcy Services,    9441 Lyndon B Johnson Fwy Ste 250,    Dallas, TX 75243-4640
                                                                                                TOTAL: 52

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2015                                      Signature:  /s/Joseph Speetjens

```
District/off: 113C-1          User: admin              Page 3 of 3              Date Rcvd: May 08, 2015
                              Form ID: CGFC1           Total Noticed: 73
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2015 at the address(es) listed below:
              Alice A Blanco    on behalf of Creditor    Wells Fargo Bank, NA flecf@aclawllp.com
              John H Lee    on behalf of Trustee Ross R Hartog jlee@mrthlaw.com,   ecfnotices@mrthlaw.com,
               mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com
              Maite L. Diaz, Esq.    on behalf of Debtor Alina Alvarez Lujardo mdiazcourt@gmail.com,
               maitediaz@notify.cincompass.com,ecfdiaz@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Ross R Hartog    rhartog@mrthlaw.com,   FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
                                                                                          TOTAL: 5
```

Form CGFC1  (10/10/14)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15−13429−AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alina Alvarez Lujardo
aka Alina Alzugaray
2231 SW 82nd Pl
Miami, FL 33155−1250

SSN: xxx−xx−6526

# NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above−named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **8/8/15** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed using the Official B10 Proof of Claim form available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
301 North Miami Avenue, Room 150
Miami, FL 33128

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

Dated: <u>5/8/15</u>                               **CLERK OF COURT**
                                                  By: <u>admin</u>
                                                  Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.