**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| | |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| | |
| Debtor. | |

**TRUSTEE'S *EX PARTE* APPLICATION TO EMPLOY**
**BARRY MUKAMAL AND KAPILAMUKAMAL, LLP**
**AS ACCOUNTANTS, NUNC PRO TUNC TO MAY 4, 2015**

ROSS R. HARTOG (the "Trustee), Trustee of the bankruptcy estate of Alina Alvarez Lujardo (the "Debtor"), by and through undersigned counsel, respectfully requests an order of the court, on an *ex-parte basis*, authorizing the Trustee to engage Barry Mukamal and the firm of KapilaMukamal, LLP ("KM") to provide accounting and related services the Trustee, and this bankruptcy estate, and states the following:

1.      On February 25, 2015, the Debtor filed a voluntary chapter 7 bankruptcy petition commencing this case.

2.      Ross R. Hartog was appointed as the Chapter 7 Trustee.

3.      It is necessary for the Trustee to retain an accountant in this case to analyze the Debtor's books and records for potential avoidance actions.

4.      The Trustee believes that KM is qualified to perform this analysis.

5.      As set forth in the attached **Exhibit "A",** Affidavit of Proposed Accountant for Trustee, KM does not hold or represent any interest adverse to the estate in matters upon which it is to be employed, is a "disinterested person" as that term is defined by 11 U.S.C. § 104(14) and 327(a) and the Trustee believes the employment of KM would be in the best interest of the estate and its creditors.

6.      KM's hourly billing rates range from $150.00 to $450.00.  KM shall file a fee application at the applicable hourly rates and seek payment of its fees, subject to a review and approval of said fees by this Court, at the conclusion of this case, and in accordance with 11 U.S.C. § 330.

7.      The duties and services to be performed by Mr. Mukamal and KM will not be duplicative of any duties or services being performed previously by them or by any other estate professionals.

**WHEREFORE**, the Trustee respectfully requests an order authorizing him to retain Barry Mukamal and KapilaMukamal, LLP on an hourly basis, and subject to further review by the bankruptcy court, in the normal administration of this case, and for such other and further relief as the Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record or parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on May 15, 2015.

Dated: May 15, 2015             MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                                *Counsel to Chapter 7 Trustee*
                                9130 South Dadeland Boulevard, Suite 1800
                                Miami, Florida  33156
                                Tel. (305) 670-5000
                                Fax. (305) 670-5011

                                By:   /s/ *John H. Lee*
                                      John H. Lee, Esq.
                                      Florida Bar No. 91795
                                      Email: jlee@mrthlaw.com

569376

*In re Alina Alvarez Lujardo*
**Case No. 15-13429-AJC**
<u>**Service List**</u>

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
flecf@aclawllp.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**ALINA ALVAREZ LUJARDO,**                    **Case No.: 15-13429 BKC AJC**
                                              **Chapter 7**

     Debtor.

_____/

<u>**AFFIDAVIT OF BARRY E. MUKAMAL**</u>

**STATE OF FLORIDA**       )
                           ) SS
**COUNTY OF MIAMI-DADE**   )

     **BEFORE ME**, the undersigned authority, personally appeared Barry E. Mukamal, C.P.A., in Miami, Florida, who after being duly sworn, deposes and says as follows:

     1.    I am a Certified Public Accountant, experienced in rendering accounting, advisory, and litigation consulting services.

     2.    I am a partner of the firm KapilaMukamal, LLP ("KM"), with offices located at 1 SE 3rd Ave, Ste 2150, Miami, FL 33131.

     3.    I am willing to accept employment by the trustee, on the basis set forth in the annexed application.  Neither I nor the firm hold or represent any adverse interest to the trustee, the debtor or the estate in regards to the matters for which I am to be employed and are disinterested persons as required by 11 U.S.C. § 327(a).

     4.    Neither I nor KM has a pre-petition or other claim against the estate.

     5.    Neither I nor KM hold any connections with the Debtor, creditors, any other party in interest, their respective attorneys, accountants, the Trustee, the U.S. Trustee, or any person employed by the Office of the U.S. Trustee as required by Fed.R.Bank.P. 2014, except as follows:

          a.  Barry E. Mukamal is a member of the Chapter 7 Panel of Trustee's in the Southern District of Florida.

8.    In the normal course of business, the firm has completed a conflict check containing a list of all creditors resulting in no verified conflicts.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Barry E. Mukamal, C.P.A.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

THE FOREGOING INSTRUMENT was acknowledged before me this 5th day of May, 2015 by Barry E. Mukamal, who is personally known to me.

My commission expires:

JAZMIN PADILLA
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF175417
Expires 3/9/2019

_____
Jazmin Padilla
Notary Public, State of Florida