

**ORDERED in the Southern District of Florida on May 15, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor. / | |

**ORDER GRANTING TRUSTEE'S *EX PARTE* APPLICATION TO
EMPLOY BARRY E. MUKAMAL AND KAPILAMUKAMAL, LLP
AS ACCOUNTANTS, NUNC PRO TUNC TO MAY 4, 2015**

THIS CAUSE came before the Court upon the Trustee's *Ex Parte Application to Employ Barry E. Mukamal and KapilaMukamal, LLP as Accountants, Nunc Pro Tunc to May 4, 2015* (the "Application") [ECF No. 35]. Upon the representations that Barry E. Mukamal, CPA and KapilaMukamal, LLP hold no interest adverse to the estate in the matters upon which they are engaged, that Barry E. Mukamal, CPA and KapilaMukamal, LLP are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with parties as set forth in

Federal Rule of Bankruptcy Procedure 2014, and that their employment is necessary and would be in the best interests of the estate, it is:

**ORDERED** that the Trustee is authorized to employ Barry Mukamal, CPA and KapilaMukamal, LLP as accountants for the Trustee, on a general retainer, pursuant to 11 U.S.C. §§327 and 330.

# # #

**Submitted by:**
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 S. Dadeland Blvd., Suite 1800
Miami, Florida 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney LEE is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

569375