

ORDERED in the Southern District of Florida on May 26, 2015.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING TRUSTEE'S EX PARTE APPLICATION FOR EMPLOYMENT OF KIT R. BECKER, CPA AND YIP ASSOCIATES AS SPECIAL TAX CONSULTANTS, *NUNC PRO TUNC* TO APRIL 2, 2015

THIS CAUSE came before the Court on the *Trustee's Ex Parte Application for Employment of Kit R. Becker, CPA and Yip Associates as Special Tax Consultants, Nunc Pro Tunc to April 2, 2015* (the "Application") [ECF No. 41]. Upon the representations that Kit Becker, CPA and YIP Associates hold no interest adverse to the estate in the matters upon which they are engaged, that Kit Becker, CPA and YIP Associates are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with parties as set forth in Federal

Rule of Bankruptcy Procedure 2014, and that their employment is necessary and would be in the best interests of the estate, it is:

**ORDERED** that the Trustee is authorized to employ Kit Becker, CPA and YIP Associates as special tax accountant for the Trustee, *nunc pro tunc* to April 2, 2015, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

*(Attorney LEE is directed to mail a copy of this Order to all interested parties and file a certificate of service).*

567701