# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Order Granting Trustee's Ex Parte Application for Employment of Kit R. Becker, CPA and Yip Associates as Special Tax Consultants, Nunc Pro Tunc to April 2, 2015* [ECF No. 42] was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and via US regular mail to all parties on the attached Service List who are not registered to receive electronic notification on May 27, 2015.

Dated: May 27, 2015

    MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
    *Counsel to Chapter 7 Trustee*
    9130 South Dadeland Boulevard, Suite 1800
    Miami, Florida 33156
    Tel. (305) 670-5000
    Fax. (305) 670-5011

    By: /s/ *John H. Lee*
        John H. Lee, Esq.
        Florida Bar No. 91795
        jlee@mrthlaw.com

573234

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
flecf@aclawllp.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Via U.S. Mail:**

Kit R. Becker
Yamato Office Center #301
1 001 Yamato Road
Boca Raton, FL 33431