# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions* [ECF No. 45] was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 1, 2015.

Dated: June 1, 2015

          MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
          *Counsel to Chapter 7 Trustee*
          9130 South Dadeland Boulevard, Suite 1800
          Miami, Florida 33156
          Tel. (305) 670-5000
          Fax. (305) 670-5011

          By: /s/ *John H. Lee*
             John H. Lee, Esq.
             Florida Bar No. 91795
             jlee@mrthlaw.com

574465

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov