**<u>EXHIBIT B</u>**

Case No. 15-13429-AJC

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

ALINA ALVAREZ LUJARDO
*aka* ALINA ALZUGARAY,

      Debtor.
_____/

Case No. 15-13429-AJC
Chapter 7

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

STATE OF North Carolina
COUNTY OF Wake

**BEFORE ME**, this day personally appeared Chenita Nicole Redmond who under penalty of perjury, deposes, and states as follows:

1. I am over the age of eighteen and am authorized to make this affidavit on behalf of Wells Fargo Bank, N.A.

2. I am Chenita Nicole Redmond, and am presently employed by Wells Fargo Bank, N.A. as its Vice President Loan Documentation. In this position, my responsibilities include ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.

3. The facts stated in this affidavit are based upon records maintained in the ordinary course of Wells Fargo Bank, N.A.'s business, as part of regularly conducted business activity, by or from information transmitted by person(s) with knowledge of the events described therein, at or near the time of the event described. These records are Wells Fargo Bank, N.A.'s own records. I have personal knowledge of the procedures by which these records were prepared and kept.

4. Based upon my examination of the business records described herein, I have determined that there is now due and owing the following amounts as of May 19, 2015:

| | |
|---|---|
| Principal Balance | $429,723.20 |
| Interest | $23,400.53 |
| Late Charges | $163.96 |
| Escrow Advance | $7,799.95 |

(WFv6)

401-FL-V6

| | |
|---|---|
| Foreclosure Attorneys' Fees | $2,795.00 |
| Foreclosure Costs | $2,314.00 |
| **Grand Total** | **$466,196.64** |

5. The loan is contractually due for the February 1, 2014 payment and all subsequent payments.

6. The Indebtedness Worksheet is attached to the Motion for Relief and herewith adopted by reference and made part thereof.

7. Based upon my examination of the business records described herein, I have determined that the sums set forth above remain due under the Note and Mortgage.

8. The Mortgage Note and Mortgage, and Supplemental Riders, Amendments, Modifications, and Assignments, if any, are attached to the Motion for Relief and herewith adopted by reference and made part thereof.

9. I declare under penalty of perjury that the foregoing facts are true and correct based on personal knowledge derived from Wells Fargo Bank, N.A.'s books and business records, as I have detailed heretofore.

**FURTHER AFFIANT SAYETH NAUGHT.**

_Chenita Nicole Redmond_
AFFIANT

STATE OF: North Carolina
COUNTY OF: Wake

The foregoing instrument was sworn before me this 20th day of May, 2015 by Chenita Nicole Redmond, who is personally known to me and who did take an oath.

_Bertha S. Jones_
NOTARY PUBLIC, Bertha S. Jones

My Commission Expires: 02-05-2017

BERTHA S. JONES
NOTARY PUBLIC
Wake County
North Carolina
My Commission Expires February 5, 2017

(WFv6)

401-FL-V6