**EXHIBIT C**

# INDEBTEDNESS WORKSHEET

## DEBT AS OF THE PETITION DATE: 2/25/2015

**A. Total pre-petition indebtedness of Debtor to Movant as of petition filing date: $461,801.56**

1. Amount of principal: $429,723.20

2. Amount of interest: $19,455.45

3. Amount of escrow (taxes and insurance): $7,799.95

4. Amount of forced placed insurance: $0.00

5. Amount of pre-petition attorneys' fees: $2,345.00

6. Amount of pre-petition late fees, if any: $163.96

7. Any additional pre-petition fees, charges, or amounts charged to Debtor account and not listed above: $400.00 Title Work; $1,914.00 Filing/Mailing/Recording.

**B. Contractual interest rate:**

| origination | thru | 5/2013 | int % | 6.750% |
|---|---|---|---|---|
| 6/20103 | thru | present | int % | 5.000% |

## AMOUNT OF ALLEGED POST-PETITION DEFAULT DATE
### (AS OF 5/19/2015)

C. Date last payment was received: Payment applied January 2014

D. Alleged total number of payments due post-petition from filing of petition through payment due on 5/1/2015: 3.

E. All post-petition payments alleged to be in default:

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Applied To Principal | Amount Applied To Interest | Amount Applied To Escrow | Late Fee Charged (if any) |
|---|---|---|---|---|---|---|
| 3/1/2015 | $2,106.63 | | | | | |
| 4/1/2015 | $2,332.08 | | | | | |
| 5/1/2015 | $2,332.08 | | | | | |
| | | | | | | |
| | | | | | | |
| **Totals:** | **$6,770.79** | $ | $ | $ | $ | $ |

F. Amount of Movant's attorneys' fees billed to Debtor for the preparation, filing, and prosecution of this motion: $0.00

G. Amount of Movant's filing fee for this motion: $0.00

H. Other attorneys' fees billed to Debtor post-petition: $0.00

I. Amount of Movant's post-petition inspection fees: $0.00

J. Amount of Movant's post-petition appraisal broker's price opinion: $0.00

K. Amount of forced placed insurance or insurance provided by Movant post-petition: $0.00

L. Sum held in suspense by Movant in connection with this contract, if applicable: $0.00

M. Amount of other post-petition advances or charges, for example taxes, insurance incurred by Debtor, etc.: $0.00