**EXHIBIT D**



# OFFICE OF THE PROPERTY APPRAISER

## Summary Report

Generated On : 4/15/2015

| Property Information | |
|---|---|
| Folio: | 14-2235-025-0280 |
| Property Address: | 8777 COLLINS AVE 603 |
| Owner | ALINA ALVAREZ ALZUGARAY |
| Mailing Address | 8777 COLLINS AVE APT 603<br>MIAMI BEACH, FL 33154-3400 |
| Primary Zone | 3000 MULTI-FAMILY - GENERAL |
| Primary Land Use | 0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL |
| Beds / Baths / Half | 2 / 2 / 0 |
| Floors | 0 |
| Living Units | 1 |
| Actual Area | Sq.Ft |
| Living Area | 1,429 Sq.Ft |
| Adjusted Area | 1,429 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 1981 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2014 | 2013 | 2012 |
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $275,750 | $275,750 | $275,750 |
| Assessed Value | $270,525 | $266,528 | $262,073 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2014 | 2013 | 2012 |
| Save Our Homes Cap | Assessment Reduction | $5,225 | $9,222 | $13,677 |
| Homestead | Exemption | $25,000 | $25,000 | $25,000 |
| Second Homestead | Exemption | $25,000 | $25,000 | $25,000 |

Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional).

| Short Legal Description |
|---|
| CHAMPLAIN TOWERS SOUTH CONDO |
| UNIT 603 |
| UNDIV .006347% |
| INT IN COMMON ELEMENTS |
| OFF REC 11191-35 |



| Taxable Value Information | | | |
|---|---|---|---|
| | 2014 | 2013 | 2012 |
| **County** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $220,525 | $216,528 | $212,073 |
| **School Board** | | | |
| Exemption Value | $25,000 | $25,000 | $25,000 |
| Taxable Value | $245,525 | $241,528 | $237,073 |
| **City** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $220,525 | $216,528 | $212,073 |
| **Regional** | | | |
| Exemption Value | $50,000 | $50,000 | $50,000 |
| Taxable Value | $220,525 | $216,528 | $212,073 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 05/01/2006 | $545,000 | 24535-0374 | 2008 and prior year sales; Qual by exam of deed |
| 01/01/2004 | $315,000 | 22056-3118 | 2008 and prior year sales; Qual by exam of deed |
| 04/01/1990 | $145,000 | 14545-1593 | 2008 and prior year sales; Qual by exam of deed |
| 01/01/1982 | $137,500 | 11324-1218 | 2008 and prior year sales; Qual by exam of deed |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version: