UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                 Case No. 15-13429-AJC
                                                                              Chapter 7
ALINA ALVAREZ LUJARDO
aka ALINA ALZUGARAY,

           Debtor.
_____/

**PROPOSED ORDER LIFTING THE AUTOMATIC STAY
IN FAVOR OF WELLS FARGO BANK, N.A.**

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay [d.e. #__] filed pursuant to Local Rule 4001-1(C) by Wells Fargo Bank, N.A. ("Secured Creditor"), and there being no objections to the entry of this Order within the 14-day negative notice period set forth therein, and the Court being otherwise more fully advised in the premises, it is

   **ORDERED:**

   1.   Secured Creditor's Motion for Relief from the Automatic Stay is granted.

   2.   The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to real property located at **8777 Collins Ave, Unit 603 Surfside, Florida 33154**, legally described as:

CONDOMINUIM UNIT NO. 603 OF CHAMPLAIN TOWERS SOUTH CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 11191 AT PAGE 35 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA
TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO AS SET FORTH IN SAID DECLARATION.

3. This Order Lifting the Automatic Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful in rem remedies as to the subject property and Secured Creditor shall neither seek nor obtain an in personam judgment against Debtor.

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to Debtor.

5. The Court waives the fourteen (14) day stay of the Order Granting Relief pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

###

**Order submitted by:**
Brandi R. Lesesne
Aldridge | Connors LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305

**Brandi R. Lesesne is directed to serve copies of this order on the parties listed and file a certificate of service.**

Alina Alvarez Lujardo
2231 SW 82nd Pl
Miami, FL 33155-1250

Maite L. Diaz, Esq.
P O B 820300
Pembroke Pines, FL 33082

Ross R Hartog
9130 South Dadeland Boulevard
Unit 1800
Miami, FL 33156

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130