IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 15-13429-AJC |
| | : | CHAPTER: 7 |
| ALINA ALVAREZ LUJARDO, | : | |
| | : | JUDGE: A. JAY CRISTOL |
| Debtor. | : | |
| _____ | : | |

## NOTICE OF CHANGE OF LAW FIRM NAME AND NEW DESIGNATION OF EMAIL ADDRESS PURSUANT TO RULE 2.516

**Notice** is hereby given that Aldridge Connors, LLP, as attorney for the Plaintiff, has changed its firm name to Aldridge Pite, LLP, effective immediately. Counsel's respective mailing address, firm telephone numbers, firm facsimile numbers and individual direct telephone numbers remain unchanged. However, Counsel's service email address(es) has changed. As such,

Aldridge Pite, LLP, as attorney for the Plaintiff in this action, hereby designates the following e-mail address for the purpose of service of all documents required to be served pursuant to Fla.R.Jud.Adm.2.516 in this proceeding:

Primary E-mail address is: blesesne@aldridgepite.com

Please update your records to reflect this change.
Dated: June 2, 2015

Respectfully Submitted,
Aldridge Pite, LLP

/s/ Brandi R. Lesesne_____.
 Brandi R. Lesesne, Bar No.: GA 141970
Attorney for Movant
Aldridge Pite, LLP (formerly known as Aldridge Connors, LLP)
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7629
Fax: (888) 873-6147
Email: blesesne@aldridgepite.com