

**ORDERED in the Southern District of Florida on June 4, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor. / | |

**ORDER GRANTING TRUSTEE'S MOTION
TO COMPEL TURNOVER OF DOCUMENTS FROM DEBTOR**

THIS MATTER, having come before the Court on June 2, 2015 at 11:00 a.m. upon the *Trustee's Motion to Compel Turnover of Documents from Debtor* (the "Motion") [ECF No. 32]. The Court, having reviewed the Motion and the record herein, finds cause to grant the Motion. Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED.**

2.    The Debtor is directed to turnover all documents and information requested by the Trustee in the Document Request, as is further described in the Motion, within seven (7) days of entry of this Order.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

577315