

**ORDERED in the Southern District of Florida on June 4, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

**ORDER GRANTING TRUSTEE'S (A) APPLICATION
TO EMPLOY REAL ESTATE BROKER; AND (B) MOTION
TO APPROVE EXCLUSIVE RIGHT OF SALE LISTING AGREEMENT**

THIS MATTER came before the Court on June 2, 2015, upon the *Trustee's (A) Application to Employ Real Estate Broker; and (B) Motion to Approve Exclusive Right of Sale Listing Agreement* (the "Application") [ECF 38]. The Court, having reviewed the Application, upon the representations that Blanco Realty Services is a licensed real estate brokerage company, that Jose Carlos Blanco and Blanco Realty Services hold no interest adverse to the estate and are disinterested persons as required by 11 U.S.C. § 327(a), have disclosed any connections with

parties as set forth in Federal Rule of Bankruptcy Procedure 2014, and that their employment is necessary and would be in the best interests of the estate, the Court does **ORDER** as follows**:**

1.  The Application is **GRANTED** as set forth herein.

2.  The Trustee is authorized to employ Jose Carlos Blanco and Blanco Realty Services (collectively "Blanco") as his real estate broker pursuant to 11 U.S.C. § 327 effective as of February 25, 2015**.**

3.  The Trustee is authorized to enter into the Exclusive Sales Contract (as defined in the Application).

4.  The payment of compensation to Blanco as outlined in the Exclusive Sales Contract, as modified herein, may be requested as part of an approved sale by this Court pursuant to 11 U.S.C. § 363 and shall not require any additional notice, hearing and order for said compensation.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

577313