## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the *Order Granting Trustee's Motion to Compel Turnover of Documents from Debtor* [ECF No. 49] was served via U.S. Mail and/or electronically to the parties identified on the attached Service List through the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 5, 2015.

Dated: June 5, 2015

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

579317

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
**Service List**

Via Electronic Mail:

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com,jgarey@mrthlaw.com, ycandia@mrthlaw.com, gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Via U.S. Mail:

Alina Alvarez Lujardo
2231 SW 82nd Pl
Miami, FL 33155-1250