UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE: | CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO | Chapter 7

Debtor./

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of *Order Granting Trustee's (A) Application to Employ Real Estate Broker; and (B) Motion to Approve Exclusive Right of Sale Listing Agreement* [ECF 50] was served via U.S. Mail and/or electronically on the attached Service List through the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 5, 2015.

I FURTHER CERTIFY that I caused a copy of the referenced pleading to be served by regular U.S. mail, postage prepaid, on the creditor matrix as reflected in the attached Certificate of Service of BK Attorney Services, LLC on June 5, 2015.

Dated:  June 5, 2015

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

572824

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
flecf@aclawllp.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Via U.S. Mail:**

J.C. Blanco
Blanco Realty Services
6780 Coral Way
Miami, FL 33155

and to the parties listed in the attached matrix

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: Alina Alvarez Lujardo | CASE NO: 15-13429 |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 6/5/2015, a copy of the following documents, described below,

Order Granting Trustee's Application to Employ Real Estate Broker; and Motion to Approve Exclusive Right of Sale Listing Agreement,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/5/2015

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Markowitz Ringel Trusty & Hartog P.A.
John H. Lee
9130 South Dadeland Boulevard Suite 1800
Miami, FL  33156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113C-1
CASE 15-13429-AJC
SOUTHERN DISTRICT OF FLORIDA
MIAMI
FRI JUN 5 13-57-21 EDT 2015

WELLS FARGO BANK NA
CO ALDRIDGE CONNORS LLP
3575 PIEDMONT RD N.E. #500
ATLANTA GA 30305-1623

ALDRIDGE CONNORS LLP
1615 S CONGRESS AVE STE 200
DELRAY BEACH FL 33445-6326

AMERICAN EXPRESS
PO BOX 3001
MALVERN PA 19355-0701

AMEX
PO BOX 981537
EL PASO TX 79998-1537

BANK ATLANTIC IL
1750 E SUNRISE BLVD
FORT LAUDERDALE FL 33304-3013

BANK ATLANTICBB&T
200 W 2ND ST
WINSTON SALEM NC 27101-4019

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA
ATTN- CORRESPONDENCE UNITCA6-919-02
-41
PO BOX 5170
SIMI VALLEY CA 93062-5170

BK OF AMER
1800 TAPO CANYON RD
SIMI VALLEY CA 93063-6712

BK OF AMER
9000 SOUTHSIDE BLVD BLDG
JACKSONVILLE FL 32256-6705

BMW BANK OF NORTH AMER
2735 E PARLEYS WAY
SALT LAKE CITY UT 84109-1666

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAP1BSTBY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAP1CASML
PO BOX 5253
CAROL STREAM IL 60197-5253

CAP1NEIMN
26525 N RIVERWOODS BLVD
METTAWA IL 60045-3440

CAP1SAKS
3455 HIGHWAY 80 W
JACKSON MS 39209-7202

CAPITAL ONE N.A.
CAPITAL
1 BANK USA N # A
SALT LAKE CITY UT 84130

CAVALRY SPV I LLC AS ASSIGNEEOF GE CAPITAL
CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-1340

CHASE CARD
PO BOX 15298
WILMINGTON DE 19850-5298

CITI
701 E 60TH ST N
SIOUX FALLS SD 57104-0493

CITI
PO BOX 6241
SIOUX FALLS SD 57117-6241

CITIBANK
CITICORP CREDIT SRVSCENTRALIZED BANKRUP
  PO BOX 790040
  SAINT LOUIS MO 63179-0040

CITIBANK NA
CITICORPATTN- CENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED BANKRUP
  PO BOX 790040
  SAINT LOUIS MO 63179-0040

CITIBANKNA
PO BOX 769006
SAN ANTONIO TX 78245-9006

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


COMENITY BANKAMERICAN SIGNATURE          COMENITY BANKAMSGNFRN                   COMENITY BANKAVENUE
ATTN- BANKRUPTCY                         4590 E BROAD ST                         PO BOX 182789
PO BOX 182125                            COLUMBUS OH 43213-1301                  COLUMBUS OH 43218-2789
COLUMBUS OH 43218-2125




COMENITY BANKNEW YORK & COMPANY          COMENITY BANKNWYRK&CO                   COMENITY BANKVCTRSSEC
ATTENTION- BANKRUPTCY                    220 W SCHROCK RD                        PO BOX 182789
PO BOX 182686                            WESTERVILLE OH 43081-2873               COLUMBUS OH 43218-2789
COLUMBUS OH 43218-2686




DELL FINANCIAL SERVICES                  DISCOVER BANK                           DISCOVER FIN SVCS LLC
P O BOX 81577                            DISCOVER PRODUCTS INC                   PO BOX 15316
AUSTIN TX 78708-1577                     PO BOX 3025                             WILMINGTON DE 19850-5316
                                         NEW ALBANY OH 43054-3025




DSNB MACYS                               GECRB DILLARDS                          GECRBLOWES
9111 DUKE BLVD                           ATTN- BANKRUPTCY                        ATTENTION- BANKRUPTCY DEPARTMENT
MASON OH 45040-8999                      PO BOX 103104                           PO BOX 103104
                                         ROSWELL GA 30076-9104                   ROSWELL GA 30076-9104




GECRB OLD NAVY                           GECRBBROOK BROTHERS                     GECRBSAMS CLUB
ATTENTION- GEMB                          ATTN- BANKRUPTCY                        GECRBSAMS CLUB
PO BOX 103104                            PO BOX 103104                           PO BOX 103104
ROSWELL GA 30076-9104                    ROSWELL GA 30076-9104                   ROSWELL GA 30076-9104




GEMBWALMART                              INTERNAL REVENUE SERVICE                MAYORS JEWEL
ATTN- BANKRUPTCY                         PO BOX 7346                             PO BOX 94498
PO BOX 103104                            PHILADELPHIA PA 19101-7346              LAS VEGAS NV 89193-4498
ROSWELL GA 30076-9104




NORDSTROM FSB                            NORDSTROM FSB                           OCEAN BANK
ATTENTION- ACCOUNT SERVICES              PO BOX 6555                             200 NE 3RD AVE
PO BOX 6566                              ENGLEWOOD CO 80155-6555                 FORT LAUDERDALE FL 33301-1148
ENGLEWOOD CO 80155-6566




OFFICE OF THE US TRUSTEE                 SEARSCBNA                               SPECIAL ASST. U.S. ATTORNEY
51 S.W. 1ST AVE.                         PO BOX 6189                             1000 S. PINE ISLAND ROAD #300
SUITE 1204                               SIOUX FALLS SD 57117-6189               FORT LAUDERDALE FL 33324-3910
MIAMI FL 33130-1614




SYNCBBROOK BROS                          SYNCBCARE CREDIT                        SYNCBOLD NAVY
4125 WINDWARD PLZ                        PO BOX 965036                           PO BOX 965005
ALPHARETTA GA 30005-8738                 ORLANDO FL 32896-5036                   ORLANDO FL 32896-5005
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SYNCBSAMS CLUB DC<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBWALMART<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | SYNCBBANANA REP<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| SYNCBDILLAR<br>PO BOX 965024<br>ORLANDO FL 32896-5024 | SYNCBGAP<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBLORD & TAY<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 |
| SYNCBLOWES<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBTJX COS DC<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | TARGET NB<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 |
| THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0009 | UNITED STATES ATTORNEY<br>99 NE 4TH ST<br>MIAMI FL 33132-2145 |
| VW CREDIT INC<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | VOLKSWAGON CREDIT INC<br>NATIONAL BANKRUPTCY SERVICES<br>9441 LYNDON B JOHNSON FWY STE 250<br>DALLAS TX 75243-4640 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS<br>SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| WFFNBMATTRESS GIANT<br>PO BOX 94498<br>LAS VEGAS NV 89193-4498 | *DEBTOR*<br>ALINA ALVAREZ LUJARDO<br>2231 SW 82ND PL<br>MIAMI FL 33155-1250 | BARRY MUKAMAL<br>1 SE 3 AVE #2150<br>MIAMI FL 33131-1716 |
| JOSE C BLANCO<br>6780 CORAL WAY<br>MIAMI FL 33155-1702 | KIT R. BECKER<br>YAMATO OFFICE CENTER #301<br>1 001 YAMATO ROAD<br>BOCA RATON FL 33431-4403 | MAITE L. DIAZ ESQ.<br>P O B 820300<br>PEMBROKE PINES FL 33082-0300 |
| ROSS R HARTOG<br>9130 S DADELAND BLVD # 1800<br>MIAMI FL 33156-7858 | | |