UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                              CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO                                               Chapter 7

                                    Debtor./

**TRUSTEE'S RESPONSE TO WELLS FARGO BANK, N.A.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

      Ross R. Hartog, the Chapter 7 Trustee (the "Trustee") of the Bankruptcy Estate of Alina Alvarez Lujardo (the "Debtor"), through undersigned counsel, hereby responds (the "Response") to Wells Fargo, N.A.'s *Motion for Relief from Automatic Stay* (the "Stay Relief Motion") [ECF No. 47]. In support of the Response, the Trustee states as follows:

      1.    The Trustee is in receipt of the Stay Relief Motion, to proceed with a foreclosure of the Debtor's real property located at 8777 Collins Ave., Unit 603, Surfside, Florida 33154, legally known as:

> CHAMPLAIN TOWERS SOUTH CONDO, UNIT 603
> UNDIV .006347%, INT IN COMMON ELEMENTS
> OFF REC 11191-35, OR 14545-1593 0490 1,
> COC 24535-0374 05 2006 1 (the "Real Property").

      2.    The Debtor did not claim the Real Property exempt on his bankruptcy schedules.

      3.    On May 22, 2015, the Trustee filed his *Application to Employ Real Estate Broker; and Motion to Approve Exclusive Right of Sale Listing Agreement* (the "Employment Motion") [ECF No. 38] and on June 5, 2015, this Court granted the Employment Motion [ECF No. 50].

      4.    The Employment Motion provided, among other things, approval of the Exclusive Sales Contract to market the Real Property for either a short sale or traditional sale. A true and

correct copy of the Exclusive Sales Contract is attached as Exhibit "B" to the Employment Motion.

5. The Exclusive Sales Contract does not expire until November 30, 2015. Presently the Trustee's Real Estate Broker is in the process of showing the Real Property to obtain a potential Buyer.

6. The Trustee asserts an interest in the Real Property, as a sale would prove beneficial to the Estate and provide a potential carve-out for creditors.

7. Based on the foregoing, the Trustee requests that the Stay Relief Motion be denied until after the expiration of the Exclusive Sales Contract.

**WHEREFORE**, the Trustee requests that this Court deny the Stay Relief Motion, and allow for such other and further relief as the Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail and/or on all counsel of record or parties identified on the attached Service List through the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 5, 2015.

Dated: June 5, 2015         MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                            *Counsel to Chapter 7 Trustee*
                            9130 South Dadeland Boulevard, Suite 1800
                            Miami, Florida  33156
                            Tel. (305) 670-5000
                            Fax. (305) 670-5011

                            By:   /s/ *John H. Lee*
                                  John H. Lee, Esq.
                                  Florida Bar No. 91795
                                  Email: jlee@mrthlaw.com

578916

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
flecf@aclawllp.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com,
mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Via U.S. Mail:**

J.C. Blanco
Blanco Realty Services
6780 Coral Way
Miami, FL 33155