UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          Case No. 15-13429-AJC
                                                                Chapter 7
ALINA ALVAREZ LUJARDO
*aka* ALINA ALZUGARAY,

       Debtor.
_____/

## CERTIFICATE OF CONTESTED MATTER
**[Hearing Requested]**

    **COMES NOW**, Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, and states as follows:

    1.    Secured Creditor filed a Motion for Relief from the Automatic Stay on June 2, 2015, which included a negative notice bulletin pursuant to Local Rule 4001-1(C) [d.e. #47].

    2.    The motion was timely served on all interested parties as evidenced by the certificate of service which was included and filed with the motion.

    3.    The deadline for filing a response in opposition to the relief requested in the motion was June 19, 2015.

    4.    A response in opposition to the motion was made by the Trustee on June 5, 2015 and received by the undersigned as of the date hereof.

    5.    A check of the electronic docket entries for the case as of June 11, 2015 indicates that no other responses have been filed.

    **WHEREFORE,** Secured Creditor respectfully requests that its Motion for Relief from the Automatic Stay be set for hearing at the Court's earliest convenience.

    Dated: June 11, 2015

                                                                           /s/ Brandi R. Lesesne
                                                                           Brandi R. Lesesne
                                                                           Bar No.: FL 65477
                                                                           Aldridge | Pite LLP
                                                                           Attorney for Secured Creditor
                                                                           Fifteen Piedmont Center
                                                                           3575 Piedmont Road, N.E., Suite 500
                                                                           Atlanta, GA 30305
                                                                           Phone: (404) 994-7629
                                                                           Fax: (888) 701-8994