**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:** | **CASE NO.: 15-13429-AJC** |
| **ALINA ALVAREZ LUJARDO** | **Chapter 7** |
| Debtor./ | |

**TRUSTEE'S (1) *EX PARTE* MOTION FOR**
**(A) ENTRY OF ORDER TO SHOW CAUSE AND**
**(B) HEARING ON SAME; AND (2) NOTICE OF NON-COMPLIANCE**

Ross R. Hartog, as Chapter 7 Trustee of the Bankruptcy Estate of Alina Alvarez Lujardo (the "Trustee"), through counsel and pursuant to this Court's *Order Granting Trustee's Motion to Compel Turnover of Documents from Debtor* [ECF No. 49] (the "Order Compelling Turnover"), entered on June 5, 2015, gives notice that the Debtor, Alina Alvarez Lujardo, has failed to turn over the requested information and documentation to the Trustee, and requests entry of an order to show cause and hearing on same (the "Motion"), and in support thereof, states as follows:

1.      This case commenced with the filing of a voluntary Chapter 7 Petition by Alina Alvarez Lujardo (the "Debtor") on February 25, 2015.  Ross R. Hartog is the duly appointed Chapter 7 Trustee.

2.      The Debtor's failure to comply with the Order Compelling Turnover is severely prejudicing the Trustee's administration of this Estate. Additionally, the Trustee has incurred costs and attorney's fees as a result of brining this Motion, which he is entitled to recover.

## II.  <u>Requested Relief</u>

3.     This Court has the power, pursuant to 11 U.S.C. §105, to enter "any order, process or judgment that is necessary to carry out the provisions of this title" and thus, has the power to award the relief requested herein.

4.     Accordingly, the Trustee seeks entry of an order, in the form that accompanies this Motion, scheduling a hearing for the Debtor to show cause why she should not be held in contempt of this Court for her willful violation of the Order Compelling Turnover, and why sanctions, including, but not limited to, payment of the Trustee's attorneys' fees and costs associated with brining this Motion and revocation of the Debtor's discharge should not be imposed.

**WHEREFORE**, Ross R. Hartog, as Chapter 7 Trustee of the Bankruptcy Estate of Alina Alvarez Lujardo, respectfully requests this Honorable Court: (1) enter an Order to Show Cause why the Debtors should not be Held in Contempt for the Violation of a Lawful Order of this Court, and schedule a hearing on same; and (2) granting such other and further relief as this Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 23, 2015.

Dated: June 23, 2015

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000  /  Fax. (305) 670-5011

By: <u>/s/ *John H. Lee*   </u>
     John H. Lee, Esq.
     Florida Bar No. 91795
     jlee@mrthlaw.com

586064

*In re Alina Alvarez Lujardo*
**Case No. 15-13429-AJC**
**Service List**

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gr
uiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov