ORDERED in the Southern District of Florida on June 24, 2015



*A. Jay Cristol*

A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                       CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO                        Chapter 7

           Debtor./

### ORDER SETTING HEARING FOR DEBTOR TO SHOW CAUSE
### WHY SHE SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT

**THIS CAUSE** having come before the Court upon *Trustee, Ross R. Hartog' (1) Ex Parte Motion for (A) Entry of Order to Show Cause and (B) Hearing on Same; and (2) Notice of Non-Compliance* (the "Motion") [ECF 55], and the Court, having reviewed the Motion and the Court file, having determined that the relief requested in the Motion is in the best interests of this Estate and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The Debtor, Alina Alvarez Lujardo, shall appear at a Show Cause hearing on July 7, 2015 at 11:00 am, before the Honorable A. Jay Cristol, United States Bankruptcy Judge, 301 N. Miami Avenue, Courtroom 7, Miami, Florida 33128 (the "Hearing").

3. At the Hearing, the Debtor shall show cause why she should not be held in contempt of this Court for willfully failing to comply with the Order, and why sanctions, including, but not limited to, payment of the Trustee's attorneys' fees and costs associated with brining this Motion and revocation of the Debtor's discharge should not be imposed.

###

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

Copies to:
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

#586086