UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Trustee's (1) Ex Parte Motion for (A) Entry of Order to Show Cause and (B) Hearing on Same; and (2) Notice of Non-Compliance* **[ECF No. 55]** was served on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 23, 2015 and via US Mail to all parties on the attached Service List who are not registered to receive electronic notification on June 26 , 2015.

I FURTHER CERTIFY that a true a correct copy of the *Order Setting Hearing for Debtor to Show Cause Why She Should Not be Held in Contempt of this Court* **[ECF No. 57]** was served on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 25, 2015 and via US Mail to all parties on the attached Service List who are not registered to receive electronic notification on June 26, 2015.

Dated:  June 26, 2015      MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                          *Counsel to Chapter 7 Trustee*
                          9130 South Dadeland Boulevard, Suite 1800
                          Miami, Florida  33156
                          Tel. (305) 670-5000
                          Fax. (305) 670-5011

                          By: /s/ *John H. Lee*
                              John H. Lee, Esq.
                              Florida Bar No. 91795
                              jlee@mrthlaw.com

579317

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**15-13429-AJC Notice will be mailed to:**

Alina Alvarez Lujardo
2231 SW 82nd Pl
Miami, FL 33155-1250