United States Bankruptcy Court
Southern District of Florida

In re:  
Alina Alvarez Lujardo  
    Debtor

Case No. 15-13429-AJC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113C-1     User: snipesj     Page 1 of 1     Date Rcvd: Jun 25, 2015  
                    Form ID: pdf004    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2015.
db         Alina Alvarez Lujardo,    2231 SW 82nd Pl,    Miami, FL 33155-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2015                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2015 at the address(es) listed below:
         Alice A Blanco    on behalf of Creditor    Wells Fargo Bank, NA ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com
         Brandi Rainey Lesesne, Esq.    on behalf of Creditor    Wells Fargo Bank, NA ecfflsb@aldridgepite.com,   blesesne@ecf.inforuptcy.com
         John H Lee    on behalf of Trustee Ross R Hartog jlee@mrthlaw.com,   ecfnotices@mrthlaw.com, mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com
         Maite L. Diaz, Esq.    on behalf of Debtor Alina Alvarez Lujardo mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com
         Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
         Ross R Hartog    rhartog@mrthlaw.com,   FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
                                                                                                                   TOTAL: 6

ORDERED in the Southern District of Florida on June 24, 2015



*A. Jay Cristol*

_____
**A. Jay Cristol, Chief Judge Emeritus**
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### ORDER SETTING HEARING FOR DEBTOR TO SHOW CAUSE
### WHY SHE SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT

**THIS CAUSE** having come before the Court upon *Trustee, Ross R. Hartog' (1) Ex Parte Motion for (A) Entry of Order to Show Cause and (B) Hearing on Same; and (2) Notice of Non-Compliance* (the "Motion") [ECF 55], and the Court, having reviewed the Motion and the Court file, having determined that the relief requested in the Motion is in the best interests of this Estate and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The Debtor, Alina Alvarez Lujardo, shall appear at a Show Cause hearing on July 7, 2015 at 11:00 am, before the Honorable A. Jay Cristol, United States Bankruptcy Judge, 301 N. Miami Avenue, Courtroom 7, Miami, Florida 33128 (the "Hearing").

3. At the Hearing, the Debtor shall show cause why she should not be held in contempt of this Court for willfully failing to comply with the Order, and why sanctions, including, but not limited to, payment of the Trustee's attorneys' fees and costs associated with brining this Motion and revocation of the Debtor's discharge should not be imposed.

###

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

#586086