UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                 Case No. 15-13429-AJC
                                                                              Chapter 7
ALINA ALVAREZ LUJARDO
*aka* ALINA ALZUGARAY,

      Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING
AND COMPLIANCE WITH LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Hearing [d.e. #56] for the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. [d.e. #47] was served via U.S. mail, first-class postage prepaid, on June 29, 2015, upon:

| | |
|---|---|
| Alina Alvarez Lujardo<br>2231 SW 82nd Pl<br>Miami, FL 33155-1250 | Maite L. Diaz, Esq.<br>P O B 820300<br>Pembroke Pines, FL 33082 |
| Ross R Hartog<br>9130 S Dadeland Blvd # 1800<br>Miami, FL 33156 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |

**I FURTHER CERTIFY** that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing as set forth in Local Rule 9073-1(D).

                                                    Respectfully Submitted:

                                                    /s/ Brandi R. Lesesne
                                                    Brandi R. Lesesne
                                                    Bar No.: FL 65477
                                                    Aldridge | Pite LLP (formerly known as Aldridge Connors, LLP)
                                                    Attorney for Secured Creditor
                                                    Fifteen Piedmont Center
                                                    3575 Piedmont Road, N.E., Suite 500
                                                    Atlanta, GA 30305
                                                    Phone: (404) 994-7629
                                                    Fax: (888) 701-8994