UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

ALINA ALVAREZ LUJARDO

Debtor./

CASE NO.: 15-13429-AJC

Chapter 7

**AGREED *EX PARTE* MOTION FOR EXTENSION OF TIME TO
FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE
AND TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

Ross R. Hartog, the Chapter 7 Trustee (the "Trustee") for the estate of Alina Alvarez Lujardo (the "Debtor"), through undersigned counsel, moves (the "Motion") on an *ex parte* basis, pursuant to Bankruptcy Rules 4003 and 4004, and Local Rule 9013-1(C)(1), for the entry of an order extending the Trustee's deadline to file a complaint objecting to the Debtor's discharge and/or object to Debtor's claimed exemptions. In support of the Motion, the Trustee states:

1. The Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on February 25, 2015.

2. The Trustee conducted the Section 341 Meeting of Creditors on April 1, 2015.

3. The current deadline for the Trustee to file a complaint objecting to the Debtors' discharge is July 1, 2015.

4. The current deadline for the Trustee to file an objection to the Debtor's claimed exemptions is July 1, 2015.

5. Counsel recently received a portion of additional documents requested from the Debtor but certain requested documents and information remain outstanding.

6. Counsel for the Trustee requests an extension of time through and including July 31, 2015 so that the Trustee has sufficient time to receive the balance of documents requested,

review the received documents, complete his analysis, request additional documents if necessary, and if appropriate, file a complaint objecting to Debtor's discharge and an objection to the Debtor's claimed exemptions.

7. The Debtor consents to the extension of time requested herein.

8. Undersigned certifies that the Motion is brought in good faith and not for purposes of delay.

WHEREFORE, the Trustee respectfully requests entry of an order (a) granting the Motion; (b) extending the deadline for the Trustee to file a complaint objecting to Debtor's discharge to **July 31, 2015**; (c) extending the deadline for the Trustee to object to the Debtors' claimed exemptions to **July 31, 2015**; and, (d) granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *forgoing* was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on June 30, 2015.

Dated: June 30, 2015

    MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

587153

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov