UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE: CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO
Debtor./
Chapter 7

**DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE**

**Comes Now the Debtor, by and through undersigned counsel, and responds to this Honorable Court's Order to Show Cause as follows:**

**1. Debtor denies non-compliance with the Court's order to turnover documents as requested by the Trustee.  At all times, Debtor has provided the documents the Trustee requested as have been reasonably accessible to Debtor.**

**2. Debtor has at no time refused to provide documents to the Trustee.  Attached are undersigned counsel's numerous communications with the Trustee's counsel, John Lee to the effect of same.  Mr. Lee moved forward with the motion to compel and with the motion for order to show cause despite Debtor's cooperation and simple request for clarification as to what additional items were requested.**

**3. Trustee's counsel filed the Motion seeking an Order to Show cause after giving the Debtor an unreasonable 48 hour window to respond to a voluminous additional document request that included bank statements of third parties to which debtor does not have immediate control.  Undersigned counsel communicated the need for time to Trustee's counsel and he responded by filing the instant motion.  Nothing in this case is of an emergency nature that would warrant the need for such a timeline.**

**4. The Debtor has done nothing in this case that would otherwise hinder, delay or otherwise hurt the Trustee's ability to administer the estate.**
**5. The Debtor has agreed to any and all extensions of deadlines requested by the Trustee without the necessity of a hearing.**

**Certificate of Service**
**I hereby certify that a copy of the foregoing has been sent to Russ Hartog, Trustee and all interested parties via cm/ecf this 6th day of July, 2015.**

Respectfully submitted,

/s/Maite L. Diaz, Esq.
**Maite L. Diaz, Esq.**
**POBOX 820300,**
**South Florida, FL 33082**
**954-300-3915**