

Maite Diaz <mdiaz@mldpa.com>

# Lujardo, Alina -Addt. TT Docs 15-13429-AJC
21 messages

**Meylin Lam** <mlam@mldpa.com>                                      Mon, May 18, 2015 at 10:54 AM
To: Maite Diaz <mdiaz@mldpa.com>

     1 of 2

     Good Morning,
     Enclosed please find additional documents requested after 341 meeting.
     Please review and advise if further information needed.


     --
     **Thank you,**

     **Meylin**
     Legal Secretary


     **Diaz Law Firm**

     11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.
     - 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

     Telephone: 954-300-3915 | Facsimile: 954-431-0606

     Mailing Address: PO BOX 820300, South Florida, Fl 33082

     *CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains
     PRIVILEGED AND CONFIDENTIAL information intended only for the use of the
     addressee(s) or entity named on the e-mail.  If you are not the intended
     recipient of this e-mail, or the employee or agent responsible for
     delivering it to the intended recipient, you are hereby notified that any
     dissemination or reading, copying of this e-mail in error is strictly
     prohibited.  If you have received this e-mail in error, please immediately
     return it to the sender and delete it from the system.  Thank you.*

     **14 attachments**

      **balresultados 2013.pdf**
     93K

      **balresultados 2012.pdf**
     93K

      **balresultados 2011.pdf**
     92K

      **Notes – InBloom Articles of Incorporation.docx**
     41K

     **Notes Terrasolution – Agrostock.docx**
     30K

     **InB - (2-5-2014) Original Articles of Incorporations done.pdf**
     125K



Maite Diaz <mdiaz@mldpa.com>

---

# Documents/hearing next week Alina Lujardo
18 messages

---

**Maite Diaz** <mdiaz@mldpa.com>                                          Fri, May 29, 2015 at 12:47 PM
To: "John H. Lee" <JLee@mrthlaw.com>

John, did you receive the documents? Can we resolve the hearing on Tuesday?

---

**John H. Lee** <JLee@mrthlaw.com>                                        Fri, May 29, 2015 at 1:16 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Yvonne Candia <YCandia@mrthlaw.com>

No we can't – Why do you think we can resolve the issue if you didn't provide any additional documents.

I am again attaching the outstanding discovery below.

1.    **Please provide copies of account statements reflecting the activity and balance of all bank accounts that the Debtor may have an interest, including all accounts listed on Schedule "B" for the twelve month period, up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date"). Please also include a detailed explanation and copies of any supporting documentation, including cancelled checks) as to the disposition of all withdrawals or credits greater than $500 for the twelve (12) month period prior to the Petition Date, including the name and relationship to the Debtor of any recipient of said funds.**

2.    **Please provide copies of account statements reflecting the activity and balance of all bank accounts closed by the Debtor(s) within the twelve (12) month period prior to the Petition Date for the six (6) month period up to and including the date the Debtor(s) closed the bank account. Please also include a detailed explanation and copies of any supporting documentation as to the disposition of all withdrawals or credits greater than $500 for the six (6) month period, prior to the date that the account was closed, including the name and relationship to the Debtor(s) of any recipient of said funds.**

3.    **Debtor's schedule J indicates that she is making payments for a vehicle.  Can you please explain what vehicle she is paying for in light of the fact that she does not list ownership of a vehicle in Schedule "B."**

4.    **Please provide photographs of all personal property listed on Lines 4 through 25 of Schedule "B."**

5.    **Please provide any and all Federal Income Tax Forms filed on behalf of the Debtor (including Forms 1040, 1040-A, W-2 forms, and all other attached schedules) for the years 2011, 2012, 2013, and 2014, if the Debtor's 2014 taxes have been filed.**

6.    **Please provide copies of account statements reflecting the activity and balance of all Businesses' bank accounts in which the Debtor may have an interest, including, without limitation, all accounts listed on Schedule "B" and all other unscheduled accounts for the twenty four (24) month period up to and including the date the Debtor filed the bankruptcy petition (the "Petition**

**Date").**

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Friday, May 29, 2015 12:48 PM
**To:** John H. Lee
**Subject:** Documents/hearing next week Alina Lujardo

John, did you receive the documents? Can we resolve the hearing on Tuesday?

---

**Maite Diaz** <mdiaz@mldpa.com>                                      Fri, May 29, 2015 at 1:25 PM
To: Meylin Lam <mlam@mldpa.com>

Did we send these? Descriptions?

[Quoted text hidden]

---

**Meylin Lam** <mlam@mldpa.com>                                      Fri, May 29, 2015 at 2:30 PM
To: Maite Diaz <mdiaz@mldpa.com>

**PART III - Addt. Docs 1 of 2**
**Alina Lujardo / 15-13429-AJC**

Please see below,
comments in BLUE..

**1.   Please provide copies of account statements reflecting the activity and balance of all bank accounts that the Debtor may have an interest, including all accounts listed on Schedule "B" for the twelve month period, up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date"). Please also include a detailed explanation and copies of any supporting documentation, including cancelled checks) as to the disposition of all withdrawals or credits greater than $500 for the twelve (12) month period prior to the Petition Date, including the name and relationship to the Debtor of any recipient of said funds.**

**Explanation and copies of checks, attached to this email.**

**2.   Please provide copies of account statements reflecting the activity and balance of all bank accounts closed by the Debtor(s) within the twelve (12) month period prior to the Petition Date for the six (6) month period up to and including the date the Debtor(s) closed the bank account.  Please also include a detailed explanation and copies of any supporting documentation as to the disposition of all withdrawals or credits greater than $500 for the six (6) month period, prior to the date that the account was closed, including the name and relationship to the Debtor(s) of any recipient of said funds.**

**already provided, prior email**

**3.   Debtor's schedule J indicates that she is making payments for a vehicle.  Can you please explain what vehicle she is paying for in light of the fact that she does not list ownership of a vehicle in Schedule "B."**

**Explanation document and copy of car registration attached to this email**

**4.  Please provide photographs of all personal property listed on Lines 4 through 25 of Schedule "B."**

**already provided, prior email**

**Cont. in another email..**

--
**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m. - 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or reading, copying of this e-mail in error is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from the system.  Thank you.*

**5 attachments**

 **Copies of Checks, Transfers in and out of Personal Checking Act.pdf**
533K

 **Alina Personal Checking Explanations (1).pdf**
178K

 **lujardo not her car reg.pdf**
1932K

 **3 – Car Payment (1).pdf**
220K

**Alzugaray 2011 tax return.pdf**
175K

Meylin Lam <mlam@mldpa.com>     Fri, May 29, 2015 at 2:37 PM
To: Maite Diaz <mdiaz@mldpa.com>

**PART III - Addt. Docs 2 of 2**
**Alina Lujardo / 15-13429-AJC**

Please see below,
comments in BLUE..

**5.    Please provide any and all Federal Income Tax Forms filed on behalf of the Debtor (including Forms 1040, 1040-A, W-2 forms, and all other attached schedules) for the years 2011, 2012, 2013, and 2014, if the Debtor's 2014 taxes have been filed.**

**2011,2013 & 2014 attached to this email**

**2012 will be attached in a separate email**

**6.    Please provide copies of account statements reflecting the activity and balance of all Businesses' bank accounts in which the Debtor may have an interest, including, without limitation, all accounts listed on Schedule "B" and all other unscheduled accounts for the twenty four (24) month period up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date").**

**already provided, prior email**

--
**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m. - 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or reading, copying of this e-mail in error is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from the system.  Thank you.*

---

**3 attachments**

 **Alzugaray 2011 tax return.pdf**
175K

**Alzugaray 2013 tax return.pdf**

 133K

 **2014 Mariano + Alina Lujardo Tax Return Part 1.pdf**
16007K

---

**Meylin Lam** <mlam@mldpa.com>                                    Mon, Jun 1, 2015 at 10:28 AM
To: Maite Diaz <mdiaz@mldpa.com>

1 OF 3
---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Fri, May 29, 2015 at 2:30 PM
Subject: RE: Documents/hearing next week Alina Lujardo
To: Maite Diaz <mdiaz@mldpa.com>

[Quoted text hidden]
[Quoted text hidden]

---

**5 attachments**

 **Copies of Checks, Transfers in and out of Personal Checking Act.pdf**
533K

 **Alina Personal Checking Explanations (1).pdf**
178K

 **lujardo not her car reg.pdf**
1932K

 **3 – Car Payment (1).pdf**
220K

 **Alzugaray 2011 tax return.pdf**
175K

---

**Meylin Lam** <mlam@mldpa.com>                                    Mon, Jun 1, 2015 at 10:29 AM
To: Maite Diaz <mdiaz@mldpa.com>

2 of 3
---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Fri, May 29, 2015 at 2:37 PM
Subject: Re: Documents/hearing next week Alina Lujardo
To: Maite Diaz <mdiaz@mldpa.com>

[Quoted text hidden]
[Quoted text hidden]

---

**3 attachments**

 **Alzugaray 2011 tax return.pdf**
175K

 **Alzugaray 2013 tax return.pdf**
133K

 **2014 Mariano + Alina Lujardo Tax Return Part 1.pdf**
16007K



**Meylin Lam** <mlam@mldpa.com>                                    Mon, Jun 1, 2015 at 10:30 AM
To: Maite Diaz <mdiaz@mldpa.com>

3 of 3

Attached please find Purchase contract for car - not under debtor's name.

[Quoted text hidden]

📄 **HH Greg.pdf**
   23K

---

**Maite Diaz** <mdiaz@mldpa.com>                                   Mon, Jun 1, 2015 at 3:47 PM
To: Meylin Lam <mlam@mldpa.com>

is illegible.  Need proof of payment and car statement was car paid cash? I can't read it

---

**Maite Diaz** <mdiaz@mldpa.com>                                   Mon, Jun 1, 2015 at 10:29 PM
To: "John H. Lee" <JLee@mrthlaw.com>

Balance of documents requested (3 emails)
---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
[Quoted text hidden]

**5 attachments**

📄 **Copies of Checks, Transfers in and out of Personal Checking Act.pdf**
   533K

📄 **Alina Personal Checking Explanations (1).pdf**
   178K

📄 **lujardo not her car reg.pdf**
   1932K

📄 **3 – Car Payment (1).pdf**
   220K

📄 **Alzugaray 2011 tax return.pdf**
   175K

---

**Maite Diaz** <mdiaz@mldpa.com>                                   Mon, Jun 1, 2015 at 10:29 PM
To: "John H. Lee" <JLee@mrthlaw.com>

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
[Quoted text hidden]

**3 attachments**

**Alzugaray 2011 tax return.pdf**
175K

**Alzugaray 2013 tax return.pdf**
133K

**2014 Mariano + Alina Lujardo Tax Return Part 1.pdf**
16007K

---

**Maite Diaz** <mdiaz@mldpa.com>
To: "John H. Lee" <JLee@mrthlaw.com>

Mon, Jun 1, 2015 at 10:31 PM

requested better copy from debtor. I will forward upon receipt.

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
[Quoted text hidden]

---

**HH Greg.pdf**
23K

---

**Maite Diaz** <mdiaz@mldpa.com>
To: "John H. Lee" <JLee@mrthlaw.com>

Tue, Jun 2, 2015 at 9:51 AM

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Fri, May 29, 2015 at 2:30 PM
Subject: RE: Documents/hearing next week Alina Lujardo
To: Maite Diaz <mdiaz@mldpa.com>

[Quoted text hidden]

---

**5 attachments**

**Copies of Checks, Transfers in and out of Personal Checking Act.pdf**
533K

**Alina Personal Checking Explanations (1).pdf**
178K

**lujardo not her car reg.pdf**
1932K

**3 – Car Payment (1).pdf**
220K

**Alzugaray 2011 tax return.pdf**
175K

---

**Maite Diaz** <mdiaz@mldpa.com>
To: "John H. Lee" <JLee@mrthlaw.com>

Tue, Jun 2, 2015 at 9:51 AM

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>

Date: Fri, May 29, 2015 at 2:37 PM
Subject: Re: Documents/hearing next week Alina Lujardo
To: Maite Diaz <mdiaz@mldpa.com>


[Quoted text hidden]

---

**3 attachments**

 **Alzugaray 2011 tax return.pdf**
175K

 **Alzugaray 2013 tax return.pdf**
133K

**2014 Mariano + Alina Lujardo Tax Return Part 1.pdf**
16007K

---

**Maite Diaz** <mdiaz@mldpa.com>                    Tue, Jun 2, 2015 at 9:52 AM
To: "John H. Lee" <JLee@mrthlaw.com>


---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
[Quoted text hidden]

---

**5 attachments**

 **Copies of Checks, Transfers in and out of Personal Checking Act.pdf**
533K

 **Alina Personal Checking Explanations (1).pdf**
178K

 **lujardo not her car reg.pdf**
1932K

 **3 – Car Payment (1).pdf**
220K

 **Alzugaray 2011 tax return.pdf**
175K

---

**John H. Lee** <JLee@mrthlaw.com>                    Tue, Jun 2, 2015 at 9:51 AM
To: Maite Diaz <mdiaz@mldpa.com>


Why do you continue to send the same deficient documents?  Are you reviewing what you are sending?

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, June 02, 2015 9:51 AM
**To:** John H. Lee
**Subject:** Fwd: Documents/hearing next week Alina Lujardo

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                                    Tue, Jun 2, 2015 at 9:56 AM
To: "John H. Lee" <JLee@mrthlaw.com>

I don't know what else you need me to send you.  Can you be more specific please?  I have sent you what there is.

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                                    Tue, Jun 2, 2015 at 10:04 AM
To: "John H. Lee" <JLee@mrthlaw.com>

The new business is less than two years old.  Personal accounts were closed.  The old business refuses to provide and we ask that you please subpeona the entity.

[Quoted text hidden]



Maite Diaz <mdiaz@mldpa.com>

---

## RE: Alina Lujardo 15-13429-AJC

17 messages

---

**John H. Lee** <JLee@mrthlaw.com>                Tue, Jun 16, 2015 at 5:57 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>

Ms. Diaz,


I am still missing the following documents described below.  I will be filing a motion for an order to show cause and notice of non-compliance.  Please advise of your client's availability for a 2004 examination (please provide 3 dates in July) and provide the additional documents requested below.


Missing Documents:

    1.     Chase Bank account ending in x6006:

        a.  Still missing January 2015 and February 2015 account statement.  Debtor provided an online print out of January 2015 – this document is missing transactions from January 12 – 31, 2015.  Debtor needs to provide actual statement.

        b.  I am missing 12 months of cancelled checks over $500.00 and explanations regarding these checks.

    2.     Bank United, NA x3634:

        a.  12 months of account statements up to the date of the account closing.

        b.  Cancelled checks and explanations regarding disposition of all withdrawals over $500.00.

    3.     Bank United bank account ending in x3596

        a.  24 months of statements up through the Petition date.

    4.     Missing photographs of assets listed on lines 5, 6, and 7 of Schedule B.

    5.     Please provide copies of account statements reflecting the activity and balance of AAA investment corp.'s bank accounts in which the Debtor may have an interest, including, without limitation, all accounts listed on Schedule "B" and all other unscheduled accounts for the twenty four (24) month period up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date").


Additional documents / clarifications:

1. Chase Bank account ending in x6006:

   a.  After reviewing the account statements, I do not see any personal transactions, especially the expenses listed on Debtor's Schedule J, coming out this account.  Please advise how the Debtor pays her bills if these expenses are not being paid from Chase account ending in x6006.  If she is using another account to pay these bills then please provide 24 months of account statements for this account.

   b.  There are numerous deposits from an unscheduled Merrill Lynch account.  Please explain the source of these transfers.  Please also provide 12 months of account statements up through the Petition Date for said account.

   c.  There are numerous payments to Capital one – Please also provide 12 months of account statements up through the Petition Date for said account.

2.  Please advise which personal and business bank accounts have closed within the past two years of the Petition Date.  Please provide twelve months of account statements and cancelled checks over $500.00 for said accounts up through the date of the account closing.

3.  For the 2008 BMW:

   a.  Please provide a legible copy of the purchase/financing agreement.

      i.  Please provide a recent account statement showing the most recent pay off of the vehicle.

      ii.  Please provide documentation, including cancelled checks, wires, online receipts, etc, showing that the Debtor has been making payments on this vehicle for the past 12 months.

   b.  Please provide the insurance card and recent insurance account statement.

4.  Please explain Line 20.a. of Debtor's Schedule "J." What mortgage is the Debtor paying for $2,543.88 / month?  Please provide copy of this mortgage.  What property does this mortgage encumber?  Please provide the title of said property.

5.  Please advise and provide any supporting documentation as to the ownership or disposition of the following vehicles:

   a.  2010 Volskwagon CC Sport VIN WVWMN7AN2AE543361;

   b.  2008 Volvo S80; VIN YV1AS982481075079

6.  The Debtor's 2013 and 2014 Federal income tax return shows that the refund was deposited into an account ending in x6329 – Please provide 24 months of account statements for this account up through the Petition Date.

7.  Please see the attached sunbiz report of a business, Orchids KLWYMI International Corp.  Please have the Debtor explain why this business is not disclosed on Debtor's schedules.  Please amend SOFA to reflect the debtor's ownership in this business and provide any and all business documents including bank statements.

8.  Please provide 24 months of account statements for the CitiBusiness / Aadvantage Select credit card ending in x4594.

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, June 02, 2015 10:04 AM
**To:** John H. Lee
**Subject:** Re: Documents/hearing next week Alina Lujardo

The new business is less than two years old.  Personal accounts were closed.  The old business refuses to provide and we ask that you please subpeona the entity.

On Tue, Jun 2, 2015 at 9:56 AM, Maite Diaz <mdiaz@mldpa.com> wrote:

I don't know what else you need me to send you.  Can you be more specific please?  I have sent you what there is.

On Tue, Jun 2, 2015 at 9:51 AM, John H. Lee <JLee@mrthlaw.com> wrote:

Why do you continue to send the same deficient documents?  Are you reviewing what you are sending?

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, June 02, 2015 9:51 AM
**To:** John H. Lee
**Subject:** Fwd: Documents/hearing next week Alina Lujardo

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Fri, May 29, 2015 at 2:37 PM
Subject: Re: Documents/hearing next week Alina Lujardo
To: Maite Diaz <mdiaz@mldpa.com>

PART III - Addt. Docs 2 of 2

Alina Lujardo / 15-13429-AJC

Please see below,

comments in BLUE..

5.     **Please provide any and all Federal Income Tax Forms filed on behalf of the Debtor (including Forms 1040, 1040-A, W-2 forms, and all other attached schedules) for the years 2011, 2012, 2013, and 2014, if the Debtor's 2014 taxes have been filed.**

**2011,2013 & 2014 attached to this email**

**2012 will be attached in a separate email**

6.     **Please provide copies of account statements reflecting the activity and balance of all Businesses' bank accounts in which the Debtor may have an interest, including, without limitation, all accounts listed on Schedule "B" and all other unscheduled accounts for the twenty four (24) month period up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date").**

**already provided, prior email**

--

**Thank you,**


**Meylin**

Legal Secretary



**Diaz Law Firm**


11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.

- 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606


Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail.  If you are not the intended

recipient of this e-mail, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that any
dissemination or reading, copying of this e-mail in error is strictly
prohibited.  If you have received this e-mail in error, please immediately
return it to the sender and delete it from the system.  Thank you.*

---

 **sunbiz - Orchids KLWYMI International Corp.pdf**
42K

---

**Maite Diaz** <mdiaz@mldpa.com>                          Wed, Jun 17, 2015 at 7:33 AM
To: Meylin Lam <mlam@mldpa.com>

Need to discuss this

[Quoted text hidden]

---

 **sunbiz - Orchids KLWYMI International Corp.pdf**
42K

---

**John H. Lee** <JLee@mrthlaw.com>                          Wed, Jun 17, 2015 at 11:21 AM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>, Yvonne Candia <YCandia@mrthlaw.com>

Ms. Diaz,


I also noticed in E-Bloom's Chase bank account ending in x6006, that Costco deposited substantial funds, over
$500,000.00, into this account in March 2015. I have attached the relevant bank statement – please note that
this statement is incorrectly labeled and is in fact the March 2015 bank statement, NOT the February 2015
statement.


Please provide any and all documentation, including but not limited to purchase order agreements,
contracts, work orders, and receipts, reflecting this business relationship between E-Bloom and Costco by
**Friday, June 19th**.


---

**From:** John H. Lee
**Sent:** Tuesday, June 16, 2015 5:58 PM
**To:** 'Maite Diaz'

**Cc:** Ross Hartog
**Subject:** RE: Alina Lujardo 15-13429-AJC


Ms. Diaz,

[Quoted text hidden]

---

 **EB Chase Feb 2015.pdf**
24K

---

**Maite Diaz** <mdiaz@mldpa.com>                                         Wed, Jun 17, 2015 at 4:34 PM
To: Meylin Lam <mlam@mldpa.com>, Alina Lujardo <aaa@ebloomsdirect.com>


--------- Forwarded message ----------
From: **John H. Lee** <JLee@mrthlaw.com>
Date: Wed, Jun 17, 2015 at 11:21 AM
Subject: RE: Alina Lujardo 15-13429-AJC
[Quoted text hidden]

---

 **EB Chase Feb 2015.pdf**
24K

---

**Maite Diaz** <mdiaz@mldpa.com>                                         Wed, Jun 17, 2015 at 4:36 PM
To: Alina Lujardo <aaa@ebloomsdirect.com>, Meylin Lam <mlam@mldpa.com>

Meylin, please set up phone conference ASAP
--------- Forwarded message ----------
From: **John H. Lee** <JLee@mrthlaw.com>
Date: Tue, Jun 16, 2015 at 5:57 PM
Subject: RE: Alina Lujardo 15-13429-AJC
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>


[Quoted text hidden]

---

 **sunbiz - Orchids KLWYMI International Corp.pdf**
42K

---

**Alina Alzugaray** <aaa@ebloomsdirect.com>                              Wed, Jun 17, 2015 at 4:43 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "Maite L. Diaz Meylin Lam" <mlam@mldpa.com>




*Alina Alvarez Lujardo*
President/CEO
e-Blooms Direct, Inc.
9440 NW 12 St, Suite 202

Doral, FL, 33172

305-905-0153 mobile
786-542-9626 office
305-675-0328 fax
855-532-5666 Toll Free

Skype- ebloomsdirect.com

Our doors open windows of hope and opportunity for the less fortunate;

    Our Children,
    Gods movement,
    Our choice.....Dare to Care....

On Jun 17, 2015, at 4:36 PM, Maite Diaz <mdiaz@mldpa.com> wrote:

    3634:

**3 attachments**

 **PastedGraphic-13.pdf**
77K

 **PastedGraphic-14.pdf**
83K

**PastedGraphic-15.pdf**
68K

---

**Maite Diaz** <mdiaz@mldpa.com>           Wed, Jun 17, 2015 at 4:54 PM
To: Alina Alzugaray <aaa@ebloomsdirect.com>

Alina, you sent me a blank email.

[Quoted text hidden]
  [Quoted text hidden]

  On Jun 17, 2015, at 4:36 PM, Maite Diaz <mdiaz@mldpa.com> wrote:

    3634:

---

**Alina Alzugaray** <aaa@ebloomsdirect.com>           Wed, Jun 17, 2015 at 7:54 PM

To: Maite Diaz <mdiaz@mldpa.com>

Maite;

i will give my comments with the same numbering as the Trustee:

1. Chase Act # 6006 (EB business act)
     a.  January 2015 statement was in the file.  I was missing February 2015 which I have now included.
     b.  The request for the 12 months of cancelled checks over $500.00 and explanations was not requested on my business account.  I will work on this tomorrow and submit information asap.


2. Bank United Act#3634 (Personal Checking act)
     This account was closed in March 2014.  I have requested the additional statements requested from the Bank.  I will update information once I receive them.

3. Bank united AAA Act# 3596 (Business Act)
     RequestedJan 2013 statement from Bank
     Requested 2012 bank statements from Accountant - This bank I do not even have the account number to request information from them so I have requested this from my accountant.


4. Trustee is taking about missing photographs on assets listed on schedule B.  LInes 5,6 and 7.  Can you send me this schedule B.  Do not have it and do not know what he is talking about.  All the pictures are in the dropbox item #4.


Additional Documents - of the Trustee request

1. Acct #6006 - Eblooms Direct

a.  I stopped paying my credit cards and accounts precisely because I had NO income to pay them with.   The bills I tried keeping up with were paid by either my husband or my mom.  Which I clearly stated I married him on December 14, 2013.  IF my husband is not declaring bankruptcy why do I have to submit his bank statements and involve him in this.

b.  The Merril Lynch Deposits made into the EB account are payments made to EB from Ecuamagic an Ecuadorian Flower Company that the EB does business with.  This is for UPS freights we bill them for.

c.  Cpies made and wil forward tomorrow.

2.  Accounts that have been closed are:

     **Alina Alvarez Alzugaray** - BankUnited Bank  Act# 985-279-3634 - Personal Checking - Statements I have are entered in dropbox under number 2A.  The two checks that I am missing copies I have requested from the bank and should have them by tomorrow and will forward copies. (As specified in #2 above)

     **AAA Investments** - BankUnited Bank Act#  985-279-3596 - Business Checking -  This account has been closed and I would have to request copies of the checks they require.  Will not be done by Friday.

3.  2008 BMW
     1.  I mailed you a copy of my Moms purchase agreement.


Other notes will follow tomorrow.

*Alina Alvarez Lujardo*

President/CEO
e-Blooms Direct, Inc.
9440 NW 12 St, Suite 202
Doral, FL, 33172

305-905-0153 mobile
786-542-9626 office
305-675-0328 fax
855-532-5666 Toll Free

Skype- ebloomsdirect.com

Our doors open windows of hope and opportunity for the less fortunate;

> Our Children,
> Gods movement,
> Our choice.....Dare to Care....

---------- Forwarded message ----------
From: **John H. Lee** <JLee@mrthlaw.com>
Date: Tue, Jun 16, 2015 at 5:57 PM
Subject: RE: Alina Lujardo 15-13429-AJC
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>

Ms. Diaz,

I am still missing the following documents described below.  I will be filing a motion for an order to show cause and notice of non-compliance.  Please advise of your client's availability for a 2004 examination (please provide 3 dates in July) and provide the additional documents requested below.

Missing Documents:

    1.     Chase Bank account ending in x6006:

        a.   Still missing January 2015 and February 2015 account statement.  Debtor provided an online print out of January 2015 – this document is missing transactions from January 12 – 31, 2015. Debtor needs to provide actual statement.

        b.   I am missing 12 months of cancelled checks over $500.00 and explanations regarding these checks.

2.        Bank United, NA x3634:

    a.   12 months of account statements up to the date of the account closing.

    b.   Cancelled checks and explanations regarding disposition of all withdrawals over $500.00.

3.        Bank United bank account ending in x3596

    a.   24 months of statements up through the Petition date.

4.        Missing photographs of assets listed on lines 5, 6, and 7 of Schedule B.

5.        Please provide copies of account statements reflecting the activity and balance of AAA investment corp.'s bank accounts in which the Debtor may have an interest, including, without limitation, all accounts listed on Schedule "B" and all other unscheduled accounts for the twenty four (24) month period up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date").

Additional documents / clarifications:

1.   Chase Bank account ending in x6006:

    a.   After reviewing the account statements, I do not see any personal transactions, especially the expenses listed on Debtor's Schedule J, coming out this account.  Please advise how the Debtor pays her bills if these expenses are not being paid from Chase account ending in x6006.  If she is using another account to pay these bills then please provide 24 months of account statements for this account.

    b.   There are numerous deposits from an unscheduled Merrill Lynch account.  Please explain the source of these transfers.  Please also provide 12 months of account statements up through the Petition Date for said account.

    c.   There are numerous payments to Capital one – Please also provide 12 months of account statements up through the Petition Date for said account.

2.   Please advise which personal and business bank accounts have closed within the past two years of the Petition Date.  Please provide twelve months of account statements and cancelled checks over $500.00 for said accounts up through the date of the account closing.

3.   For the 2008 BMW:

    a.   Please provide a legible copy of the purchase/financing agreement.

     i.   Please provide a recent account statement showing the most recent pay off of the vehicle.

     ii.   Please provide documentation, including cancelled checks, wires, online receipts, etc, showing that the Debtor has been making payments on this vehicle for the past 12 months.

    b.   Please provide the insurance card and recent insurance account statement.

4.   Please explain Line 20.a. of Debtor's Schedule "J." What mortgage is the Debtor paying for $2,543.88 / month?  Please provide copy of this mortgage. What property does this mortgage encumber?  Please provide the title of said property.

5.   Please advise and provide any supporting documentation as to the ownership or disposition of the following vehicles:

    a.   2010 Volskwagon CC Sport VIN WVWMN7AN2AE543361;

    b.   2008 Volvo S80; VIN YV1AS982481075079

6.   The Debtor's 2013 and 2014 Federal income tax return shows that the refund was deposited into an account ending in x6329 – Please provide 24 months of account statements for this account up through the Petition Date.

7.   Please see the attached sunbiz report of a business, Orchids KLWYMI International Corp.  Please have the Debtor explain why this business is not disclosed on Debtor's schedules.  Please amend SOFA to reflect the debtor's ownership in this business and provide any and all business documents including bank statements.

8.   Please provide 24 months of account statements for the CitiBusiness / Aadvantage Select credit card ending in x4594.

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, June 02, 2015 10:04 AM
**To:** John H. Lee
**Subject:** Re: Documents/hearing next week Alina Lujardo

The new business is less than two years old.  Personal accounts were closed.  The old business refuses to provide and we ask that you please subpeona the entity.

On Tue, Jun 2, 2015 at 9:56 AM, Maite Diaz <mdiaz@mldpa.com> wrote:

I don't know what else you need me to send you.  Can you be more specific please?  I have sent you what there is.

On Tue, Jun 2, 2015 at 9:51 AM, John H. Lee <JLee@mrthlaw.com> wrote:

Why do you continue to send the same deficient documents?  Are you reviewing what you are sending?

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, June 02, 2015 9:51 AM
**To:** John H. Lee
**Subject:** Fwd: Documents/hearing next week Alina Lujardo

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Fri, May 29, 2015 at 2:37 PM
Subject: Re: Documents/hearing next week Alina Lujardo
To: Maite Diaz <mdiaz@mldpa.com>

PART III - Addt. Docs 2 of 2

Alina Lujardo / 15-13429-AJC

Please see below,

comments in BLUE..

5.    Please provide any and all Federal Income Tax Forms filed on behalf of the Debtor (including Forms 1040, 1040-A, W-2 forms, and all other attached schedules) for the years 2011, 2012, 2013, and 2014, if the Debtor's 2014 taxes have been filed.

2011,2013 & 2014 attached to this email

2012 will be attached in a separate email

6.    Please provide copies of account statements reflecting the activity and balance of all Businesses' bank accounts in which the Debtor may have an interest, including, without limitation, all accounts listed on Schedule "B" and all other unscheduled accounts for the twenty four (24) month period up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date").

already provided, prior email

--

**Thank you,**

**Meylin**

Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.

- 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains
PRIVILEGED AND CONFIDENTIAL information intended only for the use of the
addressee(s) or entity named on the e-mail.  If you are not the intended
recipient of this e-mail, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that any
dissemination or reading, copying of this e-mail in error is strictly
prohibited.  If you have received this e-mail in error, please immediately
return it to the sender and delete it from the system.  Thank you.*

**4 attachments**

**PastedGraphic-13.pdf**
77K

**PastedGraphic-14.pdf**
83K

 **PastedGraphic-15.pdf**
68K

 **sunbiz - Orchids KLWYMI International Corp.pdf**
42K

---

**Maite Diaz** <mdiaz@mldpa.com>                                    Fri, Jun 19, 2015 at 3:33 PM
To: "John H. Lee" <JLee@mrthlaw.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>

Mr. Lee, I am told by my secretary that we have received a fedex package from the Debtor which we hope contain the documents you need. I will review this afternoon and forward by Monday.

I am available for 2004 on 7/22 or 7/23. If these don't work, give me some dates.

[Quoted text hidden]

---

**John H. Lee** <JLee@mrthlaw.com>                                    Tue, Jun 23, 2015 at 11:07 AM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>, Yvonne Candia <YCandia@mrthlaw.com>

Ms. Diaz,


I still do not have any of the requested information. If we do not receive all documents by end of today I will be filing a motion to compel. Please advise.



Thanks.

John


---

**From:** John H. Lee
**Sent:** Wednesday, June 17, 2015 11:22 AM
**To:** 'Maite Diaz'
**Cc:** Ross Hartog; Yvonne Candia

[Quoted text hidden]


[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                                    Tue, Jun 23, 2015 at 10:24 PM
To: Alina Lujardo <aaa@ebloomsdirect.com>, Meylin Lam <mlam@mldpa.com>

Chase 6006
Still missing February statement and 12 mos cancelled checks for any checks over $500 - what is the status of this?

Bank United 3634

Still missing March 2013-October 2013 and cancelled checks for all checks over $500 - what is the status of this?

AAA investment account - Trustee request 24 months - We only have 6 months worth

On Trustee's other requests I am missing the majority of these items.  I only received credit card statements for capital one in the package you sent me and the costco purchase order.

What is this other Orchid Business?
What is your relationship to Ecumagic? Do you have an ownership interest? Is this Merriill Lynch account yours?
What is the status of the credit card statments the Trustee requested?
On the credit card statements, I noticed you are paying a AAA life insurance.  Is that policy for you?
The car registration and insurance you provided is expired.  Please provide updated info.
Also need car statement and proof of car payments.

PLEASE DO NOT SEND ME A DROPBOX LINK.  PLEASE EMAIL OR DROP OFF HARD COPIES. I HAVE NOT RECEIVED THE SECOND FEDEX/UPS PACKAGE YOU SAID YOU WOULD BE MAILING.

[Quoted text hidden]

---

**Meylin Lam** <mlam@mldpa.com>                                     Thu, Jun 25, 2015 at 11:54 AM
To: Maite Diaz <mdiaz@mldpa.com>

Spoke to Yvonne
2004 examination available dates

7/15/15 @ 10: 00 am --- ok for you

7/21/15 @ 10:00 am --- AJC confirmations ( not sure if you have any)

what dates client said she can do it??

let me know,
[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                                     Thu, Jun 25, 2015 at 12:13 PM
To: Meylin Lam <mlam@mldpa.com>

Call her and ask her if 7/21 is ok

[Quoted text hidden]

---

**Meylin Lam** <mlam@mldpa.com>                                     Thu, Jun 25, 2015 at 1:40 PM
To: Maite Diaz <mdiaz@mldpa.com>

see her response,

---------- Forwarded message ----------
From: **Alina Eb** <aaa@ebloomsdirect.com>
Date: Thu, Jun 25, 2015 at 1:13 PM
Subject: Re: Alina Lujardo 15-13429-AJC
To: Meylin Lam <mlam@mldpa.com>
Cc: "aaalzugaray@hotmail.com" <aaalzugaray@hotmail.com>

I will be available all day today to be able to talk to mind. I leave on my trip on Saturday and return on July 8th.

I leave on another business trip on the 15th of July and return on Monday the 20th.   I will forward the airplane ticket once I get to my home.

Please let me know what time is best to talk to Maite so I can have the computer on so we can review each of her questions.

Thank you,

Alina Alvarez Lujardo
eBlooms Direct
aaa@ebloomsdirect.com

www.ebloomsdirect.com
Skype- ebloomsdirect
Cell- 305-905-0153
Office- 855-536-5666
Fax-305-675-0328

Our mission:  to touch the life of a child in need; giving them the tools to excel both physically and spiritually. With love, one bloom at a time, eBlooms will make the difference.

On Jun 25, 2015, at 12:59 PM, Meylin Lam <mlam@mldpa.com> wrote:

Good Afternoon,
Attached please find documents for your review.
I spoke to Attorney Diaz we can set a phone conference today or tomorrow to discuss; also I know you said you'll be out of town next week will you be back before 7/7/15 hearing? if not, please forward us supportive documents so Attorney Diaz can ask Judge to postpone hearing due to your already scheduled trip.
Please let me know,

--
**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m. - 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or reading, copying of this e-mail in error is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from the system.  Thank you.*

<Lujardo letter 6-25-15.pdf>

<Lujardo order to show cause.pdf>

--

**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.
- 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains
PRIVILEGED AND CONFIDENTIAL information intended only for the use of the
addressee(s) or entity named on the e-mail.  If you are not the intended
recipient of this e-mail, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that any
dissemination or reading, copying of this e-mail in error is strictly
prohibited.  If you have received this e-mail in error, please immediately
return it to the sender and delete it from the system.  Thank you.*

---

**Maite Diaz** <mdiaz@mldpa.com>                              Thu, Jun 25, 2015 at 2:03 PM
To: Meylin Lam <mlam@mldpa.com>

ok
[Quoted text hidden]

---

**Meylin Lam** <mlam@mldpa.com>                              Thu, Jun 25, 2015 at 3:38 PM
To: Maite Diaz <mdiaz@mldpa.com>

see below,

---------- Forwarded message ----------
From: **Alina Alzugaray** <aaa@ebloomsdirect.com>
Date: Thu, Jun 25, 2015 at 3:29 PM
Subject: Re: Alina Lujardo 15-13429-AJC
To: "Maite L. Diaz Meylin Lam" <mlam@mldpa.com>


Enclosed the travel itinerary.  When is the conference call going to take place today?


*Alina Alvarez Lujardo*
President/CEO
e-Blooms Direct, Inc.
9440 NW 12 St, Suite 202
Doral, FL, 33172

305-905-0153 mobile

786-542-9626 office
305-675-0328 fax
855-532-5666 Toll Free

Skype- ebloomsdirect.com

Our doors open windows of hope and opportunity for the less fortunate;

Our Children,
Gods movement,
Our choice.....Dare to Care....

[Quoted text hidden]
[Quoted text hidden]

---

**4 attachments**

 **Flight Schedule.pdf**
1153K

 **PastedGraphic-13.pdf**
77K

 **PastedGraphic-14.pdf**
83K

 **PastedGraphic-15.pdf**
68K

---

**Meylin Lam** <mlam@mldpa.com>                    Fri, Jun 26, 2015 at 11:54 AM
To: Maite Diaz <mdiaz@mldpa.com>

see attchemts
[Quoted text hidden]

---

**4 attachments**

 **Flight Schedule.pdf**
1153K

 **PastedGraphic-13.pdf**
77K

 **PastedGraphic-14.pdf**
83K

 **PastedGraphic-15.pdf**
68K



Maite Diaz <mdiaz@mldpa.com>

## RE: Lujardo
10 messages

---

**John H. Lee** <JLee@mrthlaw.com>                                   Wed, Jun 24, 2015 at 5:34 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "J.C. Blanco" <jcblanco1@att.net>

Ms. Diaz,


I need the full account number for the Wells Fargo Mortgage (along with any other mortgages) encumbering the Debtor's real property.  Please provide same asap.


Thanks.

---

**Maite Diaz** <mdiaz@mldpa.com>                                     Wed, Jun 24, 2015 at 9:41 PM
To: "John H. Lee" <JLee@mrthlaw.com>
Cc: "J. C. Blanco" <jcblanco1@att.net>

The home being surrendered?

[Quoted text hidden]

---

**JC Blanco** <jcblanco1@att.net>                                    Thu, Jun 25, 2015 at 12:08 AM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "John H. Lee" <JLee@mrthlaw.com>

This would be for the property located at 8777 Collins Ave #603, Surfside, FL.

## JC Blanco
## Licensed Real Estate Broker

## Blanco Realty Services
## Certified REO Specialist
## 6780 Coral Way
## Miami, FL 33155
## (305) 775-4442
## jcblanco1@att.net

Sent from my iPad
[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>               Thu, Jun 25, 2015 at 10:35 AM
To: "J. C. Blanco" <jcblanco1@att.net>
Cc: "John H. Lee" <JLee@mrthlaw.com>, Meylin Lam <mlam@mldpa.com>

    Meylin, please send Mr Blanco a copy of the Wells Fargo mortgage statement in the file.

    [Quoted text hidden]

---

**Meylin Lam** <mlam@mldpa.com>               Thu, Jun 25, 2015 at 10:40 AM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "J. C. Blanco" <jcblanco1@att.net>, "John H. Lee" <JLee@mrthlaw.com>

Enclosed please find copy of Wells Fargo statement.
Thank you.
[Quoted text hidden]
--
**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m. - 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or reading, copying of this e-mail in error is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from the system.  Thank you.*

 **Wells Fargo Mortage Statement 9-2014.pdf**
103K

---

**JC Blanco** <jcblanco1@att.net>               Thu, Jun 25, 2015 at 11:03 AM
To: Meylin Lam <mlam@mldpa.com>
Cc: Maite Diaz <mdiaz@mldpa.com>, "John H. Lee" <JLee@mrthlaw.com>

Thank you...

JC Blanco
Licensed Real Estate Broker

Blanco Realty Services
Certified REO Specialist
6780 Coral Way
Miami, FL 33155
(305) 775-4442
jcblanco1@att.net

Sent from my iPad
[Quoted text hidden]

        &lt;Wells Fargo Mortage Statement 9-2014.pdf&gt;

---

**John H. Lee** <JLee@mrthlaw.com>                    Mon, Jun 29, 2015 at 6:05 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Meylin Lam <mlam@mldpa.com>, Yvonne Candia <YCandia@mrthlaw.com>

Ms. Diaz,

Is your client willing to agree to enlarge deadlines for an additional 30 days?

Thanks.

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Thursday, June 25, 2015 10:35 AM
**To:** J. C. Blanco
**Cc:** John H. Lee; Meylin Lam
**Subject:** Re: Lujardo

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                    Mon, Jun 29, 2015 at 7:06 PM
To: "John H. Lee" <JLee@mrthlaw.com>
Cc: Meylin Lam <mlam@mldpa.com>, Yvonne Candia <YCandia@mrthlaw.com>

Yes

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                    Mon, Jun 29, 2015 at 7:08 PM
To: "John H. Lee" <JLee@mrthlaw.com>
Cc: Meylin Lam <mlam@mldpa.com>, Yvonne Candia <YCandia@mrthlaw.com>

My client will be traveling on the day of your scheduled order to show cause hearing. I believe you have the majority of the documents you're seeking. Could we postpone the hearing please?

[Quoted text hidden]

**John H. Lee** <JLee@mrthlaw.com>                                    Tue, Jun 30, 2015 at 9:31 AM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Meylin Lam <mlam@mldpa.com>, Yvonne Candia <YCandia@mrthlaw.com>, Ross Hartog
<RHartog@mrthlaw.com>

Ms. Diaz,

We did not set the hearing for the order to show cause. The judge issued the order to show cause and set the hearing unilaterally as he found cause for the order.


Furthermore, even if we had the ability to move the hearing the Trustee is not willing to do so.  These documents have remained outstanding since April 20th.  We gave the Debtor every courtesy and opportunity to comply – even now she still as not complied with our document request.

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Monday, June 29, 2015 7:08 PM
**To:** John H. Lee
**Cc:** Meylin Lam; Yvonne Candia
**Subject:** RE: Lujardo

[Quoted text hidden]



**Maite Diaz <mdiaz@mldpa.com>**

## Alina Alvarez Lujardo
23 messages

**Yvonne Candia** <YCandia@mrthlaw.com>            Wed, Jun 10, 2015 at 9:39 AM
To: "mdiaz@mldpa.com" <mdiaz@mldpa.com>

Good morning,

Please let me know if the property is vacant. If so, please let me know who has the keys to the property to coordinate pick-up. If not, please let me know whom we can contact to schedule showing the property. Thank you.



Yvonne Candia, Legal Assistant

MARKOWITZ RINGEL TRUSTY + HARTOG

9130 South Dadeland Boulevard
Suite 1800
Miami, Florida 33156-7858
t: 305.670.5000
f: 305.670.5011

e: ycandia@mrthlaw.com

w: www.mrthlaw.com

**This email and any attachments are confidential and legally privileged. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this in error, please notify the sender by reply email and then delete the email completely from your system. This email and any attachments have been scanned for viruses, but it is the responsibility of the recipient to conduct their own security measures and no responsibility is accepted by Markowitz, Ringel, Trusty & Hartog, P.A. for loss or damage arising from the receipt or use of this email. Further, no responsibility is accepted by Markowitz, Ringel, Trusty & Hartog, P.A. for personal email, or email not connected with the firm's or clients' business.**
**IRS Circular 230 Disclosure - TAX MATTERS: To ensure compliance with IRS requirements, this is to inform you that any tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.**

 please consider the environment before printing this email

---

**Maite Diaz** <mdiaz@mldpa.com>                                     Wed, Jun 10, 2015 at 9:56 AM
To: Yvonne Candia <YCandia@mrthlaw.com>

Did you see my message about the prior realtor having an offer on the property?  Please let me know if you would like her contact info again.

[Quoted text hidden]

---

**Yvonne Candia** <YCandia@mrthlaw.com>                              Wed, Jun 10, 2015 at 12:43 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "John H. Lee" <JLee@mrthlaw.com>, Ross Hartog <RHartog@mrthlaw.com>

Ms. Diaz,

The property cannot be sold by any other realtor.  That information was never disclosed to the trustee and you were aware that the property was to be sold by Jose Blanco and Blanco Realty Services.  Please see Motion and signed Order attached.



Yvonne Candia, Legal Assistant

MARKOWITZ RINGEL TRUSTY + HARTOG

9130 South Dadeland Boulevard
Suite 1800
Miami, Florida  33156-7858
t:  305.670.5000
f:  305.670.5011

e: ycandia@mrthlaw.com

w: www.mrthlaw.com

**This email and any attachments are confidential and legally privileged. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this in error, please notify the sender by reply email and then delete the email completely from your system. This email and any attachments have been scanned for viruses, but it is the responsibility of the**

recipient to conduct their own security measures and no responsibility is accepted by Markowitz, Ringel, Trusty & Hartog, P.A. for loss or damage arising from the receipt or use of this email. Further, no responsibility is accepted by Markowitz, Ringel, Trusty & Hartog, P.A. for personal email, or email not connected with the firm's or clients' business.

IRS Circular 230 Disclosure - TAX MATTERS: To ensure compliance with IRS requirements, this is to inform you that any tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

 please consider the environment before printing this email

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Wednesday, June 10, 2015 9:56 AM
**To:** Yvonne Candia
**Subject:** Re: Alina Alvarez Lujardo

[Quoted text hidden]

---

**2 attachments**

 **38_Ch_7_Motion_to_Approve_Alina_Alvarez_Luja.pdf**
1471K

 **50_Ch_7_Order_on_Motion_to_Approve_Alina_Alvarez_Luja.pdf**
36K

---

**Maite Diaz** <mdiaz@mldpa.com>              Wed, Jun 10, 2015 at 12:48 PM
To: Yvonne Candia <YCandia@mrthlaw.com>
Cc: "John H. Lee" <JLee@mrthlaw.com>, Ross Hartog <RHartog@mrthlaw.com>

I am aware. The property had been listed prior to the case being opened and this offer came in. We simply wanted to make your office aware. Perhaps we should forward the information to Mr. Blanco?
[Quoted text hidden]

---

**Yvonne Candia** <YCandia@mrthlaw.com>           Wed, Jun 10, 2015 at 1:20 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "John H. Lee" <JLee@mrthlaw.com>, Ross Hartog <RHartog@mrthlaw.com>

Yes, please send the offer to Mr. Blanco at jcblanco1@att.net and copy our office. Thank you.



Yvonne Candia, Legal Assistant

MARKOWITZ RINGEL TRUSTY + HARTOG

9130 South Dadeland Boulevard
Suite 1800
Miami, Florida 33156-7858
t: 305.670.5000
f: 305.670.5011

e: ycandia@mrthlaw.com

w: www.mrthlaw.com

**This email and any attachments are confidential and legally privileged. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this in error, please notify the sender by reply email and then delete the email completely from your system. This email and any attachments have been scanned for viruses, but it is the responsibility of the recipient to conduct their own security measures and no responsibility is accepted by Markowitz, Ringel, Trusty & Hartog, P.A. for loss or damage arising from the receipt or use of this email. Further, no responsibility is accepted by Markowitz, Ringel, Trusty & Hartog, P.A. for personal email, or email not connected with the firm's or clients' business.**
**IRS Circular 230 Disclosure - TAX MATTERS: To ensure compliance with IRS requirements, this is to inform you that any tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.**

 please consider the environment before printing this email

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Wednesday, June 10, 2015 12:49 PM
**To:** Yvonne Candia
**Cc:** John H. Lee; Ross Hartog

[Quoted text hidden]

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>        Wed, Jun 10, 2015 at 2:55 PM
To: Angela Perera Crews <acrealtor@yahoo.com>

Angie, this is the info for the court appointed guy. perhaps you can negotiate something with him.

[Quoted text hidden]

---

**Angela Perera Crews** <acrealtor@yahoo.com>        Wed, Jun 10, 2015 at 5:39 PM
Reply-To: Angela Perera Crews <acrealtor@yahoo.com>
To: Maite Diaz <mdiaz@mldpa.com>

Maite, my listing agreement clearly states that listing agreement applies to any future trustee, I don't know if we should motion to the court the situation, and that Alina was out of town when hearing was scheduled and not able to inform trustee about current contract.
Please let me know.

Angela Perera
Innovations Realty
3785 NW 82 Ave #101
Doral, FL 33177
Office (305)586-0579
Cell (305)904-7670
Fax (305)5911722
acrealtor@yahoo.com
[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>               Wed, Jun 10, 2015 at 6:41 PM
To: Angela Perera Crews <acrealtor@yahoo.com>

Angie, I am sorry that this happened but the Trustee has the right to disregard the contract completely. I
suggest you contact him and see if he is willing to split the commission with you.
[Quoted text hidden]

---

**John H. Lee** <JLee@mrthlaw.com>             Tue, Jun 16, 2015 at 6:05 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "aespinosa89@icloud.com" <aespinosa89@icloud.com>, "J.C. Blanco" <jcblanco1@att.net>, Ross Hartog
<RHartog@mrthlaw.com>, Angela Perera Crews <acrealtor@yahoo.com>, Yvonne Candia
<YCandia@mrthlaw.com>

Ms. Diaz,

The Debtor needs to turn over the keys for the Collins Avenue property to Alejandra and Blanco Realty
Services within five days or I will be filing a motion to compel with the court.

Thanks.

**From:** Alejandra Espinosa [mailto:aespinosa89@icloud.com]
**Sent:** Tuesday, June 16, 2015 4:55 PM
**To:** John H. Lee
**Cc:** JC Blanco
**Subject:** Re: Alina Alvarez Lujardo

Hello John,

Are there keys available so we can access the unit?

Thank you,

Alejandra Espinosa

Adiminstrative Assistant

Blanco Realty Services
6780 Coral Way
Miami, FL 33155
(786) 442 5464

---

**Maite Diaz** <mdiaz@mldpa.com>           Wed, Jun 17, 2015 at 7:30 AM
To: Alina Eb <aaa@ebloomsdirect.com>

   Can you please provide the keys to my office to forward to attorney right away?

   --------- Forwarded message ---------
   From: "John H. Lee" <JLee@mrthlaw.com>
   Date: Jun 16, 2015 6:07 PM
   Subject: FW: Alina Alvarez Lujardo
   To: "Maite Diaz" <mdiaz@mldpa.com>
   [Quoted text hidden]

---

**Alina Eb** <aaa@ebloomsdirect.com>           Wed, Jun 17, 2015 at 8:13 AM
To: Maite Diaz <mdiaz@mldpa.com>

   Maite,

   I will mail you the keys today.

   Alina Alvarez Lujardo
   eBlooms Direct
   aaa@ebloomsdirect.com

   www.ebloomsdirect.com
   Skype- ebloomsdirect
   Cell- 305-905-0153
   Office- 855-536-5666
   Fax-305-675-0328

   Our mission:  to touch the life of a child in need; giving them the tools to excel both
   physically and spiritually. With love, one bloom at a time, eBlooms will make the difference.
   [Quoted text hidden]

---

**Alina Eb** <aaa@ebloomsdirect.com>           Wed, Jun 17, 2015 at 8:26 AM
To: Angie cell <acrealtor@yahoo.com>
Cc: Maite Diaz <mdiaz@mldpa.com>

   Pls forward the keys to my apartment to Maite.

   Maite It truly is sad how the courts allow a trustee to mistreat a person like myself whom has gone through all
   the hardship I have gone through in this manner.  Where does the law stand in!!  Where is there courtesy?  I
   have complied with everything they have requested of me and those  things that I have not complied with is
   because it is out of my hands and in another's!

Alina

Alina Alvarez Lujardo
eBlooms Direct
aaa@ebloomsdirect.com

www.ebloomsdirect.com
Skype- ebloomsdirect
Cell- 305-905-0153
Office- 855-536-5666
Fax-305-675-0328

Our mission:  to touch the life of a child in need; giving them the tools to excel both physically and spiritually. With love, one bloom at a time, eBlooms will make the difference.

Begin forwarded message:

**From:** Alina Eb <aaa@ebloomsdirect.com>
**Date:** June 17, 2015 at 8:13:21 AM EDT
**To:** Maite Diaz <mdiaz@mldpa.com>
[Quoted text hidden]

[Quoted text hidden]

---

**John H. Lee** <JLee@mrthlaw.com>                                    Tue, Jun 23, 2015 at 11:30 AM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: "aespinosa89@icloud.com" <aespinosa89@icloud.com>, "J.C. Blanco" <jcblanco1@att.net>, Ross Hartog <RHartog@mrthlaw.com>, Angela Perera Crews <acrealtor@yahoo.com>, Yvonne Candia <YCandia@mrthlaw.com>

Ms. Diaz,

I have been informed by our realtor that the Debtor has still not provided the keys to the property at 8777 Collins.  Accordingly, I will be filing a motion to compel.

I will also be filing a motion for an order to show cause due to debtor's continued failure to comply with the order granting trustee's motion to compel turnover of documents.  I will be seeking attorneys' fees and denial of Debtor's discharge as possible sanctions.

Thanks.

John

**From:** John H. Lee
**Sent:** Tuesday, June 16, 2015 6:06 PM
**To:** 'Maite Diaz'
**Cc:** 'aespinosa89@icloud.com'; 'J.C. Blanco'; Ross Hartog; 'Angela Perera Crews'; Yvonne Candia
**Subject:** FW: Alina Alvarez Lujardo
**Importance:** High

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                       Tue, Jun 23, 2015 at 11:33 AM
To: "John H. Lee" <JLee@mrthlaw.com>

Let me check on the status of the keys.  I was told they were mailed last week.  Also, give me a couple hours
on the documents.  You will have what I have by the end of today.

[Quoted text hidden]

---

**Acrealtor** <Acrealtor@yahoo.com>                       Tue, Jun 23, 2015 at 2:05 PM
To: "John H. Lee" <JLee@mrthlaw.com>, Maite Diaz <mdiaz@mldpa.com>
Cc: "aespinosa89@icloud.com" <aespinosa89@icloud.com>, "J.C. Blanco" <jcblanco1@att.net>, Ross Hartog
<RHartog@mrthlaw.com>, Yvonne Candia <YCandia@mrthlaw.com>

John in reference to the keys Association Hines a set of the keys it has been given to them
Angela

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "John H. Lee" <JLee@mrthlaw.com>
Date: 06/23/2015 11:30 AM (GMT-05:00)
To: 'Maite Diaz' <mdiaz@mldpa.com>
Cc: "'aespinosa89@icloud.com'" <aespinosa89@icloud.com>, "'J.C. Blanco'" <jcblanco1@att.net>, Ross Hartog
<RHartog@mrthlaw.com>, 'Angela Perera Crews' <acrealtor@yahoo.com>, Yvonne Candia
<YCandia@mrthlaw.com>
Subject: RE: Alina Alvarez Lujardo

[Quoted text hidden]

---

**John H. Lee** <JLee@mrthlaw.com>                       Tue, Jun 23, 2015 at 2:53 PM
To: Acrealtor <Acrealtor@yahoo.com>, Maite Diaz <mdiaz@mldpa.com>
Cc: "aespinosa89@icloud.com" <aespinosa89@icloud.com>, "J.C. Blanco" <jcblanco1@att.net>, Ross Hartog
<RHartog@mrthlaw.com>, Yvonne Candia <YCandia@mrthlaw.com>

thanks.

---

**From:** Acrealtor [mailto:Acrealtor@yahoo.com]
**Sent:** Tuesday, June 23, 2015 2:05 PM
**To:** John H. Lee; 'Maite Diaz'
**Cc:** 'aespinosa89@icloud.com'; 'J.C. Blanco'; Ross Hartog; Yvonne Candia

[Quoted text hidden]

[Quoted text hidden]

**Maite Diaz** <mdiaz@mldpa.com>             Tue, Jun 23, 2015 at 2:58 PM
To: Acrealtor <Acrealtor@yahoo.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>, "J.C. Blanco" <jcblanco1@att.net>, "aespinosa89@icloud.com" <aespinosa89@icloud.com>, "John H. Lee" <JLee@mrthlaw.com>, Yvonne Candia <YCandia@mrthlaw.com>

> John, the debtor mailed the keys to my physical address instead of my mailing address. I am working with the post office to try to recover the keys that are lost in the mail. Further, the realtor has informed me that the on-site HOA has a set of keys to provide you immediate access and I have instructed the realtor to bring me a second set of keys.
>
> [Quoted text hidden]

**Maite Diaz** <mdiaz@mldpa.com>             Tue, Jun 23, 2015 at 3:36 PM
To: Meylin Lam <mlam@mldpa.com>

> Her name is yvonne
>
> --------- Forwarded message ----------
> From: "Maite Diaz" <mdiaz@mldpa.com>
> Date: Jun 23, 2015 2:58 PM
> Subject: RE: Alina Alvarez Lujardo
> [Quoted text hidden]

**Meylin Lam** <mlam@mldpa.com>             Tue, Jun 23, 2015 at 3:41 PM
To: Maite Diaz <mdiaz@mldpa.com>

> what available dates did client provide???
> [Quoted text hidden]
> --
> **Thank you,**
>
> **Meylin**
> Legal Secretary
>
>
> **Diaz Law Firm**
>
> 11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.
> - 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)
>
> Telephone: 954-300-3915 | Facsimile: 954-431-0606
>
> Mailing Address: PO BOX 820300, South Florida, Fl 33082
>
> *CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or reading, copying of this e-mail in error is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from the system.  Thank you.*

**Meylin Lam** <mlam@mldpa.com>             Thu, Jun 25, 2015 at 9:31 AM
To: Maite Diaz <mdiaz@mldpa.com>

I called Yvonne, said she will have available dates for us this morning will call me back....

On Tue, Jun 23, 2015 at 3:36 PM, Maite Diaz <mdiaz@mldpa.com> wrote:
[Quoted text hidden]


--
Thank you,

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m. - 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains PRIVILEGED AND CONFIDENTIAL information intended only for the use of the addressee(s) or entity named on the e-mail.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or reading, copying of this e-mail in error is strictly prohibited.  If you have received this e-mail in error, please immediately return it to the sender and delete it from the system.  Thank you.*

---

**Maite Diaz** <mdiaz@mldpa.com>                                    Thu, Jun 25, 2015 at 9:33 AM
To: Meylin Lam <mlam@mldpa.com>

Ok. Great.

[Quoted text hidden]

---

**J.C. Blanco** <jcblanco1@att.net>                                  Tue, Jun 30, 2015 at 8:11 PM
To: Maite Diaz <mdiaz@mldpa.com>, Acrealtor <Acrealtor@yahoo.com>
Cc: Ross Hartog <RHartog@mrthlaw.com>, aespinosa89@icloud.com, "John H. Lee" <JLee@mrthlaw.com>, Yvonne Candia <YCandia@mrthlaw.com>

Hello Ms. Diaz,


Please advise what the status of keys.  Have you received the second set from the realtor?  And has the post office recovered the lost set that was mailed to you?  Please let me know.  From the sound of it, it's probably easier to get a locksmith and change the lock.


JC Blanco

Licensed Real Estate Broker


Blanco Realty Services

Certified REO Specialist

6780 Coral Way

Miami, FL 33155

(305) 775-4442

jcblanco1@att.net


**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, June 23, 2015 2:58 PM
**To:** Acrealtor
**Cc:** Ross Hartog; J.C. Blanco; aespinosa89@icloud.com; John H. Lee; Yvonne Candia

[Quoted text hidden]

[Quoted text hidden]


 This email has been checked for viruses by Avast antivirus software.
www.avast.com

---

**Maite Diaz** <mdiaz@mldpa.com>                          Tue, Jun 30, 2015 at 9:08 PM
To: "J. C. Blanco" <jcblanco1@att.net>
Cc: Ross Hartog <RHartog@mrthlaw.com>, "John H. Lee" <JLee@mrthlaw.com>, aespinosa89@icloud.com,
Yvonne Candia <YCandia@mrthlaw.com>, Acrealtor <Acrealtor@yahoo.com>


Unfortunately, i am not in possession of the keys. Angela was supposed to mail them to you when I last spoke
to her last week. I will check with her in the morning.

[Quoted text hidden]



**Maite Diaz <mdiaz@mldpa.com>**

# Alina Lujardo 15-13429-AJC ( most recent request)

7 messages

**Meylin Lam** <mlam@mldpa.com>        Mon, Jul 6, 2015 at 12:56 PM
To: Maite Diaz <mdiaz@mldpa.com>

Attached are 12 months of canceled checks on 6006 account

--
**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.
- 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains
PRIVILEGED AND CONFIDENTIAL information intended only for the use of the
addressee(s) or entity named on the e-mail.  If you are not the intended
recipient of this e-mail, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that any
dissemination or reading, copying of this e-mail in error is strictly
prohibited.  If you have received this e-mail in error, please immediately
return it to the sender and delete it from the system.  Thank you.*



**6 attachments**

📄 **Lujardo March & April cxl checks.pdf**
1575K

📄 **Lujardo correct - May & June cxl checks 6006.pdf**
1789K

📄 **Lujardo July & Aug cxl checks 6006.pdf**
2942K

📄 **Lujardo Sep & Oct cxl checks 6006.pdf**
4106K

📄 **Lujardo Nov & Dec cxl checks 6006.pdf**
4894K

📄 **Lujardo Jan & Feb 2015 cxl checks 6006.pdf**
3147K

**Meylin Lam** <mlam@mldpa.com>                                    Mon, Jul 6, 2015 at 12:57 PM
To: Maite Diaz <mdiaz@mldpa.com>

Orchid Docs
[Quoted text hidden]

---

**2 attachments**

 **Orchids Balance sheet.pdf**
183K

 **Orchids Chase (8906)Nov 29 2014- Aug 29 2014.pdf**
919K

---

**Meylin Lam** <mlam@mldpa.com>                                    Mon, Jul 6, 2015 at 12:59 PM
To: Maite Diaz <mdiaz@mldpa.com>

Husband's bank statements
Chase &
Bank United
[Quoted text hidden]

---

**7 attachments**

 **Chase 9757 ( Dec 13 2014 - March 13 2015).pdf**
1822K

 **Chase 9757 ( Sep 30 2014 - Dec 12 2014).pdf**
1946K

 **Chase 9757( March 14 2015 - June 12 2015 ).pdf**
1635K

 **BU 6329 ( Jan + Feb 2015).pdf**
965K

 **BU 6329 ( Jan 12 2014 - May 12 2014).pdf**
2421K

 **BU 6329 ( May 2013 - Dec 2013).pdf**
3154K

 **BU 6329 (June 2014 - Dec 14 2014).pdf**
3541K

---

**Maite Diaz** <mdiaz@mldpa.com>                                    Mon, Jul 6, 2015 at 1:00 PM
To: "John H. Lee" <JLee@mrthlaw.com>

[Quoted text hidden]

---

**6 attachments**

 **Lujardo March & April cxl checks.pdf**
1575K

 **Lujardo correct - May & June cxl checks 6006.pdf**
1789K

 **Lujardo July & Aug cxl checks 6006.pdf**
2942K

**Lujardo Sep & Oct cxl checks 6006.pdf**



4106K

**Lujardo Nov & Dec cxl checks 6006.pdf**
4894K

**Lujardo Jan & Feb 2015 cxl checks 6006.pdf**
3147K

---

**Maite Diaz** <mdiaz@mldpa.com>        Mon, Jul 6, 2015 at 1:00 PM
To: Meylin Lam <mlam@mldpa.com>

--------- Forwarded message ----------
From: "Meylin Lam" <mlam@mldpa.com>
Date: Jul 6, 2015 12:56 PM
Subject: Alina Lujardo 15-13429-AJC ( most recent request)
To: "Maite Diaz" <mdiaz@mldpa.com>
Cc:

[Quoted text hidden]

---

**6 attachments**

**Lujardo March & April cxl checks.pdf**
1575K

**Lujardo correct - May & June cxl checks 6006.pdf**
1789K

**Lujardo July & Aug cxl checks 6006.pdf**
2942K

**Lujardo Sep & Oct cxl checks 6006.pdf**
4106K

**Lujardo Nov & Dec cxl checks 6006.pdf**
4894K

**Lujardo Jan & Feb 2015 cxl checks 6006.pdf**
3147K

---

**Maite Diaz** <mdiaz@mldpa.com>        Mon, Jul 6, 2015 at 1:01 PM
To: "John H. Lee" <JLee@mrthlaw.com>

--------- Forwarded message ----------
From: "Meylin Lam" <mlam@mldpa.com>
Date: Jul 6, 2015 12:57 PM
Subject: Alina Lujardo 15-13429-AJC ( most recent request)
To: "Maite Diaz" <mdiaz@mldpa.com>
Cc:

[Quoted text hidden]

---

**2 attachments**

**Orchids Balance sheet.pdf**
183K

**Orchids Chase (8906)Nov 29 2014- Aug 29 2014.pdf**
919K

**Maite Diaz** <mdiaz@mldpa.com>　　　　　　　　　　　　　　　　Mon, Jul 6, 2015 at 1:01 PM
To: "John H. Lee" <JLee@mrthlaw.com>

---------- Forwarded message ----------
From: "Meylin Lam" <mlam@mldpa.com>
Date: Jul 6, 2015 12:59 PM
Subject: Alina Lujardo 15-13429-AJC ( most recent request)
To: "Maite Diaz" <mdiaz@mldpa.com>
Cc:

[Quoted text hidden]

---

**7 attachments**

📄 **Chase 9757 ( Dec 13 2014 - March 13 2015).pdf**
1822K

📄 **Chase 9757 ( Sep 30 2014 - Dec 12 2014).pdf**
1946K

📄 **Chase 9757( March 14 2015 - June 12 2015 ).pdf**
1635K

📄 **BU 6329 ( Jan + Feb 2015).pdf**
965K

📄 **BU 6329 ( Jan 12 2014 - May 12 2014).pdf**
2421K

📄 **BU 6329 ( May 2013 - Dec 2013).pdf**
3154K

📄 **BU 6329 (June 2014 - Dec 14 2014).pdf**
3541K

INB - (5-29-2013) Ammendment to Articles of Incorporation.pdf
120K

INB (8-12-13) Amendment to Articles of Incorporation.pdf
120K

INB 2014 Annual Report.pdf
4K

INB 2015 Annual Report.pdf
4K

AAA Articles of Incoration.pdf
40K

eB Shareholders Agreement.pdf
3695K

EB Articles of Incorporation.pdf
49K

EB Amendment to Articles of Incorporation.pdf
208K

---

**Meylin Lam** <mlam@mldpa.com>                                    Mon, May 18, 2015 at 10:56 AM
To: Maite Diaz <mdiaz@mldpa.com>

2 of 2

Attached more docs.

--
**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.
- 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains
PRIVILEGED AND CONFIDENTIAL information intended only for the use of the
addressee(s) or entity named on the e-mail.  If you are not the intended
recipient of this e-mail, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that any
dissemination or reading, copying of this e-mail in error is strictly
prohibited.  If you have received this e-mail in error, please immediately
return it to the sender and delete it from the system.  Thank you.*

---

**6 attachments**

Stock Sale of  AGROSTOCK.pdf
2103K

2013 AGROSTOCK Tax Return.pdf

1679K

![pdf] **2012 Agrostock Tax Retunr.pdf**
126K

![doc] **2011 AGROSTOCK Tax Rtn (1).docx**
2010K

![file] **2010 TERRA Tax Return.pdf-**
2466K

![pdf] **2010 Terrasolution PL.pdf**
99K

---

**Meylin Lam** <mlam@mldpa.com>                    Mon, May 18, 2015 at 1:37 PM
To: Maite Diaz <mdiaz@mldpa.com>

Also missing the following:

-Chase (6006)
12 months

-Pictures eb chase
[Quoted text hidden]

---

**17 attachments**



**Arm Chairs.jpg**
1462K



**Bed & 2 Nightstand.jpg**
1277K



**Dinning Table & 4 chairs (1).jpg**
1391K



**End Table & Mirror (1).jpg**
1725K

📕 **EB Chase Feb 2014.pdf**
17K

📕 **EB Chase March 2014.pdf**
19K

📕 **EB Chase April 2014.pdf**
19K

📕 **EB Chase May 2014.pdf**
19K

📕 **EB Chase June 2014.pdf**
18K

📕 **EB Chase July 2014.pdf**
18K

📕 **EB Chase August 2014.pdf**
20K

📕 **EB Chase September 2014.pdf**
20K

📕 **EB Chase Oct 2014.pdf**
19K

📕 **EB Chase Nov 2014.pdf**
20K

📕 **EB Chase Dec 2014.pdf**
53K

📕 **Chase Online - Account Activity Jan 2015.pdf**
204K

📕 **EB Chase Feb 2015.pdf**
24K

To: Meylin Lam <mlam@mldpa.com>

Did you send to trustee or to me

[Quoted text hidden]

---

**Meylin Lam** <mlam@mldpa.com>                Tue, May 19, 2015 at 9:08 AM
To: Maite Diaz <mdiaz@mldpa.com>

all emails to you
[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                Tue, May 19, 2015 at 4:17 PM
To: "John H. Lee" <JLee@mrthlaw.com>

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Mon, May 18, 2015 at 10:54 AM
Subject: Lujardo, Alina -Addt. TT Docs 15-13429-AJC
To: Maite Diaz <mdiaz@mldpa.com>

1 of 2

Good Morning,
Enclosed please find additional documents requested after 341 meeting.
Please review and advise if further information needed.

--
**Thank you,**

**Meylin**
Legal Secretary

**Diaz Law Firm**

11011 Sheridan St., Suite # 305 Cooper City, FL 33026 |Office Hours: 9:00 a.m.
- 5:00 p.m. (Monday - Friday) | 9:00 a.m. - 12:00 p.m. (Saturday)

Telephone: 954-300-3915 | Facsimile: 954-431-0606

Mailing Address: PO BOX 820300, South Florida, Fl 33082

*CONFIDENTIALITY NOTICE**: This e-mail, and any attachments to it, contains
PRIVILEGED AND CONFIDENTIAL information intended only for the use of the
addressee(s) or entity named on the e-mail.  If you are not the intended
recipient of this e-mail, or the employee or agent responsible for
delivering it to the intended recipient, you are hereby notified that any
dissemination or reading, copying of this e-mail in error is strictly
prohibited.  If you have received this e-mail in error, please immediately
return it to the sender and delete it from the system.  Thank you.*

---

**14 attachments**

 **balresultados 2013.pdf**
93K

**balresultados 2012.pdf**
93K

**balresultados 2011.pdf**
92K

**Notes – InBloom Articles of Incorporation.docx**
41K

**Notes Terrasolution – Agrostock.docx**
30K

**InB - (2-5-2014) Original Articles of Incorporations done.pdf**
125K

**INB - (5-29-2013) Ammendment to Articles of Incorporation.pdf**
120K

**INB (8-12-13) Amendment to Articles of Incorporation.pdf**
120K

**INB 2014 Annual Report.pdf**
4K

**INB 2015 Annual Report.pdf**
4K

**AAA Articles of Incoration.pdf**
40K

**eB Shareholders Agreement.pdf**
3695K

**EB Articles of Incorporation.pdf**
49K

**EB Amendment to Articles of Incorporation.pdf**
208K

---

**Maite Diaz** <mdiaz@mldpa.com>                  Tue, May 19, 2015 at 4:18 PM
To: "John H. Lee" <JLee@mrthlaw.com>

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Mon, May 18, 2015 at 10:56 AM
Subject: Lujardo, Alina -Addt. TT Docs 15-13429-AJC
To: Maite Diaz <mdiaz@mldpa.com>


[Quoted text hidden]

---

**6 attachments**

**Stock Sale of AGROSTOCK.pdf**
2103K

**2013 AGROSTOCK Tax Return.pdf**
1679K

**2012 Agrostock Tax Retunr.pdf**
126K

7/6/2015                                   Mail - Lujardo, Alina - Addtl. TT Docs 15-13429-AJC

Case 15-13429-AJC    Doc 64-1    Filed 07/06/15    Page 53 of 60

**2011 AGROSTOCK Tax Rtn (1).docx**
2010K

**2010 TERRA Tax Return.pdf**-
2466K

**2010 Terrasolution PL.pdf**
99K

---

**John H. Lee** <JLee@mrthlaw.com>                        Wed, May 27, 2015 at 2:24 PM
To: Maite Diaz <mdiaz@mldpa.com>
Cc: Yvonne Candia <YCandia@mrthlaw.com>

Ms. Diaz,

I am still waiting on the balance of the requested documentation – I have attached the document request for
your convenience.  Please advise.

Also the objection/discharge deadlines run on july 1.  Do you agree to enlarge for 30 days?

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, May 19, 2015 4:18 PM
**To:** John H. Lee
**Subject:** Fwd: Lujardo, Alina -Addt. TT Docs 15-13429-AJC

[Quoted text hidden]

**noname.eml**
31K

---

**Maite Diaz** <mdiaz@mldpa.com>                          Wed, May 27, 2015 at 2:29 PM
To: "John H. Lee" <JLee@mrthlaw.com>

No problem with the extension. I'll follow up with my client. I know in bloom had refused to turn over the docs.
You may need to subpoena them.

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>                          Wed, May 27, 2015 at 3:49 PM
To: "John H. Lee" <JLee@mrthlaw.com>

I can't open the attachment with the missing documents.  Beside the P&L for Inbloom, what else do you require?
[Quoted text hidden]

---

**John H. Lee** <JLee@mrthlaw.com>                        Thu, May 28, 2015 at 9:32 AM
To: Maite Diaz <mdiaz@mldpa.com>

Ms. Diaz,

I have attached our motion to compel which contains the discovery request. This discovery remains outstanding since April 20th.

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Wednesday, May 27, 2015 3:49 PM
**To:** John H. Lee
**Subject:** Re: Lujardo, Alina -Addt. TT Docs 15-13429-AJC

[Quoted text hidden]

---

📄 **32_Ch_7_Motion_to_Compel_Alina_Alvarez_Luja.pdf**
117K

---

**Maite Diaz** <mdiaz@mldpa.com>      Thu, May 28, 2015 at 10:05 AM
Draft To: "John H. Lee" <JLee@mrthlaw.com>

[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>      Thu, May 28, 2015 at 10:07 AM
To: "John H. Lee" <JLee@mrthlaw.com>

I sent you 2 emails on May 19th. Most of the items you request are here. Here it is again.
[Quoted text hidden]

---

**14 attachments**

📄 **balresultados 2013.pdf**
93K

📄 **balresultados 2012.pdf**
93K

📄 **balresultados 2011.pdf**
92K

📄 **Notes – InBloom Articles of Incorporation.docx**
41K

📄 **Notes Terrasolution – Agrostock.docx**
30K

📄 **InB - (2-5-2014) Original Articles of Incorporations done.pdf**
125K

📄 **INB - (5-29-2013) Ammendment to Articles of Incorporation.pdf**
120K

📄 **INB (8-12-13) Amendment to Articles of Incorporation.pdf**
120K

📄 **INB 2014 Annual Report.pdf**
4K

📄 **INB 2015 Annual Report.pdf**
4K


**AAA Articles of Incoration.pdf**
40K

**eB Shareholders Agreement.pdf**
3695K

**EB Articles of Incorporation.pdf**
49K

**EB Amendment to Articles of Incorporation.pdf**
208K

---

**Maite Diaz** <mdiaz@mldpa.com>                    Thu, May 28, 2015 at 10:08 AM
To: "John H. Lee" <JLee@mrthlaw.com>

---------- Forwarded message ----------
From: **Maite Diaz** <mdiaz@mldpa.com>
[Quoted text hidden]

---

**6 attachments**

**Stock Sale of AGROSTOCK.pdf**
2103K

**2013 AGROSTOCK Tax Return.pdf**
1679K

**2012 Agrostock Tax Retunr.pdf**
126K

**2011 AGROSTOCK Tax Rtn (1).docx**
2010K

**2010 TERRA Tax Return.pdf-**
2466K

**2010 Terrasolution PL.pdf**
99K

---

**John H. Lee** <JLee@mrthlaw.com>                    Thu, May 28, 2015 at 10:28 AM
To: Maite Diaz <mdiaz@mldpa.com>

I've highlighted the relevant sections below.  I will see you in court next week.

     **1.**      **Please provide copies of account statements reflecting the activity and balance of all bank accounts that the Debtor may have an interest, including all accounts listed on Schedule "B" for the twelve month period, up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date"). Please also include a detailed explanation and copies of any supporting documentation, including cancelled checks) as to the disposition of all withdrawals or credits greater than $500 for the twelve (12) month period prior to the Petition Date, including the name and relationship to the Debtor of any recipient of said funds.**

     **2.**      **Please provide copies of account statements reflecting the activity and balance of all bank accounts closed by the Debtor(s) within the twelve (12) month period prior to the Petition Date for the six (6) month period up to and including the date the Debtor(s) closed the bank account. Please also include a detailed explanation and copies of any supporting documentation as to the**

disposition of all withdrawals or credits greater than $500 for the six (6) month period, prior to the date that the account was closed, including the name and relationship to the Debtor(s) of any recipient of said funds.

**3. Debtor's schedule J indicates that she is making payments for a vehicle. Can you please explain what vehicle she is paying for in light of the fact that she does not list ownership of a vehicle in Schedule "B."**

**4. Please provide photographs of all personal property listed on Lines 4 through 25 of Schedule "B."**

**5. Please provide any and all Federal Income Tax Forms filed on behalf of the Debtor (including Forms 1040, 1040-A, W-2 forms, and all other attached schedules) for the years 2011, 2012, 2013, and 2014, if the Debtor's 2014 taxes have been filed.**

        a. Debtor's 2011 taxes seem to indicate that the Debtor has an ownership interest in an Ecuadorian company, Terrasolustions Implementos Agricoloas CIA, LTDA. Please explain what is or was this company. If the Debtor had an ownership interest in this company please provide all documents requested below in paragraphs 6- 10.

6. Paragraph 18 of the Statement of Financial Affairs (the "SOFA") reflects Debtor(s)' interest in E Blooms Direct, Inc., In Bloom Group LLC, and AAA investment corp. (the "Businesses"). Please provide true and correct copies of all state and federal income tax returns (including but not limited to forms 1120, 1040, 1040-A, W-2 forms, and all other attached schedules) and all personal property tax returns (tangible or intangible) filed by the Debtor or on the Debtor behalf for the Businesses for the past five years, whether filed with the United States government, the government of any state or municipality, or the government of any foreign country.

7. Please provide the Articles of Incorporation, Bylaws, all annual reports filed with the Secretary of State (or equivalent authority) and all agreements and documents reflecting both current ownership in the Businesses and any change in Business ownership since the inception of the businesses.

        8. Please provide all financial statements, inventories and schedules reflecting the Businesses' assets, liabilities, income and net worth, whether prepared by the Debtor or on the Debtor's behalf, for the past five years.

**9. Please provide copies of account statements reflecting the activity and balance of all Businesses' bank accounts in which the Debtor may have an interest, including, without limitation, all accounts listed on Schedule "B" and all other unscheduled accounts for the twenty four (24) month period up to and including the date the Debtor filed the bankruptcy petition (the "Petition Date").**

10. Please provide all records which would identify all real property in which the Businesses have an interest of any kind and the nature and present status of that interest, whether such property is located within or outside the United States of America, and whether or not record title to such property has been in the Debtor's name, or in any other name or names , including, but not limited to, deeds, mortgages, leases and trust agreements pertaining to such interest.

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Thursday, May 28, 2015 10:07 AM
**To:** John H. Lee

[Quoted text hidden]

[Quoted text hidden]

7/6/2015       Mail Lujardo, Alina - Addt. TT Docs 15-13429-AJC

Case 15-13429-AJC   Doc 64-1   Filed 07/06/15   Page 57 of 60

**Maite Diaz** <mdiaz@mldpa.com>             Thu, May 28, 2015 at 10:31 AM
To: Meylin Lam <mlam@mldpa.com>

Need these asap

---------- Forwarded message ----------
From: "John H. Lee" <JLee@mrthlaw.com>
Date: May 28, 2015 10:29 AM
Subject: RE: Lujardo, Alina -Addt. TT Docs 15-13429-AJC
To: "Maite Diaz" <mdiaz@mldpa.com>
[Quoted text hidden]

---

**Maite Diaz** <mdiaz@mldpa.com>             Tue, Jun 2, 2015 at 9:49 AM
To: "John H. Lee" <JLee@mrthlaw.com>

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Mon, May 18, 2015 at 1:37 PM
Subject: Re: Lujardo, Alina -Addt. TT Docs 15-13429-AJC
To: Maite Diaz <mdiaz@mldpa.com>

[Quoted text hidden]

---

**17 attachments**



**Arm Chairs.jpg**
1462K



**Bed & 2 Nightstand.jpg**
1277K



**Dinning Table & 4 chairs (1).jpg**
1391K



**End Table & Mirror (1).jpg**
1725K

**EB Chase Feb 2014.pdf**
17K

**EB Chase March 2014.pdf**
19K

**EB Chase April 2014.pdf**
19K

**EB Chase May 2014.pdf**
19K

**EB Chase June 2014.pdf**
18K

**EB Chase July 2014.pdf**
18K

**EB Chase August 2014.pdf**
20K

**EB Chase September 2014.pdf**
20K

**EB Chase Oct 2014.pdf**
19K

**EB Chase Nov 2014.pdf**
20K

**EB Chase Dec 2014.pdf**
53K

**Chase Online - Account Activity Jan 2015.pdf**
204K

**EB Chase Feb 2015.pdf**
24K

---

**Maite Diaz** <mdiaz@mldpa.com>

Tue, Jun 2, 2015 at 9:50 AM

To: "John H. Lee" <JLee@mrthlaw.com>

---------- Forwarded message ----------
From: **Meylin Lam** <mlam@mldpa.com>
Date: Mon, May 18, 2015 at 10:56 AM
Subject: Lujardo, Alina -Addt. TT Docs 15-13429-AJC
To: Maite Diaz <mdiaz@mldpa.com>

[Quoted text hidden]

---

**6 attachments**

 **Stock Sale of  AGROSTOCK.pdf**
2103K

**2013 AGROSTOCK Tax Return.pdf**
1679K

**2012 Agrostock Tax Retunr.pdf**
126K

**2011 AGROSTOCK Tax Rtn (1).docx**
2010K

**2010 TERRA Tax Return.pdf-**
2466K

**2010 Terrasolution PL.pdf**
99K

---

**Maite Diaz** <mdiaz@mldpa.com>              Tue, Jun 2, 2015 at 9:55 AM
To: "John H. Lee" <JLee@mrthlaw.com>

If you like, I can have these printed and hard copies mailed to you.  It is a voluminous request and I understand
difficult to organize in this format.  I have sent you what exists.
[Quoted text hidden]

---

**John H. Lee** <JLee@mrthlaw.com>              Tue, Jun 2, 2015 at 9:55 AM
To: Maite Diaz <mdiaz@mldpa.com>

Organization is not the problem. Actually providing the relevant documents seems the be the problem.

Providing 24 months of bank account statements and 12 months of cancelled checks is not that difficult to
provide or organize.

---

**From:** Maite Diaz [mailto:mdiaz@mldpa.com]
**Sent:** Tuesday, June 02, 2015 9:55 AM
**To:** John H. Lee
**Subject:** Re: Lujardo, Alina -Addt. TT Docs 15-13429-AJC

[Quoted text hidden]

**Maite Diaz** <mdiaz@mldpa.com>                                      Tue, Jun 2, 2015 at 10:01 AM
To: "John H. Lee" <JLee@mrthlaw.com>

The months of bank statements that exist have been provided.  I cannot send you what there is none of.
[Quoted text hidden]