

**ORDERED in the Southern District of Florida on July 10, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### ORDER RESERVING RULING ON DETERMINATION ON WHETHER THE DEBTOR SHOULD BE HELD IN CONTEMPT OF THIS COURT

**THIS CAUSE** having come before the Court on July 7, 2015 at 11:00 a.m. upon this Court's *Order Setting Hearing for Debtor to Show Cause Why She Should Not be Held in Contempt of this Court* (the "Order to Show Cause") [ECF No 57] and the Trustee's *(1) Ex Parte Motion for (A) Entry of Order to Show Cause and (B) Hearing on Same; and (2) Notice of Non-Compliance* (the "Motion") [ECF No. 55], and the Court, having reviewed the Motion and the

Court file, having heard argument from the parties; and for the reasons set forth on the record, which are incorporated herein by reference, it is

**ORDERED** as follows:

1. The Court reserves ruling on a determination of whether the Debtor should be held in contempt of this Court and whether sanctions, including, but not limited to, payment of the Trustee's attorneys' fees and costs associated with bringing the Motion should not be imposed.

2. The Trustee is authorized to employ a locksmith to change the locks at the property located at 8777 Collins Avenue, #603, Surfside, Florida 33154.

3. The Debtor is directed to turnover all requested documents and information as defined in the Motion within five (5) days of the 2004 Examination of the Debtor, or July 16, 2015.

###

<u>Submitted by</u>:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**<u>Copies to:</u>**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

#586086