## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Reserving Ruling on Determination on Whether the Debtor Should be Held in Contempt of This Court* **[ECF No. 66]** was served on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on July 13, 2015 and via US Mail to all parties on the attached Service List who are not registered to receive electronic notification on July 14, 2015.

Dated: July 14, 2015

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

589202

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**15-13429-AJC Notice will be mailed to:**

Alina Alvarez Lujardo
2231 SW 82nd Pl
Miami, FL 33155-1250