UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  Case No. 15-13429-AJC
                                                                        Chapter 7
ALINA ALVAREZ LUJARDO
*aka* ALINA ALZUGARAY,

       Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Order Granting Motion for Relief from Stay in favor of Wells Fargo Bank, N.A. [d.e. #68] was served via U.S. mail, first-class postage prepaid, on July 20, 2015, upon:

Alina Alvarez Lujardo
2231 SW 82nd Pl
Miami, FL 33155-1250

      The following were served via CM/ECF mail: Maite L. Diaz, Ross R Hartog and the Office of the US Trustee.

                                                       Respectfully Submitted:

                                                      /s/ Brandi R. Lesesne
                                                      Brandi R. Lesesne
                                                      Bar No.: FL 65477
                                                      Aldridge | Pite LLP
                                                      Attorney for Secured Creditor
                                                      Fifteen Piedmont Center
                                                      3575 Piedmont Road, N.E., Suite 500
                                                      Atlanta, GA 30305
                                                      Phone: (404) 994-7629
                                                      Fax: (888) 701-8994