

**ORDERED in the Southern District of Florida on July 27, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

**AGREED ORDER GRANTING AGREED *EX PARTE* MOTION FOR EXTENSION OF
TIME TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE
AND TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS**

THIS MATTER, having come before the Court upon the *Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions* (the "Motion") [ECF No. 70]. The Court, having reviewed the Motion and the record herein and having been advised that the parties are in agreement, finds cause to grant the Motion. Accordingly, it is

ORDERED:

1. The Motion is **GRANTED.**

2. The Trustee shall have up to and including **August 31, 2015** to file a complaint objecting to Debtor's discharge.

3. The Trustee shall have up to and including **August 31, 2015** to object to the Debtor's claimed exemptions.

# # #

<u>Submitted by</u>:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
593742