**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO                               Chapter 7

                                    Debtor./
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions* [ECF No. 71] was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on July 28, 2015.


Dated:  July 28, 2015                    MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                                         *Counsel to Chapter 7 Trustee*
                                         9130 South Dadeland Boulevard, Suite 1800
                                         Miami, Florida  33156
                                         Tel. (305) 670-5000
                                         Fax. (305) 670-5011


                                         By: /s/ *John H. Lee*
                                             John H. Lee, Esq.
                                             Florida Bar No. 91795
                                             jlee@mrthlaw.com


594656

***In re Alina Alvarez Lujardo***
**Case No. 15-13429-AJC**
**Service List**

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Maite L. Diaz, Esq. on behalf of Debtor Alina Alvarez Lujardo
mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov