UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

**ALINA ALVAREZ LUJARDO**

PROCEEDINGS UNDER CHAPTER-7
Case No: **15-13429-BKC-AJC**

Debtor(s)
_____/

## AGREED STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEBTOR

The following hereby stipulate and agree to the substitution of PATRICK L. CORDERO, ESQ. as the attorney of record for Debtor, Alina Alvarez Lujardo, and the removal of MaiteL. Diaz, ESQ. as counsel for Debtor. Pursuant to Local Rule 2091-1, new counsel hereby certifies that the client has consented to the substitution.

Dated: August 30, 2015.

PATRICK L. CORDERO, P.A.
198 NW 37th Avenue
Miami, FL 33125
(305) 445-4855

_____
Patrick L. Cordero, Esq.,
FBN: 801992

Maite L. Diaz, ESQ
POB 820300
Pembroke Pines, FL 33082
(954) 300-3915

_____
Maite L. Diaz, Esq.,
FBN: 25880