

**ORDERED in the Southern District of Florida on July 31, 2015.**

_A. Jay Cristol_
A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:

**ALINA ALVAREZ LUJARDO**

PROCEEDINGS UNDER CHAPTER-7
Case No: **15-13429-BKC-AJC**

Debtor(s)
_____/

## ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

On July 31, 2015, new counsel, Patrick L. Cordero, Esq., filed the foregoing Stipulation of Counsel. The Court considered the relevant record in this case, is otherwise duly advised, and upon new counsel's certification of Debtor's consent to the aforesaid substitution pursuant to Local Rule 2091-1:

It is **ORDERED AND ADJUDGED:**

1.  PATRICK L. CORDERO, ESQ., is hereby substituted as counsel of record for Debtor and further that Maite L. Diaz, ESQ., is withdrawn as counsel of record for Debtor.

# # #

**Submitted by:**
**Patrick L. Cordero, Esq.**
**Law Offices of Patrick L Cordero, P.A.**
Attorney for the Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

Attorney Patrick L Cordero, Esq. is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.