United States Bankruptcy Court
Southern District of Florida

In re:                                                                          Case No. 15-13429-AJC
Alina Alvarez Lujardo                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1              User: snipesj              Page 1 of 1              Date Rcvd: Aug 03, 2015
                                  Form ID: pdf004            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2015.
db         Alina Alvarez Lujardo,   2231 SW 82nd Pl,   Miami, FL 33155-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2015 at the address(es) listed below:
        Alice A Blanco   on behalf of Creditor   Wells Fargo Bank, NA ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com
        Brandi Rainey Lesesne, Esq.   on behalf of Creditor   Wells Fargo Bank, NA ecfflsb@aldridgepite.com,  blesesne@ecf.inforuptcy.com
        John H Lee   on behalf of Trustee Ross R Hartog jlee@mrthlaw.com,  ecfnotices@mrthlaw.com, mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com
        Maite L. Diaz, Esq.   on behalf of Debtor Alina Alvarez Lujardo mdiazcourt@gmail.com, maitediaz@notify.cincompass.com,ecfdiaz@gmail.com
        Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
        Patrick L Cordero, Esq   on behalf of Debtor Alina Alvarez Lujardo PCBankruptcyMail@pcorderolaw.com
        Ross R Hartog   rhartog@mrthlaw.com,  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
                                                                                                                                                                          TOTAL: 7



**ORDERED in the Southern District of Florida on July 31, 2015.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In Re:

**ALINA ALVAREZ LUJARDO**

PROCEEDINGS UNDER CHAPTER-7
Case No: **15-13429-BKC-AJC**

Debtor(s)
_____/

### ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL

On July 31, 2015, new counsel, Patrick L. Cordero, Esq., filed the foregoing Stipulation of Counsel. The Court considered the relevant record in this case, is otherwise duly advised, and upon new counsel's certification of Debtor's consent to the aforesaid substitution pursuant to Local Rule 2091-1:

It is **ORDERED AND ADJUDGED:**

**1.** PATRICK L. CORDERO, ESQ., is hereby substituted as counsel of record for Debtor and further that Maite L. Diaz, ESQ., is withdrawn as counsel of record for Debtor.

# # #

**Submitted by:**
**Patrick L. Cordero, Esq.**
**Law Offices of Patrick L Cordero, P.A.**
Attorney for the Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

Attorney Patrick L Cordero, Esq. is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.