**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**In Re:**

| | |
|---|---|
| **Alina Alvarez Lujardo** | **PROCEEDINGS UNDER CHAPTER 7** |
| SSN: xxx-xx-6526 | **CASE NO. 15-13429-BKC-AJC** |

        **Debtor(s).**   /

**CERTIFICATE OF SERVICE and CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I certify that a true copy of this <u>Objection to Claim #6 filed by Ibloom Group, LLC, and the Notice of Hearing</u>, and a true copy of the motion or other paper that is the subject of the notice of hearing (if not previously served) were served as follows:

**The following entities were served by electronic transmission:**
Ross R. Hartog, Chapter 7 Trustee
John H. Lee, attorney for Chapter 7 Trustee
Alice A. Blanco, attorney for Wells Fargo Bank, NA

**The following entities were served and in the manner indicated below on August 26, 2015.**

Inbloom Group, LLC
c/o Hortensia Ullivarri, President
2500 NW 79 Avenue, Suite 215
Doral, Florida 33122
Certified Mail: 7011-2000-0002-2442-9655

Flavio Ullivarri
PO Box 527626
Miami, Florida 33152

Registered Agent for Inbloom Group, LLC
c/o Flavio Ullivarri
2500 NW 79 Avenue, Suite 215
Doral, Florida 33122

          **The Law Offices of Patrick L. Cordero, P.A.**
          Attorney for the Debtor(s).
          198 NW 37th Avenue
          Miami, FL 33125
          (305) 445-4855 (Ph.)
          (305) 445-9483 (facsimile)
             /s/  FILED VIA CM/ECF     .
          Patrick L. Cordero, Esquire
          Fl Bar No. 801992