# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
### www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions* [ECF No. 80] was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on August 31, 2015.

Dated:  August 31, 2015

                                  MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                                  *Counsel to Chapter 7 Trustee*
                                  9130 South Dadeland Boulevard, Suite 1800
                                  Miami, Florida  33156
                                  Tel. (305) 670-5000
                                  Fax. (305) 670-5011

                                  By: /s/ *John H. Lee*
                                      John H. Lee, Esq.
                                      Florida Bar No. 91795
                                      jlee@mrthlaw.com

602094

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
Service List

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
PCBankruptcyMail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov