UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                        CASE NO.: 15-13429-BKC-AJC
                                                              Chapter 7

Alina Alvarez Lujardo,

    Debtor(s).
_____/

## INBLOOM GROUP, LLC'S RESPONSE TO OBJECTION TO CLAIM (NUMBER 6) ON SHORTENED NOTICE BY DEBTOR (ECF #76)

InBloom Group, LLC ("Creditor") by and through the undersigned counsel, files this *Response to Objection to Claim (Number 6) on Shortened Notice by Debtor* (ECF #76), and states the following:

1. The Debtor, Alina Alvarez Lujardo, filed this Chapter 7 case on February 25, 2015.

2. Debtor's Schedule "B" reflects the Debtor's 43.15 % ownership interest in InBloom Group, LLC. Schedule "B" reflects a scheduled value for InBloom Group, LLC as Unknown. InBloom Group, LLC is not claimed as exempt on Schedule "C".

3. InBloom Group, LLC was owned by the following individuals with the following ownership shares: Alina Alvarez Lujardo - 43.15% ownership interest; Fernando Pallares - 16.85% ownership interest; Flavio Ullivarri - 10% ownership interest; Hortensia Ullivarri - 10% ownership interest; and Pablo Egas - 10% ownership interest (collectively, the "Principals");

4. InBloom Group, LLC asserts that the Debtor owes it money in the amount of $12,784.00 as reflected in the Company's books and records. A Proof of Claim in the amount of $12,784.00 (Claim #6) was filed.

5. Subsequently, the Buyers (the remaining individual owners) offered to purchase the

Estate's 43.15% ownership interest in InBloom Group, LLC (the "Offer"). The Chapter 7 Trustee has accepted his offer, and a Settlement Agreement has been reached between the Buyers and the Chapter 7 Trustee. This Settlement Agreement is pending approval of the Court. Upon approval of the Settlement Agreement, the InBloom Group, LLC's claim will be waived.

6. However, until the Settlement Agreement is approved, InBloom Group, LLC responds to the Debtor's Objection to Claim (stating that the Debtor believes that she does not owe the debt and that the Creditor has failed to attache supporting documentation as proof of the debt). Documentation supporting this obligation will be provided in the event the settlement is not approved.

WHEREFORE, Creditor InBloom Group, LLC respectfully files this Response to the Debtor's Objection to Claim (#6), setting forth the pending Settlement Agreement with the Buyer Group and the Chapter 7 Trustee, and what is believed to be a consensual resolution, and requests that there be no ruling on this Objection to Claim until such time as the Settlement Agreement is either approved or disapproved by the Court, and for such other relief as this Court deems to be equitable and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was served on September 23, 2015 electronically upon all parties who are registered CM/ECM participants in this case.

Respectfully submitted,

RYAN LAW FIRM, P.A.
Attorney for Creditor- InBloom Group, LLC
8500 SW 92 Street, Suite 202
Miami, Florida 33156
Telephone: (305) 275-2733
Facsimile: (305) 275-2732

By: _____
D. Jean Ryan
Florida Bar No. 396818
jryan@ryanlawpa.com