UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In Re:**

**Alina Alvarez Lujardo**　　　　　　　　　　**PROCEEDINGS UNDER CHAPTER 7**
**SSN: xxx-xx-6526**　　　　　　　　　　　　**CASE NO. 15-13429-BKC-AJC**

　　　　　Debtor(s).　／

### NOTICE TO WITHDRAW DOCUMENT ECF#76
### DEBTOR'S OBJECTION TO CLAIM

Debtor, Alina Alvarez Lujardo, by and through her undersigned counsel, respectfully files this Notice to Withdraw Document ECF#76 Debtor's Objection to Claim #6-1 of Inbloom Group, LLC. The hearing scheduled for October 6, 2015 at 10:30 a.m. on the Debtor's Objection to Claim shall be deemed canceled.

**The following entities were served via CM/ECF:**
Ross R. Hartog, Chapter 7 Trustee
John H. Lee, Esq., attorney for Chapter 7 Trustee
Alice A. Blanco, Esq., attorney for Wells Fargo Bank, NA
D. Jean Ryan, Esq., attorney for InBloom Group, LLC

**The following entities were served and in the manner indicated below on September 24, 2015.**

Inbloom Group, LLC
c/o Hortensia Ullivarri, President
2500 NW 79 Avenue, Suite 215
Doral, Florida 33122

Flavio Ullivarri
PO Box 527626
Miami, Florida 33152

Registered Agent for Inbloom Group, LLC
c/o Flavio Ullivarri
2500 NW 79 Avenue, Suite 215
Doral, Florida 33122

　　　　　　　　　　　　　　　　**The Law Offices of Patrick L. Cordero, P.A.**
　　　　　　　　　　　　　　　　　Attorney for the Debtor(s).
　　　　　　　　　　　　　　　　　198 NW 37th Avenue
　　　　　　　　　　　　　　　　　Miami, FL 33125
　　　　　　　　　　　　　　　　　(305) 445-4855 (Ph.)
　　　　　　　　　　　　　　　　　(305) 445-9483 (facsimile)

　　　　　　　　　　　　　　　　　　/s/  FILED VIA CM/ECF           .
　　　　　　　　　　　　　　　　　Patrick L. Cordero, Esquire
　　　　　　　　　　　　　　　　　FL Bar No. 801992

LF-70 (rev. 12/01/09)