**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                           CASE NO.: 15-13429-AJC
ALINA ALVAREZ LUJARDO               CHAPTER 7
XXX-XX-2704

_____Debtor_____/

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION**

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant9358 to Bankruptcy Rules 1007, 1009, or 1019. I certify that:

[ ]  The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1.  remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2.  provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3.  provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
4.  filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1.  remitted the required fee;
2.  provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.  filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
1.  provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
2.  filed an amended schedule(s) or other paper.

[ ]  The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
1.  remitted the required fee;
2.  provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.  filed an amended schedule(s) and summary of schedules.

[x]  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It x does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B) and, if filed electronically without imaged signatures, a local form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

Dated:   October 2, 2015

/s/  FILED ECF                                                     /s/ FILED ECF
Attorney for Debtor (or Debtor, if pro se)              Joint Debtor (if applicable)

Patrick L. Cordero, Esq.                                    198 NW 37 Avenue, Miami, FL 33125
Print Name                                                            Address

801992                                                                   (305) 445-4855
Florida Bar Number                                              Phone Number

LF-4 (rev. 1/17/14)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:  
**ALINA ALVAREZ LUJARDO**  
XXX-XX-2704

CASE NO.: 15-13429-AJC  
CHAPTER 7

_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Certification as to need Supplement Matrix has been served by electronic means on this 2nd day of October, 2015 as follows: Ross R Hartog rhartog@mrthlaw.com, L81@ecfcbis.com; rhartog@ecf.epiqsystems.com, Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov;

**Law Offices of Patrick L Cordero, Esq.**  
Attorney for Debtor(s).  
198 NW 37th Avenue  
Miami, Florida 33125  
Tel: (305) 445-4855

_____/s/   (FILED CM/ECF)_____  
PATRICK L. CORDERO, ESQ.  
FL   Bar No. 801992

LF-4 (rev. 1/17/14)