UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

**CERTIFICATE OF NO RESPONSE OR SETTLEMENT
AND REQUEST FOR ENTRY OF ORDER**

Ross R. Hartog, Chapter 7 Trustee ("Movant"), filed the *Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets* (the "Motion") [ECF No. 89] on October 2, 2015, pursuant to Local Rule 9013-1(D)(2). Movant hereby represents:

1.  The Motion was served on October 5, 2015 on all interested parties pursuant to the referenced rule as is shown on the *Certificate of Service* filed on October 5, 2015 [ECF No. 92].

2.  The Motion contained the bulletin required by the referenced rule.

3.  The deadline for responses to the Motion was on or before October 26, 2015.

4.  A search of the electronic docketed entries docketed in this case on October 27, 2015 confirms that no objections or responses were filed to the Motion.

WHEREFORE, Movant seeks the entry of an order granting the relief requested in the Motion.

*[The Balance of the Page Intentionally Left Blank]*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on October 27, 2015.

Dated: October 27, 2015

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
John H. Lee, Esq.
Florida Bar No. 91795
jlee@mrthlaw.com

618282

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
PCBankruptcyMail@pcorderolaw.com, ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com