

ORDERED in the Southern District of Florida on October 27, 2015.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE STIPULATION FOR COMPROMISE AND SETTLEMENT REGARDING VALUATION AND REPURCHASE OF DEBTOR'S NON-EXEMPT ASSETS

**THIS CAUSE** came before the Court upon the *Trustee's Motion To Approve Stipulation For Compromise And Settlement Regarding Valuation and Repurchase Of Debtor's Non-Exempt Assets* (the "Motion") [ECF No. 89]. The Court, having reviewed the Motion and the *Certificate of No Response or Settlement*, having noted that no objections were filed, finding that the Settlement (as defined in the Motion) meets the criteria set forth in *In re Justice Oaks II, Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and thus, is in the best interest of the Estate, and finding that the

notice of the proposed compromise and settlement is sufficient to comply with Bankruptcy Rule 9019 and 2002(a)(3), Local Rule 9013-1(D), and any other applicable notice requirements, it is

**ORDERED AS FOLLOWS:**

    1.    The Motion is **GRANTED**.

    2.    The *Stipulation for Compromise and Settlement* attached to the Motion as Exhibit 1 is approved on the terms and conditions set forth therein.

    3.    The Court incorporates the terms of the *Stipulation for Compromise and Settlement* into this Order and retains jurisdiction to enforce the terms thereof.

# # #

**Submitted by:**
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, FL 33156
Tel: (305) 670-5000

**Copies to:**
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
618284