UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets* [**ECF No. 98**] was served on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on October 27, 2015.

I FURTHER CERTIFY that I caused true and correct copies of the referenced Order to be served by regular U.S. Regular Mail, postage prepaid, on the creditor matrix as reflected in the attached Certificate of Service of BK Attorney Services, LLC on October 27, 2015.

Dated: October 27, 2015

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
 John H. Lee, Esq.
 Florida Bar No. 91795
 jlee@mrthlaw.com

618354

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
Service List

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
PCBankruptcyMail@pcorderolaw.com, ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: Alina Alvarez Lujardo | CASE NO: 15-13429-AJC |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 10/27/2015, a copy of the following documents, described below,

Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets [ECF No. 98],

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/27/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Markowitz Ringel Trusty & Hartog PA
John H. Lee Esq.
9130 South Dadeland Blvd Suite 1800
Miami, FL  33156

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

```
LABEL MATRIX FOR LOCAL NOTICING      WELLS FARGO BANK NA                  ALDRIDGE CONNORS LLP
113C-1                               CO ALDRIDGE CONNORS LLP              1615 S CONGRESS AVE STE 200
CASE 15-13429-AJC                    3575 PIEDMONT RD N.E. #500           DELRAY BEACH FL 33445-6326
SOUTHERN DISTRICT OF FLORIDA         ATLANTA GA 30305-1623
MIAMI
TUE OCT 27 13-33-37 EDT 2015


AMERICAN EXPRESS                     AMERICAN EXPRESS BANK FSB            AMEX
PO BOX 3001                          CO BECKET AND LEE LLP                PO BOX 981537
MALVERN PA 19355-0701                POB 3001                             EL PASO TX 79998-1537
                                     MALVERN PA 19355-0701


BANK ATLANTIC IL                     BANK ATLANTICBB&T                    BANK OF AMERICA
1750 E SUNRISE BLVD                  200 W 2ND ST                         PO BOX 982238
FORT LAUDERDALE FL 33304-3013        WINSTON SALEM NC 27101-4019          EL PASO TX 79998-2238


BANK OF AMERICA                      BK OF AMER                           BK OF AMER
ATTN- CORRESPONDENCE UNITCA6-919-02  1800 TAPO CANYON RD                  9000 SOUTHSIDE BLVD BLDG
-41                                  SIMI VALLEY CA 93063-6712            JACKSONVILLE FL 32256-6705
PO BOX 5170
SIMI VALLEY CA 93062-5170


BMW BANK OF NORTH AMER               CAPITAL ONE                          CAP1BSTBY
2735 E PARLEYS WAY                   PO BOX 30285                         PO BOX 30253
SALT LAKE CITY UT 84109-1666         SALT LAKE CITY UT 84130-0285         SALT LAKE CITY UT 84130-0253


CAP1CASML                            CAP1NEIMN                            CAP1SAKS
PO BOX 5253                          26525 N RIVERWOODS BLVD              3455 HIGHWAY 80 W
CAROL STREAM IL 60197-5253           METTAWA IL 60045-3440                JACKSON MS 39209-7202


CAPITAL ONE N.A.                     CAPITAL RECOVERY V LLC               CAVALRY SPV I LLC AS ASSIGNEEOF GE
CAPITAL                              CO RECOVERY MANAGEMENT SYSTEMS       CAPITAL
1 BANK USA N # A                     CORPORAT                             CAVALRY SPV I LLC
SALT LAKE CITY UT 84130              25 SE 2ND AVENUE SUITE 1120          500 SUMMIT LAKE DRIVE STE 400
                                     MIAMI FL 33131-1605                  VALHALLA NY 10595-1340


CHASE BANK USA N.A.                  CHASE CARD                           CITI
CO KEVIN C. DRISCOLL JR.             PO BOX 15298                         701 E 60TH ST N
BARNES & THORNBURG LLP               WILMINGTON DE 19850-5298             SIOUX FALLS SD 57104-0493
1 NORTH WACKER DRIVE SUITE 4400
CHICAGO IL 60606-2841


CITI                                 CITIBANK                             CITIBANK NA
PO BOX 6241                          CITICORP CREDIT SRVSCENTRALIZED      CITICORPATTN- CENTRALIZED BANKRUPTCY
SIOUX FALLS SD 57117-6241            BANKRUP                              PO BOX 790040
                                     PO BOX 790040                        SAINT LOUIS MO 63179-0040
                                     SAINT LOUIS MO 63179-0040
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | CITIBANKTHE HOME DEPOT<br>CITICORP CREDIT SRVSCENTRALIZED BANKRUP<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 | CITIBANKNA<br>PO BOX 769006<br>SAN ANTONIO TX 78245-9006 |
| COMENITY BANKAMERICAN SIGNATURE<br>ATTN- BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITY BANKAMSGNFRN<br>4590 E BROAD ST<br>COLUMBUS OH 43213-1301 | COMENITY BANKAVENUE<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| COMENITY BANKNEW YORK & COMPANY<br>ATTENTION- BANKRUPTCY<br>PO BOX 182686<br>COLUMBUS OH 43218-2686 | COMENITY BANKNWYRK&CO<br>220 W SCHROCK RD<br>WESTERVILLE OH 43081-2873 | COMENITY BANKVCTRSSEC<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 |
| DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | DISCOVER FIN SVCS LLC<br>PO BOX 15316<br>WILMINGTON DE 19850-5316 |
| DSNB MACYS<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | GECRB DILLARDS<br>ATTN- BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | GECRBLOWES<br>ATTENTION- BANKRUPTCY DEPARTMENT<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| GECRB OLD NAVY<br>ATTENTION- GEMB<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | GECRBBROOK BROTHERS<br>ATTN- BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | GECRBSAMS CLUB<br>GECRBSAMS CLUB<br>PO BOX 103104<br>ROSWELL GA 30076-9104 |
| GEMBWALMART<br>ATTN- BANKRUPTCY<br>PO BOX 103104<br>ROSWELL GA 30076-9104 | INBLOOM GROUP LLC<br>CO HORTENSIA ULLIVARRI & FLAVIO ULLIVAR<br>2500 NW 79TH AVE. STE. 215<br>DORAL FL 33122-1003 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| MAYORS JEWEL<br>PO BOX 94498<br>LAS VEGAS NV 89193-4498 | NORDSTROM FSB<br>ATTENTION- ACCOUNT SERVICES<br>PO BOX 6566<br>ENGLEWOOD CO 80155-6566 | NORDSTROM FSB<br>PO BOX 6555<br>ENGLEWOOD CO 80155-6555 |
| OCEAN BANK<br>200 NE 3RD AVE<br>FORT LAUDERDALE FL 33301-1148 | OFFICE OF THE US TRUSTEE<br>51 S.W. 1ST AVE.<br>SUITE 1204<br>MIAMI FL 33130-1614 | PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF CITIBANK N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| SEARSCBNA<br>PO BOX 6189<br>SIOUX FALLS SD 57117-6189 | SPECIAL ASST. U.S. ATTORNEY<br>1000 S. PINE ISLAND ROAD #300<br>FORT LAUDERDALE FL 33324-3910 | SYNCBBROOK BROS<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 |
| SYNCBCARE CREDIT<br>PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCBOLD NAVY<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBSAMS CLUB DC<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| SYNCBWALMART<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | SYNCBBANANA REP<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBDILLAR<br>PO BOX 965024<br>ORLANDO FL 32896-5024 |
| SYNCBGAP<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBLORD & TAY<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | SYNCBLOWES<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| SYNCBTJX COS DC<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | TARGET NB<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 |
| U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0009 | UNITED STATES ATTORNEY<br>99 NE 4TH ST<br>MIAMI FL 33132-2145 | VW CREDIT INC<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 |
| VOLKSWAGON CREDIT INC<br>NATIONAL BANKRUPTCY SERVICES<br>9441 LYNDON B JOHNSON FWY STE 250<br>DALLAS TX 75243-4640 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS<br>SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | WFFNBMATTRESS GIANT<br>PO BOX 94498<br>LAS VEGAS NV 89193-4498 |

*DEBTOR*

| | | |
|---|---|---|
| ALINA ALVAREZ LUJARDO<br>2231 SW 82ND PL<br>MIAMI FL 33155-1250 | BARRY MUKAMAL<br>1 SE 3 AVE #2150<br>MIAMI FL 33131-1716 | JEAN RYAN<br>RYAN LAW FIRM P.A.<br>8500 S.W. 92ND STREET STE. 202<br>MIAMI FL 33156-7379 |
| JOSE C BLANCO<br>6780 CORAL WAY<br>MIAMI FL 33155-1702 | KIT R. BECKER<br>YAMATO OFFICE CENTER #301<br>1 001 YAMATO ROAD<br>BOCA RATON FL 33431-4403 | PATRICK L CORDERO ESQ<br>198 NW 37 AVE<br>MIAMI FL 33125-4826 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ROSS R HARTOG
9130 S DADELAND BLVD # 1800
MIAMI FL 33156-7858