UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA- MIAMI-DADE DIVISION

IN RE:                                                                      CASE NO. 15-13429 AJC
                                                                                       CHAPTER 7

ALINA ALVAREZ LUJARDO
aka ALINA ALZUGARAY

    Debtor(s).
_____/

NOTICE OF APPEARANCE
(8777 Collins Avenue, #603, Surfside, FL 33154)

BSI FINANCIAL SERVICES, INC., as servicing agent for HMC ASSETS, LLC, solely in its capacity as trustee, a Secured Creditor in the above-styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor(s), or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

MAURICE D. HINTON, ESQ.
DELUCA LAW GROUP
2101 NE 26th STREET
FORT LAUDERDALE, FLORIDA 33305

**I HEREBY CERTIFY** that a true copy of the foregoing has been served via electronic transmission (CM/ECF) to the U.S. Trustee, and all Counsels of record and/or United States first class mail postage prepaid to the Attached Mailing List this _28_ day of _October__, 2015.

DELUCA LAW GROUP, PLLC
Attorney for Secured Creditor
2101 NE 26th Street
Fort Lauderdale, Florida 33305
Phone: (954) 368-1311
Fax: (954) 200-8649

/s/Maurice D. Hinton
MAURICE D. HINTON
FBN: 26215

Mailing List

**Alina Alvarez Lujardo**
**aka Alina Alzugaray**
2231 SW 82nd Pl
Miami, FL 33155-1250

**Ross R Hartog**
**Trustee**
9130 S Dadeland Blvd # 1800
Miami, FL 33156

**John H Lee**
9130 South Dadeland Blvd, #1800
Miami, FL 33156

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Patrick L Cordero, Esq**
198 NW 37 Ave
Miami, FL 33125