```
                            United States Bankruptcy Court
                             Southern District of Florida
In re:                                                          Case No. 15-13429-AJC
Alina Alvarez Lujardo                                           Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 113C-1          User: snipesj                Page 1 of 3              Date Rcvd: Nov 02, 2015
                              Form ID: CGFD39              Total Noticed: 85


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2015.
db             Alina Alvarez Lujardo,    2231 SW 82nd Pl,    Miami, FL 33155-1250
cr            +BSI Financial Services, Inc., as servicing agent f,    c/o Deluca Law Group, PLLC,
               2101 NE 26th Street,    Fort Lauderdale, FL 33305-1535
acc           +Barry Mukamal,    1 SE 3 Ave #2150,   Miami, FL 33131-1716
intp          +Jean Ryan,   Ryan Law Firm, P.A.,    8500 S.W. 92nd Street, Ste. 202,    Miami, FL 33156-7379
br            +Jose C Blanco,   6780 Coral Way,    Miami, FL 33155-1702
acc           +Kit R. Becker,   Yamato Office Center #301,    1 001 Yamato Road,    Boca Raton, FL 33431-4403
cr            +Wells Fargo Bank, NA,    c/o Aldridge Connors LLP,    3575 Piedmont Rd, N.E. #500,
               Atlanta, GA 30305-1623
92850646       Aldridge Connors LLP,    1615 S Congress Ave Ste 200,    Delray Beach, FL  33445-6326
92850649       Bank Atlantic Il,    1750 E Sunrise Blvd,   Fort Lauderdale, FL 33304-3013
92850650       Bank Atlantic/Bb&T,    200 W 2nd St,   Winston Salem, NC 27101-4019
92850657      +Bmw Bank of North Amer,    2735 E Parleys Way,    Salt Lake City, UT 84109-1666
92850660       Cap1/casml,    PO Box 5253,   Carol Stream, IL 60197-5253
92850662       Cap1/saks,    3455 Highway 80 W,   Jackson, MS 39209-7202
92850663       Capital One, N.A.,    Capital,    1 Bank USA N # A,    Salt Lake City, UT  84130
93148259      +Chase Bank USA, N.A.,    c/o Kevin C. Driscoll, Jr.,,    Barnes & Thornburg LLP,,
               1 North Wacker Drive, Suite 4400,,     Chicago, IL 60606-2841
92850667       Citibank,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
               Saint Louis, MO 63179-0040
92850668       Citibank NA,    Citicorp/Attn: Centralized Bankruptcy,    PO Box 790040,
               Saint Louis, MO 63179-0040
92850670       Citibank/the Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
               Saint Louis, MO 63179-0040
93121318      +Inbloom Group, LLC,    c/o Hortensia Ullivarri & Flavio Ullivar,    2500 NW 79th Ave., Ste. 215,
               Doral, FL 33122-1003
92850693       Ocean Bank,    200 NE 3rd Ave,    Fort Lauderdale, FL  33301-1148
92850695      +Special Asst. U.S. Attorney,    1000 S. Pine Island Road #300,    Fort Lauderdale, FL 33324-3910
92850709       U.S. Attorney General,    950 Pennsylvania Ave NW,    Washington, DC 20530-0009
92850710      +United States Attorney,    99 NE 4th St,    Miami, FL 33132-2145
92850713     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court:  Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
               Frederick, MD  21701-4747)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: FLDEPREV.COM Nov 03 2015 01:48:00      Florida Department of Revenue,    POB 6668,
               Tallahassee, FL 32314-6668
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Nov 03 2015 02:09:10      Office of the US Trustee,
               51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
92850647       EDI: BECKLEE.COM Nov 03 2015 01:48:00      American Express,    PO Box 3001,
               Malvern, PA 19355-0701
93048321       EDI: BECKLEE.COM Nov 03 2015 01:48:00      American Express Bank FSB,    c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
92850648       EDI: AMEREXPR.COM Nov 03 2015 01:48:00      Amex,    PO Box 981537,    El Paso, TX  79998-1537
92850651       EDI: BANKAMER.COM Nov 03 2015 01:48:00      Bank of America,    Attention: Recovery Department,
               4161 Piedmont Pkwy,    Greensboro, NC  27410-8110
92850652       EDI: BANKAMER.COM Nov 03 2015 01:48:00      Bank of America,    PO Box 982236,
               El Paso, TX  79998-2236
92850654       EDI: BANKAMER.COM Nov 03 2015 01:48:00      Bk of Amer,    PO Box 982235,
               El Paso, TX  79998-2235
92850653       EDI: BANKAMER.COM Nov 03 2015 01:48:00      Bank of America,
               Attn: Correspondence Unit/CA6-919-02-41,     PO Box 5170,    Simi Valley, CA  93062-5170
92850655      +EDI: BANKAMER.COM Nov 03 2015 01:48:00      Bk of Amer,    9000 Southside Blvd Bldg,
               Jacksonville, FL 32256-6705
92850656       EDI: BANKAMER.COM Nov 03 2015 01:48:00      Bk of Amer,    1800 Tapo Canyon Rd,
               Simi Valley, CA  93063-6712
92850658       EDI: CAPITALONE.COM Nov 03 2015 01:48:00      Cap One,    PO Box 85015,
               Richmond, VA  23285-5015
92850669       EDI: CITICORP.COM Nov 03 2015 01:48:00      Citibank Sd, NA,    Attn: Centralized Bankruptcy,
               PO Box 20363,    Kansas City, MO  64195-0363
92850672       EDI: CITICORP.COM Nov 03 2015 01:48:00      Citibusiness Card,    PO Box 183051,
               Columbus, OH  43218-3051
92850659       EDI: CAPITALONE.COM Nov 03 2015 01:48:00      Cap1/bstby,    PO Box 30253,
               Salt Lake City, UT  84130-0253
92850661      +EDI: CAPITALONE.COM Nov 03 2015 01:48:00      Cap1/neimn,    26525 N Riverwoods Blvd,
               Mettawa, IL 60045-3440
93143056       EDI: RECOVERYCORP.COM Nov 03 2015 01:48:00      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
93032620      +E-mail/Text: bankruptcy@cavps.com Nov 03 2015 02:09:50
               Cavalry SPV I, LLC as assigneeof GE Capital Retail,     Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
92850664       EDI: CHASE.COM Nov 03 2015 01:48:00      Chase Card,    PO Box 15298,
               Wilmington, DE  19850-5298
```

```
District/off: 113C-1            User: snipesj                Page 2 of 3                  Date Rcvd: Nov 02, 2015
                                Form ID: CGFD39              Total Noticed: 85


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
92850665         EDI: CITICORP.COM Nov 03 2015 01:48:00      Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
92850666        +EDI: CITICORP.COM Nov 03 2015 01:48:00      Citi,    701 E 60th St N,
                 Sioux Falls, SD 57104-0493
92850671         EDI: CITICORP.COM Nov 03 2015 01:48:00      Citibankna,    PO Box 769006,
                 San Antonio, TX  78245-9006
92850673         EDI: WFNNB.COM Nov 03 2015 01:48:00      Comenity Bank/American Signature,    Attn: Bankruptcy,
                 PO Box 182125,    Columbus, OH  43218-2125
92850674         EDI: WFNNB.COM Nov 03 2015 01:48:00      Comenity Bank/Amsgnfrn,    4590 E Broad St,
                 Columbus, OH  43213-1301
92850675         EDI: WFNNB.COM Nov 03 2015 01:48:00      Comenity Bank/Avenue,    PO Box 182789,
                 Columbus, OH  43218-2789
92850676         EDI: WFNNB.COM Nov 03 2015 01:48:00      Comenity Bank/New York & Company,
                 Attention: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
92850677         EDI: WFNNB.COM Nov 03 2015 01:48:00      Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,
                 Westerville, OH  43081-2873
92850678         EDI: WFNNB.COM Nov 03 2015 01:48:00      Comenity Bank/Vctrssec,    PO Box 182789,
                 Columbus, OH  43218-2789
92850679         EDI: RCSDELL.COM Nov 03 2015 01:48:00       Dell Financial Services,
                 Dell Financial Services Attn: Bankrupcty,    PO Box 81577,    Austin, TX  78708-1577
92850680         EDI: RCSDELL.COM Nov 03 2015 01:48:00       Dfs/webbank,    1 Dell Way,
                 Round Rock, TX  78682-7000
92999329         EDI: DISCOVER.COM Nov 03 2015 01:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
92850681         EDI: DISCOVER.COM Nov 03 2015 01:48:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE  19850-5316
92850682         EDI: TSYS2.COM Nov 03 2015 01:48:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH  45040-8999
92850683         EDI: RMSC.COM Nov 03 2015 01:48:00      GECRB/ Dillards,    Attn: Bankruptcy,    PO Box 103104,
                 Roswell, GA  30076-9104
92850686         EDI: RMSC.COM Nov 03 2015 01:48:00      GECRB/Lowes,    Attention: Bankruptcy Department,
                 PO Box 103104,    Roswell, GA  30076-9104
92850684         EDI: RMSC.COM Nov 03 2015 01:48:00      Gecrb/ Old Navy,    Attention: GEMB,    PO Box 103104,
                 Roswell, GA  30076-9104
92850685         EDI: RMSC.COM Nov 03 2015 01:48:00      Gecrb/Brook Brothers,    Attn: Bankruptcy,
                 PO Box 103104,    Roswell, GA  30076-9104
92850687         EDI: RMSC.COM Nov 03 2015 01:48:00      Gecrb/Sams Club,    GECRB/Sams Club,    PO Box 103104,
                 Roswell, GA  30076-9104
92850688         EDI: RMSC.COM Nov 03 2015 01:48:00      Gemb/Walmart,    Attn: Bankruptcy,    PO Box 103104,
                 Roswell, GA  30076-9104
92850689         EDI: IRS.COM Nov 03 2015 01:48:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA  19101-7346
92850690         EDI: WFFC.COM Nov 03 2015 01:48:00      Mayors Jewel,    PO Box 94498,
                 Las Vegas, NV  89193-4498
92850692         E-mail/Text: bnc@nordstrom.com Nov 03 2015 02:08:30       Nordstrom FSB,
                 Attention: Account Services,    PO Box 6566,    Englewood, CO  80155-6566
92850691         E-mail/Text: bnc@nordstrom.com Nov 03 2015 02:08:30       Nordstrom Fsb,    PO Box 6555,
                 Englewood, CO  80155-6555
93048022        +EDI: RESURGENT.COM Nov 03 2015 01:48:00      PYOD, LLC its successors and assigns as assignee,
                 of Citibank, N.A.,    Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
92850694         EDI: SEARS.COM Nov 03 2015 01:48:00      Sears/Cbna,    PO Box 6189,
                 Sioux Falls, SD  57117-6189
92850697         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/Brook Bros,    4125 Windward Plz,
                 Alpharetta, GA  30005-8738
92850698         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/Care Credit,    PO Box 965036,
                 Orlando, FL  32896-5036
92850703         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/Old Navy,    PO Box 965005,
                 Orlando, FL  32896-5005
92850704         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/Sams Club DC,    PO Box 965005,
                 Orlando, FL  32896-5005
92850706         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/Walmart,    4125 Windward Plz,
                 Alpharetta, GA  30005-8738
92850696         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/banana Rep,    PO Box 965005,
                 Orlando, FL  32896-5005
92850699         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/dillar,    PO Box 965024,    Orlando, FL  32896-5024
92850700         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/gap,    PO Box 965005,    Orlando, FL  32896-5005
92850701         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/lord & Tay,    4125 Windward Plz,
                 Alpharetta, GA  30005-8738
92850702         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/lowes,    PO Box 965005,    Orlando, FL  32896-5005
92850705         EDI: RMSC.COM Nov 03 2015 01:48:00      Syncb/tjx Cos Dc,    4125 Windward Plz,
                 Alpharetta, GA  30005-8738
92850707         EDI: WTRRNBANK.COM Nov 03 2015 01:48:00      Target Nb,    PO Box 673,
                 Minneapolis, MN  55440-0673
92850708         EDI: CITICORP.COM Nov 03 2015 01:48:00      Thd/Cbna,    PO Box 6497,
                 Sioux Falls, SD  57117-6497
92850712         E-mail/Text: vci.bkcy@vwcredit.com Nov 03 2015 02:09:38       VW Credit Inc,    1401 Franklin Blvd,
                 Libertyville, IL  60048-4460
92850711         E-mail/Text: vci.bkcy@vwcredit.com Nov 03 2015 02:09:38       Volkswagon Credit Inc,
                 National Bankruptcy Services,    9441 Lyndon B Johnson Fwy Ste 250,    Dallas, TX  75243-4640
```

```
District/off: 113C-1           User: snipesj                Page 3 of 3                   Date Rcvd: Nov 02, 2015
                               Form ID: CGFD39              Total Noticed: 85
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
92850714          EDI: WFFC.COM Nov 03 2015 01:48:00      Wffnb/Mattress Giant,    PO Box 94498,
                  Las Vegas, NV  89193-4498
                                                                                              TOTAL: 61

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2015                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2015 at the address(es) listed below:
```
              Alice A Blanco    on behalf of Creditor    Wells Fargo Bank, NA ecfflsb@aldridgepite.com,
               ablanco@ecf.inforuptcy.com
              Brandi Rainey Lesesne, Esq.    on behalf of Creditor    Wells Fargo Bank, NA
               ecfflsb@aldridgepite.com,  blesesne@ecf.inforuptcy.com
              D Jean Ryan, Esq.    on behalf of Interested Party Jean  Ryan courtmail@ryanlawpa.com,
               ryanlawpa@gmail.com
              John H Lee    on behalf of Trustee Ross R Hartog jlee@mrthlaw.com,  ecfnotices@mrthlaw.com,
               mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com
              Maurice D. Hinton, Esq.    on behalf of Creditor    BSI Financial Services, Inc., as servicing
               agent for HMC Assets, LLC, solely in its capacity as trustee mhinton@delucalawgroup.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patrick L Cordero, Esq    on behalf of Debtor Alina Alvarez Lujardo ecfmail@pcorderolaw.com
              Ross R Hartog    rhartog@mrthlaw.com,  FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
                                                                                              TOTAL: 8
```

Form CGFD39  (9/19/08)



ORDERED in the Southern District of Florida on November 2, 2015

_____
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15−13429−AJC

Chapter: 7

In re: *

Alina Alvarez Lujardo
aka Alina Alzugaray
2231 SW 82nd Pl
Miami, FL 33155−1250

Last four digits of SSN/ITIN or Complete EIN: xxx−xx−6526

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Copies to:  All Parties of record

*  Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers (ITIN) or complete employer tax−identification numbers (EIN).

*Page 1 of 2*

### EXPLANATION OF BANKRUPTCY DISCHARGE
### IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

### # # #