UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA- MIAMI-DADE DIVISION

IN RE:   CASE NO. 15-13429 AJC
　　　　　CHAPTER 7

ALINA ALVAREZ LUJARDO
aka ALINA ALZUGARAY

　　Debtor(s).
_____/

## OBJECTION TO TRUSTEE'S MOTION FOR ENTRY OF AN ORDER APPROVING (1) SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBERANCES BY PRIVATE SALE AND (2) DISBURSEMENT AT CLOSING ON SALE

Secured Creditor, BSI FINANCIAL SERVICES, INC., as servicing agent for HMC ASSETS, LLC, solely in its capacity as trustee ("Creditor"), by and through undersigned counsel, hereby files its Objection To Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursement at Closing on Sale and as grounds therefore states as follows:

1. Alina Alvarez Lugardo ("Debtor"), filed a voluntary Chapter 13 proceeding pursuant to the United States Bankruptcy Code (the "Bankruptcy Code") in this Court on February 25, 2015.

2. Debtor executed a note and mortgage security in the amount of $417,000.00 to purchase the real estate property located at **8777 Collins Avenue, #603, Surfside, FL 33154**, whereby the Mortgage has been recorded in Official Records Book 24535, Page 376, in the Public Records of Miami-Dade County, Florida and subsequently modified by a Loan Modification Agreement dated May 3, 2013 and the Loan Modification Agreement has been recorded in Official Records Book 28861, Page 1312, in Public Records of Miami-Dade County, Florida. A copy of the Note, Mortgage and Loan Modification Agreement are attached as Composite Exhibit A.

3. Thereafter the loan was transferred to BSI Financial Services, Inc. as servicing agent for HMC ASSETS, LLC, solely in its capacity as trustee. See attached Hello/Goodbye Letters and Assignment of Mortgage as Exhibit B.

4. Secured Creditor objects to Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursement at Closing on Sale.

5. Based on a recent Broker's Price Opinion, the subject property is valued at $570,000.00. See Lake County's property appraiser's website attached as Exhibit "C."

6. Based on the attached Loan Modification Agreement, Debtor owes Secured Creditor $431,935.37 for principal balance only, exclusive of interest, and fees and costs associated with enforcing the terms of the Note and Mortgage and subsequent modification.

7. Based on the foregoing, Secured Creditor disagrees with Trustee's statement that the Secured Creditor's claim is undersecured. The subject property has sufficient equity and therefore the Secured Creditor is likely not to approve a "short sale" of the subject property.

8. As a result of the necessity of preparing and filing this Objection to Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursement at Closing on Sale, Creditor has incurred additional attorneys' fees.

9. In conclusion, the Trustee's proposed sale violates the spirit of Section 363 of the Bankruptcy Code. Trustee's proposed sale is in violation of Section 506(c) of the Bankruptcy Code. To that end, this court should enter an order prohibiting the Trustee's sale of the aforementioned property or alternatively to provide Secured Creditor with adequate protection for said sale.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order prohibiting the Trustee's sale of the subject premises or alternatively to provide adequate protection to Secured Creditor, and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a copy of the foregoing has been served either by electronic transmission or by United States first class mail postage prepaid to the Mailing List below, on this   5th day of November, 2015.

DELUCA LAW GROUP, PLLC
*Attorney for Secured Creditor*
2101 NE 26th Street
Fort Lauderdale, Florida 33309
Phone: (954) 368-1311
Fax: (954) 200-8649

_____
Maurice Hinton
FBN: 26215

**Mailing List**

**Alina Alvarez Lujardo**
**aka Alina Alzugaray**
2231 SW 82nd Pl
Miami, FL 33155-1250

**Ross R Hartog**
**Trustee**
9130 S Dadeland Blvd # 1800
Miami, FL 33156

**John H Lee**
9130 South Dadeland Blvd, #1800
Miami, FL 33156

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Patrick L Cordero, Esq**
198 NW 37 Ave
Miami, FL 33125