Recording Requested by and
When recorded mail to:
CAM XII Trust
2015 Manhattan Beach Blvd #200
Redondo Beach, CA 90278
Document Prepared by : Sharon Chase
2015 Manhattan Beach Suite 200
Redondo Beach, CA 90278

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE

### Assignment of Mortgage

For value received, the undersigned hereby grants, assigns and transfers to
**HMC Assets LLC, solely in its capacity as Separate Trustee of CAM XII Trust whose address is 2015 Manhattan Beach Blvd, Suite 200, Redondo Beach, CA 90278**

All beneficial interest under that certain Mortgage dated 05/11/2006 executed by ALINA ALVAREZ ALZUGARAY, A SINGLE WOMAN, as Trustor (s) to WELLS FARGO BANK, N.A., as Beneficiary, and recorded on 05/17/2006 as Book 24535 Page 376 Instrument: 2006R0535753 of Official Records, in the office of the County Recorder of **Miami-Dade** County, together with the Promissory Note secured by said Mortgage and also all rights accrued or to accrue under said Mortgage.

Property Address:  8777 COLLINS AVE #603 SURFSIDE, FL 33154

Dated 9-9-15

Wells Fargo Bank N.A.
By Servis One, Inc DBA BSI Financial Services,
as its Attorney in Fact

By: _____
Name: Ann Murphy
Title: AVP

STATE OF      Texas
COUNTY OF    Dallas

On this, the 9 day of Sept. 2015 before me, Allison Ann Johnston the undersigned officer, personally appeared Ann Murphy known to me (or who proved to me or satisfactorily proven) to be the person whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she executed the same for the purposes therein contained

In witness hereof, I hereunto set my hand and official seal.

_____
Notary Public

Printed Name Allison Ann Johnston

My Commission Expires  4-27-19

ALLISON ANN JOHNSTON
Notary Public, State of Texas
My Commission Expires
April 27, 2019

Page 1 of 1

Exhibit B