September 15, 2015


ALINA  ALVAREZ ALZUGARAY
2231 SW 82ND PL
MIAMI, FL 33155



Subject:  Transfer of the servicing of your mortgage loan
           Wells Fargo Home Mortgage loan number:

Dear  ALINA ALVAREZ ALZUGARAY,

Effective October 1, 2015, the servicing of your mortgage loan is being transferred to BSI Financial Services. While the transfer of servicing is very common in today's mortgage industry, we recognize it often raises a number of questions.

Since you may have questions about this change to your mortgage servicing, we're providing you with information to help make this transition easier for you. Rest assured, this does not affect any terms or conditions of your mortgage. This transfer simply affects how your mortgage is serviced, like where you send your payments.

Please read the last page of this letter — The Notice of Assignment, Sale or Transfer of Servicing Rights provides you with important required Real Estate Settlement Procedures Act (RESPA) information.

**Important payment information**
Beginning on October 1, 2015, BSI Financial Services will begin receiving payments on your mortgage loan. As of the same date, Wells Fargo Home Mortgage will no longer be accepting payments on such mortgage loan, therefore you must make your loan payments payable to BSI Financial Services, and send them to the following address:
  BSI Financial Services
  Attn: Payment Processing Department
  P.O. Box 660605
  Dallas, TX 75266

BSI Financial Services will be sending you a letter that will include payment instructions. If you do not receive payment instructions from BSI Financial Services before your next payment is due, please write your loan number on your check or money order and mail it to BSI Financial Services at the address listed above.

**About mortgage payment assistance**
If you are currently receiving payment assistance from a third party, you will need to contact that party to notify them of the change in servicer.

**About HAMP Financial Counseling**
If your mortgage is participating in the federal government's Home Affordable Modification Program (HAMP) and you were offered financial education and counseling services, this transfer will **not** impact your participation or eligibility. If you have already scheduled counseling appointments, they will continue uninterrupted.  If you would like to start participating in financial counseling, please contact us prior to the transfer date.


Exhibit B

**About PMA® Package benefits**
If you have a Wells Fargo *PMA* Package, transfer of your Wells Fargo serviced mortgage loan may eliminate the ability to link your mortgage to your *PMA* qualifying relationship balance and may result in your combined balance falling below the minimum required for the *PMA* Package monthly service fee waiver as well as certain other *PMA* benefits.

**About automatic payments**
If your mortgage payments are automatically deducted from your bank account, like through our *Preferred Payment Plan*$^{SM}$ service, this service will be discontinued as of the transfer date. Please contact BSI Financial Services for information about their automatic mortgage payment programs.

**About changes to your credit life insurance or other optional products**
If you currently have credit life insurance or other optional product(s), these products will **not** transfer to BSI Financial Services. If you want to continue coverage, contact your insurance carrier or optional product carrier to arrange to pay them directly.

**About year-end IRS reporting**
You will receive a year-end IRS 1098 statement from us that will show the amount of reportable mortgage interest, mortgage insurance paid (if applicable) and any real estate taxes paid on your behalf by Wells Fargo Home Mortgage.  We will mail this statement to you no later than January 31 next year.

**Contact information**
- **Before October 1, 2015 — Wells Fargo Home Mortgage**
  If you have any questions about your loan or this transfer before October 1, 2015, please call a Wells Fargo Home Mortgage customer service representative toll free at 1-866-234-8271, Monday through Friday, from 6:00 a.m. to 10:00 p.m. and Saturday, from 8:00 a.m. to 2:00 p.m. Central Time.
- **On and after October 1, 2015 — BSI Financial Services**
  Any questions you may have about your loan on and after October 1, 2015 should be directed to BSI Financial Services:
    - Call a BSI Financial Services customer service representative at 1-800-327-7861, Monday through Thursday, 8:00 a.m. to 8:00 p.m., Friday 8:00 a.m. to 5:00 p.m., and Saturday 8:00 a.m. to 12:00 p.m. Eastern Time.
    - Send all correspondence on and after October 1, 2015 to the following address:
      BSI Financial Services
      314 South Franklin St.
      2nd Floor
      Titusville, PA 16354

Thank you.

Sincerely,

J.R. Russell
Senior Vice President
Wells Fargo Home Mortgage

## Notice of Assignment, Sale or Transfer of Servicing Rights

Except in limited circumstances, Section 6 of the Real Estate Settlement Procedures Act (RESPA)(12 U.S.C. Section 2605) requires that your present servicer send you notice of the assignment, sale, or transfer of the servicing rights to your mortgage loan (i.e., the right to collect payments from you) at least 15 days before the effective date of transfer or at closing.  Your new servicer must also send you this notice no later than 15 days after the effective date or at closing.

You should also be aware of the following information, which is set out in more detail in Section 6 of RESPA.

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

If you have a question or concern about the servicing of your loan, including requests for information and/or notices of errors concerning your account, we would appreciate the chance to address it.  You must send any requests for information and/or notice of errors to this address to be deemed a qualified written request under RESPA.  Please be sure to include your name, address, and loan number and send your inquiry to:

Written Correspondence
P.O. Box 10335
Des Moines, IA 50306-0325

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals and classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section.  You should seek legal advice if you believe your rights have been violated.