

Standard BPO, Drive-By v2

# 8777 Collins Ave #603, Surfside, FL 33154

Please Note: This report was completed with the following assumptions: Market Approach: **Fair Market Price**, Marketing Time: **Typical**. Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral part of this report.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Address** | 8777 Collins Ave #603, Surfside, FL 33154 | | | | | |
| **Borrower Name** | ALVAREZ ALZUGARAY | **Inspection Date** | 07/15/2015 | **Order ID** | | **Property ID** | |
| **Loan Number** | | **Date of Report** | 07/19/2015 | **APN** | unknown | | |

### Tracking IDs

| | | | |
|---|---|---|---|
| **Order Tracking ID** | | **Tracking ID 1** | |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

### I. General Conditions

| | | | |
|---|---|---|---|
| **Property Type** | Condo | **Condition Comments** | |
| **Occupancy** | Occupied | The subject property appears to be in good physical condition. The subject was observed from the street, no interior inspection was done. No physical, functional or external inadequacies observed. Attached is a closed sale MLS-Sheet for property condition and view. | |
| **Property Condition** | Average | | |
| **Estimated Exterior Repair Cost** | $0 | | |
| **HOA** | Champlain Towers South Condo | | |
| **HOA Monthly Fees** | $724 / Month (Pool) | | |

### II. Subject Sales & Listing History

| Current Listing Status | | Not Currently Listed | | |
|---|---|---|---|---|
| **Date Listed** | **Date Sold** | **List Price** | **Sale Price** | **Notes** |
| -- | 05/11/2006 | -- | $545,000 | Tax Records Attached Public Records |
| -- | 02/19/2004 | -- | $315,000 | Tax Records |

### III. Neighborhood & Market Data

| | | | |
|---|---|---|---|
| **Location Type** | Suburban | **Neighborhood Comments** | |
| **Local Economy** | Stable | The community is bordered to the North by 93rd Streeet, to the South by 65th Street to the West by Biscayne Bay and to the East by the beaches. The subject's neighborhood is primarily comprised of RINs, townhomes, condos, business & commercial properties The maintenance and appearance of properties and streets in the neighborhood are good. Other neighborhood features are: beach front and bay front. Elements of functional/ economic obsolescence are none. | |
| **Sales Prices in this Neighborhood** | Low: $134,400 High: $3,275,000 | | |
| **Market for this type of property** | Remained Stable for the past 6 months. | | |
| **Normal Marketing Days** | <180 | | |

### IV. Current Listings

| | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 8777 Collins Ave #603 | 8777 Collins Av # 211 | 8777 Collins Av # 210 | 8777 Collins Av # 207 |
| **City, State** | Surfside, FL | Miami Beach, FL | Miami Beach, FL | Miami Beach, FL |
| **Zip Code** | 33154 | 33154 | 33154 | 33154 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.03 [1] | 0.00 [1] | 0.03 [1] |
| **List Price $** | -- | $595,000 | $595,000 | $540,000 |
| **DOM · Cumulative DOM** | -- · -- | 141 · 143 | 79 · 81 | 121 · 123 |
| **Original List Price $** | $ | $595,000 | $595,000 | $540,000 |
| **Age** (# of years) | 34 | 34 | 34 | 34 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Style/Design** | 1 Story Flat | 1 Story Flat | 1 Story Flat | 1 Story Flat |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,429 | 1,672 | 1,748 | 1,200 |
| **Bdrm · Bths · ½ Bths** | 2 · 2 | 2 · 2 | 2 · 2 | 2 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | No | No | No |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | -- | -- | -- | -- |
| **Pool/Spa** | Pool - Yes | Pool - Yes | Pool - Yes | Pool - Yes |
| **Lot Size** | 0.00 acres | 0.00 acres | 0.00 acres | 0.00 acres |
| **Other** | -- | -- | -- | -- |

Exhibit C

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

**Listing 1** L1. MLS ID: A2078309. Adjustments: GLA SF: $-11846 Compared to the subject, this comp s bedroom count is equal, bathroom count is equal, half bath count is equal, room count is equal, GLA size is larger. Agency: Hard01, Agent: Anita Bigelman                           . Subd/HOA Info: Champlain Towers South. Tel. Maint Fee: $728 Transaction type: Fair Market. Occupancy: Owner occup.

**Listing 2** L2. MLS ID: A2108881. Adjustments: GLA SF: $-15551 Compared to the subject, this comp s bedroom count is equal, bathroom count is equal, half bath count is equal, room count is equal, GLA size is larger. Agency: Ewm 04, Agent: Nelson Gonzalez                      Subd/HOA Info: Champlain Towers South. Tel. Maint Fee: $728 Transaction type: Fair Market. Occupancy: Owner occup.

**Listing 3** L3. MLS ID: A2088287. Adjustments: GLA SF: $11164 Compared to the subject, this comp s bedroom count is equal, bathroom count is equal, half bath count is equal, room count is equal, GLA size is smaller. Agency: Fink01, Agent: Sara Papir                          . Subd/HOA Info: Champlaine Towers South. Tel. Maint Fee: $728 Transaction type: Fair Market. Occupancy: Owner occup.

\* Listing 1 is the most comparable listing to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

## V. Recent Sales

|  | Subject | Sold 1 * | Sold 2 | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 8777 Collins Ave #603 | 8877 Collins Av # 702 | 9801 Collins Av # 4v | 8877 Collins Av # 208 |
| **City, State** | Surfside, FL | Miami Beach, FL | Miami Beach, FL | Miami Beach, FL |
| **Zip Code** | 33154 | 33154 | 33154 | 33154 |
| **Datasource** | Tax Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.10 ¹ | 1.19 ¹ | 0.10 ¹ |
| **List Price $** | -- | $599,500 | $599,000 | $640,000 |
| **Sale Price $** | -- | $580,000 | $580,000 | $630,000 |
| **Type of Financing** | -- | Conv | Conv | Conv |
| **Date of Sale** | -- | 9/30/2014 | 2/20/2015 | 4/28/2015 |
| **DOM · Cumulative DOM** | -- · -- | 121 · 88 | 87 · 109 | 43 · 43 |
| **Original List Price $** | -- | $599,500 | $635,000 | $640,000 |
| **Age** (# of years) | 34 | 34 | 38 | 34 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Style/Design** | 1 Story Flat | 1 Story Flat | 1 Story Flat | 1 Story Flat |
| **# Units** | 1 | 1 | 1 | 1 |
| **Living Sq. Feet** | 1,429 | 1,672 | 1,388 | 1,728 |
| **Bdrm · Bths · ½ Bths** | 2 · 2 | 2 · 2 | 2 · 2 | 2 · 2 |
| **Total Room #** | 6 | 6 | 6 | 6 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | No | No | No | No |
| **Basement** (% Fin) | 0% | 0% | 0% | 0% |
| **Basement Sq. Ft.** | -- | -- | -- | -- |
| **Pool/Spa** | Pool - Yes | Pool - Yes | Pool - Yes | Pool - Yes |
| **Lot Size** | 0.00 acres | 0.00 acres | 0.00 acres | 0.00 acres |
| **Other** | -- | -- | -- | -- |
| **Adjustment** | -- | -$11,846 | -$11,846 | -$14,576 |
| **Adjusted Price** | -- | $568,154 | $568,154 | $615,424 |

**Reasons for Adjustments** Why the comparable sale is superior or inferior to the subject.

**Sold 1** S1. MLS ID: A1972814. Adjustments: GLA SF: $-11846 Compared to the subject, this comp s bedroom count is equal, bathroom count is equal, half bath count is equal, room count is equal, GLA size is larger. Agency: Keye17, Agent: Jaime Esquenazi                         . Subd/HOA Info: Champlain Towers North. Tel. Maint Fee: $700 Transaction type: Fair Market. Occupancy: Owner occup.

**Sold 2** S2. MLS ID: A2028266. Adjustments: GLA SF: $1999 Compared to the subject, this comp s bedroom count is equal, bathroom count is equal, half bath count is equal, room count is equal, GLA size is equal. Agency: Robr01, Agent: Nicole Bouhadana                        . Subd/HOA Info: The Balmoral Condominium. Tel. Maint Fee: $1002 Transaction type: Fair Market. Occupancy: Owner occup.

**Sold 3** S3. MLS ID: A2086963. Adjustments: GLA SF: $-14576 Compared to the subject, this comp s bedroom count is equal, bathroom count is equal, half bath count is equal, room count is equal, GLA size is larger. Agency: THOM, Agent: Lillian Novo                         . Subd/HOA Info: Champlain Towers North. Tel. Maint Fee: $724 Transaction type: Fair Market. Occupancy: Owner occup.

\* Sold 1 is the most comparable sale to the subject.
¹ Comp's "Miles to Subject" was calculated by the system.
² Comp's "Miles to Subject" provided by Real Estate Professional.
³ Subject $/ft based upon as-is sale price.

| VI. Marketing Strategy | | |
|---|---|---|
| | **As Is Price** | **Repaired Price** |
| **Suggested List Price** | $588,000 | $588,000 |
| **Sales Price** | $570,000 | $570,000 |
| **30 Day Price** | $535,000 | -- |
| **Comments Regarding Pricing Strategy** | | |
| There are 136 properties in the subject's subdivision ranging in assessed value from $223120 to $1061500 and the median assessment value being $300205. The size of properties there ranges from 1200 SF to 4500 SF, with an average size of 1655 SF. There are 118 listings in the search area selected for this report; prices among those range from $166500 to $3700000. Of these listings 4 are REOs and 4 are short sale offerings. In the area, 152 recent sales were found in the MLS and those ranged in price from $134400 to $3275000 with the average sale transacting at 85% of its original listing price. For this report, the comps sought were those closest to the subject in distance, size, features, and condition. Fair Market pricing and normal marketing times are sought in this report. A) I went back 12 months with relaxing search criteria to have all available comps in subject's complex. The ones selected are the best possible within the last 12 months and the adjustments are sufficient to count for the differences in the subject and comps. | | |

| VII. Clear Capital Quality Assurance Comments Addendum | | |
|---|---|---|
| | **As Is Price** | **Repaired Price** |
| **Reviewer's Price Opinion** | $570,000 | $570,000 |
| **Reviewer's Notes** | The price is based on the subject being in average condition. Comps are similar in characteristics, located within 1.19 miles and the sold comps closed within the last 10 months.  The market is reported as being stable in the last 6 months.  The price conclusion is deemed supported. | |

**VIII. Property Images**

**Address** 8777 Collins Ave #603, Surfside, FL 33154
**Loan Number**   **Suggested List** $588,000   **Suggested Repaired** $588,000   **Sale** $570,000



**Subject** 8777 Collins Ave #603   **View** Other



**Subject** 8777 Collins Ave #603   **View** Street

## VIII. Property Images (continued)

| | | | |
|---|---|---|---|
| **Address** | 8777 Collins Ave #603, Surfside, FL 33154 | | |
| **Loan Number** | **Suggested List** $588,000 | **Suggested Repaired** $588,000 | **Sale** $570,000 |



**Subject** 8777 Collins Ave #603          **View** Street



**Subject** 8777 Collins Ave #603          **View** Front

## VIII. Property Images (continued)

**Address** 8777 Collins Ave #603, Surfside, FL 33154
**Loan Number**          **Suggested List** $588,000          **Suggested Repaired** $588,000          **Sale** $570,000



**Subject**   8777 Collins Ave #603                    **View**   Front



**Subject**   8777 Collins Ave #603                    **View**   Address Verification

## VIII. Property Images (continued)

**Address** 8777 Collins Ave #603, Surfside, FL 33154
**Loan Number**                **Suggested List** $588,000          **Suggested Repaired** $588,000          **Sale** $570,000



**Listing Comp 1**    8777 Collins Av # 211                    **View**  Front



**Listing Comp 2**    8777 Collins Av # 210                    **View**  Front

## VIII. Property Images (continued)

**Address** 8777 Collins Ave #603, Surfside, FL 33154
**Loan Number**    **Suggested List** $588,000    **Suggested Repaired** $588,000    **Sale** $570,000



**Listing Comp 3**    8777 Collins Av # 207    **View**    Front



**Sold Comp 1**    8877 Collins Av # 702    **View**    Front

## VIII. Property Images (continued)

**Address** 8777 Collins Ave #603, Surfside, FL 33154
**Loan Number**          **Suggested List** $588,000          **Suggested Repaired** $588,000          **Sale** $570,000



**Sold Comp 2**    9801 Collins Av # 4v          **View**    Front



**Sold Comp 3**    8877 Collins Av # 208          **View**    Front

### ClearMaps Addendum

**Address** ⭐ 8777 Collins Ave #603, Surfside, FL 33154
**Loan Number**          **Suggested List** $588,000          **Suggested Repaired** $588,000          **Sale** $570,000



| | Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|---|
| ⭐ | Subject | 8777 Collins Ave Apt 603, Surfside, FL | -- | Parcel Match |
| 1 | Listing 1 | 8777 Collins Av # 211, Miami Beach, FL | 0.03 Miles ¹ | Parcel Match |
| 2 | Listing 2 | 8777 Collins Av # 210, Miami Beach, FL | 0.00 Miles ¹ | Parcel Match |
| 3 | Listing 3 | 8777 Collins Av # 207, Miami Beach, FL | 0.03 Miles ¹ | Parcel Match |
| 4 | Sold 1 | 8877 Collins Av # 702, Miami Beach, FL | 0.10 Miles ¹ | Parcel Match |
| 5 | Sold 2 | 9801 Collins Av # 4v, Miami Beach, FL | 1.19 Miles ¹ | Parcel Match |
| 6 | Sold 3 | 8877 Collins Av # 208, Miami Beach, FL | 0.10 Miles ¹ | Parcel Match |

¹ The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
² The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

**Addendum: Report Purpose**

## Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)

The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| | |
|---|---|
| Definitions: | |
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

## Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.

Purpose: Market Price
Please determine a market price for this property at which it would sell in a typical marketing time for the area. Please use appropriate comps sale types (REO, Short Sale, Market) based on the subject's local market drivers and condition.

Customer Special Requirement:
Please ensure that your comps are in the same condition/location as the subject. If your comps are in superior condition to the subject, please apply appropriate adjustments or consider comps in the same condition/location as the subject.

Comparable Requirements:
1. Please select comps that are representative of the subject's competitive market based on the conditions of the market. If the market is primarily REO driven then comparable REO sales should be given greatest consideration. If the market is not primarily REO driven then open market comps should be given greatest consideration.
2. Please use comps from the same neighborhood, block or subdivision whenever possible.
3. Please use comps that have closed in the past 3 months to show the current market conditions or comment in the report if this is not possible. In rapidly changing markets, active listing comps should be given equal or greater weight as sold comps in your analysis.

Standard Instructions:
1. Please do not accept if you or your office has completed a report on this property in the last month, are currently listing this property, or have any vested interest in the subject property.
2. Please use the subject characteristics provided in the report Grid (if we preloaded them) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
3. Please do not approach the occupants or owners. Thanks!

1. One current, original photo of the front of the subject
2. One address verification photo
3. One street scene photo looking down the street
4. Labeled MLS listing and sold comp photos required; please comment if no MLS.

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | George I. Diaz | **Company/Brokerage** | AM Realty |
| **License No** | SL499220 | | |
| **Licence Expiration** | 03/31/2017 | **Licence State** | FL |
| **Phone** | 786-487-1341 | **Email** | georgediaz20@yahoo.com |
| | | **Date Signed** | 07/19/2015 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.*

**Disclaimer**

**This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose.**

**Unless otherwise specifically agreed to in writing:**
**The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.**