

**ORDERED in the Southern District of Florida on November 6, 2015.**

_A. Jay Cristol, Judge_
_United States Bankruptcy Court_

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor. / | |

**ORDER GRANTING TRUSTEE'S MOTION (1) TO APPROVE SALE OF ESTATE'S RIGHT, TITLE AND INTEREST IN NON-EXEMPT PROPERTY PURSUANT TO 11 U.S.C. §§ 105 AND 363, AND (2) TO COMPROMISE CONTROVERSIES PURSUANT TO 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

THIS CAUSE came before the Court on October 27, 2015, at 2:30 p.m., upon the Trustee's *Motion (1) to Approve Sale of Estate's Right, Title and Interest in Non-Exempt Property Pursuant to 11 U.S.C. §§ 105 AND 363, and (2) to Compromise Controversies Pursuant to 9019 of the Federal Rules of Bankruptcy Procedure* (the "Motion"). The Court, having reviewed the Motion, the Court file and being otherwise advised in the premises, does **ORDER** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to sell the Estate's 43.15% interest in InBloom Group, LLC (the "Property") to InBloom Group, LLC for the amount of $50,000.00.

3. The *Agreement for Sale of Estate's Right, Title, and Interest in InBloom Group, LLC and a Mutual Release Between Trustee and Buyer* attached to the Motion as Exhibit "A" is approved on the terms and conditions set forth therein.

4. The Parties, as defined in the Motion, are authorized to execute and deliver the releases contained in the *Agreement for Sale of Estate's Right, Title, and Interest in InBloom Group, LLC and a Mutual Release Between Trustee and Buyer.*

5. The Court incorporates the terms of the *Agreement for Sale of Estate's Right, Title, and Interest in InBloom Group, LLC and a Mutual Release Between Trustee and Buyer* into this Order and retains jurisdiction to enforce the terms thereof.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel: (305) 670-5000

Copies to:
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

623010