**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

|  |  |
|---|---|
| **IN RE:** | **CASE NO.: 15-13429-AJC** |
| **ALINA ALVAREZ LUJARDO** | **Chapter 7** |
| Debtor./ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Trustee's Motion (1) to Approve Sale of Estate's Right, Title and Interest in Non-Exempt Property Pursuant to 11 U.S.C. §§ 105 and 363, and (2) to Compromise Controversies Pursuant to 9019 of the Federal Rules of Bankruptcy Procedure* [**ECF No. 104**] was served on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on November 6, 2015.

I FURTHER CERTIFY that I caused true and correct copies of the referenced order to be served by regular U.S. Regular Mail, postage prepaid, on the creditor matrix as reflected in the attached Certificate of Service of BK Attorney Services, LLC on November 10, 2015.

Dated: November 10, 2015

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

624186

*In re Alina Alvarez Lujardo*
**Case No. 15-13429-AJC**
<u>**Service List**</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services, Inc., as servicing agent
for HMC Assets, LLC, solely in its capacity as trustee
mhinton@delucalawgroup.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gr
uiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

IN RE:  Alina Alvarez Lujardo

CASE NO: 15-13429-AJC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 11/10/2015, a copy of the following documents, described below,

Order Granting Trustee Motion (1) to Approve Sale of Estate's Right Title and Interest in Non-Exempt Property Pursuant to 11 U.S.C. §§ 105 AND 363 and (2) to Compromise Controversies Pursuant to 9019 of the Federal Rules of Bankruptcy Procedure [ECF #104],

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/10/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Markowitz Ringel Trusty & Hartog PA
John H. Lee Esq.
9130 South Dadeland Blvd Suite 1800
Miami, FL  33156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113C-1<br>CASE 15-13429-AJC<br>SOUTHERN DISTRICT OF FLORIDA<br>MIAMI<br>TUE NOV 10 12-12-49 EST 2015 | BSI FINANCIAL SERVICES INC. AS<br>SERVICING A<br>CO DELUCA LAW GROUP PLLC<br>2101 NE 26TH STREET<br>FORT LAUDERDALE FL 33305-1535 | WELLS FARGO BANK NA<br>CO ALDRIDGE CONNORS LLP<br>3575 PIEDMONT RD N.E. #500<br>ATLANTA GA 30305-1623 |
| ALDRIDGE CONNORS LLP<br>1615 S CONGRESS AVE STE 200<br>DELRAY BEACH FL 33445-6326 | AMERICAN EXPRESS<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 |
| AMEX<br>PO BOX 981537<br>EL PASO TX 79998-1537 | BANK ATLANTIC IL<br>1750 E SUNRISE BLVD<br>FORT LAUDERDALE FL 33304-3013 | BANK ATLANTICBB&T<br>200 W 2ND ST<br>WINSTON SALEM NC 27101-4019 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA<br>ATTN- CORRESPONDENCE UNITCA6-919-02-41<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | BK OF AMER<br>1800 TAPO CANYON RD<br>SIMI VALLEY CA 93063-6712 |
| BK OF AMER<br>9000 SOUTHSIDE BLVD BLDG<br>JACKSONVILLE FL 32256-6705 | BMW BANK OF NORTH AMER<br>2735 E PARLEYS WAY<br>SALT LAKE CITY UT 84109-1666 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAP1BSTBY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 | CAP1CASML<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | CAP1NEIMN<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3440 |
| CAP1SAKS<br>3455 HIGHWAY 80 W<br>JACKSON MS 39209-7202 | CAPITAL ONE N.A.<br>CAPITAL<br>1 BANK USA N # A<br>SALT LAKE CITY UT 84130 | CAPITAL RECOVERY V LLC<br>CO RECOVERY MANAGEMENT SYSTEMS<br>CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| CAVALRY SPV I LLC AS ASSIGNEEOF GE<br>CAPITAL<br>CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 | CHASE BANK USA N.A.<br>CO KEVIN C. DRISCOLL JR.<br>BARNES & THORNBURG LLP<br>1 NORTH WACKER DRIVE SUITE 4400<br>CHICAGO IL 60606-2841 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITI<br>701 E 60TH ST N<br>SIOUX FALLS SD 57104-0493 | CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CITIBANK<br>CITICORP CREDIT SRVSCENTRALIZED<br>BANKRUP<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CITIBANK NA
CITICORPATTN- CENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED
BANKRUP
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANKNA
PO BOX 769006
SAN ANTONIO TX 78245-9006

COMENITY BANKAMERICAN SIGNATURE
ATTN- BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY BANKAMSGNFRN
4590 E BROAD ST
COLUMBUS OH 43213-1301

COMENITY BANKAVENUE
PO BOX 182789
COLUMBUS OH 43218-2789

COMENITY BANKNEW YORK & COMPANY
ATTENTION- BANKRUPTCY
PO BOX 182686
COLUMBUS OH 43218-2686

COMENITY BANKNWYRK&CO
220 W SCHROCK RD
WESTERVILLE OH 43081-2873

COMENITY BANKVCTRSSEC
PO BOX 182789
COLUMBUS OH 43218-2789

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850-5316

DSNB MACYS
9111 DUKE BLVD
MASON OH 45040-8999

GECRB DILLARDS
ATTN- BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

GECRBLOWES
ATTENTION- BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076-9104

GECRB OLD NAVY
ATTENTION- GEMB
PO BOX 103104
ROSWELL GA 30076-9104

GECRBBROOK BROTHERS
ATTN- BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

GECRBSAMS CLUB
GECRBSAMS CLUB
PO BOX 103104
ROSWELL GA 30076-9104

GEMBWALMART
ATTN- BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

INBLOOM GROUP LLC
CO HORTENSIA ULLIVARRI & FLAVIO
ULLIVAR
2500 NW 79TH AVE. STE. 215
DORAL FL 33122-1003

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

MAYORS JEWEL
PO BOX 94498
LAS VEGAS NV 89193-4498

NORDSTROM FSB
ATTENTION- ACCOUNT SERVICES
PO BOX 6566
ENGLEWOOD CO 80155-6566

NORDSTROM FSB
PO BOX 6555
ENGLEWOOD CO 80155-6555

OCEAN BANK
200 NE 3RD AVE
FORT LAUDERDALE FL 33301-1148

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI FL 33130-1614

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PYOD LLC ITS SUCCESSORS AND ASSIGNS
AS ASSI
OF CITIBANK N.A.
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

SEARSCBNA
PO BOX 6189
SIOUX FALLS SD 57117-6189

SPECIAL ASST. U.S. ATTORNEY
1000 S. PINE ISLAND ROAD #300
FORT LAUDERDALE FL 33324-3910

SYNCBBROOK BROS
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBCARE CREDIT
PO BOX 965036
ORLANDO FL 32896-5036

SYNCBOLD NAVY
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBSAMS CLUB DC
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBWALMART
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBBANANA REP
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBDILLAR
PO BOX 965024
ORLANDO FL 32896-5024

SYNCBGAP
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBLORD & TAY
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBLOWES
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBTJX COS DC
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

TARGET NB
PO BOX 673
MINNEAPOLIS MN 55440-0673

THDCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

UNITED STATES ATTORNEY
99 NE 4TH ST
MIAMI FL 33132-2145

VW CREDIT INC
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

VOLKSWAGON CREDIT INC
NATIONAL BANKRUPTCY SERVICES
9441 LYNDON B JOHNSON FWY STE 250
DALLAS TX 75243-4640

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

WFFNBMATTRESS GIANT
PO BOX 94498
LAS VEGAS NV 89193-4498

*DEBTOR*
ALINA ALVAREZ LUJARDO
2231 SW 82ND PL
MIAMI FL 33155-1250

BARRY MUKAMAL
1 SE 3 AVE #2150
MIAMI FL 33131-1716

JEAN RYAN
RYAN LAW FIRM P.A.
8500 S.W. 92ND STREET STE. 202
MIAMI FL 33156-7379

JOSE C BLANCO
6780 CORAL WAY
MIAMI FL 33155-1702

KIT R. BECKER
YAMATO OFFICE CENTER #301
1 001 YAMATO ROAD
BOCA RATON FL 33431-4403

PARTIES DESIGNATED AS "EXCL FROM NOTICE" WERE NOT SERVED VIA THIS 1ST CLASS MAILING
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PATRICK L CORDERO ESQ
198 NW 37 AVE
MIAMI FL 33125-4826

ROSS R HARTOG
9130 S DADELAND BLVD # 1800
MIAMI FL 33156-7858