

**ORDERED in the Southern District of Florida on November 19, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

**ORDER CONTINUING HEARING ON TRUSTEE'S MOTION
FOR ENTRY OF AN ORDER APPROVING (1) SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES
BY PRIVATE SALE AND (2) DISBURSEMENTS AT CLOSING ON SALE**

THIS CAUSE came before the Court on November 18, 2015, at 2:30 p.m., upon the *Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursements at Close on Sale* (the "Motion") [ECF 94]. The Court, having otherwise advised in the premises, does **ORDER** as follows:

The hearing on the Motion is continued to **December 22, 2015 at 2:00 p.m.** at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, Florida 33128.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel: (305) 670-5000

Copies to:
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

627760