# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO  Chapter 7

Debtor./

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursements at Closing on Sale* (the "Motion") [**ECF 94**] was served through the Court's CM/ECF notification on October 21, 2015 and the *Order Continuing Hearing on Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursements at Closing on Sale* (the "Order") [**ECF 106**] was served through the Court's CM/ECF notification on November 19, 2015.

I FURTHER CERTIFY that I caused true and correct copies of the Motion and Order to be served by U.S. Certified Mail to the parties identified in the attached Service List on November 23, 2015.

I FURTHER CERTIFY that I caused true and correct copies of the Motion and Order to be served by regular U.S. Regular Mail, postage prepaid, on the creditor matrix as reflected in the attached Certificate of Service of BK Attorney Services, LLC on November 24, 2015.

Dated: November 24, 2015	MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
	*Counsel to Chapter 7 Trustee*
	9130 South Dadeland Boulevard, Suite 1800
	Miami, Florida  33156
	Tel. (305) 670-5000
	Fax. (305) 670-5011

627754

	By: /s/ *John H. Lee*
	      John H. Lee, Esq.
	      Florida Bar No. 91795
	       jlee@mrthlaw.com

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
Service List

**Via Electronic Mail:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services, Inc., as servicing agent for HMC Assets, LLC, solely in its capacity as trustee
mhinton@delucalawgroup.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com


**Via Certified Mail:**

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco CA 94163

Discover Bank
c/o Roger C. Hochschild, President/Chief Operating Officer
2500 Lake Cook Road
Riverwoods, Illinois 60015

CitiMortgage, Inc.
c/o Jane Fraser, President, CEO, Director
399 PARK AVE
NEW YORK, NY 10022

CitiMortgage, Inc.
c/o Lisa A. Hoffman, Vice President
3800 CITIGROUP CENTER DRIVE
TAMPA, FL 33610

Champlain Towers South Condominium Association, Inc.
c/o Bruce, Hornstein, Esq as Registered Agent
Bruce Hornstein, P.A.
317-71st Street
Miami Beach, FL  33141

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Alina Alvarez Lujardo | CASE NO: 15-13429 |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 11/24/2015, a copy of the following documents, described below,

Order Continuing Hearing on Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens Claims and Encumbrances by Private Sale and (2) Disbursements at Closing on Sale [ECF 106],

Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens Claims and Encumbrances by Private Sale and (2) Disbursements at Close on Sale [ECF 94]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/24/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Markowitz Ringel Trusty & Hartog P.A.
John H. Lee
9130 South Dadeland Boulevard Suite 1800
Miami, FL  33156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113C-1<br>CASE 15-13429-AJC<br>SOUTHERN DISTRICT OF FLORIDA<br>MIAMI<br>MON NOV 23 17-53-21 EST 2015 | BSI FINANCIAL SERVICES INC. AS SERVICING A<br>CO DELUCA LAW GROUP PLLC<br>2101 NE 26TH STREET<br>FORT LAUDERDALE FL 33305-1535 | WELLS FARGO BANK NA<br>CO ALDRIDGE CONNORS LLP<br>3575 PIEDMONT RD N.E. #500<br>ATLANTA GA 30305-1623 |
| ALDRIDGE CONNORS LLP<br>1615 S CONGRESS AVE STE 200<br>DELRAY BEACH FL 33445-6326 | AMERICAN EXPRESS<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 |
| AMEX<br>PO BOX 981537<br>EL PASO TX 79998-1537 | BANK ATLANTIC IL<br>1750 E SUNRISE BLVD<br>FORT LAUDERDALE FL 33304-3013 | BANK ATLANTICBB&T<br>200 W 2ND ST<br>WINSTON SALEM NC 27101-4019 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA<br>ATTN- CORRESPONDENCE UNITCA6-919-02-41<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | BK OF AMER<br>1800 TAPO CANYON RD<br>SIMI VALLEY CA 93063-6712 |
| BK OF AMER<br>9000 SOUTHSIDE BLVD BLDG<br>JACKSONVILLE FL 32256-6705 | BMW BANK OF NORTH AMER<br>2735 E PARLEYS WAY<br>SALT LAKE CITY UT 84109-1666 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAP1BSTBY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 | CAP1CASML<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | CAP1NEIMN<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3440 |
| CAP1SAKS<br>3455 HIGHWAY 80 W<br>JACKSON MS 39209-7202 | CAPITAL ONE N.A.<br>CAPITAL<br>1 BANK USA N # A<br>SALT LAKE CITY UT 84130 | CAPITAL RECOVERY V LLC<br>CO RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| CAVALRY SPV I LLC AS ASSIGNEEOF GE CAPITAL<br>CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 | CHASE BANK USA N.A.<br>CO KEVIN C. DRISCOLL JR.<br>BARNES & THORNBURG LLP<br>1 NORTH WACKER DRIVE SUITE 4400<br>CHICAGO IL 60606-2841 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITI<br>701 E 60TH ST N<br>SIOUX FALLS SD 57104-0493 | CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CITIBANK<br>CITICORP CREDIT SRVSCENTRALIZED BANKRUP<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CITIBANK NA                            CITIBANK                               CITIBANKTHE HOME DEPOT
CITICORPATTN- CENTRALIZED BANKRUPTCY   PO BOX 790034                          CITICORP CREDIT SRVSCENTRALIZED
PO BOX 790040                          ST LOUIS MO 63179-0034                 BANKRUP
SAINT LOUIS MO 63179-0040                                                     PO BOX 790040
                                                                              SAINT LOUIS MO 63179-0040


CITIBANKNA                             COMENITY BANKAMERICAN SIGNATURE        COMENITY BANKAMSGNFRN
PO BOX 769006                          ATTN- BANKRUPTCY                       4590 E BROAD ST
SAN ANTONIO TX 78245-9006              PO BOX 182125                          COLUMBUS OH 43213-1301
                                       COLUMBUS OH 43218-2125


COMENITY BANKAVENUE                    COMENITY BANKNEW YORK & COMPANY        COMENITY BANKNWYRK&CO
PO BOX 182789                          ATTENTION- BANKRUPTCY                  220 W SCHROCK RD
COLUMBUS OH 43218-2789                 PO BOX 182686                          WESTERVILLE OH 43081-2873
                                       COLUMBUS OH 43218-2686


COMENITY BANKVCTRSSEC                  DELL FINANCIAL SERVICES                DISCOVER BANK
PO BOX 182789                          P O BOX 81577                          DISCOVER PRODUCTS INC
COLUMBUS OH 43218-2789                 AUSTIN TX 78708-1577                   PO BOX 3025
                                                                              NEW ALBANY OH 43054-3025


DISCOVER FIN SVCS LLC                  DSNB MACYS                             GECRB DILLARDS
PO BOX 15316                           9111 DUKE BLVD                         ATTN- BANKRUPTCY
WILMINGTON DE 19850-5316               MASON OH 45040-8999                    PO BOX 103104
                                                                              ROSWELL GA 30076-9104


GECRBLOWES                             GECRB OLD NAVY                         GECRBBROOK BROTHERS
ATTENTION- BANKRUPTCY DEPARTMENT       ATTENTION- GEMB                        ATTN- BANKRUPTCY
PO BOX 103104                          PO BOX 103104                          PO BOX 103104
ROSWELL GA 30076-9104                  ROSWELL GA 30076-9104                  ROSWELL GA 30076-9104


GECRBSAMS CLUB                         GEMBWALMART                            INBLOOM GROUP LLC
GECRBSAMS CLUB                         ATTN- BANKRUPTCY                       CO HORTENSIA ULLIVARRI & FLAVIO
PO BOX 103104                          PO BOX 103104                          ULLIVAR
ROSWELL GA 30076-9104                  ROSWELL GA 30076-9104                  2500 NW 79TH AVE. STE. 215
                                                                              DORAL FL 33122-1003


INTERNAL REVENUE SERVICE               MAYORS JEWEL                           NORDSTROM FSB
PO BOX 7346                            PO BOX 94498                           ATTENTION- ACCOUNT SERVICES
PHILADELPHIA PA 19101-7346             LAS VEGAS NV 89193-4498                PO BOX 6566
                                                                              ENGLEWOOD CO 80155-6566


NORDSTROM FSB                          OCEAN BANK                             OFFICE OF THE US TRUSTEE
PO BOX 6555                            200 NE 3RD AVE                         51 S.W. 1ST AVE.
ENGLEWOOD CO 80155-6555                FORT LAUDERDALE FL 33301-1148          SUITE 1204
                                                                              MIAMI FL 33130-1614
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PYOD LLC ITS SUCCESSORS AND ASSIGNS
AS ASSI
OF CITIBANK N.A.
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

SEARSCBNA
PO BOX 6189
SIOUX FALLS SD 57117-6189

SPECIAL ASST. U.S. ATTORNEY
1000 S. PINE ISLAND ROAD #300
FORT LAUDERDALE FL 33324-3910

SYNCBBROOK BROS
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBCARE CREDIT
PO BOX 965036
ORLANDO FL 32896-5036

SYNCBOLD NAVY
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBSAMS CLUB DC
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBWALMART
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBBANANA REP
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBDILLAR
PO BOX 965024
ORLANDO FL 32896-5024

SYNCBGAP
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBLORD & TAY
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBLOWES
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBTJX COS DC
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

TARGET NB
PO BOX 673
MINNEAPOLIS MN 55440-0673

THDCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

UNITED STATES ATTORNEY
99 NE 4TH ST
MIAMI FL 33132-2145

VW CREDIT INC
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

VOLKSWAGON CREDIT INC
NATIONAL BANKRUPTCY SERVICES
9441 LYNDON B JOHNSON FWY STE 250
DALLAS TX 75243-4640

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

WFFNBMATTRESS GIANT
PO BOX 94498
LAS VEGAS NV 89193-4498

*DEBTOR*
ALINA ALVAREZ LUJARDO
2231 SW 82ND PL
MIAMI FL 33155-1250

BARRY MUKAMAL
1 SE 3 AVE #2150
MIAMI FL 33131-1716

JEAN RYAN
RYAN LAW FIRM P.A.
8500 S.W. 92ND STREET STE. 202
MIAMI FL 33156-7379

JOSE C BLANCO
6780 CORAL WAY
MIAMI FL 33155-1702

KIT R. BECKER
YAMATO OFFICE CENTER #301
1 001 YAMATO ROAD
BOCA RATON FL 33431-4403

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


PATRICK L CORDERO ESQ            ROSS R HARTOG
198 NW 37 AVE                    9130 S DADELAND BLVD # 1800
MIAMI FL 33125-4826              MIAMI FL 33156-7858
```