**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                       Case No.: 15-13429-AJC

**ALINA A. LUJARDO,**                                                         Chapter 7

              **Debtor.**            /

**TRUSTEE'S OBJECTION TO CLAIMS**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Trustee object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 6 | Inbloom Group, LLC<br>c/o Hortensia Ullivarri & Flavio Ullivvarri<br>2500 NW 79th Avenue, #215<br>Doral, Florida 33122 | $12,784.00<br>(Unsecured) | **Objection:** On October 2, 2015, the Trustee filed his *Trustee's Motion (1) to Approve Sale of Estate's Right, Title and Interest in Non-Exempt Property Pursuant to 11 U.S.C. §§ 105 and 363, and (2) to Compromise Controversies Pursuant to the Federal Rules of Bankruptcy Procedure* (the "Settlement Motion") [ECF 90]. Pursuant to Paragraph 5 of the *Agreement for Sale of Estate's Right, Title and Interest in Inbloom Group, LLC and a Mutual Release between Trustee and Buyer* attached as Exhibit A to the Settlement Motion, Claimant waives any rights they may possess pursuant to 11 U.S.C. § 502 and is therefore entitled to no distribution from the Estate. On November 6, 2015, the Court approved the Settlement Motion [ECF 98].<br>**Recommended Disposition:** Claim Number 6 should be stricken in full. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 12, 2016, via (1) e-mail through the Court's BNC; and (2) U.S. Regular Mail to the above-referenced claimant(s), as well as the following parties:

**Debtor**
Alina Alvarez Lujardo
2231 SW 82nd Place
Miami, Florida 33155-1250

**Debtor's Counsel**
Maite L. Diaz, Esq.
POB 820300
Pembroke Pines, FL 33082

Dated:   January 12, 2016         /s/ **Ross R. Hartog**
                                 ROSS R. HARTOG, CHAPTER 7 TRUSTEE
                                 9130 South Dadeland Boulevard, Suite 1800
                                 Miami, Florida  33156-7849
                                 Telephone: (305) 670-5000