UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:     CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO     Chapter 7

    Debtor./

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Order Granting Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursements at Closing on Sale* [**ECF No. 109**] was served through the Court's CM/ECF notification on January 15, 2016.

I FURTHER CERTIFY that I caused true and correct copies of the Motion and Order to be served by U.S. Certified Mail to the parties identified in the attached Service List on January 15, 2016.

I FURTHER CERTIFY that I caused true and correct copies of the Order to be served by regular U.S. Regular Mail, postage prepaid, on the creditor matrix as reflected in the attached Certificate of Service of BK Attorney Services, LLC on January 15, 2016.

Dated: January 15, 2016     MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel. (305) 670-5000
Fax. (305) 670-5011
By: /s/ *John H. Lee*
    John H. Lee, Esq.
    Florida Bar No. 91795
    jlee@mrthlaw.com

639309

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services, Inc., as servicing agent for HMC Assets, LLC, solely in its capacity as trustee
mhinton@delucalawgroup.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com, ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com

**15-13429-AJC Notice will be mailed via Certified Mail:**

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco CA 94163

Discover Bank
c/o Roger C. Hochschild, President/Chief Operating Officer
2500 Lake Cook Road
Riverwoods, Illinois 60015

CitiMortgage, Inc.
c/o Jane Fraser, President, CEO, Director
399 PARK AVE
NEW YORK, NY 10022

CitiMortgage, Inc.
c/o Lisa A. Hoffman, Vice President
3800 CITIGROUP CENTER DRIVE
TAMPA, FL 33610

Champlain Towers South Condominium Association, Inc.
c/o Bruce, Hornstein, Esq as Registered Agent
Bruce Hornstein, P.A.
317-71st Street
Miami Beach, FL  33141

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Alina Alvarez Lujardo | CASE NO: 15-13429-AJC |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 1/15/2016, a copy of the following documents, described below,

Order Granting Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens Claims and Encumbrances by Private Sale and (2) Disbursements at Closing on Sale [ECF No. 109],

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/15/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Markowitz Ringel Trusty & Hartog P.A.
John H. Lee
9130 South Dadeland Blvd Suite 1800
Miami, FL  33156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113C-1<br>CASE 15-13429-AJC<br>SOUTHERN DISTRICT OF FLORIDA<br>MIAMI<br>FRI JAN 15 11-31-30 EST 2016 | BSI FINANCIAL SERVICES INC. AS SERVICING A<br>CO DELUCA LAW GROUP PLLC<br>2101 NE 26TH STREET<br>FORT LAUDERDALE FL 33305-1535 | WELLS FARGO BANK NA<br>CO ALDRIDGE CONNORS LLP<br>3575 PIEDMONT RD N.E. #500<br>ATLANTA GA 30305-1623 |
| ALDRIDGE CONNORS LLP<br>1615 S CONGRESS AVE STE 200<br>DELRAY BEACH FL 33445-6326 | AMERICAN EXPRESS<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 |
| AMEX<br>PO BOX 981537<br>EL PASO TX 79998-1537 | BANK ATLANTIC IL<br>1750 E SUNRISE BLVD<br>FORT LAUDERDALE FL 33304-3013 | BANK ATLANTICBB&T<br>200 W 2ND ST<br>WINSTON SALEM NC 27101-4019 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BANK OF AMERICA<br>ATTN- CORRESPONDENCE UNITCA6-919-02-41<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | BK OF AMER<br>1800 TAPO CANYON RD<br>SIMI VALLEY CA 93063-6712 |
| BK OF AMER<br>9000 SOUTHSIDE BLVD BLDG<br>JACKSONVILLE FL 32256-6705 | BMW BANK OF NORTH AMER<br>2735 E PARLEYS WAY<br>SALT LAKE CITY UT 84109-1666 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAP1BSTBY<br>PO BOX 30253<br>SALT LAKE CITY UT 84130-0253 | CAP1CASML<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | CAP1NEIMN<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3440 |
| CAP1SAKS<br>3455 HIGHWAY 80 W<br>JACKSON MS 39209-7202 | CAPITAL ONE N.A.<br>CAPITAL<br>1 BANK USA N # A<br>SALT LAKE CITY UT 84130 | CAPITAL RECOVERY V LLC<br>CO RECOVERY MANAGEMENT SYSTEMS CORPORAT<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 |
| CAVALRY SPV I LLC AS ASSIGNEEOF GE CAPITAL<br>CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-1340 | CHASE BANK USA N.A.<br>CO KEVIN C. DRISCOLL JR.<br>BARNES & THORNBURG LLP<br>1 NORTH WACKER DRIVE SUITE 4400<br>CHICAGO IL 60606-2841 | CHASE CARD<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CITI<br>701 E 60TH ST N<br>SIOUX FALLS SD 57104-0493 | CITI<br>PO BOX 6241<br>SIOUX FALLS SD 57117-6241 | CITIBANK<br>CITICORP CREDIT SRVSCENTRALIZED BANKRUP<br>PO BOX 790040<br>SAINT LOUIS MO 63179-0040 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CITIBANK NA                              CITIBANK                                 CITIBANKTHE HOME DEPOT
CITICORPATTN- CENTRALIZED BANKRUPTCY     PO BOX 790034                            CITICORP CREDIT SRVSCENTRALIZED
PO BOX 790040                            ST LOUIS MO 63179-0034                   BANKRUP
SAINT LOUIS MO 63179-0040                                                         PO BOX 790040
                                                                                  SAINT LOUIS MO 63179-0040


CITIBANKNA                               COMENITY BANKAMERICAN SIGNATURE          COMENITY BANKAMSGNFRN
PO BOX 769006                            ATTN- BANKRUPTCY                         4590 E BROAD ST
SAN ANTONIO TX 78245-9006                PO BOX 182125                            COLUMBUS OH 43213-1301
                                         COLUMBUS OH 43218-2125


COMENITY BANKAVENUE                      COMENITY BANKNEW YORK & COMPANY          COMENITY BANKNWYRK&CO
PO BOX 182789                            ATTENTION- BANKRUPTCY                    220 W SCHROCK RD
COLUMBUS OH 43218-2789                   PO BOX 182686                            WESTERVILLE OH 43081-2873
                                         COLUMBUS OH 43218-2686


COMENITY BANKVCTRSSEC                    DELL FINANCIAL SERVICES                  DISCOVER BANK
PO BOX 182789                            P O BOX 81577                            DISCOVER PRODUCTS INC
COLUMBUS OH 43218-2789                   AUSTIN TX 78708-1577                     PO BOX 3025
                                                                                  NEW ALBANY OH 43054-3025


DISCOVER FIN SVCS LLC                    DSNB MACYS                               GECRB DILLARDS
PO BOX 15316                             9111 DUKE BLVD                           ATTN- BANKRUPTCY
WILMINGTON DE 19850-5316                 MASON OH 45040-8999                      PO BOX 103104
                                                                                  ROSWELL GA 30076-9104


GECRBLOWES                               GECRB OLD NAVY                           GECRBBROOK BROTHERS
ATTENTION- BANKRUPTCY DEPARTMENT         ATTENTION- GEMB                          ATTN- BANKRUPTCY
PO BOX 103104                            PO BOX 103104                            PO BOX 103104
ROSWELL GA 30076-9104                    ROSWELL GA 30076-9104                    ROSWELL GA 30076-9104


GECRBSAMS CLUB                           GEMBWALMART                              INBLOOM GROUP LLC
GECRBSAMS CLUB                           ATTN- BANKRUPTCY                         CO HORTENSIA ULLIVARRI & FLAVIO
PO BOX 103104                            PO BOX 103104                            ULLIVAR
ROSWELL GA 30076-9104                    ROSWELL GA 30076-9104                    2500 NW 79TH AVE. STE. 215
                                                                                  DORAL FL 33122-1003


INTERNAL REVENUE SERVICE                 MAYORS JEWEL                             NORDSTROM FSB
PO BOX 7346                              PO BOX 94498                             ATTENTION- ACCOUNT SERVICES
PHILADELPHIA PA 19101-7346               LAS VEGAS NV 89193-4498                  PO BOX 6566
                                                                                  ENGLEWOOD CO 80155-6566


NORDSTROM FSB                            OCEAN BANK                               OFFICE OF THE US TRUSTEE
PO BOX 6555                              200 NE 3RD AVE                           51 S.W. 1ST AVE.
ENGLEWOOD CO 80155-6555                  FORT LAUDERDALE FL 33301-1148            SUITE 1204
                                                                                  MIAMI FL 33130-1614
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| PYOD LLC ITS SUCCESSORS AND ASSIGNS AS ASSI<br>OF CITIBANK N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE SC 29602-9008 | SEARSCBNA<br>PO BOX 6189<br>SIOUX FALLS SD 57117-6189 | SPECIAL ASST. U.S. ATTORNEY<br>1000 S. PINE ISLAND ROAD #300<br>FORT LAUDERDALE FL 33324-3910 |
| SYNCBBROOK BROS<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | SYNCBCARE CREDIT<br>PO BOX 965036<br>ORLANDO FL 32896-5036 | SYNCBOLD NAVY<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| SYNCBSAMS CLUB DC<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBWALMART<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | SYNCBBANANA REP<br>PO BOX 965005<br>ORLANDO FL 32896-5005 |
| SYNCBDILLAR<br>PO BOX 965024<br>ORLANDO FL 32896-5024 | SYNCBGAP<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBLORD & TAY<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 |
| SYNCBLOWES<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | SYNCBTJX COS DC<br>4125 WINDWARD PLZ<br>ALPHARETTA GA 30005-8738 | TARGET NB<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 |
| THDCBNA<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | U.S. ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0009 | UNITED STATES ATTORNEY<br>99 NE 4TH ST<br>MIAMI FL 33132-2145 |
| VW CREDIT INC<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | VOLKSWAGON CREDIT INC<br>NATIONAL BANKRUPTCY SERVICES<br>9441 LYNDON B JOHNSON FWY STE 250<br>DALLAS TX 75243-4640 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| WFFNBMATTRESS GIANT<br>PO BOX 94498<br>LAS VEGAS NV 89193-4498 | *DEBTOR*<br>ALINA ALVAREZ LUJARDO<br>2231 SW 82ND PL<br>MIAMI FL 33155-1250 | BARRY MUKAMAL<br>1 SE 3 AVE #2150<br>MIAMI FL 33131-1716 |
| JEAN RYAN<br>RYAN LAW FIRM P.A.<br>8500 S.W. 92ND STREET STE. 202<br>MIAMI FL 33156-7379 | JOSE C BLANCO<br>6780 CORAL WAY<br>MIAMI FL 33155-1702 | KIT R. BECKER<br>YAMATO OFFICE CENTER #301<br>1 001 YAMATO ROAD<br>BOCA RATON FL 33431-4403 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
PATRICK L CORDERO ESQ              ROSS R HARTOG
198 NW 37 AVE                      9130 S DADELAND BLVD # 1800
MIAMI FL 33125-4826                MIAMI FL 33156-7858
```