

**ORDERED in the Southern District of Florida on February 12, 2016.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| IN RE: | CASE NO.: 15-13429-AJC |
|---|---|
| ALINA A. LUJARDO, | Chapter 7 |
| Debtor./ | |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMS**

**THIS MATTER** having been considered without hearing upon the *Trustee's Objection to Proof of Claims* (the "Objection") [ECF 108], and the objector by submitting this form order having represented that the Objection was served on all parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no listed below has filed, or served on the objector, a response to the Objection, and that the relief to be granted in this Order is the identical relief requested in the Objection.  The Court having considered the basis for the Objection to the claim finds good cause to sustain the Objection.  Accordingly it is

**ORDERED** as follows:

1. The Trustee's Objection to the following claims are sustained:

| **Claim Holder** | **Claim Number** | **Disposition** |
|---|---|---|
| Inbloom Group, LLC | 6 | Claim #6 is stricken in full |

# # #

Copies Furnished to:

Ross R. Hartog, Chapter 7 Trustee
9130 So. Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel:   305-670-5000
Fax:   305-670-5011
Em:    trustee@mrthlaw.com

Trustee HARTOG shall serve a copy of this Order upon
all interested parties and file a Certificate of Service.