UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 15-13429-AJC

ALINA A. LUJARDO,  Chapter 7

Debtor./

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Order on Trustee's Objection to Claims* (ECF 11) was served on February 16, 2016, via (1) email via the Court's BNC; and (2) U.S. Regular Mail to:

**Inbloom Group, LLC**
c/p Hortensia Ullivarri & Flavio Ullivar
2500 NW 79 Ave., Suite 215
Doral, Florida 33122

Dated: February 16, 2016        /s/ **Ross R. Hartog,**
ROSS R. HARTOG, CHAPTER 7 TRUSTEE
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156-7849
Telephone: (305) 670-5000