**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                                CASE NO.: 15-13429-AJC

**ALINA ALVAREZ LUJARDO,**                               Chapter 7

                                                Debtors./

### NOTICE OF ABANDONMENT

**Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 calendar days after the date of service of this notice.**

NOTICE IS HEREBY GIVEN TO ALL CREDITORS AND INTERESTED PARTIES THAT:

1. Ross R. Hartog, Chapter 7 Trustee, pursuant to 11 U.S.C. § 554(a), Bankruptcy Rule 6007, and Local Rule 6007-1 abandons the following assets of the Debtor:

> Real Property located at 8777 Collins Avenue, #603, Surfside, FL 33154(the "Asset").

2  Upon investigation, the Trustee has determined that the Asset is of inconsequential value and benefit to the estate, and that to maintain the Asset would be an unnecessary burden on the estate.

3. The failure of any party to file an objection to this notice of abandonment within fourteen (14) days after service of the notice shall be deemed a consent to the proposed abandonment.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed U.S. Regular Mail (*or e-mail via the Court's BNC), on March 14, 2016, to **all parties on the service list attached**.

Dated: March 14, 2016                    /s/ Ross R. Hartog
                                                        Ross R. Hartog, Trustee
                                                        9130 So. Dadeland Boulevard, Suite 1800
                                                        Miami, Florida 33156
                                                        Tel: 305-670-5000 // Fax: 305-670-5011
                                                        EM: trustee@mrthlaw.com

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT
MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Aldridge Connors LLP
1615 S Congress Ave Ste 200
Delray Beach, FL 33445-6326

Alina Alvarez Lujardo
2231 SW 82nd Pl
Miami, FL 33155-1250

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express
PO Box 3001
Malvern, PA 19355-0701

Amex
PO Box 981537
El Paso, TX 79998-1537

Bank Atlantic Il
1750 E Sunrise Blvd
Fort Lauderdale, FL 33304-3013

Bank Atlantic/Bb&T
200 W 2nd St
Winston Salem, NC 27101-4019

Bank of America
Attn: Correspondence Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062-5170

Barry Mukamal
1 SE 3 Ave #2150
Miami, FL 33131-1700

Bk of Amer
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Bk of Amer
9000 Southside Blvd Bldg
Jacksonville, FL 32256-6705

Bmw Bank of North Amer
2735 E Parleys Way
Salt Lake City, UT 84109-1666

BSI Financial Services, Inc., as servicing a
c/o Deluca Law Group, PLLC
2101 NE 26th Street
Fort Lauderdale, FL 33305-1535

Cap1/bstby
PO Box 30253
Salt Lake City, UT 84130-0253

Cap1/casml
PO Box 5253
Carol Stream, IL 60197-5253

Cap1/neimn
26525 N Riverwoods Blvd
Mettawa, IL 60045-3440

Cap1/saks
3455 Highway 80 W
Jackson, MS 39209-7202

Capital One, N.A.
Capital
1 Bank USA N # A
Salt Lake City, UT 84130

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Cavalry SPV I, LLC as assigneeof GE Capital
Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Chase Bank USA, N.A.
c/o Kevin C. Driscoll, Jr.,
Barnes & Thornburg LLP,
1 North Wacker Drive, Suite 4400,
Chicago, IL 60606-2841

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Citi
701 E 60th St N
Sioux Falls, SD 57104-0493

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Citibank NA
Citicorp/Attn: Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179-0040

Citibank/the Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179-0040

Citibankna
PO Box 769006
San Antonio, TX 78245-9006

Comenity Bank/American Signature

Attn: Bankruptcy
PO Box 182125
Columbus, OH  43218-2125

Comenity Bank/Amsgnfrn
4590 E Broad St
Columbus, OH  43213-1301

Comenity Bank/Avenue
PO Box 182789
Columbus, OH  43218-2789

Comenity Bank/New York & Company
Attention: Bankruptcy
PO Box 182686
Columbus, OH  43218-2686

Comenity Bank/Nwyrk&Co
220 W Schrock Rd
Westerville, OH  43081-2873

Comenity Bank/Vctrssec
PO Box 182789
Columbus, OH  43218-2789

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE  19850-5316

Dsnb Macys
9111 Duke Blvd
Mason, OH  45040-8999

GECRB/ Dillards
Attn: Bankruptcy
PO Box 103104
Roswell, GA  30076-9104

Gecrb/ Old Navy
Attention: GEMB
PO Box 103104
Roswell, GA  30076-9104

Gecrb/Brook Brothers
Attn: Bankruptcy
PO Box 103104
Roswell, GA  30076-9104

GECRB/Lowes
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA  30076-9104

Gecrb/Sams Club
GECRB/Sams Club
PO Box 103104
Roswell, GA  30076-9104

Gemb/Walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA  30076-9104

Inbloom Group, LLC
c/o Hortensia Ullivarri & Flavio Ullivar
2500 NW 79th Ave., Ste. 215
Doral, FL 33122-1003

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

Jean Ryan
Ryan Law Firm, P.A.
8500 S.W. 92nd Street, Ste. 202
Miami, FL 33156-7379

Jose C Blanco
6780 Coral Way
Miami, FL 33155-1702

Kit R. Becker
Yamato Office Center #301
1 001 Yamato Road
Boca Raton, FL 33431-4403

Mayors Jewel
PO Box 94498
Las Vegas, NV  89193-4498

Nordstrom FSB
Attention: Account Services
PO Box 6566
Englewood, CO  80155-6566

Nordstrom Fsb
PO Box 6555
Englewood, CO  80155-6555

Ocean Bank
200 NE 3rd Ave
Fort Lauderdale, FL  33301-1148

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Patrick L Cordero Esq
198 NW 37 Ave
Miami, FL 33125-4826

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Ross R Hartog
9130 S Dadeland Blvd # 1800
Miami, FL 33156-7858

Sears/Cbna
PO Box 6189
Sioux Falls, SD  57117-6189

Special Asst. U.S. Attorney
1000 S. Pine Island Road #300
Fort Lauderdale, FL 33324-3906

Syncb/banana Rep
PO Box 965005
Orlando, FL  32896-5005

Syncb/Brook Bros
4125 Windward Plz
Alpharetta, GA  30005-8738

Syncb/Care Credit
PO Box 965036
Orlando, FL  32896-5036

Syncb/dillar
PO Box 965024
Orlando, FL  32896-5024

Syncb/gap  
PO Box 965005  
Orlando, FL  32896-5005  

Syncb/lord & Tay  
4125 Windward Plz  
Alpharetta, GA  30005-8738  

Syncb/lowes  
PO Box 965005  
Orlando, FL  32896-5005  

Syncb/Old Navy  
PO Box 965005  
Orlando, FL  32896-5005  

Syncb/Sams Club DC  
PO Box 965005  
Orlando, FL  32896-5005  


Syncb/tjx Cos Dc  
4125 Windward Plz  
Alpharetta, GA  30005-8738  

Syncb/Walmart  
4125 Windward Plz  
Alpharetta, GA  30005-8738  

Target Nb  
PO Box 673  
Minneapolis, MN  55440-0673  


Thd/Cbna  
PO Box 6497  
Sioux Falls, SD  57117-6497  

U.S. Attorney General  
950 Pennsylvania Ave NW  
Washington, DC  20530-0009  

United States Attorney  
99 NE 4th St  
Miami, FL 33132-2145  


Volkswagon Credit Inc  
National Bankruptcy Services  
9441 Lyndon B Johnson Fwy Ste 250  
Dallas, TX  75243-4640  

VW Credit Inc  
1401 Franklin Blvd  
Libertyville, IL  60048-4460  

Wells Fargo Bank, NA  
c/o Aldridge Connors LLP  
3575 Piedmont Rd, N.E. #500  
Atlanta, GA 30305-1623  

Wffnb/Mattress Giant  
PO Box 94498  
Las Vegas, NV  89193-4498