UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                              Case No. 15-13429-BKC-AJC

ALINA ALVAREZ LUJARDO,                              Chapter 7

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    Zach B. Shelomith, Esq. and the law firm of Leiderman Shelomith, P.A., pursuant to Fed. R. Bankr. P. 9010, hereby enters their appearance as attorneys for creditor **CHAMPLAIN TOWERS SOUTH CONDOMINIUM ASSOCIATION, INC.** (hereinafter, "Champlain") with regard to all matters and proceedings in the above-captioned bankruptcy proceeding. Champlain hereby requests that all notices required to be given under Fed. R. Bankr. P. 2002 be given to it by due service upon its undersigned attorneys.

Dated: March 15, 2016

    LEIDERMAN SHELOMITH, P.A.
    Attorneys for Champlain
    2699 Stirling Road, Suite C401
    Ft. Lauderdale, Florida 33312
    Telephone: (954) 920-5355
    Facsimile: (954) 920-5371

    By:_____/s/_____
       ZACH B. SHELOMITH
       Florida Bar No. 0122548
       zshelomith@lslawfirm.net

### CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served on March 15, 2016 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to all parties on the attached Manual Notice List.

    By:_____/s/_____
       Zach B. Shelomith

---

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

    Kit R. Becker
    Yamato Office Center #301
    1 001 Yamato Road
    Boca Raton, FL 33431

    Jose C Blanco
    6780 Coral Way
    Miami, FL 33155

    Barry Mukamal
    1 SE 3 Ave #2150
    Miami, FL 33131

    Alina Alvarez Lujardo
    2231 SW 82nd Pl
    Miami, FL 33155-1250