# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 15-13429 | AJC | Judge: | A. Jay Cristol | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | Alina Alvarez Lujardo | | | | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/01/2015 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 08/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8777 Collins Avenue, #603, Surfside, FL 33154 | 460,000.00 | 0.00 | OA | 0.00 | FA |
| Notice of Abandonment [ECF 113] | | | | | |
| 2. Cash | 20.00 | 0.00 | | 500.00 | FA |
| 3. Chase Business Checking #6006 | 87.06 | 0.00 | | 2,000.00 | FA |
| 4. Furniture & Decorative Items | 800.00 | 800.00 | | 2,000.00 | FA |
| 5. Clothes | 50.00 | 0.00 | | 300.00 | FA |
| 6. Jewelry | 250.00 | 0.00 | | 250.00 | FA |
| 7. E Blooms Direct, Inc. | 0.00 | 0.00 | | 3,950.00 | 16,050.00 |
| 8. In Bloom Group | 0.00 | 0.00 | | 50,000.00 | FA |
| 9. 2014 Tax Refund | 0.00 | 0.00 | | 0.00 | FA |
| 10. Estate's Right to Pursue Fully Disclosed Causes of Action (u) | 0.00 | 18,954.00 | | 0.00 | 18,954.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $461,207.06    $19,754.00        $59,000.00    $35,004.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: Trustee has hired counsel (J. Lee) and a Real Estate Broker (J. Blanco). Trustee's counsel has settled with the Debtor, which includes but not limited to, waiver of Inbloom Group, LL's claim (POC#6) [ECF 98].

Trustee's counsel obtained an Order to approve the short sale of the Debtor's home [ECF 109]. The short sale was not approved and the Trustee abandoned the real property.

CBD: 8/8/15

Tax Returns: Pending, based on sale of real estate.

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 12/31/2016

Trustee Signature:    <u>/s/ Ross Hartog</u>    Date: 04/27/2016

Ross Hartog
9130 S. Dadeland Boulevard
Suite 1800
Miami, FL 33156
(305) 670-5000
trustee@mrthlaw.com

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-13429 | Trustee Name: | Ross Hartog |
| --- | --- | --- | --- |
| Case Name: | Alina Alvarez Lujardo | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX8885 |
| | | | Lujardo Estate Checking |
| Taxpayer ID No: | XX-XXX6417 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/14/15 | | Alina Alvarez Lujardo (Debtor) | Settlement Payment | | $1,500.00 | | $1,500.00 |
| | | | Gross Receipts    $1,500.00 | | | | |
| | 2 | | Cash    $500.00 | 1129-000 | | | |
| | 3 | | Chase Business Checking #6006    $700.00 | 1129-000 | | | |
| | 5 | | Clothes    $300.00 | 1129-000 | | | |
| 11/10/15 | 8 | Ryan Law Firm P.A. | Settlement Payment | 1129-000 | $50,000.00 | | $51,500.00 |
| 11/16/15 | | Alina Lujardo (Debtor) | Settlement Payment | | $1,500.00 | | $53,000.00 |
| | | | Gross Receipts    $1,500.00 | | | | |
| | 3 | | Chase Business Checking #6006    $1,300.00 | 1129-000 | | | |
| | 4 | | Furniture & Decorative Items    $200.00 | 1129-000 | | | |
| 12/08/15 | 5001 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI 49006 | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $49.03 | $52,950.97 |
| 12/15/15 | 4 | Alina Lujardo | Settlement with Debtor per order dated 10/27/15 [ECF 98] | 1129-000 | $1,500.00 | | $54,450.97 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.71 | $54,402.26 |
| 12/29/15 | 5002 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI 49006 | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $54,212.26 |
| 01/19/16 | | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | | $1,500.00 | | $55,712.26 |
| | | | Gross Receipts    $1,500.00 | | | | |
| | 4 | | Furniture & Decorative Items    $300.00 | 1129-000 | | | |
| | | | Page Subtotals: | | $56,000.00 | $287.74 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 15-13429  
Case Name: Alina Alvarez Lujardo  
Taxpayer ID No: XX-XXX6417  
For Period Ending: 03/31/2016  

Trustee Name: Ross Hartog  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX8885  
Lujardo Estate Checking  
Blanket Bond (per case limit): $129,177,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 6 | | Jewelry | $250.00 | 1129-000 | | | |
| | 7 | | E Blooms Direct, Inc. | $950.00 | 1129-000 | | | |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $79.88 | $55,632.38 |
| 01/28/16 | 5003 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI 49006 | Property Insurance, per Local Rule 2016-1(A)(j) | | 2420-000 | | $190.00 | $55,442.38 |
| 02/16/16 | 7 | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | | 1129-000 | $1,000.00 | | $56,442.38 |
| 02/16/16 | 7 | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | | 1129-000 | $500.00 | | $56,942.38 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $81.24 | $56,861.14 |
| 02/25/16 | 5004 | Trustee Insurance Agency 2813 West Main Kalamazoo, MI 49006 | Property Insurance, per Local Rule 2016-1(A)(j) | | 2420-000 | | $190.00 | $56,671.14 |
| 03/15/16 | 7 | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | | 1129-000 | $1,500.00 | | $58,171.14 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $77.85 | $58,093.29 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $59,000.00 | $906.71 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $59,000.00 | $906.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,000.00 | $906.71 |

Page Subtotals:    $3,000.00    $618.97

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8885 - Lujardo Estate Checking | $59,000.00 | $906.71 | $58,093.29 |
|  | $59,000.00 | $906.71 | $58,093.29 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $59,000.00 |
| Total Gross Receipts: | $59,000.00 |

Trustee Signature:    /s/ Ross Hartog    Date: 04/27/2016

Ross Hartog
9130 S. Dadeland Boulevard
Suite 1800
Miami, FL 33156
(305) 670-5000
trustee@mrthlaw.com

Page Subtotals:    $0.00    $0.00