**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                            **PROCEEDINGS UNDER CHAPTER 7**
                                                 **CASE NO. 15-13429**

**Alina Alvarez Lujardo**


_____ Debtor (s). _____/


**NOTICE OF ATTORNEY'S CHANGE OF ADDRESS**
<u>EFFECTIVE DATE APRIL 11, 2016</u>

       **Patrick L. Cordero, P.A**, Counsel for the above-captioned case hereby files this

Notice of Change of Address and hereby advises this Court and all parties that effective

April 11, 2016, our new address will be as follows:

**7333 CORAL WAY**
**Miami, FL 33155**


**CERTIFICATE OF SERVICE**

       I certify that a true copy of this <u>Notice of Attorney's Change of Address</u>, and a
true copy of the motion or other paper that is the subject of the notice of hearing (if not
previously served) were served to Nancy K. Neidich, Trustee via CM/ECF, and by US
Mail to all interested parties on July 18, 2016.


                              Respectfully submitted,

                              **Law Offices of Patrick L Cordero, Esq**
                              Attorney for Debtor(s).
                              7333 Coral Way
                              Miami, Florida 33155
                              Tel: (305) 445-4855

                              By: ____/s/ (FILED ECF)_____
                              Patrick L. Cordero, Esq.
                              FBN 801992