## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

ALINA A. LUJARDO,

Debtor./

CASE NO.: 15-13429-AJC

Chapter 7

### REPORT OF SALE

Trustee, Ross R. Hartog, files this Report of Sale:

1. On October 2, 2015, the Trustee filed his *Motion (1) Approve Sale of Estate's Right, Title and Interest in Non-Exempt Property Pursuant to 11 U.S.C. §§105 and 363, and (2) to Compromise Controversies Pursuant to 9019 of the Federal Rules of Bankruptcy Procedure* (the "Sale Motion" and ECF 90). On November 6, 2015, the Court approved the Sale Motion [ECF 104].

2. The Sale Motion provided for the sale of the Estate's 43.15% Ownership Interest in InBloom Group, LLC (the "Property").

3. The Property was sold to the remaining Principals[1] of InBloom Group, LLC (the "Sale") for **$50,000**.

4. The Sale netted the Estate **$50,000** in proceeds.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail via the Court BNC on July 27, 2016.

DATED: July 27, 2016

    /s/ Ross R. Hartog
Ross R. Hartog, Trustee
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel: (305) 670-5000
EM: trustee@mrthlaw.com

---

[1] *The remaining Principals are: Fernando Pallares; Flavio Ullivarri; Hortensia Ulivarris; Jorge Livermore; and Pablo Egas*