UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

**TRUSTEE'S EMERGENCY MOTION TO AUTHORIZE PAYMENT
TO INTERNAL REVENUE SERVICE FOR OUTSTANDING ESTATE TAXES**

*\*EMERGENCY HEARING REQUESTED\**
**THE TRUSTEE RESPECTFULLY REQUESTS A HEARING ON THIS MOTION AS SOON AS POSSIBLE AS PENALTIES AND INTEREST COULD ACCRUE ON THE DEBTOR'S TAX LIABILITIES COMMENCING OCTOBER 17, 2016**

Ross R. Hartog, the Chapter 7 Trustee (the "Trustee") for the estate of Alina Alvarez Lujardo (the "Debtor"), through undersigned counsel, moves (the "Motion") for entry of an order authorizing payment to the Internal Revenue Service ("IRS") for outstanding estate taxes. In support of the Motion, the Trustee states:

1. The Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code on February 25, 2015. Thereafter, Ross R. Hartog was duly appointed as Chapter 7 Trustee.

2. On May 26, 2015, the Trustee filed his application to employ Barry Mukamal and the accounting firm of KapilaMukamal, LLP (collectively, "KM") as his accountants in the above referenced matter [ECF No. 35]. On May 26, 2015, this Court approved the KM's employment [ECF No. 36].

3. KM has prepared the final estate tax return which is due on October 17, 2016. Based on the Return, the Estate owes $34,785.00 to the IRS for outstanding estate taxes ("Outstanding Taxes").

4. In addition to the Outstanding Taxes, KM has advised the Trustee that the Estate will accrue interest and potential penalties for any delay in payment of the Outstanding Taxes, pending the entry of an Order approving this Motion.

5. The Estate has sufficient funds to pay the Outstanding Taxes and any accrued interest and penalties.

6. The Trustee respectfully requests that this Court enter an Order authorizing the Trustee's to pay Internal Revenue Service the sum of $34,785.00, for the Outstanding Taxes, plus any accrued interest or penalties.

WHEREFORE, the Trustee respectfully requests entry of an order (a) granting the Motion; (b) approving payment to the IRS in the amount of $34,785.00 for the Outstanding Taxes, plus any accrued interest or penalties; and (c) granting such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *foregoing* was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on October 14, 2016.

Dated: October 14, 2016

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000  //  Fax. (305) 670-5011

By:    /s/ *John H. Lee*
John H. Lee, Esq.
Florida Bar No. 91795
jlee@mrthlaw.com

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inoruptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services, Inc., as servicing agent for HMC Assets, LLC, solely in its capacity as trustee
mhinton@delucalawgroup.com, ddaniels@delucalawgroup.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inoruptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com

Zach B Shelomith on behalf of Creditor Champlain Towers South Condominium Association, Inc.
zbs@lsaslaw.com, fpd@lsaslaw.com; jz@lsaslaw.com; info@lsaslaw.com; zshelomith@ecf.inoruptcy.com