UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO.: 15-13429-AJC

ALINA ALVAREZ LUJARDO                      Chapter 7

                                   Debtor./

CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I HEREBY CERTIFY that true and correct copies of the *Notice of Hearing* [ECF 119] to consider *Trustee's Emergency Motion to Authorize Payment to Internal Revenue Service for Outstanding Estate Taxes* [ECF 118] was served on all counsel of record or *pro se* parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on October 14, 2016.

I FURTHER CERTIFY that this is not the type of matter that lends itself to resolution without a hearing.

Dated:  October 14, 2016             MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                                     *Counsel to Chapter 7 Trustee*
                                     9130 South Dadeland Boulevard, Suite 1800
                                     Miami, Florida  33156
                                     Tel. (305) 670-5000
                                     Fax. (305) 670-5011
                                     By: /s/ *John H. Lee*
                                           John H. Lee, Esq.
                                           Florida Bar No. 91795
                                           jlee@mrthlaw.com

691697

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inoruptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services, Inc., as servicing agent for HMC Assets, LLC, solely in its capacity as trustee
mhinton@delucalawgroup.com, ddaniels@delucalawgroup.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inoruptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com

Zach B Shelomith on behalf of Creditor Champlain Towers South Condominium Association, Inc.
zbs@lsaslaw.com, fpd@lsaslaw.com; jz@lsaslaw.com; info@lsaslaw.com; zshelomith@ecf.inoruptcy.com