United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 15-13429-AJC
Alina Alvarez Lujardo                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: cargillb            Page 1 of 1              Date Rcvd: Oct 14, 2016
                               Form ID: CGFCRD3          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
acc            +Barry Mukamal,   1 SE 3 Ave #2150,   Miami, FL 33131-1716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
      Alice A Blanco    on behalf of Creditor    Wells Fargo Bank, NA ecfflsb@aldridgepite.com,
       ablanco@ecf.inforuptcy.com
      Brandi Rainey Lesesne, Esq.    on behalf of Creditor    Wells Fargo Bank, NA
       ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com
      D Jean Ryan, Esq.    on behalf of Interested Party Jean  Ryan courtmail@ryanlawpa.com,
       ryanlawpa@gmail.com
      John H Lee    on behalf of Trustee Ross R Hartog jlee@mrthlaw.com, ecfnotices@mrthlaw.com,
       mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com
      Maurice D. Hinton, Esq.    on behalf of Creditor    BSI Financial Services, Inc., as servicing
       agent for HMC Assets, LLC, solely in its capacity as trustee mhinton@delucalawgroup.com,
       ddaniels@delucalawgroup.com
      Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
      Patrick L Cordero, Esq    on behalf of Debtor Alina Alvarez Lujardo ecfmail@pcorderolaw.com
      Ross R Hartog    rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com
      Zach B Shelomith    on behalf of Creditor    Champlain Towers South Condominium Association, Inc.
       zbs@lsaslaw.com, fpd@lsaslaw.com;jz@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com
                                                                                                                                                                                                               TOTAL: 9

Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 15–13429–AJC

Chapter: 7

**In re:**

Alina Alvarez Lujardo
aka Alina Alzugaray
2231 SW 82nd Pl
Miami, FL 33155–1250

SSN: xxx–xx–6526

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **October 17, 2016** at **02:00 PM** at the following location:

**C. Clyde Atkins U.S. Courthouse
301 North Miami Avenue
Courtroom 7
Miami FL 33128**

to consider the following:

**Emergency Motion for Payment of Internal Revenue Service for Outstanding Estate Taxes, in the Amount of $34,785.00. Filed by Trustee Ross R Hartog**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON–EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated:** 10/14/16

**CLERK OF COURT**
By: Barbara Cargill
Courtroom Deputy