ORDERED in the Southern District of Florida on OCTOBER 17, 2016

A. Jay Cristol, Chief Judge Emeritus
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### ORDER GRANTING TRUSTEE'S EMERGENCY MOTION TO AUTHORIZE PAYMENT TO INTERNAL REVENUE SERVICE FOR OUTSTANDING ESTATE TAXES

THIS CAUSE came before the Court on October 17, 2016 at 2:00 p.m., upon the *Trustee's Emergency Motion to Authorize Payment to Internal Revenue Service for Outstanding Estate Taxes* (the "Motion") [ECF 118]. The Court, having considered the Motion, argument of counsel, and otherwise advised in the premises, finds good cause to grant the Motion. Accordingly, it is,

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the Outstanding Taxes due to the Internal Revenue Service in the sum of $34,785.00, plus any accrued interest or penalties, if any.

# # #

Submitted by:
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel: (305) 670-5000

Copies to:
John H. Lee, Esq.
*(Attorney Lee is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*

691750