UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | CASE NO. 15-13429-AJC |
|---|---|
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Trustee's Emergency Motion to Authorize Payment to Internal Revenue Service for Outstanding Estate Taxes* **[ECF No. 122]** was served through the Court's CM/ECF notification and/or U.S. Mail on October 17, 2016.

Dated:  October 17, 2016

MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida  33156
Tel. (305) 670-5000
Fax. (305) 670-5011
By: /s/ *John H. Lee*
       John H. Lee, Esq.
       Florida Bar No. 91795
        jlee@mrthlaw.com

691815

*In re Alina Alvarez Lujardo*
Case No. 15-13429-AJC
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com, FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services, Inc., as servicing agent for HMC Assets, LLC, solely in its capacity as trustee
mhinton@delucalawgroup.com, ddaniels@delucalawgroup.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com,ycandia@mrthlaw.com,gruiz@mrthlaw.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com

Zach B Shelomith on behalf of Creditor Champlain Towers South Condominium Association, Inc.
zbs@lsaslaw.com, fpd@lsaslaw.com; jz@lsaslaw.com; info@lsaslaw.com; zshelomith@ecf.inforuptcy.com

**Notice will be mailed to:**

Mr. Barry Mukamal
KapilaMukamal
1000 South Federal Highway
Suite 200
Fort Lauderdale, FL 33316