# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No.: 15-13429 | Trustee Name: Ross R. Hartog |
| Case Name: Lujardo, Alina Alvarez | Date Filed (f) or Converted (c): 02/25/2015 (f) |
| For the Period Ending: 03/31/2017 | §341(a) Meeting Date: 04/01/2015 |
| | Claims Bar Date: 08/08/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 8777 Collins Avenue, #603, Surfside, FL 33154 | $460,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment [ECF 113] | | | | | |
| 2 | Cash | $20.00 | $0.00 | | $500.00 | FA |
| 3 | Chase Business Checking #6006 | $87.06 | $0.00 | | $2,000.00 | FA |
| 4 | Furniture & Decorative Items | $800.00 | $800.00 | | $2,000.00 | FA |
| 5 | Clothes | $50.00 | $0.00 | | $150.00 | FA |
| 6 | Jewelry | $250.00 | $0.00 | | $150.00 | FA |
| 7 | E Blooms Direct, Inc. | Unknown | $12,000.00 | | $12,000.00 | FA |
| 8 | In Bloom Group | Unknown | $0.00 | | $50,000.00 | FA |
| Asset Notes: | Order Approving Sale of Asset [ECF #104] Report of Sale [ECF 117] | | | | | |
| 9 | 2014 Tax Refund | Unknown | $0.00 | | $0.00 | FA |
| 10 | Estate's Right to Pursue Fully Disclosed Causes of (u) | $0.00 | $12,404.00 | | $10,200.00 | $2,204.00 |
| 11 | Bank of America #3300 (u) | $320.64 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended Schedules [ECF 87] | | | | | |
| 12 | Agroefecto Suministric dba Alpa Roses (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended Schedules [ECF 87] | | | | | |

| | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | $461,527.70 | $25,204.00 | | $77,000.00 | $2,204.00 |

**Major Activities affecting case closing:**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | <u>15-13429</u> | | **Trustee Name:** | <u>Ross R. Hartog</u> |
| **Case Name:** | <u>Lujardo, Alina Alvarez</u> | | **Date Filed (f) or Converted (c):** | <u>02/25/2015 (f)</u> |
| **For the Period Ending:** | <u>03/31/2017</u> | | **§341(a) Meeting Date:** | <u>04/01/2015</u> |
| | | | **Claims Bar Date:** | <u>08/08/2015</u> |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/24/2017     Status: Trustee has hired counsel (J. Lee) and an Accountant (S. Kapila). Trustee's counsel has settled with the Debtor, which includes but not limited to, waiver of Inbloom Group, LL's claim (POC#6)  [Mtn ECF 89/ Ord ECF 98].

Trustee's counsel obtained an Order to approve the short sale of the Debtor's home [ECF 109]. The short sale was not approved and the Trustee abandoned the real property.

The Trustee entered into an agreement to sell the Estate's 43.15% interest in InBloom Group, LLC to the remaining shareholders of the Company. The sale was approved by the Court [ECF 104].

Debtor is making payments pursuant to a settlement plan.

CBD: 8/8/15

Tax Returns: Accountant will prepare Estate Tax Returns as needed, and request prompt determination letters from the IRS.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | <u>12/31/2016</u> | **Current Projected Date Of Final Report (TFR):** | <u>12/31/2017</u> |

/s/ ROSS R. HARTOG

ROSS R. HARTOG

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No:  1

| Case No. | 15-13429 |
|---|---|
| Case Name: | Lujardo, Alina Alvarez |
| Primary Taxpayer ID #: | **-***6417 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2016 |
| For Period Ending: | 03/31/2017 |

| Trustee Name: | Ross R. Hartog |
|---|---|
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******0611 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $84,082,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2016 | | Union Bank | Transfer Funds | 9999-000 | $33,177.98 | | $33,177.98 |
| 11/17/2016 | (7) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1129-000 | $50.00 | | $33,227.98 |
| 11/17/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $150.00 | | $33,377.98 |
| 11/17/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,300.00 | | $34,677.98 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.58 | $34,637.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $35,137.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $35,637.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $36,137.40 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.64 | $36,080.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $36,580.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $37,080.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $37,580.76 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.89 | $37,521.87 |
| 02/17/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $38,021.87 |
| 02/17/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,000.00 | | $39,021.87 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.17 | $38,966.70 |
| | | | **SUBTOTALS** | | $39,177.98 | $211.28 | |

**FORM 2**

Page No: 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-13429 | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6417 | | Checking Acct #: | ******0611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 04/01/2016 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 03/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,000.00 | | $39,966.70 |
| 03/15/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $40,466.70 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.80 | $40,402.90 |

| | | | | |
|---|---|---|---|---|
| **TOTALS:** | $40,677.98 | $275.08 | $40,402.90 |
| **Less: Bank transfers/CDs** | $33,177.98 | $0.00 | |
| **Subtotal** | $7,500.00 | $275.08 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $7,500.00 | $275.08 | |

| For the period of  04/01/2016 to 03/31/2017 | | For the entire history of the account between 11/08/2016  to 3/31/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,500.00 | Total Compensable Receipts: | $7,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,500.00 | Total Comp/Non Comp Receipts: | $7,500.00 |
| Total Internal/Transfer Receipts: | $33,177.98 | Total Internal/Transfer Receipts: | $33,177.98 |
| | | | |
| Total Compensable Disbursements: | $275.08 | Total Compensable Disbursements: | $275.08 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $275.08 | Total Comp/Non Comp  Disbursements: | $275.08 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 15-13429 | |
| Case Name: | Lujardo, Alina Alvarez | |
| Primary Taxpayer ID #: | **-***6417 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2016 | |
| For Period Ending: | 03/31/2017 | |

| | | |
|---|---|---|
| Trustee Name: | Ross R. Hartog | |
| Bank Name: | Union Bank | |
| Checking Acct #: | ******8885 | |
| Account Title: | Lujardo Estate Checking | |
| Blanket bond (per case limit): | $84,082,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2015 | | Alina Alvarez Lujardo (Debtor) | Settlement Payment | * | $1,500.00 | | $1,500.00 |
| | { 3} | | Chase Business Checking #6006 | $700.00 | 1129-000 | | $1,500.00 |
| | {7} | | E Blooms Direct, Inc. | $150.00 | 1129-000 | | $1,500.00 |
| | { 2} | | Cash | $500.00 | 1129-000 | | $1,500.00 |
| | { 5} | | Clothes | $150.00 | 1129-000 | | $1,500.00 |
| 11/10/2015 | ( 8) | Ryan Law Firm P.A. | Settlement Payment | 1129-000 | $50,000.00 | | $51,500.00 |
| 11/16/2015 | | Alina Lujardo (Debtor) | Settlement Payment | * | $1,500.00 | | $53,000.00 |
| | { 4} | | Furniture & Decorative Items | $200.00 | 1129-000 | | $53,000.00 |
| | { 3} | | Chase Business Checking #6006 | $1,300.00 | 1129-000 | | $53,000.00 |
| 12/08/2015 | 5001 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $49.03 | $52,950.97 |
| 12/15/2015 | ( 4) | Alina Lujardo | Settlement with Debtor per order dated 10/27/15 [ECF 98] | 1129-000 | $1,500.00 | | $54,450.97 |
| 12/28/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.71 | $54,402.26 |
| 12/29/2015 | 5002 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $54,212.26 |
| 01/19/2016 | | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | * | $1,500.00 | | $55,712.26 |
| | { 6} | | Jewelry | $150.00 | 1129-000 | | $55,712.26 |
| | { 4} | | Furniture & Decorative Items | $300.00 | 1129-000 | | $55,712.26 |
| | {7} | | E Blooms Direct, Inc. | $1,050.00 | 1129-000 | | $55,712.26 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.88 | $55,632.38 |
| 01/28/2016 | 5003 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $55,442.38 |
| 02/16/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,000.00 | | $56,442.38 |
| | | | **SUBTOTALS** | | $57,000.00 | $557.62 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

| Case No. | 15-13429 | | Trustee Name: | Ross R. Hartog |
| Case Name: | Lujardo, Alina Alvarez | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6417 | | Checking Acct #: | ******8885 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Lujardo Estate Checking |
| For Period Beginning: | 04/01/2016 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 03/31/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/16/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $500.00 | | $56,942.38 |
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.24 | $56,861.14 |
| 02/25/2016 | 5004 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $56,671.14 |
| 03/15/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | 1129-000 | $1,500.00 | | $58,171.14 |
| 03/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.85 | $58,093.29 |
| 04/15/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 | | $59,593.29 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.18 | $59,508.11 |
| 05/16/2016 | (7) | Alina Alvarez Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 | | $61,008.11 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.24 | $60,923.87 |
| 06/14/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1249-000 | $1,500.00 | | $62,423.87 |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.25 | $62,334.62 |
| 07/18/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/2/15 | 1129-000 | $1,500.00 | | $63,834.62 |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.52 | $63,746.10 |
| | | | **SUBTOTALS** | | $8,000.00 | $696.28 | |

# FORM 2

**Page No:** 5

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No. | 15-13429 |
| Case Name: | Lujardo, Alina Alvarez |
| Primary Taxpayer ID #: | **-***6417 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 04/01/2016 |
| For Period Ending: | 03/31/2017 |

| | |
|---|---|
| Trustee Name: | Ross R. Hartog |
| Bank Name: | Union Bank |
| Checking Acct #: | ******8885 |
| Account Title: | Lujardo Estate Checking |
| Blanket bond (per case limit): | $84,082,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2016 | | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | * | $1,500.00 | | $65,246.10 |
| | {7} | | E Blooms Direct, Inc. $750.00 | 1129-000 | | | $65,246.10 |
| | {10} | | Estate's Right to Pursue Fully Disclosed Causes of Action $750.00 | 1249-000 | | | $65,246.10 |
| 08/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.30 | $65,152.80 |
| 09/16/2016 | (7) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 | | $66,652.80 |
| 09/26/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.53 | $66,557.27 |
| 10/17/2016 | 5005 | United States Treasury | Payment of Final Estate taxes, per Order dated 10/17/16 [ECF 122] | 5800-000 | | $34,785.00 | $31,772.27 |
| 10/18/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,000.00 | | $32,772.27 |
| 10/18/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1249-000 | $500.00 | | $33,272.27 |
| 10/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.29 | $33,177.98 |
| 11/08/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $33,177.98 | $0.00 |
| | | **SUBTOTALS** | | | $4,500.00 | $68,246.10 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 15-13429 |
| **Case Name:** | Lujardo, Alina Alvarez |
| **Primary Taxpayer ID #:** | **-***6417 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 04/01/2016 |
| **For Period Ending:** | 03/31/2017 |

| | |
|---|---|
| **Trustee Name:** | Ross R. Hartog |
| **Bank Name:** | Union Bank |
| **Checking Acct #:** | ******8885 |
| **Account Title:** | Lujardo Estate Checking |
| **Blanket bond (per case limit):** | $84,082,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $69,500.00 | $69,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $33,177.98 | |
| | | | Subtotal | | $69,500.00 | $36,322.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $69,500.00 | $36,322.02 | |

**For the period of  04/01/2016 to 03/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $10,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $35,415.31 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $35,415.31 |
| Total Internal/Transfer  Disbursements: | $33,177.98 |

**For the entire history of the account between 01/01/1900  to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $69,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $36,322.02 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $36,322.02 |
| Total Internal/Transfer  Disbursements: | $33,177.98 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 15-13429 | |
| Case Name: | Lujardo, Alina Alvarez | |
| Primary Taxpayer ID #: | **-***6417 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2016 | |
| For Period Ending: | 03/31/2017 | |

| | |
|---|---|
| Trustee Name: | Ross R. Hartog |
| Bank Name: | Union Bank |
| Checking Acct #: | ******8885 |
| Account Title: | Lujardo Estate Checking |
| Blanket bond (per case limit): | $84,082,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $77,000.00 | $36,597.10 | $40,402.90 |

**For the period of  04/01/2016 to 03/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $18,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,000.00 |
| Total Internal/Transfer Receipts: | $33,177.98 |
| | |
| Total Compensable Disbursements: | $35,690.39 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $35,690.39 |
| Total Internal/Transfer  Disbursements: | $33,177.98 |

**For the entire history of the account between 01/01/1900  to 3/31/2017**

| | |
|---|---|
| Total Compensable Receipts: | $77,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $77,000.00 |
| Total Internal/Transfer Receipts: | $33,177.98 |
| | |
| Total Compensable Disbursements: | $36,597.10 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $36,597.10 |
| Total Internal/Transfer  Disbursements: | $33,177.98 |