# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-13429-AJC** |
| **ALINA ALVAREZ LUJARDO** | **Chapter 7** |
| Debtor./ | |

### SUMMARY OF FIRST AND FINAL FEE APPLICATION OF MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A., COUNSEL TO THE CHAPTER 7 TRUSTEE

| | | |
|---|---|---|
| 1. | Name of Applicant: | Markowitz Ringel Trusty & Hartog, P.A. |
| 2. | Role of Applicant: | Counsel for the Chapter 7 Trustee |
| 3. | Name of Certifying Professional: | John H. Lee, Esq. |
| 4. | Date case filed: | February 25, 2015 |
| 5. | Date of Retention Order: | April 22, 2015 [ECF No. 24] *Nunc Pro Tunc* to April 6, 2015 |

### IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:

| | | |
|---|---|---|
| 6. | Period for this Application: | N/A |
| 7. | Amount of Compensation Sought: | N/A |
| 8. | Amount of Expense Reimbursement Sought: | N/A |

### IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:

| | | |
|---|---|---|
| 9. | Total Amount of Compensation Sought during case: | $30,877.50 |
| 10. | Total Amount of Expense Reimbursement Sought during case: | $3,485.01[1] |
| 11. | Amount of Original Retainer (s) Please disclose both Fee Retainer and Cost Retainer if such a Retainer has been received: | N/A |
| 12. | Current Balance of Retainer(s) remaining: | N/A |
| 13. | Last monthly operating report filed (Month/Year and ECF No.): | N/A |
| 14. | If case is Chapter 11, current funds in the Chapter 11 estate: | N/A |
| 15. | If case is Chapter 7, current funds held by Chapter 7 trustee: | $51,720.30 |

---

[1] Includes estimated costs of $51.46 for service of the notice of this Application to creditors and parties in interest.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **IN RE:** | **CASE NO. 15-13429-AJC** |
| **ALINA ALVAREZ LUJARDO** | **Chapter 7** |
| Debtor./ | |

**FIRST AND FINAL FEE APPLICATION OF MARKOWITZ, RINGEL,**
**TRUSTY & HARTOG, P.A., COUNSEL TO THE CHAPTER 7 TRUSTEE**

JOHN H. LEE, ESQ. and the law firm of MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. (collectively, the "Applicant" or the "Firm"), counsel to the Chapter 7 Trustee (the "Trustee"), submits its First and Final application for compensation for fees for services rendered and costs incurred in this Chapter 7 case (the "Application") for the period of April 6, 2015 to April 13, 2018 (the "Application Period"). This Application is filed pursuant to 11 U.S.C. § 331 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). No understanding exists between the Applicant and any other person for the sharing of compensation sought by Applicant, except among the partners and associates of the Applicant. The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B"- Summary of Professional and Paraprofessional Time.

Exhibit "2" - Summary of Requested Reimbursements of Expenses.

Exhibit "3" - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

Exhibit "4" - Fee Application Summary Chart

Applicant has expended a total of **111.0** hours during the Application Period rendering necessary and beneficial legal services to the Trustee and is seeking an award of fees totaling **$30,877.50** plus reimbursement of expenses totaling **$3,485.01**.

## DESCRIPTION OF SERVICES BY ACTIVITY CODES

As set forth in the exhibits to this Application, Applicant has organized its time records by activity codes in accordance with the Guidelines. Applicant summarizes the services provided as follows:

### *Asset Analysis and Recovery*

Applicant expended significant time reviewing and analyzing the Debtor's schedules, conducting diligence on the Debtor's financial affairs and the valuation of the Debtor's assets to assist the Trustee to determine whether there were any assets that could be administered for the benefit of the estate. Applicant requested additional discovery and conducted an all-day 2004 Examination of the Debtor in an effort to determine possible unscheduled assets and avenues of recovery for the Estate. Applicant also expended time dealing with the Debtor's continued non-compliance with the Trustee's discovery requests, which eventually required the drafting of a motion to compel, motion for an order to show cause, and hearings on same.

The Applicants efforts eventually led to a global settlement in which the Debtor agreed to surrender her business interests and real property. Applicant had extensive communications with the Trustee, counsel for the Debtor, and active creditors, regarding the issues in the case, including but not limited to assets over exemptions and the sale of Debtor's business interest. Applicant drafted the settlement agreement, motion and order approving the settlement. Applicant also spent significant time dealing with the tax obligations and payments of same due to the sale of Debtor's business interest.

Applicant has expended **68.5** hours and is seeking an award of fees in the amount of **$19,115.00** for services provided in this category.

### *Asset Disposition*

Applicant expended significant time dealing with the sale of Debtor's assets including the eventual sale of Debtor's ownership interest in the Debtor's floral business and attempted short-sale of the Debtor's real property.

Applicant expended significant time communicating, negotiating, and facilitating the eventual sale of Debtor's ownership interest in her floral business.  Applicant drafted the motion to sell and attended hearing on same.  Applicant had extensive communications with the Trustee as well as counsel for the Debtor regarding the issues in the case, including but not limited to assets over exemptions and the sale of Debtor's mineral rights.

With regards to the sale of Debtor's real property, Applicant expended time communicating with the broker and relevant creditors in an effort to facilitate a successful short sale of the Debtor's real property.  Applicant also drafted all relevant motions to hire a broker and to sell the real property, and attended hearing on same.  Despite informing the secured creditor that they may be paid in full through a short sale, the creditor objected to the Trustee's sale efforts which effectively halted all our efforts to generate potential equity from the sale of the real property.

Applicant has expended **32.9** hours and is seeking an award of fees in the amount of **$9,472.50** for services provided in this category.

### *Case Administration*

Applicant has managed all aspects of this case, including compliance with all statutes, rules and guidelines.  Applicant has provided the Trustee with constant updates and summary information necessary for compliance with reporting requirements.

Applicant has also reviewed and extended all deadlines where necessary and prepared pleadings and notices in that regard.

Applicant has expended **4.2** hours (including estimated time to attend to matters related to closing the estate) and is seeking an award of fees in the amount of **$785.00** for services provided in this category.

### *Fee/Employment Applications*

Applicant assisted the Trustee with all necessary pleadings to retain the Firm as counsel to the Trustee.  Applicant also expended time drafting and finalizing its fee application.

Applicant has expended **5.4** hours (including estimated time to prepare this Application) and is seeking an award of fees in the amount of **$1,505.00** for services provided in this category.

## EVALUATION OF SERVICES PROVIDED

The Applicant believes that the requested fee of **$30,877.50** for **111.0** hours worked is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

The Time and Labor Required:  The Applicant's actual time records are attached as Exhibit "3".  They reflect the nature of the services performed, but not the quality or importance of the services nor the priority accorded this case.  Typically, some minor services are not recorded in the time records.  The time records do reflect, however, the extended numerous services performed, including drafting pleadings, analyzing financial records and documents, conducting examinations, negotiating, attending conferences and court appearances and research required to adequately represent the interests of the Trustee.  A summary of the time reports and services provided are also attached to this Application as Exhibits 1-A and 1-B.

Debtor filed this voluntary petition under Chapter 7 of Title 11 of the United States Code on February 25, 2015.  The Trustee, Ross R. Hartog, concluded the Section 341 Meeting of Creditors

on April 1, 2015.  The Trustee retained undersigned counsel to investigate the Debtor's assets and liabilities on April 6, 2015.

The Novelty and Difficulty of the Services Rendered:  The issues which have arisen during the Application Period are not unusual in chapter 7 bankruptcy cases.  Applicant dealt with creditor inquiries, financial record review, analysis of possible sources of recovery, negotiations with the Debtors and general case administration issues.

The Skill Requisite to Perform the Legal Services Properly:  To properly represent any Chapter 7 Trustee requires substantial legal skill and experience in the area of bankruptcy law.  The skill necessary in this case is not different from other Chapter 7 cases.

The Preclusion of Other Employment by the Attorney Due to the Acceptance of the Case:  To our knowledge, no other employment was precluded by our accepting this case.  Of course, had we not accepted this case, we might have devoted our time to other matters for which we are compensated by clients on a current monthly basis.

The Customary Fee:  The fee request is reflective of the same hourly rates which we charge other commercial clients on a monthly basis.  The hourly rates charged by Applicant as set forth in Exhibits 1 and 2 range from $275.00 to $450.00 per hour for attorneys and $125.00 to $175.00 per hour for paralegals and law clerks, which is well within (or lower than) the rates charged by other professionals and paraprofessionals in the Southern District of Florida of similar skill and experience.

Whether the Fee is Fixed or Contingent:  Applicant's compensation in this matter is subject to approval of the Court and therefore contingent.  The Court should consider this factor, which militates in favor of a fee award in the amount requested.  The amount requested is based on a fixed hourly rate that is consistent with what Applicant charges its clients in other non-contingent, bankruptcy and commercial cases.

Time Limitations Imposed by the Client or Other Circumstances:  Applicant is mindful of the desire to administer this case expeditiously in the interest of creditors and the Debtor.

The Experience, Reputation, and Ability of the Attorneys:    Applicant is experienced in bankruptcy proceedings and is well known to this court.  Applicant enjoys a fine reputation and the attorneys working on this matter have proven ability in the fields of bankruptcy and bankruptcy litigation.  Mr. Hartog is well known to the Court and is a shareholder of the Applicant. Mr. Hartog concentrates on the representation of trustees, creditors, creditors' committees, and debtors in bankruptcy cases. Mr. Hartog is on the panel of chapter 7 bankruptcy trustees in the Southern District of Florida. Mr. Hartog is also a past president of the Bankruptcy Bar Association for the Southern District of Florida.  Ms. Robson is certified in business bankruptcy by the American Board of Certification and has over seventeen years of experience representing corporate debtors, trade and institutional creditors, bankruptcy trustees and other fiduciaries in the areas of restructuring, bankruptcy, debtor-creditor relations, and litigation. Mr. Delancy has approximately twenty years of experience in bankruptcy and bankruptcy litigation.  Mr. Lee focuses his practice on bankruptcy and restructuring, bankruptcy litigation, and creditors' rights and representing bankruptcy trustees in chapter 7 cases.

The Undesirability of the Case:  This case is not undesirable and Applicant is proud to have had the privilege of serving the Trustee and the Court in this matter.

The Nature and Length of the Professional Relationship of the Client:    Applicant has frequently served as counsel to the client in other bankruptcy proceedings in his capacity as a Chapter 7 Trustee.

Awards in Similar Cases:  The fee requested is typical of fees requested and received by applicants for similar services involving similar results obtained, considering the size and complexity of the disputes among the parties.  The fees requested by the Applicant, computed at the

hourly rate of between $125.00 and $450.00 per hour, comport with the economic spirit of the Bankruptcy Code. Applicant respectfully requests that this Court take notice that Applicant occupies extensive and expensive offices in prime commercial locations, with extensive library facilities, sophisticated office equipment, and a large staff of paralegals, secretarial and other support personnel, all of which contributed to the results obtained in this case. Consequently, a significant portion of any fee award necessarily defrays the substantial overhead charges incurred in operating the Applicant law firm for which clients outside of bankruptcy proceedings may be separately charged.

**WHEREFORE**, the Applicant seeks a first and final award of fees in the amount of **$30,877.50** plus reimbursement of expenses totaling **$3,485.01**.

Dated April 25, 2018

Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel to Chapter 7 Trustee*
9130 South Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel. (305) 670-5000
Fax. (305) 670-5011

By: /s/ *John H. Lee*
JOHN H. LEE
Florida Bar No. 91795
E-mail: jlee@mrthlaw.com

750042

## Certification

1.      I have been designated by **Markowitz Ringel Trusty & Hartog, PA** (the "Applicant") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: n/a.

Dated: April 25, 2018                    Respectfully Submitted
                                         Markowitz Ringel Trusty & Hartog, P.A.
                                         *Counsel to Chapter 7 Trustee*
                                         9130 South Dadeland Boulevard, Suite 1800
                                         Miami, Florida  33156
                                         Tel. (305) 670-5000
                                         Fax. (305) 670-5011

                                         By: /s/ *John H. Lee*
                                             JOHN H. LEE
                                             Florida Bar No. 91795
                                             E-mail: jlee@mrthlaw.com

**EXHIBIT "1-A"**

**Summary of Professional and Paraprofessional Time**
**Total Per Individual for this Period Only**

| Name | Shareholder, Partner, Associate, Paraprofessional | Year Licensed | Total Hours | Rate | Fee |
|------|------|------|------|------|------|
| Ross R. Hartog | Shareholder | 1995[1] | 0.8 | $450.00 | $360.00 |
| Grace E. Robson | Partner | 1998[2] | 2.1 | $425.00 | $892.50 |
| Adrian Delancy | Partner | 1996 | 1.6 | $425.00 | $680.00 |
| John H. Lee | Associate | 2011 | 96.0 | $275.00 | $26,400.00 |
| | | | 0.7 | $300.00 | $210.00 |
| | | | 5.3 | $325.00 | $1,722.50 |
| Jaime Garey | Paralegal | N/A | 3.5 | $125.00 | $437.50 |
| | | | 1.0 | $175.00 | $175.00 |

Total Hours (a)                                          (a)111.0

Average "Blended" Hourly                                 (b) $278.18
Rate (b)

Total Fees (c)                                           (c)$30,877.50

\* Indicate any changes in hourly rate and the date of such change: April 1, 2017 and January 1, 2018

---

[1] Admitted to practice in Arizona in 1995 and Florida in 2000.
[2] Admitted to practice in New York in 1998 and Florida in 1999.

# EXHIBIT "1-B"
## Summary of Professional and Paraprofessional Time by Activity Code Category for this Time Period Only

### Activity Code: Asset Analysis and Recovery

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner | Adrian Delancy | $425.00 | 1.6 | $680.00 |
| Associate | John H. Lee | $275.00 | 65.8 | $18,095.00 |
|  |  | $300.00 | 0.7 | $210.00 |
|  |  | $325.00 | 0.4 | $130.00 |
|  |  | Activity Subtotal: | **68.5** | **$19,115.00** |

### Activity Code: Asset Disposition

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Shareholder | Ross R. Hartog | $450.00 | 0.8 | $360.00 |
| Partner | Grace E. Robson | $425.00 | 1.9 | $807.50 |
| Associate | John H. Lee | $275.00 | 30.2 | $8,305.00 |
|  |  | Activity Subtotal: | **32.9** | **$9,472.50** |

### Activity Code: Case Administration

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Partner | Grace E. Robson | $425.00 | 0.2 | $85.00 |
| Associate | John H. Lee | $325.00 | 1.0 | $325.00 |
| Paralegal | Jaime Garey | $125.00 | 3.0 | $375.00 |
|  |  | Activity Subtotal: | **4.2** | **$785.00** |

### Activity Code: Fee/Employment Applications

|  | Name | Rate | Hours | Fees |
|---|---|---|---|---|
| Associate | John H. Lee | $325.00 | 3.9 | $1,267.50 |
| Paralegal | Jaime Garey | $125.00 | 0.5 | $62.50 |
|  |  | $175.00 | 1.0 | $175.00 |
|  |  | Activity Subtotal: | **5.4** | **$1,505.00** |

# EXHIBIT "2"

## Summary of Requested Reimbursement Of Expenses for this Time Period Only

| | | | |
|---|---|---|---|
| 1. | Filing Fees | $ | |
| 2. | Process Service Fees | $ | |
| 3. | Witness Fees | $ | |
| 4. | Court Reporter Fees and Transcripts | $ | 435.00 |
| 5. | Lien and Title Searches | $ | |
| 6. | Photocopies<br>(a) In-house copies (1,216 at 0.15/page) | $ | 182.40 |
| 7. | Postage | $ | 80.75 |
| 8. | Overnight Delivery Charges | $ | |
| 9. | Outside Courrier/Messenger Services | $ | |
| 10. | Long Distance Telephone Charges | $ | |
| 11. | Long Distance Fax Transmissions | $ | |
| 12. | Computerized Research<br>(a) Westlaw ($1.10)<br>(b) PACER ($3.30)<br>(c) Accurint ($13.46) | $ | 17.86 |
| 13. | Out-of-Southern District of Florida Travel | $ | |
| 14. | Other Permissible Expenses (must specify and justify)<br>(a) Trustee Insurance Agency ($570.00) | $ | 570.00 |
| 15. | Certified Court Copies | $ | |
| 16. | Certificate of Service Mailings | $ | 2,199.00[1] |
| | **TOTAL EXPENSE REIMBURSEMENT REQUESTED:** | $ | **3,485.01** |

---

[1] Includes estimated costs of $51.46 for service of the notice of this Application to creditors and parties in interest.

**Exhibit "3"**
(Applicant's Time Records for Application Period)

Ross R. Hartog - Chapter 7 Trustee                                      April 13, 2018
9130 So. Dadeland Blvd., #1800
Miami, Florida 33156

For Services Rendered  through April 13, 2018

Asset Analysis and Recovery

| Date | | Description | | | |
|------|------|-------------|------|------|------|
| 04/10/15 | JHL | Conference with Ross Hartog discussing issues in the Alina Lujardo case. | 0.20 | 275.00 | 55.00 |
| 04/19/15 | JHL | Review case file, conduct investigation into asset profile regarding possible unscheduled assets. | 1.50 | 275.00 | 412.50 |
| 04/20/15 | JHL | Continue reviewing case and documents. | 1.10 | 275.00 | 302.50 |
| 04/20/15 | JHL | Prepare and send email to opposing counsel with attached discovery requests. | 0.60 | 275.00 | 165.00 |
| 04/20/15 | JHL | Telephone conference with R. Hartog discussing case issues. | 0.10 | 275.00 | 27.50 |
| 04/27/15 | JHL | Prepare and send email to opposing counsel requesting update with discovery and agreement to enlarge objection to exemption deadline. | 0.10 | 275.00 | 27.50 |
| 04/27/15 | JHL | Review email from opposing counsel agreeing to enlarge objection to exemption deadline. | 0.10 | 275.00 | 27.50 |
| 04/28/15 | JHL | Review and approve motion to enlarge deadlines. | 0.10 | 275.00 | 27.50 |
| 05/01/15 | JHL | Prepare and send email to opposing counsel requesting update with discovery. | 0.10 | 275.00 | 27.50 |
| 05/07/15 | JHL | Prepare and send email to opposing counsel requesting update with discovery. | 0.10 | 275.00 | 27.50 |
| 05/07/15 | JHL | Review email from opposing counsel with update regarding discovery. | 0.10 | 275.00 | 27.50 |
| 05/11/15 | JHL | Listen to voicemail of attorney representing co-owners of debtor's business. | 0.10 | 275.00 | 27.50 |

| 05/11/15 | JHL | Review and approve motion and order to employ YIP as our accountant. | 0.20 | 275.00 | 55.00 |
| 05/11/15 | JHL | Review application to employ real estate professional | 0.20 | 275.00 | 55.00 |
| 05/11/15 | JHL | Left voicemail for attorney representing co-owners of debtor's business to call back. | 0.10 | 275.00 | 27.50 |
| 05/12/15 | JHL | Telephone conference with attorney Jean Ryan discussing issues in case. | 0.30 | 275.00 | 82.50 |
| 05/12/15 | JHL | Conference with trustee discussing issues in case. | 0.20 | 275.00 | 55.00 |
| 05/12/15 | JHL | Prepare a motion to compel turnover of documents from debtor. | 0.30 | 275.00 | 82.50 |
| 05/15/15 | JHL | Approve and review application to employ accountant. | 0.10 | 275.00 | 27.50 |
| 05/19/15 | JHL | Prepare and send email to creditor's attorney requesting discovery from her client. | 0.60 | 275.00 | 165.00 |
| 05/20/15 | JHL | Review email from creditor's counsel with update regarding discovery. | 0.10 | 275.00 | 27.50 |
| 05/20/15 | JHL | Review application to employ realtor. | 0.10 | 275.00 | 27.50 |
| 05/20/15 | JHL | Edit and approve application to employ real estate broker. | 0.50 | 275.00 | 137.50 |
| 05/27/15 | JHL | Prepare and send email to opposing counsel requesting agreement to enlarge deadlines and update with documents. | 0.10 | 275.00 | 27.50 |
| 05/27/15 | JHL | Review email from opposing counsel regarding missing documents. | 0.10 | 275.00 | 27.50 |
| 05/27/15 | JHL | Review email from opposing counsel confirming agreement to enlarge deadlines. | 0.10 | 275.00 | 27.50 |
| 05/28/15 | JHL | Communicate via numerous emails regarding outstanding discovery. | 0.30 | 275.00 | 82.50 |
| 05/29/15 | JHL | review email from creditor's attorney with update regarding discovery. | 0.10 | 275.00 | 27.50 |
| 06/02/15 | JHL | Review additional discovery provided by Debtor's counsel, communicating back and forth with debtor's counsel regarding missing discovery. | 1.00 | 275.00 | 275.00 |

| 06/02/15 | JHL | Prepare for and attend hearing on motion to compel turnover and application to employ Jose Blanco as realtor. | 0.90 | 275.00 | 247.50 |
|---|---|---|---|---|---|
| 06/03/15 | JHL | Email creditor's attorney for update regarding missing discovery. | 0.10 | 275.00 | 27.50 |
| 06/03/15 | JHL | Review email from creditor's attorney regarding update with missing documents. | 0.10 | 275.00 | 27.50 |
| 06/03/15 | JHL | Prepare order granting motion to compel. | 0.30 | 275.00 | 82.50 |
| 06/03/15 | JHL | Prepare order granting application to employ JC as realtor. | 0.30 | 275.00 | 82.50 |
| 06/05/15 | JHL | Prepare and send email to creditors' counsel requesting update with discovery. | 0.10 | 275.00 | 27.50 |
| 06/05/15 | JHL | Voicemail left for attorney representing Wells Fargo regarding the stay motion. | 0.10 | 275.00 | 27.50 |
| 06/05/15 | JHL | Review creditor's motion for relief from stay. | 0.10 | 275.00 | 27.50 |
| 06/05/15 | JHL | Prepare response to motion for relief from stay. | 0.60 | 275.00 | 165.00 |
| 06/05/15 | JHL | Review discovery provided by creditors of the Debtor. | 0.50 | 275.00 | 137.50 |
| 06/10/15 | JHL | Prepare and send email to realtor regarding possible short sale to bank. | 0.10 | 275.00 | 27.50 |
| 06/15/15 | JHL | Review email with additional discovery from creditor's counsel regarding debtor's interest in a farm in Ecuador. | 0.20 | 275.00 | 55.00 |
| 06/16/15 | JHL | Review additional discovery, amend asset analysis, prepare and send email to opposing counsel with additional documents and clarifications. | 4.30 | 275.00 | 1,182.50 |
| 06/17/15 | JHL | Conference with Ross Hartog discussing case. | 0.30 | 275.00 | 82.50 |
| 06/17/15 | JHL | Telephone conference with accountant. | 0.20 | 275.00 | 55.00 |
| 06/17/15 | JHL | Prepare and send email to opposing counsel requesting documents reflecting debtor's business relationship with Costco. | 0.10 | 275.00 | 27.50 |

| 06/17/15 | A D | Conferences with J. Lee and R. Hartog regarding case details and potential claims analysis. | 0.60 | 425.00 | 255.00 |
|---|---|---|---|---|---|
| 06/22/15 | JHL | Review email from creditor's counsel regarding interest in purchasing debtor's flower business. | 0.10 | 275.00 | 27.50 |
| 06/23/15 | JHL | Left voicemail for accountant to call back to discuss case. | 0.10 | 275.00 | 27.50 |
| 06/23/15 | JHL | Prepare and send email to accountant to call and discuss case. | 0.10 | 275.00 | 27.50 |
| 06/23/15 | JHL | Prepare notice of non-compliance and motion for an order to show cause. | 0.30 | 275.00 | 82.50 |
| 06/23/15 | JHL | Prepare motion to compel turnover of additional documents and keys to debtor's real property. | 0.60 | 275.00 | 165.00 |
| 06/23/15 | JHL | Telephone conference with Melissa Davis at Kapila Mukamal. | 0.30 | 275.00 | 82.50 |
| 06/23/15 | JHL | Telephone discussion with Barry Mukamal. | 0.60 | 275.00 | 165.00 |
| 06/24/15 | JHL | Review additional discovery provided by Debtor. | 0.20 | 275.00 | 55.00 |
| 06/24/15 | JHL | Correspond with broker regarding real property and mortgages encumbering same. | 0.10 | 275.00 | 27.50 |
| 06/25/15 | JHL | Review email from court judicial assistant regarding date of hearing on order to show cause. | 0.10 | 275.00 | 27.50 |
| 06/26/15 | JHL | Review additional discovery provided by Debtor. | 3.20 | 275.00 | 880.00 |
| 06/29/15 | JHL | Review financials of the Debtor's businesses. | 0.70 | 275.00 | 192.50 |
| 06/29/15 | JHL | Prepare and send email to opposing counsel requesting agreement to enlarge deadlines. | 0.10 | 275.00 | 27.50 |
| 06/30/15 | JHL | Review email from opposing counsel regarding the order to show cause and requesting agreement to move same. | 0.10 | 275.00 | 27.50 |
| 06/30/15 | JHL | Prepare and send email to opposing counsel not agreeing to move the hearing on order to show cause. | 0.10 | 275.00 | 27.50 |
| 06/30/15 | JHL | Discuss case issues with Ross Hartog. | 0.20 | 275.00 | 55.00 |

| 06/30/15 | JHL | Review and approve motion and order to enlarge deadlines. | 0.10 | 275.00 | 27.50 |
| 07/06/15 | JHL | Prepare and draft response to Debtor's response to order for debtor to show cause. | 2.50 | 275.00 | 687.50 |
| 07/07/15 | JHL | Prepare and attend hearing on order to show cause. | 1.30 | 275.00 | 357.50 |
| 07/09/15 | JHL | Prepare notice of 2004 examination duces tecum. | 1.10 | 275.00 | 302.50 |
| 07/10/15 | JHL | Review email from creditor's attorney regarding discovery requests. | 0.10 | 275.00 | 27.50 |
| 07/10/15 | JHL | Prepare and send email response to creditor's attorney regarding our discovery requests and creditors' lack of counter offer. | 0.30 | 275.00 | 82.50 |
| 07/10/15 | JHL | Prepare order reserving ruling on contempt. | 0.30 | 275.00 | 82.50 |
| 07/16/15 | JHL | Prepare and send email to creditor's counsel, Jean Ryan, requesting update with settlement offer. | 0.10 | 275.00 | 27.50 |
| 07/17/15 | JHL | Review email update from creditor's attorney regarding possible sale of debtor's business. | 0.10 | 275.00 | 27.50 |
| 07/17/15 | JHL | Review recently provided discovery from the Debtor. | 3.50 | 275.00 | 962.50 |
| 07/19/15 | JHL | Review additional discovery provided by Debtor in preparation of the 2004 examination of debtor. | 2.20 | 275.00 | 605.00 |
| 07/20/15 | JHL | Review discovery in preparation for 2004 examination of Debtor. | 8.30 | 275.00 | 2,282.50 |
| 07/21/15 | A D | Conferences with J. Lee regarding deposition of debtor and litigation strategy regarding same. | 1.00 | 425.00 | 425.00 |
| 07/21/15 | JHL | Prepare for and conduct 2004 examination of debtor. | 8.10 | 275.00 | 2,227.50 |
| 07/23/15 | JHL | Review additional discovery including financial documents on debtor's farm in ecuador. | 1.50 | 275.00 | 412.50 |
| 07/24/15 | JHL | Telephone conference regarding potential settlement with Patrick Corder who may take over the case,  review discovery documents. | 0.50 | 275.00 | 137.50 |

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/24/15 | JHL | Prepare and send email to trustee with possible settlement proposal. | 0.20 | 275.00 | 55.00 |
| 07/24/15 | JHL | Prepare and send email requesting agreement to enlarge deadlines. | 0.10 | 275.00 | 27.50 |
| 07/24/15 | JHL | Review email from trustee with settlement authority. | 0.10 | 275.00 | 27.50 |
| 07/24/15 | JHL | Review email from opposing counsel agreeing to enlarge deadlines. | 0.10 | 275.00 | 27.50 |
| 07/27/15 | JHL | Review and approve agreed motion and order enlarging deadlines. | 0.10 | 275.00 | 27.50 |
| 07/28/15 | JHL | Review email from counsel regarding possible settlement. | 0.10 | 275.00 | 27.50 |
| 07/28/15 | JHL | Correspondence with Trustee discussing settlement terms. | 0.20 | 275.00 | 55.00 |
| 07/28/15 | JHL | Review email from creditor attorney Jean Ryan regarding missing discovery. | 0.10 | 275.00 | 27.50 |
| 07/28/15 | JHL | Telephone conversation with Debtor's potential new attorney discussing settlement. | 0.20 | 275.00 | 55.00 |
| 08/03/15 | JHL | Review discovery and asset analysis. | 0.20 | 275.00 | 55.00 |
| 08/03/15 | JHL | Conference with Ross Hartog discussing issues in case. | 0.30 | 275.00 | 82.50 |
| 08/03/15 | JHL | Review settlement offer letter from creditors. | 0.20 | 275.00 | 55.00 |
| 08/03/15 | JHL | Review order granting substitution of counsel and new counsel's email regarding same. | 0.10 | 275.00 | 27.50 |
| 08/24/15 | JHL | Review email from opposing counsel regarding settlement. | 0.10 | 275.00 | 27.50 |
| 08/24/15 | JHL | Prepare and send email to opposing counsel regarding settlement and scheduling a conference to discuss. | 0.10 | 275.00 | 27.50 |
| 08/24/15 | JHL | Telephone conference with trustee discussing case. | 0.20 | 275.00 | 55.00 |
| 08/24/15 | JHL | Review email from opposing counsel with update regarding possible settlement. | 0.10 | 275.00 | 27.50 |

| 08/25/15 | JHL | Telephone conference with opposing counsel discussing settlement. | 0.20 | 275.00 | 55.00 |
|---|---|---|---|---|---|
| 08/27/15 | JHL | Prepare and send email to opposing counsel requesting agreement to enlarge deadlines. | 0.10 | 275.00 | 27.50 |
| 08/28/15 | JHL | Review and approve motion and order enlarging deadlines. | 0.10 | 275.00 | 27.50 |
| 08/31/15 | JHL | Prepare and send email to trustee with questions about settlement agreements. | 0.10 | 275.00 | 27.50 |
| 09/01/15 | JHL | Conference with Ross Hartog discussing settlement and issues in case. | 0.50 | 275.00 | 137.50 |
| 09/01/15 | JHL | Amend stipulation agreement. | 0.30 | 275.00 | 82.50 |
| 09/01/15 | JHL | Prepare and send email to debtor's counsel with draft stipulation. | 0.10 | 275.00 | 27.50 |
| 09/04/15 | JHL | Prepare and send email to opposing counsel requesting update with settlement. | 0.10 | 275.00 | 27.50 |
| 09/08/15 | JHL | Review email from opposing counsel regarding update with settlement. | 0.10 | 275.00 | 27.50 |
| 09/18/15 | JHL | Prepare and send email to opposing counsel requesting update with settlement. | 0.10 | 275.00 | 27.50 |
| 09/21/15 | JHL | Review email from opposing counsel with update regarding settlement. | 0.10 | 275.00 | 27.50 |
| 09/22/15 | JHL | Review email from opposing counsel with update regarding case. | 0.10 | 275.00 | 27.50 |
| 09/22/15 | JHL | Prepare and send email to opposing counsel notifying counsel that if we do not receive a signed stipulation by end of week we will begin adversary proceedings against debtor. | 0.10 | 275.00 | 27.50 |
| 09/22/15 | JHL | Review email from opposing counsel with update regarding settlement. | 0.10 | 275.00 | 27.50 |
| 09/23/15 | JHL | Review email from opposing counsel regarding changes to settlement. | 0.10 | 275.00 | 27.50 |
| 09/23/15 | JHL | Telephone conference with trustee discussing settlement terms. | 0.20 | 275.00 | 55.00 |
| 09/23/15 | JHL | Telephone message left for opposing counsel to call back. | 0.10 | 275.00 | 27.50 |

| 09/23/15 | JHL | Telephone conference with opposing counsel discussing the settlement terms. | 0.50 | 275.00 | 137.50 |
|---|---|---|---|---|---|
| 09/23/15 | JHL | Amend settlement agreement with Debtor. | 0.80 | 275.00 | 220.00 |
| 09/23/15 | JHL | Review response to objection to proof of claim filed by InBloom. | 0.10 | 275.00 | 27.50 |
| 09/24/15 | JHL | Review recently filed notice of withdrawal of debtor's objection to proof of claim. | 0.10 | 275.00 | 27.50 |
| 09/24/15 | JHL | Amend settlement agreement. | 0.20 | 275.00 | 55.00 |
| 09/24/15 | JHL | Prepare and send email to opposing counsel with amended settlement agreement. | 0.10 | 275.00 | 27.50 |
| 09/25/15 | JHL | Telephone conference with opposing counsel discussing settlement. | 0.10 | 275.00 | 27.50 |
| 09/25/15 | JHL | Review email from opposing counsel with signed settlement agreement. | 0.10 | 275.00 | 27.50 |
| 10/02/15 | JHL | Prepare motion to approve settlement with Debtor. | 0.40 | 275.00 | 110.00 |
| 10/27/15 | JHL | Review and approve CNR and order granting stipulation with debtor. | 0.10 | 275.00 | 27.50 |
| 11/04/15 | JHL | Conference with trustee discussing case disposition. | 0.10 | 275.00 | 27.50 |
| 11/08/15 | JHL | Review mail from creditor's counsel with $50,000.00 check. | 0.10 | 275.00 | 27.50 |
| 11/08/15 | JHL | Prepare and send email to creditor's counsel confirming receipt of the $50,000.00 check. | 0.10 | 275.00 | 27.50 |
| 12/07/15 | JHL | Voicemail left for creditor's attorney, Zach Shelosmith, to call and discuss motion to sell debtor's real property. | 0.10 | 275.00 | 27.50 |
| 12/21/15 | JHL | Prepare and send email to opposing counsel with settlement update. | 0.10 | 275.00 | 27.50 |
| 12/21/15 | JHL | Communicate with opposing counsel regarding settlement terms and payments. | 0.30 | 275.00 | 82.50 |
| 05/11/16 | JHL | Review and respond to email from J. Martin regarding settlement terms. | 0.10 | 275.00 | 27.50 |

| | | | | | |
|---|---|---|---|---|---|
| 06/06/16 | JHL | Review email from Debtor's counsel requesting update with settlement.  Respond to same. | 0.10 | 275.00 | 27.50 |
| 10/14/16 | JHL | Prepare emergency motion for authority to pay estate taxes. Discuss same with trustee. | 0.70 | 275.00 | 192.50 |
| 10/17/16 | JHL | Conference with accountant discussing tax payment and estate liability. | 0.50 | 275.00 | 137.50 |
| 10/17/16 | JHL | Prepare for and attend hearing on emergency motion to pay IRS. Conference with trustee discussing same. | 2.00 | 275.00 | 550.00 |
| 02/07/17 | JHL | Review and reply to email from opposing counsel regarding settlement. | 0.20 | 275.00 | 55.00 |
| 02/15/17 | JHL | Review email from opposing counsel regarding payment schedule of what is due and owing. | 0.10 | 275.00 | 27.50 |
| 04/18/17 | JHL | Correspond with Y. Candia regarding receipt of checks from settlement agreement. | 0.10 | 300.00 | 30.00 |
| 05/19/17 | JHL | Review correspondence from trustee to opposing counsel regarding status of payments. | 0.10 | 300.00 | 30.00 |
| 06/01/17 | JHL | Review correspondence between trustee's assistant with debtor's counsel regarding settlement payments.  Respond to same. | 0.30 | 300.00 | 90.00 |
| 10/16/17 | JHL | Conferences with J. Martin regarding additional payments to IRS. | 0.20 | 300.00 | 60.00 |
| 12/07/17 | JHL | Review correspondence from IRS regarding back taxes. | 0.20 | 325.00 | 65.00 |
| 01/02/18 | JHL | Review correspondence from IRS regarding debt. | 0.10 | 325.00 | 32.50 |
| 02/14/18 | JHL | Review correspondence from Debtor's counsel regarding Debtor's potential default and efforts to cure. | 0.10 | 325.00 | 32.50 |
| | | AR Sub Total | 68.50 | | 19,115.00 |

Asset Disposition

| | | | | | |
|---|---|---|---|---|---|
| 06/29/15 | JHL | Discussion with Jean Ryan regarding the potential sale of Debtor's business. | 0.30 | 275.00 | 82.50 |

| 07/01/15 | JHL | Telephone conference with Jean Ryan regarding potential sale of debtor's business to creditors. | 0.30 | 275.00 | 82.50 |
|---|---|---|---|---|---|
| 07/21/15 | JHL | Prepare and send email to creditor's counsel requesting update with offer to purchase debtor's business. | 0.10 | 275.00 | 27.50 |
| 07/28/15 | JHL | Prepare and send email to creditor's attorney requesting update with settlement offer of debtor's business interests. | 0.10 | 275.00 | 27.50 |
| 07/28/15 | JHL | Prepare and send email to creditor's attorney regarding terms of sale of debtor's business interests. | 0.10 | 275.00 | 27.50 |
| 08/03/15 | JHL | Telephone conference with creditor's counsel regarding purchase of debtor's business interests. | 0.30 | 275.00 | 82.50 |
| 08/03/15 | JHL | Telephone conference with Ross Hartog discussing settlement offer from creditors. | 0.20 | 275.00 | 55.00 |
| 08/06/15 | JHL | Prepare and draft agreement for creditors to purchase debtor's businesses. | 0.90 | 275.00 | 247.50 |
| 08/06/15 | JHL | Draft agreement for purchase of InBloom Group LLC to creditors. | 2.10 | 275.00 | 577.50 |
| 08/07/15 | JHL | Review email update from Jean Ryan who represents creditors in case. | 0.10 | 275.00 | 27.50 |
| 08/27/15 | JHL | Prepare and draft settlement agreement with Debtor and amend and revise settlement of repurchase of debtor's business from third parties. | 2.10 | 275.00 | 577.50 |
| 08/31/15 | JHL | Review email from creditor's counsel requesting update with settlement regarding purchase of debtor's business, respond to same. | 0.10 | 275.00 | 27.50 |
| 09/01/15 | JHL | Prepare and send email to creditors' attorney with draft agreement to purchase debtor's business. | 0.10 | 275.00 | 27.50 |
| 09/04/15 | JHL | Review email with settlement confirmation from parties wanting to purchase debtor's business. | 0.10 | 275.00 | 27.50 |
| 09/04/15 | JHL | Prepare motion to sell debtor's real property | 0.60 | 275.00 | 165.00 |
| 09/04/15 | JHL | Amend and revise motion to sell to creditors. | 0.90 | 275.00 | 247.50 |

| 09/04/15 | JHL | Review offers for purchase of Debtor's real property. | 0.20 | 275.00 | 55.00 |
|---|---|---|---|---|---|
| 09/10/15 | JHL | Prepare and send email to Jean Ryan with amended purchase agreement for debtor's business. | 0.10 | 275.00 | 27.50 |
| 09/16/15 | JHL | Telephone conference with creditor's counsel discussing changes to purchase agreement of debtor's business, amend purchase agreement and send to creditor's counsel. | 0.60 | 275.00 | 165.00 |
| 09/18/15 | JHL | Telephone conference with creditor's counsel discussing settlement agreement for purchase of debtor's business. | 0.20 | 275.00 | 55.00 |
| 09/18/15 | JHL | Amend purchase agreement for debtor's business. | 0.10 | 275.00 | 27.50 |
| 09/18/15 | JHL | Review and respond to real estate broker's email regarding sale of debtor's property. | 0.10 | 275.00 | 27.50 |
| 09/21/15 | JHL | Review email with attached signed copy of the purchase agreement for debtor's business. | 0.10 | 275.00 | 27.50 |
| 09/30/15 | JHL | Prepare motion to approve sale of debtor's business. | 2.60 | 275.00 | 715.00 |
| 10/01/15 | RRH | Review and revise sale motion. | 0.30 | 450.00 | 135.00 |
| 10/14/15 | JHL | Review email from opposing counsel regarding $50,000.00 payment of debtor's business. | 0.10 | 275.00 | 27.50 |
| 10/15/15 | JHL | Telephone conference with Jean Ryan regarding the settlement funds for the purchase of debtor's business. | 0.10 | 275.00 | 27.50 |
| 10/19/15 | JHL | Review title fund report and attachments. | 0.60 | 275.00 | 165.00 |
| 10/19/15 | JHL | Amend sale motion for sale of debtor's real property. | 0.40 | 275.00 | 110.00 |
| 10/20/15 | JHL | Prepare and send email to creditor's counsel regarding her client's potential interest in purchasing debtor's ownership in an Ecuadorian farm. | 0.10 | 275.00 | 27.50 |
| 10/20/15 | JHL | Review email from creditor's counsel regarding her client's interest in debtor's farm. | 0.10 | 275.00 | 27.50 |
| 10/20/15 | RRH | Review and revise motion to approve short sale. | 0.50 | 450.00 | 225.00 |

| 10/21/15 | JHL | Review and amend motion to sell debtor's real property. | 0.50 | 275.00 | 137.50 |
|---|---|---|---|---|---|
| 10/23/15 | JHL | Communications regarding proper service on entities of sale motion.  Conference with G. Robson discussing same. | 0.30 | 275.00 | 82.50 |
| 10/26/15 | JHL | Prepare and send email to opposing counsel requesting information related to debtor's first mortgage. | 0.10 | 275.00 | 27.50 |
| 10/27/15 | JHL | Prepare for and attend hearing on motion to approve sale of debtor's business. | 1.60 | 275.00 | 440.00 |
| 10/28/15 | JHL | Review email from opposing counsel regarding the completion of the sale of debtor's business. | 0.10 | 275.00 | 27.50 |
| 10/28/15 | JHL | Prepare and send email to opposing counsel with requirements that the Debtor needs to complete in order to complete the sale of her business. | 0.20 | 275.00 | 55.00 |
| 10/28/15 | JHL | Prepare order granting sale motion of Inbloom and bill of sale. | 0.50 | 275.00 | 137.50 |
| 11/03/15 | JHL | Review email from creditor's attorney requesting update with the debtor's status on signing the sale papers, respond to same. | 0.10 | 275.00 | 27.50 |
| 11/03/15 | JHL | Prepare and send email to opposing counsel requesting update with debtor signing the sale documents. | 0.10 | 275.00 | 27.50 |
| 11/03/15 | JHL | Review email from opposing counsel with attached affidavit of the debtor in compliance with the requirements to sell debtor's business. | 0.20 | 275.00 | 55.00 |
| 11/05/15 | JHL | Review objection to sale motion filed by creditor. | 0.30 | 275.00 | 82.50 |
| 11/05/15 | JHL | Conference with Ross Hartog and Grace Robson discussing creditor's objection to sale motion. | 0.20 | 275.00 | 55.00 |
| 11/05/15 | JHL | Telephone conference with creditor's attorney discussing their objection to our sale motion. | 0.20 | 275.00 | 55.00 |
| 11/05/15 | JHL | Prepare and send email to JC with update regarding creditor's objection to our sale motion. | 0.10 | 275.00 | 27.50 |
| 11/05/15 | JHL | Review email from broker regarding the valuation of debtor's property. | 0.10 | 275.00 | 27.50 |

| 11/05/15 | GER | Meeting with Trustee regarding sale hearing; review objection. | 0.30 | 425.00 | 127.50 |
| 11/06/15 | JHL | Review email from creditor's counsel agreeing to the terms of the bill off sale for sale debtors business. | 0.10 | 275.00 | 27.50 |
| 11/10/15 | JHL | Telephone conference with Grace Robson discussing creditor's objection to sale motion. | 0.20 | 275.00 | 55.00 |
| 11/10/15 | JHL | Voicemail left for counsel representing BSI to call back regarding their objection to motion to sell debtor's property. | 0.10 | 275.00 | 27.50 |
| 11/10/15 | JHL | Reply to opposing counsel email regarding settlement payment and adjustments thereto. | 0.10 | 275.00 | 27.50 |
| 11/10/15 | GER | Conference with J. Lee regarding hearing on motion to sell property and objection thereto. | 0.10 | 425.00 | 42.50 |
| 11/18/15 | JHL | Conference with Grace Robson discussing hearing on motion to sell real property. | 0.10 | 275.00 | 27.50 |
| 11/18/15 | GER | Attend hearing on motion to approve sale; conference with J. Lee regarding same. | 1.00 | 425.00 | 425.00 |
| 11/23/15 | GER | Communications regarding proper service on entities of sale motion; research same. | 0.50 | 425.00 | 212.50 |
| 11/24/15 | JHL | Review certificate of service for the order continuing sale motion of debtor's property. | 0.10 | 275.00 | 27.50 |
| 12/07/15 | JHL | Prepare and send email to creditor's attorney, Zach Shelomith, to call and discuss motion to sell debtor's real property. | 0.10 | 275.00 | 27.50 |
| 12/07/15 | JHL | Prepare letter to be sent to creditor regarding the short sale of debtor's property. | 0.40 | 275.00 | 110.00 |
| 12/07/15 | JHL | Prepare and send email to JC regarding parameters of short sale. | 0.10 | 275.00 | 27.50 |
| 12/08/15 | JHL | Review and respond to email from debtor's counsel regarding status of sale of debtor's business. | 0.10 | 275.00 | 27.50 |
| 12/10/15 | JHL | Review email from trustee with signed letter authorizing broker to begin short sale negotiations. | 0.10 | 275.00 | 27.50 |

| 12/10/15 | JHL | Voicemail left for JC blanco to call back and discuss short sale. | 0.10 | 275.00 | 27.50 |
| 12/10/15 | JHL | Telephone conference with JC blanco discussing short sale. | 0.20 | 275.00 | 55.00 |
| 12/15/15 | JHL | Prepare and send email to Jean Ryan requesting update with her clients' interest in purchasing debtor's Ecuadorian farm. | 0.10 | 275.00 | 27.50 |
| 12/15/15 | JHL | Telephone conference with Zach Shelomith discussing potential settlement with HOA in short sale. | 0.20 | 275.00 | 55.00 |
| 12/15/15 | JHL | Prepare and send email to HOA attorney regarding pay off of first mortgage through short sale. | 0.10 | 275.00 | 27.50 |
| 12/16/15 | JHL | Review email from HOA attorney with update regarding lowering the amount due and owing to HOA. | 0.10 | 275.00 | 27.50 |
| 12/22/15 | JHL | Prepare for hearing on motion to sell real property. | 0.70 | 275.00 | 192.50 |
| 12/22/15 | JHL | Prepare for and attend hearing on motion to sell debtor's real property free and clear of liens. | 2.60 | 275.00 | 715.00 |
| 12/28/15 | JHL | Prepare order granting motion to sell debtor's real property. | 2.40 | 275.00 | 660.00 |
| 12/28/15 | JHL | Prepare and send email to creditors' counsel with draft of order granting trustee's motion to sell debtor's real property. | 0.10 | 275.00 | 27.50 |
| 12/28/15 | JHL | Review email from bank's counsel regarding changes to order granting sale motion. | 0.10 | 275.00 | 27.50 |
| 12/29/15 | JHL | Review proposed edits of the order granting the motion to sell debtor's property from creditor's counsel and HOA's counsel. | 0.60 | 275.00 | 165.00 |
| 12/29/15 | JHL | Discussion with Ross Hartog discussing short sale order and terms. | 0.20 | 275.00 | 55.00 |
| 01/08/16 | JHL | Telephone conference with bank attorney regarding order granting sale motion, revise and edit order granting sale motion. | 0.90 | 275.00 | 247.50 |
| 01/08/16 | JHL | Conference with Ross Hartog discussing case issues and short sale. | 0.30 | 275.00 | 82.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/16 | JHL | Communicate with Broker and HOA attorney regarding short sale. | 0.20 | 275.00 | 55.00 |
| 01/12/16 | JHL | Review email from Carol Fujarek with attached revised HUD. | 0.10 | 275.00 | 27.50 |
| 01/13/16 | JHL | Review email from bank attorney approving the edits to the sale order. | 0.10 | 275.00 | 27.50 |
| 01/13/16 | JHL | Prepare and send email to HOA attorney with suggested new edits to sale order and requesting approval of same. | 0.20 | 275.00 | 55.00 |
| 01/14/16 | JHL | Review email from HOA attorney agreeing to all changes to order granting sale motion. | 0.10 | 275.00 | 27.50 |
| 01/14/16 | JHL | Review and revise order granting sale motion. | 0.60 | 275.00 | 165.00 |
| 01/27/16 | JHL | Review email from HOA attorney regarding short sale, respond to same. | 0.10 | 275.00 | 27.50 |
| 02/11/16 | JHL | Prepare and send email to creditors' counsel, Jean Ryan, requesting update with clients interest in purchasing debtor's farm. | 0.10 | 275.00 | 27.50 |
| 03/25/16 | JHL | Prepare and send email to Jean Ryan requesting update with her clients interest in purchasing debtor's farm. | 0.10 | 275.00 | 27.50 |
| | | AD Sub Total | 32.90 | | 9,472.50 |

Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/15 | PJG | Attention to and service of Order Approving Employment of Trustee's Attorney Nunc Pro Tunc to April 6, 2015 [ECF No. 24]. | 0.10 | 125.00 | 12.50 |
| 04/28/15 | PJG | Draft Agreed Ex Parte Motion for Extension of Time to Object to Debtor's Claimed Exemptions and Order granting same. | 0.20 | 125.00 | 25.00 |
| 04/28/15 | PJG | Attention to and service of Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to Object to Debtor's Claimed Exemptions [ECF No. 27]. | 0.10 | 125.00 | 12.50 |
| 05/13/15 | PJG | Attention to and service of the Notice of Hearing [ECF No. 33]. | 0.10 | 125.00 | 12.50 |

| 05/18/15 | PJG | Attention to and service of Order Granting Trustee's Ex Parte Application to Employ Barry E. Mukamal and Kapilmukamal, LLP as Accountants, Nunc Pro Tunc to May 4, 2015 [ECF No. 36]. | 0.10 | 125.00 | 12.50 |
|---|---|---|---|---|---|
| 05/27/15 | PJG | Attention and service of the Order Granting Trustee's Ex Parte Application for Employment of Kit R. Becker, CPA and Yip Associates as Special Tax Consultants, Nunc Pro Tunc to April 2, 2015 [ECF No. 42]. | 0.10 | 125.00 | 12.50 |
| 05/29/15 | PJG | Draft Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Discharge and Object to Debtor's Claimed Exemptions and Order granting same. | 0.20 | 125.00 | 25.00 |
| 06/01/15 | PJG | Attention to and service of the Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions [ECF No. 45]. | 0.10 | 125.00 | 12.50 |
| 07/02/15 | PJG | Draft Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Discharge and Object to Debtor's Claimed Exemptions and Order granting same. | 0.20 | 125.00 | 25.00 |
| 07/14/15 | PJG | Attention to and service of the Order Reserving Ruling on Determination on Whether the Debtor Should be Held in Contempt of This Court [ECF No. 66]. | 0.10 | 125.00 | 12.50 |
| 07/27/15 | PJG | Draft Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Discharge and Object to Debtor's Claimed Exemptions and Order granting same. | 0.10 | 125.00 | 12.50 |
| 07/28/15 | PJG | Attention to and service of the Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions [ECF No. 71]. | 0.10 | 125.00 | 12.50 |
| 08/28/15 | PJG | Draft Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Discharge and Object to Debtor's Claimed Exemptions and Order granting same. | 0.20 | 125.00 | 25.00 |

| Date | Init. | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 08/31/15 | PJG | Attention to and service of the Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions [ECF No. 80]. | 0.10 | 125.00 | 12.50 |
| 09/29/15 | PJG | Draft Agreed Ex Parte Motion for Extension of Time to File a Complaint Objecting to Discharge and Object to Debtor's Claimed Exemptions and Order granting same. | 0.20 | 125.00 | 25.00 |
| 10/02/15 | PJG | Attention to and service of the Agreed Order Granting Agreed Ex-Parte Motion for Extension of Time to File a Complaint Objecting to Debtor's Discharge and to Object to Debtor's Claimed Exemptions [ECF No. 85]. | 0.10 | 125.00 | 12.50 |
| 10/27/15 | PJG | Attention to and service of the Order Granting Trustee's Motion to Approve Stipulation for Compromise and Settlement Regarding Valuation and Repurchase of Debtor's Non-Exempt Assets [ECF No. 98]. | 0.20 | 125.00 | 25.00 |
| 10/27/15 | PJG | Draft Certificate of No Response of Settlement and Request for Entry of Order and Prepare Order for Upload. | 0.20 | 125.00 | 25.00 |
| 11/10/15 | PJG | Attention to and service of the Order Granting Trustee's Motion (1) to Approve Sale of Estate's Right, Title and Interest in Non-Exempt Property Pursuant to 11 U.S.C. §§ 105 and 363, and (2) to Compromise Controversies Pursuant to 9019 of the Federal Rules of Bankruptcy Procedure [ECF No. 104]. | 0.20 | 125.00 | 25.00 |
| 01/15/16 | PJG | Attention to and service of the Order Granting Trustee's Motion for Entry of an Order Approving (1) Sale of Real Property Free and Clear of Liens, Claims, and Encumbrances by Private Sale and (2) Disbursements at Closing on Sale [ECF No. 109]. | 0.30 | 125.00 | 37.50 |
| 10/07/16 | GER | Review file regarding Debtor's interest in companies sold and other asset abandoned; communication with J. Lee regarding information requested by accountant to prepare estate return. | 0.20 | 425.00 | 85.00 |
| 02/28/18 | JHL | Estimated Time to tend to matters related to closing the estate. | 1.00 | 325.00 | 325.00 |
| | | CA Sub Total | 4.20 | | 785.00 |

Fee/Employment Applications

| Date | Init | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 04/15/15 | PJG | Draft application to employ MRTH, affidavit of disinterestedness of J. Lee, and proposed order authorizing same. | 0.50 | 125.00 | 62.50 |
| 03/21/18 | PJG | Draft first and final application for compensation. | 1.00 | 175.00 | 175.00 |
| 03/21/18 | JHL | Review email from J. Garey regading fee application. Review fees and bills for purposes of fee application. | 0.10 | 325.00 | 32.50 |
| 04/06/18 | JHL | Revise final fee application.  Review and edit fees and costs for final fee application. | 2.50 | 325.00 | 812.50 |
| 04/13/18 | JHL | Estimated Time to finalize first and final application for compensation. | 1.00 | 325.00 | 325.00 |
| 04/13/18 | JHL | Review fees and costs for purposes of final fee application. Conference with M. Graeber discussing fees and costs. | 0.30 | 325.00 | 97.50 |
| | | FA Sub Total | 5.40 | | 1,505.00 |
| | | Total Fees | 111.00 | | 30,877.50 |
| | | Total  Fees after credits | | | 30,877.50 |

| Fee Summary | Hours | Rate | Amount |
|-------------|-------|------|--------|
| Adrian Delancy | 1.60 | 425.00 | 680.00 |
| Grace E Robson | 2.10 | 425.00 | 892.50 |
| John H. Lee | 96.00 | 275.00 | 26,400.00 |
| John H. Lee | 0.70 | 300.00 | 210.00 |
| John H. Lee | 5.30 | 325.00 | 1,722.50 |
| Jaime Garey | 3.50 | 125.00 | 437.50 |
| Jaime Garey | 1.00 | 175.00 | 175.00 |
| Ross R. Hartog | 0.80 | 450.00 | 360.00 |
| Total Fees | 111.00 | | 30,877.50 |

| | | *In re Alina Alvarez Lujardo, Case No. 15-13429-AJC* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Exhibit "4" | | | | | | | | | | |
| | | Fee Application Summary Chart | | | | | | | | | | |
| **REQUEST** | | | | | **APPROVAL** | | | | **PAID** | | **HOLDBACK** | |
| | | | | | | | | | | | | |
| **Date Filed** | **ECF #** | **Period Covered** | **Fees Requested** | **Expenses Requested** | **Date Order Entered** | **ECF #** | **Fees Approved** | **Expenses Approved** | **Fees Paid** | **Expenses Paid** | **Fees Holdback** | **Expenses Holdback** |
| *No prior inteirm applications were filed - the reference to fees and costs below is for this first interim application.* | | | | | | | | | | | | |
| 4/25/18 | TBD | April 6, 2015 to April 13, 2018 | $30,877.50 | $3,485.01 | TBD | TBD | TBD | TBD | TBD | TBD | TBD | TBD |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |