UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 15-13429-AJC |
| ALINA ALVAREZ LUJARDO | Chapter 7 |
| Debtor./ | |

### NOTICE OF FILING FEE APPLICATION

Markowitz, Ringel, Trusty & Hartog, P.A. ("MRTH"), notifies all creditors and interested parties that on April 25, 2018, MRTH filed its *First and Final Fee Application of Markowitz, Ringel, Trusty & Hartog, P.A., Counsel to the Chapter 7 Trustee* (the "Fee Application") [ECF No. 126]. The final fees sought are in the amount of **$30,877.50**, plus reimbursement for actual and necessary expenses totaling **$3,485.01.**

A copy of the Fee Application is available (1) for viewing in the Court file located at the United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Miami, FL 33128; (2) through Judicial Research and Retrieval Services at (305) 379-3900; (3) via CM/ECF Pacer at www.ecf.flsb.ucourts.gov; or (4) upon written request to undersigned counsel.

Dated April 25, 2018         MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                             *Counsel to Chapter 7 Trustee*
                             9130 South Dadeland Boulevard, Suite 1800
                             Miami, Florida  33156
                             Tel. (305) 670-5000
                             Fax. (305) 670-5011

                             By: /s/ *John H. Lee*
                                    JOHN H. LEE
                                    Florida Bar No. 91795
                                    E-mail: jlee@mrthlaw.com

750041