UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**ALINA ALVAREZ LUJARDO,**                    Case No.: 15-13429 BKC AJC
                                              Chapter 7
      Debtor.
_____/

**SUMMARY OF FINAL APPLICATION FOR COMPENSATION OF KAPILAMUKAMAL, LLP**

1. Name of Applicant: ........................................................................... KapilaMukamal, LLP
2. Role of Applicant: ..................................................... Accountants for Trustee, Ross Hartog
3. Name of Certifying Professional: ................................................... Barry E. Mukamal, CPA
4. Date case filed: ......................................................................................... February 25, 2015
5. Date of Retention Order: ................................................................................. May 15, 2015
   *Nunc Pro Tunc* to May 4, 2015

**IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

6. Period for this Application: ................................................... May 4, 2015 to April 25, 2018
7. Total Amount of Compensation Sought During Case: ...................................... $11,097.80
10. Total Amount of Expense Reimbursement Sought During Case: ............................ $40.32
11. Total Amount Sought During Case: ............................................................... $11,138.12

12. Amount of Original Retainer(s). Please disclose both Fee Retainer and Cost Retainer is such a Retainer has been received: ....................................................................................... N/A
13. Current Balance of Retainer(s) remaining: ................................................................... N/A
14. Last monthly operating report filed (Month/Year and ECF No.): ................................. N/A
15. If case is Chapter 7, current funds held by Chapter 7 Trustee: ......................... $51,806.59

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

**ALINA ALVAREZ LUJARDO,**     Case No.: 15-13429 BKC AJC
                                Chapter 7
    Debtor.
_____/

**FINAL APPLICATION FOR COMPENSATION OF KAPILAMUKAMAL, LLP**
**AS ACCOUNTANTS FOR THE CHAPTER 7 TRUSTEE**

Barry E. Mukamal, C.P.A. and KapilaMukamal, LLP Certified Public Accountants (collectively the "Applicant" or "KapilaMukamal"), the accountants for the Chapter 7 Trustee in the instant matter, applies for compensation of fees for services rendered and costs incurred in the Chapter 7 proceeding. This application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 201691(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are:

    Exhibits 1-A and 1-B – Summary of Professional and Paraprofessional Time.

    Exhibit 2 – Summary of Requested Reimbursement of Expenses.

    Exhibit 3 – The Applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application. The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fees of $11,097.80 for 37.60 hours worked (blended rate of $295.15), are reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977).

**CASE NARRATIVE**

This case was commenced on February 25, 2015 upon the filing of a voluntary Chapter 7 petition under Title 11 of the United States Code. Ross Hartog was appointed the Chapter 7 Trustee.

To assist with financial matters, the Trustee determined that the assistance of an accountant was required to provide reliable assessments of the Debtor's financial condition and capabilities and tax compliance matters, to ensure the estate's principal assets were being preserved and properly marshaled.

On May 15, 2015, this Court authorized the employment of Barry E. Mukamal, CPA and the accounting firm of KapilaMukamal, LLP as accountants for the Trustee, *nunc pro tunc* to May 4, 2015 (ECF #36).

**THE TIME AND LABOR REQUIRED**:

Exhibits 1-3 illustrate the time and labor required for this engagement. The time expended by the Applicant for accounting services furnished to the Trustee as appears on Exhibit "1-A" does not reflect and cannot reflect all of the time actually expended by the Applicant. Many telephone calls, routine correspondence, requests by creditors regarding the status of the case and their individual claims cannot be reduced to time recordation and would increase the amount of time expended by the Applicant in this case.

**THE NOVELTY AND DIFFICULTY OF THE SERVICES RENDERED**:

This proceeding presented several matters that required the services and skill of an experienced forensic accountant.

**THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE**:

The Applicant has not been precluded from other engagements because of its employment by the Trustee in this proceeding. Had the Applicant not accepted this matter, it

would have devoted it's time to other matters for which it would have been compensated by clients on a current monthly basis.

**THE CUSTOMARY FEE**:

The Applicant rendered services at its customary hourly rate, more fully set forth on the attached exhibits, and such customary hourly rate is competitive within the bankruptcy practice in the community, and in some instances, lower than rates billed by the Applicant to other clients.

The hourly rate charged for professionals who worked on this bankruptcy are as follows:

| Name | Title | Billed per Hour |
|---|---|---|
| Barry Mukamal | Partner | $490 |
| Lesley Johnson | Partner | $420 / $430** |
| Frank Kessler | Senior Consultant | $342 |
| Kathy Foster | Tax Consultant | $272 / $294* / $310** |
| Shawna Amarnani | Senior Consultant | $196 |
| Ky Johnson | Forensic Analyst | $150 |
| Jazmin Padilla | Paraprofessional | $150 / $180*** |
| Jason Wechter | Forensic Analyst | $100 |

\* Rate change effective January 1, 2016
\*\* Rate change effective January 1, 2017
\*\*\* Rate change effective January 1, 2018

**TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES**:

The Applicant's services have been rendered timely and in an efficient manner and facilitated the efficient administration of these proceedings.

**THE EXPERIENCE, REPUTATION & ABILITY OF THE APPLICANT**:

The Trustee has looked to KapilaMukamal for an extensive and full range of insolvency accounting services. The Applicant possesses credentials of the highest order in providing such accounting services, especially as they relate to debtors in bankruptcy. It is especially skilled in business reorganization, business analysis, and issues of insolvency accounting, asset identification and recovery, insolvency taxation, tax compliance and other creditors' rights matters in this area of practice.

The outstanding professionalism with which the Applicant has carried out its important role has contributed significantly to the efficient and effective administration of the estate as more fully demonstrated in the following discussion.

The Applicant has demonstrated a high degree of skill in bankruptcy matters, accounting practices, business practices and management, as well as investigatory and other accounting skills in conjunction with performing its services in these proceedings.

**THE UNDESIRABILITY OF THE CASE**:

The representation of the Trustee and of this case was not undesirable.

**THE LEGAL STANDARD**:

The applicable legal standard for compensation under 11 U.S.C. § 330 is based on the time, nature, extent and value of the Applicant's services, as well as the cost of comparable services other than in a case under Title 11. Therefore, it is respectfully requested that the Court consider the reasonableness of the fees requested by the Applicant.

**CATEGORIES**:

*Business Analysis*

The Applicant provided services to the Trustee in relation to their valuation of the Debtor's interest in InBloom Group, LLC and E Blooms Direct, Inc (the "Bloom Entities"). The Debtor's interest in the Bloom Entities was sold to the remaining shareholders.

*Employment/Fee Application*

The services provided by Applicant consist of preparation and review of retention documents for the employment of Barry E. Mukamal, CPA and KapilaMukamal, LLP.

With regard to Fee Applications, before any fee application is presented to the Court, it must be drafted, checked against the contemporaneous time records, and verified for compliance with applicable legal requirements. This fee application is believed to be in full conformity with the Administrative Order. The Applicant has not included all the time of senior professionals which

is necessarily required in the preparation of this fee application. However, the time of some administrative personnel has been incorporated.

### *Preference/Fraudulent Transfer Analysis*

The Trustee commenced adversary proceedings against a number of parties for Chapter 5 causes of action. Counsel for the Trustee requested the Applicant to prepare a Chapter 5 analysis. The Applicant analyzed the Debtor's accounting records including financial statements, tax returns, bank records and other supporting documentation in order to prepare the analysis.

### *Tax Services*

The Trustee has an obligation to ensure full compliance with numerous tax filings imposed on the Estate, including federal income tax filings. During the period covered by this application, the Applicant performed detailed tax services for the Trustee. The services have included assistance in providing the financial information needed by the Trustee to comply with regulatory tax matters, including the following:

- Review bankruptcy petition, schedules and select pleadings to determine tax ramifications of Trustee's transactions.

- Review Debtor's pre-petition tax returns to evaluate tax attributes available to the bankruptcy estate.

- Research Debtor's partnership asset and negative capital account resulting in phantom income when sold during 2015.

- Prepare 2015 Automatic Extensions of Time to File Tax Return.

- Summarize Trustee's transactions for 2015, including accruals to facilitate preparation of annual tax return.

- Calculation of phantom income reportable in Debtor's final tax return.

- Calculation of 2015 final year accruals.

- Preparation of 2015 initial and final Form 1041, U. S. Income Tax Return for Estates and Trusts, including detailed tax disclosures, power of attorney and request from prompt determination of tax in accordance with Bankruptcy Code Section 505(b).

\* \* \* \* \*

**WHEREFORE**, The Applicant seeks a final award of fees in the amount of $11,097.80 and reimbursement of costs in the amount of $40.32 for a total award in the amount of $11,138.12

Respectfully submitted on April 25, 2018.

    /s/*Barry E. Mukamal*
Barry E. Mukamal, C.P.A.
KapilaMukamal, LLP
Accountants for the Trustee

## **Certification**

1. I have been designated by KapilaMukamal, LLP (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2. I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3. The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4. In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5. In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6. The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance: N/A

Date:  April 25, 2018

                                                       /s/***Barry E. Mukamal***
                                                Barry E. Mukamal, C.P.A.
                                                KapilaMukamal, LLP
                                                Accountants for the Trustee
                                                1 SE 3rd Ave, Ste 2150
                                                Miami, FL 33131
                                                Telephone: (786) 517-5771

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing along with all exhibits was delivered via CM/ECF on all electronic recipients and via US Mail as identified below on April 25, 2018.

KapilaMukamal, Certified Public Accountants
Accountants for the Trustee
1 SE 3rd Ave, Ste 2150
Miami, FL 33131
Telephone: (786) 517-5771

/s/*Jazmin Padilla*
Jazmin Padilla

**Via CM/ECF:**

- **Alice A Blanco**   ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com
- **Patrick L Cordero**   ecfmail@pcorderolaw.com
- **Ross R Hartog**   rhartog@mrthlaw.com, FL81@ecfcbis.com; rhartog@ecf.epiqsystems.com; rrh@trustesolutions.net; rhartog@ecf.courtdrive.com
- **Maurice D. Hinton**   hintonlawgroup@gmail.com
- **John H Lee**   jlee@mrthlaw.com, ecfnotices@mrthlaw.com, mrthbkc@gmail.com, jgarey@mrthlaw.com, ycandia@mrthlaw.com, gruiz@mrthlaw.com; markowitzjr73991@notify.bestcase.com, jlee@ecf.courtdrive.com
- **Brandi Rainey Lesesne**   ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **D Jean Ryan**   courtmail@ryanlawpa.com, ryanlawpa@gmail.com; r63178@notify.bestcase.com
- **Zach B Shelomith**   zbs@lsaslaw.com, fpd@lsaslaw.com;jz@lsaslaw.com; info@lsaslaw.com; zshelomith@ecf.inforuptcy.com

**Via US Mail:**

Alina Alvarez Lujardo
2231 SW 82 Pl
Miami, FL 33155

EXHIBIT 1-A
ALINA ALVAREZ LUJARDO
CASE NO: 15-13429-BKC-AJC
FINAL FEE APPLICATION
SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME
MAY 4, 2015 THROUGH APRIL 25, 2018

| Name | Year Licensed/ Experience | Hours | Actual Rate | Total Billed |
|---|---|---|---|---|
| BEM - BARRY MUKAMAL, CPA, CIRA, CFF, CFE, PFS, ABV, PARTNER | 1978 | 1.30 | 490 | 637.00 |
| LJJ - LESLEY JOHNSON, CPA, CIRA, PARTNER/TAX | 1984 | 8.00 | 420 / 430** | 3,378.00 |
| FMK - FRANK KESSLER, CONSULTANT | 16 YEARS | 3.30 | 342 | 1,128.60 |
| KAF - KATHY FOSTER, TAX CONSULTANT | 31 YEARS | 12.40 | 272 / 294* 310** | 3,675.20 |
| SBA - SHAWNA AMARNANI, CPA, CFE, CIRA, SENIOR CONSULTANT | 2012 | 9.00 | 196 | 1,764.00 |
| JZP - JAZMIN PADILLA, PARAPROFESSIONAL | 15 YEARS | 1.80 | 150 / 180*** | 315.00 |
| KJJ - KY JOHNSON, FORENSIC ANALYST | 5 YEARS | 0.40 | 150 | 60.00 |
| JBW - JASON WECHTER, FORENSIC ANALYST | 1 YEAR | 1.40 | 100 | 140.00 |
| Report Totals | | 37.60 | 295.15 | 11,097.80 |

CPA - Certified Public Accountant, Regulated by the State of Florida
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner
CFF - Certified in Financial Forensics
ABV - Accredited in Business Valuation
PFS - Personal Financial Specialist

*Rate change effective 01/01/16
** Rate change effective 01/01/17
*** Rate change effective 01/01/18

*Printed by JZP on 4/25/2018 at 2:27 PM*

**EXHIBIT 1-B**
**ALINA ALVAREZ LUJARDO**
**CASE NO: 15-13429-BKC-AJC**
**FINAL FEE APPLICATION**
**SUMMARY OF PROFESSIONAL & PARAPROFESSIONAL TIME BY ACTIVITY CODE**
**MAY 4, 2015 THROUGH APRIL 25, 2018**

| Position | Name | Hours | Blended Rate | Total Billed |
|---|---|---|---|---|
| **Time** | | | | |
| **TAX SERVICES - PREPARE FORMS** | | | | |
| PARTNER/TAX | LESLEY JOHNSON | 5.50 | | 2,321.00 |
| TAX CONSULTANT | KATHY FOSTER | 12.40 | | 3,675.20 |
| FORENSIC ANALYST | KY JOHNSON | 0.40 | | 60.00 |
| TAX SERVICES - PREPARE FORMS Totals | | 18.30 | | 6,056.20 |
| **TAX SERVICES - ADVISORY** | | | | |
| PARTNER/TAX | LESLEY JOHNSON | 2.50 | | 1,057.00 |
| CONSULTANT | FRANK KESSLER | 0.50 | | 171.00 |
| TAX SERVICES - ADVISORY Totals | | 3.00 | | 1,228.00 |
| **PREFERENCE/FRAUDULENT TRANSFER** | | | | |
| CONSULTANT | FRANK KESSLER | 2.80 | | 957.60 |
| PREFERENCE/FRAUDULENT TRANSFER Totals | | 2.80 | | 957.60 |
| **TIME ANALYSIS** | | | | |
| PARAPROFESSIONAL | JAZMIN PADILLA | 1.80 | | 315.00 |
| TIME ANALYSIS Totals | | 1.80 | | 315.00 |
| **BUSINESS ANALYSIS (BANKRUPTCY)** | | | | |
| PARTNER | BARRY MUKAMAL | 1.30 | | 637.00 |
| SENIOR CONSULTANT | SHAWNA AMARNANI | 9.00 | | 1,764.00 |
| FORENSIC ANALYST | JASON WECHTER | 1.40 | | 140.00 |
| BUSINESS ANALYSIS (BANKRUPTCY) Totals | | 11.70 | | 2,541.00 |
| Time Totals | | 37.60 | | 11,097.80 |
| Report Totals | | 37.60 | 295.15 | 11,097.80 |

*Printed by JZP on 4/25/2018 at 2:37 PM*

**EXHIBIT 2**

**ALINA ALVAREZ LUJARDO**
**CASE NO: 15-13429-BKC-AJC**
**FINAL FEE APPLICATION**
**SUMMARY OF REQUESTED REIMBURSEMENT OF EXPENSES**
**MAY 4, 2015 THROUGH APRIL 25, 2018**

| | | | | | |
|---|---|---|---|---|---:|
| 1. | Filing Fees | | | | 0.00 |
| 2. | Process Service Fees | | | | 0.00 |
| 3. | Witness Fees | | | | 0.00 |
| 4. | Court Report and Transripts | | | | 0.00 |
| 5. | Lien and Title Searches | | | | |
| 6. | Photocopies | | | | |
| | a. In-House | ( 113 | @ | 0.1500 ) | 16.95 |
| | b. Outside Copies | ( 0 | @ | 0.0000 ) | 0.00 |
| 7. | Postage | | | | 22.47 |
| 8. | Overnight Delivery Charges | | | | |
| | a. Express Mail | | | | 0.00 |
| | b. Overnight Delivery | | | | 0.00 |
| 9. | Ouside Courier/Messenger Services | | | | 0.00 |
| 10. | Long Distance Telephone Charges | | | | 0.00 |
| 11. | Long Distance Facsimile Charges | | | | 0.00 |
| 12. | Computerized Research | | | | 0.00 |
| 13. | Out of District Travel | | | | |
| | a. Mileage | | | | 0.00 |
| | b. Parking | | | | 0.00 |
| | c. Airfare | | | | 0.00 |
| | d. Accomodations | | | | 0.00 |
| | e. Car Rental Gas | | | | 0.00 |
| | f. Tolls | | | | 0.00 |
| | g. Meals | | | | 0.00 |
| | h. Taxi | | | | 0.00 |
| | i. Car Rental | | | | 0.00 |
| 14. | Other Permissible Expenses (must specify & justify) | | | | |
| | a. Virtual Data Room | | | | 0.00 |
| | b. Supplies | | | | 0.00 |
| | c. Internet Hosting (Web Site) | | | | 0.00 |
| | d. Advertising | | | | 0.00 |
| | e. Storage | | | | 0.00 |
| | f. Computer Supply Charges | | | | 0.00 |
| | g. Locksmith | | | | 0.00 |
| | h. Lacerte | | | | 0.00 |
| | i. Pacer | | | | 0.90 |
| | j. Ouside Computer Services | | | | 0.00 |
| | k. Tax Return Prep, Vendor Cost | | | | 0.00 |
| | l. Domain Site Renewals | | | | 0.00 |
| | m. Outside Services | | | | 0.00 |
| | n. Payments Made For Clients | | | | 0.00 |
| | o. Cost Allocation | | | | 0.00 |
| | p. Miscellaneous | | | | 0.00 |
| **TOTAL EXPENSE REIMBURSEMENT REQUESTED** | | | | | **40.32** |



**Kapila|Mukamal**
CPAs, Forensic and Insolvency Advisors
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

ALINA ALVAREZ LUJARDO
C/O ROSS R. HARTOG, TRUSTEE
9130 S. DADLAND BLVD #1800

MIAMI, FL 33156

Invoice: 4339

04/25/2018

Client ID: 104410

For Professional Services Rendered Through April 25, 2018

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| BUSINESS ANALYSIS (BANKRUPTCY) | | | | |
| 06/23/2015 | BEM | CONFERENCE WITH COUNSEL AND REVIEW OF DOCUMENTATION TO IDENTIFY POTENTIAL VALUATION ISSUES AND DISCOVERY REQUESTED. | 1.30 | 637.00 |
| 06/24/2015 | JBW | DOWNLOADED AND SEPARATED FILES INTO APPROPRIATE FOLDERS FOR FURTHER ANALYZING. | 1.40 | 140.00 |
| 07/23/2015 | SBA | ORGANIZE DOCUMENTS, REVIEW DOCKET. PREPARE INVENTORY OF DOCUMENTS PROVIDED. | 2.60 | 509.60 |
| 07/23/2015 | SBA | REVIEW EMAIL CORRESPONDENCE, BEGIN REVIEW OF DOCUMENTS PROVIDED FOR THE DEBTORS INBLOOM GROUP, E-BLOOMS DIRECT, AND AGROSTOCK. | 2.90 | 568.40 |
| 07/24/2015 | SBA | CONTINUE TO REVIEW DOCUMENTS PROVIDED FOR EBLOOM, INBLOOM AND AGROSTOCK. REVIEW EMAILS. BEGIN DOCUMENT REQUEST LIST. PREPARE RECONSTRUCTION OF DEBTOR'S PERSONAL TAX RETURNS RECEIVED. | 3.50 | 686.00 |
| PREFERENCE/FRAUDULENT TRANSFER | | | | |
| 10/18/2016 | FMK | MEETING WITH STAFF RE:  MATTER ORIENTATION AND CLAIMS ANALYSIS PLANNING. | 0.70 | 239.40 |
| 10/26/2016 | FMK | MATTER EVALUATION AND PRELIMINARY CLAIMS ANALYSIS. | 0.50 | 171.00 |
| 11/01/2016 | FMK | CONTINUE PRELIMINARY EVALUATION OF INFORMATION IN PREPARATION FOR CHAPTER 5 CLAIMS ANALYSIS. | 0.60 | 205.20 |
| 11/16/2016 | FMK | CONTINUE MATTER REVIEW AND ORIENTATION FOR CHAPTER 5 CLAIMS ANALYSIS. | 0.60 | 205.20 |
| 01/09/2017 | FMK | CASE MANAGEMENT STATUS UPDATE. | 0.40 | 136.80 |
| TAX SERVICES - ADVISORY | | | | |
| 10/07/2016 | LJJ | TAX RESEARCH REGARDING PARTNERSHIP PHANTOM INCOME | 1.80 | 756.00 |
| 01/31/2017 | LJJ | REVIEW AND REVISE RESPONSE TO TAX NOTICE | 0.60 | 258.00 |

**KapilaMukamal, LLP**  Invoice #4339   4/25/2018   Page 2 of 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/2017 | LJJ | ADDRESS EMAIL RE NOTICE. | 0.10 | 43.00 |
| 03/09/2017 | FMK | CONFIRMATION OF TAX REQUIREMENTS. | 0.50 | 171.00 |

TAX SERVICES - PREPARE FORMS

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/18/2015 | KAF | REVIEW NEW CLIENT FORM, PULL NEW CASE DOCKET, PETITION, SCHEDULES AND SOFA, FORMS 1&2, AND MOTIONS AND ORDERS, AND EVALUATE 2014 TAX FILING REQUIREMENT (NONE-2015 CASE), SET UP ON TAX CONTROL | 0.40 | 108.80 |
| 03/24/2016 | KAF | REVIEW TAX FILES/DOCUMENTS, REQUEST ESTATE EIN FROM TRUSTEE FOR 2015 EXTENSION PREPARATION | 0.10 | 29.40 |
| 04/05/2016 | KAF | PREPARE 2015 EXTENSION | 0.10 | 29.40 |
| 09/29/2016 | KAF | BEGIN 2015 TAX RETURN PREPARATION, DISCUSS TAX ISSUES/PROBLEMS RE: PHANTOM INCOME WITH L. JOHNSON, REQUEST DATA FROM TRUSTEE NEEDED TO FINALIZE TAX RETURN | 3.20 | 940.80 |
| 10/05/2016 | KAF | FOLLOW-UP RE: INFO NEEDED TO PREPARE 2015 FORM 1041 | 0.10 | 29.40 |
| 10/07/2016 | KAF | DRAFT 2015 TAX RETURN FOR L. JOHNSON REVIEW, PENDING DISCUSSION WITH TRUSTEE RE: TAX ISSUES | 2.40 | 705.60 |
| 10/07/2016 | KAF | DISCUSS TAX ISSUES WITH L. JOHNSON | 0.30 | 88.20 |
| 10/10/2016 | KAF | DISCUSS STATUS OF 2015 TAX RETURN PREPARATION AND DATA NEEDED TO COMPLETE WITH L. JOHNSON | 0.10 | 29.40 |
| 10/13/2016 | LJJ | TAX RESEARCH AND ANALYSIS OF HISTORICAL TAX RETURNS, DEBT AND BASIS ALLOCATIONS AND OTHER PARTNERSHIP DOCUMENTS. REALLOCATE DEBT ALLOCATIONS. DISCUSS WITH K. FOSTER. | 2.40 | 1,008.00 |
| 10/13/2016 | LJJ | T/C/W R, HARTOGG TO ADDRESS TAX ISSUES NECESSARY TO FINALIZE TAX RETURN | 0.40 | 168.00 |
| 10/13/2016 | KAF | DISCUSS TAX ISSUES AND L. JOHNSON T/C WITH TRUSTEE, CONTINUE/REVISE 2015 TAX RETURN PREPARATION PER T/C. | 1.60 | 470.40 |
| 10/14/2016 | LJJ | REVIEW FINAL TAX RETURN AND ACCOUNTING | 0.80 | 336.00 |
| 10/14/2016 | KAF | FINALIZE 2015 FORM 1041 | 1.70 | 499.80 |
| 10/14/2016 | KJJ | PREPARED AND ASSEMBLED FORM 1041 | 0.40 | 60.00 |
| 10/17/2016 | LJJ | T/C/W JOHN LEE REGARDING TAX RAMIFICATIONS OF PARTNERSHIP SALE, T/C/W Y. CANDIA REGARDING NEED FOR TAX REURN COPY, SCAN AND EMAIL TAX RETURN TO TRUSTEE'S OFFICE, ADDRESS EMAIL TRAFFIC (.6) MEET WITH TRUSTEE TO SIGN RETURN AND MAIL CERTIFIED (.2) | 0.80 | 336.00 |
| 01/03/2017 | LJJ | REVIEW EMAIL AND TAX NOTICE | 0.20 | 86.00 |
| 01/27/2017 | KAF | REVIEW AND SAVE EMAILS RE: IRS PENALTY NOTICE RE: 2015 FORM 1041; DRAFT RESPONSE LETTER TO ABATE PENALTIES | 1.30 | 403.00 |
| 10/16/2017 | LJJ | REVIEW TAX NOTICES, LOOK UP AMOUNTS DUE AND EMAIL AND CALL WITH S BROWN RE PAYMENT | 0.40 | 172.00 |

**KapilaMukamal, LLP**  Invoice #4339    4/25/2018    Page 3 of 4

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 12/08/2017 | KAF | REVIEW/SAVE IRS NOTICE CONFIRMING RECEIPT OF TAX PAYMENT RE: 12.31.15 FORM 1041 | 0.10 | 31.00 |
| 02/27/2018 | KAF | EMAIL FROM J. MARTIN RE: FINAL TAX RETURN PREPARATION, RESEARCH TAX FILES TO DETERMINE THAT FINAL 2015 TAX RETURN WAS FILED AND ALL INCOME/EXPENSES RECEIVED/PAID 2016-2017 WERE REPORTED ON FINAL RETURN; ADVISE J. MARTIN, FORWARD FINAL FEE APPLICATION REQUEST TO N. O'DONNELL, DOCUMENT TAX FILE | 0.30 | 93.00 |
| 03/08/2018 | LJJ | REVIEW FORMS 1 AND 2 TO DETERMINE TAX FILING NECESSARY | 0.40 | 172.00 |
| 04/02/2018 | LJJ | ADDRESS EMAILS RE 2018 ES PAYMENTS | 0.10 | 43.00 |
| 04/04/2018 | KAF | REVIEW EMAILS REQUESTING 2016 AND 2017 TAX RETURN PREPARATION, REVIEW 2015 FINAL FORM 1041 AND TAX WORKPAPERS, AND 2016-2018 FORMS 1&2, DETERMINE THAT FUNDS COLLECTED 2016-2018 WERE ACCRUED ON 2015 FINAL RETURN AND NO ADDITIONAL TAX FILINGS ARE REQUIRED; CONFIRM WITH L. JOHNSON, ADVISE TRUSTEE AND DOCUMENT TAX FILE | 0.70 | 217.00 |

TIME ANALYSIS

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 05/05/2015 | JZP | LUJARDO, ALINA - PREPARE AFFIDAVIT & NEW CLIENT TRANSMITTAL | 0.30 | 45.00 |
| 04/06/2018 | JZP | REVIEW WIP. DRAFT FINAL FEE APPLICATION. | 0.90 | 162.00 |
| 04/20/2018 | JZP | FINALIZE FEE APPLICATION AND EXHIBITS. | 0.60 | 108.00 |

11,097.80

EXPENSES

| Date | Type | Description | Amount |
|---|---|---|---|
| 05/31/2015 | EXP | PRINTED COPY CHARGE - MAY 2015 | 0.15 |
| 07/31/2015 | EXP | PACER - JULY 2015 | 0.80 |
| 04/12/2016 | EXP | POSTAGE - CERTIFIED MAIL - LJJ - 1041 EXTENSION MAILED AS PART OF A GROUP MAILING | 0.43 |
| 09/30/2016 | EXP | PACER - SEPTEMBER 2016 | 0.10 |
| 10/17/2016 | EXP | CERTIFIED MAIL - LJJ - DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE - CINCINNATI, OH | 7.13 |
| 10/18/2016 | EXP | CERTIFIED MAIL - LJJ - INTERNAL REVENUE SERVICE - CENTRALIZED INSOLVENCY OPERATION - PHILADELPHIA, PA | 8.18 |
| 10/31/2016 | EXP | PRINTED COPY CHARGE - OCTOBER 2016 | 12.75 |
| 01/17/2017 | EXP | PRINTED COPY CHARGE - JANUARY 2017 (01/01/17 - 01/17/17) | 0.60 |

# KapilaMukamal, LLP

Invoice #4339     4/25/2018     Page 4 of 4

| | | | |
|---|---|---|---:|
| 01/31/2017 | EXP | PRINTED COPY CHARGE - JANUARY 2017 (01/18/17 - 01/31/17) | 1.05 |
| 02/02/2017 | EXP | CERTIFIED MAIL - LJJ - DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERVICE - CINCINNATI, OH | 6.73 |
| 02/17/2017 | EXP | PRINTED COPY CHARGE - FEBRUARY 2017 (02/01/17 - 02/17/17) | 0.60 |
| 03/15/2018 | EXP | PRINTED COPIES - MARCH (03/01/18 - 03/15/18) | 1.80 |

                                                                        40.32

                        Total amount of this invoice        $11,138.12

<u>Invoice payable upon receipt.  Thank you for this opportunity to be of service.</u>