**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:                                                         CASE NO. 15-13429-AJC

ALINA ALVAREZ LUJARDO                              Chapter 7

                                        Debtor./

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Filing Fee Application* **[ECF No. 127]** to consider the *Summary of First and Final Fee Application of Markowitz, Ringel, Trusty & Hartog, P.A., Counsel to the Chapter 7 Trustee [ECF No. 126]* was served on all counsel of record or pro se parties identified on the attached Service List via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case on April 25, 2018.

I FURTHER CERTIFY that I caused a copy of the referenced notice to be served by regular U.S. mail, postage prepaid, on the creditor matrix as reflected in the attached Certificate of Service of BK Attorney Services, LLC on April 25, 2018.

Dated:  April 25, 2018                    MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A.
                                          *Counsel to Chapter 7 Trustee*
                                          9130 South Dadeland Boulevard, Suite 1800
                                          Miami, Florida  33156
                                          Tel. (305) 670-5000
                                          Fax. (305) 670-5011


                                          By: */s/ John H. Lee*
                                                JOHN H. LEE
                                                Florida Bar No. 91795
                                                E-mail: jlee@mrthlaw.com

750043

1

*In re Alina Alvarez Lujardo*
**Case No. 15-13429-AJC**
<u>Service List</u>

**15-13429-AJC Notice will be electronically mailed to:**

Alice A Blanco on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

Patrick L Cordero, Esq on behalf of Debtor Alina Alvarez Lujardo
ecfmail@pcorderolaw.com

Ross R Hartog
rhartog@mrthlaw.com,
FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;
rhartog@ecf.courtdrive.com

Maurice D. Hinton, Esq. on behalf of Creditor BSI Financial Services, Inc., as servicing agent
for HMC Assets, LLC, solely in its capacity as trustee
hintonlawgroup@gmail.com

John H Lee on behalf of Trustee Ross R Hartog
jlee@mrthlaw.com,
ecfnotices@mrthlaw.com,mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,
gruiz@mrthlaw.com;markowitzjr73991@notify.bestcase.com,jlee@ecf.courtdrive.com

Brandi Rainey Lesesne, Esq. on behalf of Creditor Wells Fargo Bank, NA
ecfflsb@aldridgepite.com, blesesne@ecf.inforuptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

D Jean Ryan, Esq. on behalf of Interested Party Jean Ryan
courtmail@ryanlawpa.com, ryanlawpa@gmail.com;r63178@notify.bestcase.com

Zach B Shelomith on behalf of Creditor Champlain Towers South Condominium Association,
Inc.
zbs@lsaslaw.com,
fpd@lsaslaw.com;jz@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  ALINA ALVAREZ LUJARDO

CASE NO: 15-13429-AJC

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 4/25/2018, a copy of the following documents, described below,

Notice of Filing Fee Application [ECF No. 127]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/25/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John H. Lee, Esq.
Markowitz, Ringel, Trusty & Hartog, PA
9130 South Dadeland Boulevard, Suite 1800
Miami, FL  33156

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
113C1
CASE 15-13429-AJC
SOUTHERN DISTRICT OF FLORIDA
MIAMI
WED APR 25 10-33-51 EDT 2018

BSI FINANCIAL SERVICES INC AS
SERVICING A
CO DELUCA LAW GROUP PLLC
2101 NE 26TH STREET
FORT LAUDERDALE FL 33305-1535

CHAMPLAIN TOWERS SOUTH CONDOMINIUM
ASSOCIATI
CO ZACH B SHELOMITH ESQ
2699 STIRLING RD  C401
FT LAUDERDALE FL 33312-6598

WELLS FARGO BANK NA
CO ALDRIDGE CONNORS LLP
3575 PIEDMONT RD NE 500
ATLANTA GA 30305-1623

ALDRIDGE CONNORS LLP
1615 S CONGRESS AVE STE 200
DELRAY BEACH FL 33445-6326

AMERICAN EXPRESS
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS BANK FSB
CO BECKET AND LEE LLP
POB 3001
MALVERN PA 19355-0701

AMEX
PO BOX 981537
EL PASO TX 79998-1537

BANK ATLANTIC IL
1750 E SUNRISE BLVD
FORT LAUDERDALE FL 33304-3013

BANK ATLANTICBBT
200 W 2ND ST
WINSTON SALEM NC 27101-4019

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA
ATTN CORRESPONDENCE UNITCA69190241
PO BOX 5170
SIMI VALLEY CA 93062-5170

BK OF AMER
1800 TAPO CANYON RD
SIMI VALLEY CA 93063-6712

BK OF AMER
9000 SOUTHSIDE BLVD BLDG
JACKSONVILLE FL 32256-6705

BMW BANK OF NORTH AMER
2735 E PARLEYS WAY
SALT LAKE CITY UT 84109-1666

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAP1BSTBY
PO BOX 30253
SALT LAKE CITY UT 84130-0253

CAP1CASML
PO BOX 5253
CAROL STREAM IL 60197-5253

CAP1NEIMN
26525 N RIVERWOODS BLVD
METTAWA IL 60045-3440

CAP1SAKS
3455 HIGHWAY 80 W
JACKSON MS 39209-7202

CAPITAL ONE NA
CAPITAL
1 BANK USA N  A
SALT LAKE CITY UT 84130

CAPITAL RECOVERY V LLC
CO RECOVERY MANAGEMENT SYSTEMS
CORPORAT
25 SE 2ND AVENUE SUITE 1120
MIAMI FL 33131-1605

CAVALRY SPV I LLC AS ASSIGNEEOF GE
CAPITAL
CAVALRY SPV I LLC
500 SUMMIT LAKE DRIVE STE 400
VALHALLA NY 10595-1340

CHASE BANK USA NA
CO KEVIN C DRISCOLL JR
BARNES  THORNBURG LLP
1 NORTH WACKER DRIVE SUITE 4400
CHICAGO IL 60606-2841

CHASE CARD
PO BOX 15298
WILMINGTON DE 19850-5298

CITI
701 E 60TH ST N
SIOUX FALLS SD 57104-0493

CITI
PO BOX 6241
SIOUX FALLS SD 57117-6241

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CITIBANK
CITICORP CREDIT SRVSCENTRALIZED
BANKRUP
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANK NA
CITICORPATTN CENTRALIZED BANKRUPTCY
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED
BANKRUP
PO BOX 790040
SAINT LOUIS MO 63179-0040

CITIBANKNA
PO BOX 769006
SAN ANTONIO TX 78245-9006

COMENITY BANKAMERICAN SIGNATURE
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY BANKAMSGNFRN
4590 E BROAD ST
COLUMBUS OH 43213-1301

COMENITY BANKAVENUE
PO BOX 182789
COLUMBUS OH 43218-2789

COMENITY BANKNEW YORK  COMPANY
ATTENTION BANKRUPTCY
PO BOX 182686
COLUMBUS OH 43218-2686

COMENITY BANKNWYRKCO
220 W SCHROCK RD
WESTERVILLE OH 43081-2873

COMENITY BANKVCTRSSEC
PO BOX 182789
COLUMBUS OH 43218-2789

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON DE 19850-5316

DSNB MACYS
9111 DUKE BLVD
MASON OH 45040-8999

GECRB DILLARDS
ATTN BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

GECRBLOWES
ATTENTION BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076-9104

GECRB OLD NAVY
ATTENTION GEMB
PO BOX 103104
ROSWELL GA 30076-9104

GECRBBROOK BROTHERS
ATTN BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

GECRBSAMS CLUB
GECRBSAMS CLUB
PO BOX 103104
ROSWELL GA 30076-9104

GEMBWALMART
ATTN BANKRUPTCY
PO BOX 103104
ROSWELL GA 30076-9104

INBLOOM GROUP LLC
CO HORTENSIA ULLIVARRI  FLAVIO ULLIVAR
2500 NW 79TH AVE STE 215
DORAL FL 33122-1003

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

MAYORS JEWEL
PO BOX 94498
LAS VEGAS NV 89193-4498

NORDSTROM FSB
ATTENTION ACCOUNT SERVICES
PO BOX 6566
ENGLEWOOD CO 80155-6566

NORDSTROM FSB
PO BOX 6555
ENGLEWOOD CO 80155-6555

OCEAN BANK
200 NE 3RD AVE
FORT LAUDERDALE FL 33301-1148

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

~~EXCLUDE~~

~~OFFICE OF THE US TRUSTEE~~
~~51 SW 1ST AVE~~
~~SUITE 1204~~
~~MIAMI FL 33130-1614~~

PYOD LLC ITS SUCCESSORS AND ASSIGNS AS
ASSI
OF CITIBANK NA
RESURGENT CAPITAL SERVICES
PO BOX 19008
GREENVILLE SC 29602-9008

SEARSCBNA
PO BOX 6189
SIOUX FALLS SD 57117-6189

SPECIAL ASST US ATTORNEY
1000 S PINE ISLAND ROAD 300
FORT LAUDERDALE FL 33324-3910

SYNCBBROOK BROS
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBCARE CREDIT
PO BOX 965036
ORLANDO FL 32896-5036

SYNCBOLD NAVY
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBSAMS CLUB DC
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBWALMART
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBBANANA REP
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBDILLAR
PO BOX 965024
ORLANDO FL 32896-5024

SYNCBGAP
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBLORD  TAY
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

SYNCBLOWES
PO BOX 965005
ORLANDO FL 32896-5005

SYNCBTJX COS DC
4125 WINDWARD PLZ
ALPHARETTA GA 30005-8738

TARGET NB
PO BOX 673
MINNEAPOLIS MN 55440-0673

THDCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

US ATTORNEY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

UNITED STATES ATTORNEY
99 NE 4TH ST
MIAMI FL 33132-2145

VW CREDIT INC
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

VOLKSWAGON CREDIT INC
NATIONAL BANKRUPTCY SERVICES
9441 LYNDON B JOHNSON FWY STE 250
DALLAS TX 75243-4640

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

WFFNBMATTRESS GIANT
PO BOX 94498
LAS VEGAS NV 89193-4498

DEBTOR

ALINA ALVAREZ LUJARDO
2231 SW 82ND PL
MIAMI FL 33155-1250

BARRY MUKAMAL
1 SE 3 AVE 2150
MIAMI FL 33131-1716

JEAN RYAN
RYAN LAW FIRM PA
8500 SW 92ND STREET STE 202
MIAMI FL 33156-7379

JOSE C BLANCO
6780 CORAL WAY
MIAMI FL 33155-1702

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA THE COURT'S CM/ECF SYSTEM
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

KIT R BECKER
YAMATO OFFICE CENTER 301
1 001 YAMATO ROAD
BOCA RATON FL 33431-4403

PATRICK L CORDERO ESQ
7333 CORAL WAY
MIAMI FL 33155-1402

ROSS R HARTOG
101 NE THIRD AVENUE
SUITE 1210
FORT LAUDERDALE FL 33301-1147