UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                  Case No. 15-13429-AJC
                                                                        Chapter 7 Proceeding
ALINA ALVAREZ LUJARDO

_____Debtors_____/

## TRUSTEE'S REPORT OF SALE AND NOTICE OF COMPLIANCE

COMES NOW the Trustee, **ROSS R. HARTOG**, and files this Trustee's Report of Sale and Notice of Compliance and would state as follows:

1. The Court entered an Order Approving the Trustee's Motion to Compromise Controversy with Alina Alvarez Lujardo on October 27, 2015 (the "Settlement Order") [ECF #98][1].

2. Alina Alvarez Lujardo has complied with the Settlement Order by paying the Trustee the sum of $29,954 for:

- Cash
- Chase Business Checking #6006
- Furniture
- Clothes
- Jewelry
- EBlooms Direct, Inc.
- Estate's Right to Pursue Disclosed Causes of Actions

I HEREBY CERTIFY that a copy of the foregoing was served on via email through the Court's BNC.

Dated: April 26, 2018

By: /S/ *Ross R. Hartog, Trustee*
ROSS R. HARTOG, TRUSTEE
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Telephone: (305) 670-5000
Email: trustee@mrthlaw.com

---

[1] Pursuant to the Settlement Order, the Debtor's total repurchase of $89,954 would be offset by the Trustee's sale of InBloom, Inc., which sold for $50,000.