**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| IN RE:<br>Alina Alvarez Lujardo<br><br><br>Debtor. | CHAPTER 7<br><br>CASE NO. 15-13429-AJC |

**TRUSTEE'S APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

     Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $7,747.70 and reimbursement of expenses in the amount of $187.73 for this case. The Trustee has, by prior authorization, received no such compensation and no such reimbursement of expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be           $89,954.00

Pursuant to 11 U.S.C. Section 326, compensation to the trustee is computed as follows:

(For cases filed on or after October 23, 1994)

| | | | |
|---|---|---|---|
| Receipts | $89,954.00 | 25% of first 5,000 | $1,250.00 |
| Less | -5,000.00 | ($1250.00 Max) | |
| Balance | $84,954.00 | 10% of next 45,000 | $4,500.00 |
| Less | -45,000.00 | ($4500.00 Max) | |
| Balance | $39,954.00 | 5% of next 950,000 | $1,997.70 |
| Less | -950,000.00 | ($47,500.00 Max) | |
| Balance | $0.00 | 3% of balance | $0.00 |

TOTAL COMPENSATION REQUESTED           $7,747.70

TRUSTEE EXPENSES (ITEMIZED EXPENSES ATTACHED):

| | |
|---|---:|
| TOTAL EXPENSES CLAIMED | $187.73 |
| TOTAL REQUESTED FEES AND EXPENSES | $7,935.43 |

WHEREFORE, the Trustee request this application be approved by the Court and that the Trustee be awarded $7,747.70 as compensation and $187.73 for reimbursement of expenses. The Trustee certifies that no payments have been made or promised to her for services rendered in any capacity in this case. No agreement or understanding exists between the Trustee and any other person or entity, other than her law firm, for sharing compensation or to be received.

Dated: April 26, 2018        /s/ *Ross Hartog, Trustee*
　　　　　　　　　　　　　　 Ross Hartog, Trustee
　　　　　　　　　　　　　　 101 NE Third Avenue, Suite 1210
　　　　　　　　　　　　　　 Fort Lauderdale, FL 33301
　　　　　　　　　　　　　　 Telephone: (305) 670-5000
　　　　　　　　　　　　　　 Facsimile: (305) 670-5011
　　　　　　　　　　　　　　 EM: Trustee@mrthlaw.com

**TIME AND BILLING EXPENSE REPORT**

Page No: 1

| Case No.: | 15-13429-AJC | Trustee Name |
|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Ross R. Hartog |
| Start Date: | 2/25/2015 | |
| End Date: | 4/26/2018 | |

| DATE | RATE | QUANTITY | BILLABLE TOTAL | TOTAL | BILLING STATUS |
|---|---|---|---|---|---|
| **Claimant : Ross Hartog** | | | | | |
| **Matter Code :** | | | | | |
| **Project Category :** | | | | | |
| **BOND PREMIUM** | | | | | |
| 12/23/2015 | $21.200 | 1.00 | $21.20 | $21.20 | Billable |
| Description: 2016 BOND PREMIUM | | | | | |
| 12/02/2016 | $10.400 | 1.00 | $10.40 | $10.40 | Billable |
| Description: 2017 BOND PREMIUM | | | | | |
| 12/04/2017 | $14.640 | 1.00 | $14.64 | $14.64 | Billable |
| Description: 2018 BOND PREMIUM | | | | | |
| **BOND PREMIUM Total:** | | | $46.24 | $46.24 | |
| **MAIL, POSTAGE & SUPPLIES** | | | | | |
| 12/08/2015 | $0.540 | 1.00 | $0.54 | $0.54 | Billable |
| Description: INTERIM PAYMENT TO CREDITOR | | | | | |
| 12/29/2015 | $0.540 | 1.00 | $0.54 | $0.54 | Billable |
| Description: INTERIM PAYMENT TO CREDITOR | | | | | |
| 01/12/2016 | $0.790 | 3.00 | $2.37 | $2.37 | Billable |
| Description: ECF 108 | | | | | |
| 01/28/2016 | $0.540 | 1.00 | $0.54 | $0.54 | Billable |
| Description: INTERIM PAYMENT TO CREDITOR | | | | | |
| 02/16/2016 | $0.790 | 1.00 | $0.79 | $0.79 | Billable |
| Description: ECF 111 | | | | | |
| 02/29/2016 | $0.540 | 1.00 | $0.54 | $0.54 | Billable |
| Description: INTERIM PAYMENT TO CREDITOR | | | | | |
| 03/14/2016 | $0.790 | 82.00 | $64.78 | $64.78 | Billable |
| Description: ECF 113 | | | | | |
| 10/16/2017 | $0.540 | 1.00 | $0.54 | $0.54 | Billable |
| Description: INTERIM PAYMENT TO CREDITOR | | | | | |
| 04/26/2018 | $0.790 | 89.00 | $70.31 | $70.31 | Billable |
| Description: NFR | | | | | |
| 04/26/2018 | $0.540 | 1.00 | $0.54 | $0.54 | Billable |
| Description: Dividends Checks | | | | | |
| **MAIL, POSTAGE & SUPPLIES Total:** | | | $141.49 | $141.49 | |
| **Project Category  Total:** | | | $187.73 | $187.73 | |
| **Matter Code  Total:** | | | $187.73 | $187.73 | |
| **EXPENSE SUMMARY:** | | | $187.73 | | |