**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

ALINA ALVAREZ LUJARDO,

Debtor./

CASE NO. 15-13429-AJC

*Chapter 7*

**NOTICE OF FILING NOTICE OF VOLUNTARY FEE REDUCTION
FOR THE CHAPTER 7 TRUSTEE AND PROFESSIONALS**

PLEASE NOTE that Ross R. Hartog, the Chapter 7 Trustee and his professionals, file this Notice of Voluntary Fee Reduction and state:

1. On April 26, 2018. The Trustee filed his *Final Application for Compensation* [ECF 131] seeking payment of $7,747.70 in fees. The Trustee is voluntarily reducing the fees sought to $6,000.

2. On April 25, 2018, MRTH, PA, attorneys for the Chapter 7 Trustee, filed their *First and Final Application for Compensation* [ECF 126] seeking payment of $30,877.50 in fees. MRTH, PA is voluntarily reducing the fees sought to $26,000.

3. On April 25, 2018, KapilaMukamal, LLP, accountants for the Chapter 7 Trustee, filed their *Application for Final Compensation* [ECF 128] seeking payment of $11,097.80 in fees. KapilaMukamal, LLP is voluntarily reducing the fees sought to $9,000.

**I HEREBY CERTIFY** that a true copy of the foregoing was served on April 26, 2018, via email through the Court's BNC.

Dated: April 26, 2018

/s/ **Ross R. Hartog**
ROSS R. HARTOG, CHAPTER 7 TRUSTEE
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Telephone: (305) 670-5000