UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | § | Case No. 1:15-BK-13429-AJC |
|---|---|---|
| | § | |
| Alina Alvarez Lujardo | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/25/2015. The undersigned trustee was appointed on 02/25/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $89,954.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $619.03 |
    | Bank service fees | $2,054.76 |
    | Other Payments to creditors | $35,559.91 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $51,720.30 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/08/2015 and the deadline for filing government claims was 08/24/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,747.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,000.00, for a total compensation of $6,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $187.73, for total expenses of $187.73.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/26/2018     By:   /s/ Ross R. Hartog
                           Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No.: 1
Exhibit A

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| For the Period Ending: | 4/26/2018 | §341(a) Meeting Date: | 04/01/2015 |
| | | Claims Bar Date: | 08/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  8777 Collins Avenue, #603, Surfside, FL 33154 | $460,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  Notice of Abandonment [ECF 113] | | | | | |
| 2  Cash | $20.00 | $500.00 | | $500.00 | FA |
| 3  Chase Business Checking #6006 | $87.06 | $2,000.00 | | $2,000.00 | FA |
| 4  Furniture & Decorative Items | $800.00 | $2,000.00 | | $2,000.00 | FA |
| 5  Clothes | $50.00 | $150.00 | | $150.00 | FA |
| 6  Jewelry | $250.00 | $150.00 | | $150.00 | FA |
| 7  E Blooms Direct, Inc. | Unknown | $12,000.00 | | $12,000.00 | FA |
| 8  In Bloom Group | Unknown | $50,000.00 | | $50,000.00 | FA |
| Asset Notes:  Order Approving Sale of Asset [ECF #104] Report of Sale [ECF 117] | | | | | |
| 9  2014 Tax Refund | Unknown | $0.00 | | $0.00 | FA |
| 10  Estate's Right to Pursue Fully Disclosed Causes of (u) | $0.00 | $23,154.00 | | $23,154.00 | FA |
| 11  Bank of America #3300 (u) | $320.64 | $0.00 | | $0.00 | FA |
| Asset Notes:  Amended Schedules [ECF 87] | | | | | |
| 12  Agroefecto Suministric dba Alpa Roses (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:  Amended Schedules [ECF 87] | | | | | |

**TOTALS (Excluding unknown value)**  $461,527.70  $89,954.00

**Gross Value of Remaining Assets**  $89,954.00  $0.00

---

**Major Activities affecting case closing:**

02/27/2018  Status: Trustee has hired counsel (J. Lee) and an Accountant (S. Kapila). Trustee's counsel has settled with the Debtor, which includes but not limited to, waiver of Inbloom Group, LL's claim (POC#6) [Mtn ECF 89/ Ord ECF 98].

Trustee's counsel obtained an Order to approve the short sale of the Debtor's home [ECF 109]. The short sale was not approved and the Trustee abandoned the real property.

The Trustee entered into an agreement to sell the Estate's 43.15% interest in InBloom Group, LLC to the remaining shareholders of the Company. The sale was approved by the Court [ECF 104].

Debtor is making payments pursuant to a settlement plan.

CBD: 8/8/15

Tax Returns: Prepared and previously sent by Accountant.

| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | /s/ ROSS R. HARTOG |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 12/31/2018 | ROSS R. HARTOG |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6417 | | Checking Acct #: | ******0611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2016 | | Union Bank | Transfer Funds | 9999-000 | $33,177.98 | | $33,177.98 |
| 11/17/2016 | (7) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1129-000 | $50.00 | | $33,227.98 |
| 11/17/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $150.00 | | $33,377.98 |
| 11/17/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,300.00 | | $34,677.98 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.58 | $34,637.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $35,137.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $35,637.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $36,137.40 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.64 | $36,080.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $36,580.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $37,080.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $37,580.76 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.89 | $37,521.87 |
| 02/17/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $38,021.87 |
| 02/17/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,000.00 | | $39,021.87 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.17 | $38,966.70 |
| 03/15/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,000.00 | | $39,966.70 |

| | | | | SUBTOTALS | $40,177.98 | $211.28 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
| --- | --- | --- | --- |
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******0611 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $40,466.70 |
| 03/31/2017 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $63.80 | $40,402.90 |
| 04/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $40,902.90 |
| 04/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $41,402.90 |
| 04/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $41,902.90 |
| 04/28/2017 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $63.62 | $41,839.28 |
| 05/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $204.00 |  | $42,043.28 |
| 05/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $42,543.28 |
| 05/31/2017 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $67.81 | $42,475.47 |
| 06/21/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $42,975.47 |
| 06/21/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $43,475.47 |
| 06/21/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $43,975.47 |
| 06/30/2017 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $66.95 | $43,908.52 |
| 07/24/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $44,408.52 |
| 07/24/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $44,908.52 |
| 07/24/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $45,408.52 |
| 07/31/2017 |  | Bank of Texas | Account Analysis Fee | 2600-000 |  | $71.32 | $45,337.20 |
| 08/15/2017 |  | Green Bank | Transfer Funds | 9999-000 |  | $45,337.20 | $0.00 |
|  |  |  | **SUBTOTALS** |  | $5,704.00 | $45,670.70 |  |

Page No: 3     Exhibit B

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 15-13429-AJC | **Trustee Name:** | Ross R. Hartog |
| **Case Name:** | Lujardo, Alina Alvarez | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***6417 | **Checking Acct #:** | ******0611 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 2/25/2015 | **Blanket bond (per case limit):** | $84,082,000.00 |
| **For Period Ending:** | 4/26/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $45,881.98 | $45,881.98 | $0.00 |
| | | **Less: Bank transfers/CDs** | $33,177.98 | $45,337.20 | |
| | | **Subtotal** | $12,704.00 | $544.78 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $12,704.00 | $544.78 | |

**For the period of 2/25/2015 to 4/26/2018**

| | |
|---|---|
| Total Compensable Receipts: | $12,704.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,704.00 |
| Total Internal/Transfer Receipts: | $33,177.98 |
| | |
| Total Compensable Disbursements: | $544.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $544.78 |
| Total Internal/Transfer Disbursements: | $45,337.20 |

**For the entire history of the account between 11/08/2016 to 4/26/2018**

| | |
|---|---|
| Total Compensable Receipts: | $12,704.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,704.00 |
| Total Internal/Transfer Receipts: | $33,177.98 |
| | |
| Total Compensable Disbursements: | $544.78 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $544.78 |
| Total Internal/Transfer Disbursements: | $45,337.20 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******8885 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Lujardo Estate Checking |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2015 | | Alina Alvarez Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | * | $1,500.00 | | $1,500.00 |
| | {3} | | Chase Business Checking #6006    $700.00 | 1129-000 | | | $1,500.00 |
| | {7} | | E Blooms Direct, Inc.    $150.00 | 1129-000 | | | $1,500.00 |
| | {2} | | Cash    $500.00 | 1129-000 | | | $1,500.00 |
| | {5} | | Clothes    $150.00 | 1129-000 | | | $1,500.00 |
| 11/10/2015 | (8) | Ryan Law Firm P.A. | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1129-000 | $50,000.00 | | $51,500.00 |
| 11/16/2015 | | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | * | $1,500.00 | | $53,000.00 |
| | {4} | | Furniture & Decorative Items    $200.00 | 1129-000 | | | $53,000.00 |
| | {3} | | Chase Business Checking #6006    $1,300.00 | 1129-000 | | | $53,000.00 |
| 12/08/2015 | 5001 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $49.03 | $52,950.97 |
| 12/15/2015 | (4) | Alina Lujardo | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1129-000 | $1,500.00 | | $54,450.97 |
| 12/28/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.71 | $54,402.26 |
| 12/29/2015 | 5002 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $54,212.26 |
| 01/19/2016 | | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | * | $1,500.00 | | $55,712.26 |
| | {6} | | Jewelry    $150.00 | 1129-000 | | | $55,712.26 |
| | {4} | | Furniture & Decorative Items    $300.00 | 1129-000 | | | $55,712.26 |
| | {7} | | E Blooms Direct, Inc.    $1,050.00 | 1129-000 | | | $55,712.26 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.88 | $55,632.38 |
| 01/28/2016 | 5003 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $55,442.38 |
| 02/16/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,000.00 | | $56,442.38 |
| 02/16/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $500.00 | | $56,942.38 |
| | | | **SUBTOTALS** | | **$57,500.00** | **$557.62** | |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******8885 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Lujardo Estate Checking |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2016 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $81.24 | $56,861.14 |
| 02/25/2016 | 5004 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 |  | $190.00 | $56,671.14 |
| 03/15/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | 1129-000 | $1,500.00 |  | $58,171.14 |
| 03/25/2016 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $77.85 | $58,093.29 |
| 04/15/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 |  | $59,593.29 |
| 04/25/2016 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $85.18 | $59,508.11 |
| 05/16/2016 | (7) | Alina Alvarez Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 |  | $61,008.11 |
| 05/25/2016 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $84.24 | $60,923.87 |
| 06/14/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1249-000 | $1,500.00 |  | $62,423.87 |
| 06/27/2016 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $89.25 | $62,334.62 |
| 07/18/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/2/15 | 1129-000 | $1,500.00 |  | $63,834.62 |
| 07/25/2016 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $88.52 | $63,746.10 |
| 08/16/2016 |  | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | * | $1,500.00 |  | $65,246.10 |
|  | {7} |  | E Blooms Direct, Inc.  $750.00 | 1129-000 |  |  | $65,246.10 |
|  | {10} |  | Estate's Right to Pursue Fully Disclosed Causes of Action  $750.00 | 1249-000 |  |  | $65,246.10 |
| 08/25/2016 |  | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $93.30 | $65,152.80 |

**SUBTOTALS**   $9,000.00   $789.58

Page No: 6     Exhibit B

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******8885 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Lujardo Estate Checking |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2016 | (7) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 | | $66,652.80 |
| 09/26/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.53 | $66,557.27 |
| 10/17/2016 | 5005 | United States Treasury | Payment of Final Estate taxes, per Order dated 10/17/16 [ECF 122] | 5800-000 | | $34,785.00 | $31,772.27 |
| 10/18/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,000.00 | | $32,772.27 |
| 10/18/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1249-000 | $500.00 | | $33,272.27 |
| 10/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.29 | $33,177.98 |
| 11/08/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $33,177.98 | $0.00 |

|  |  | | | |
|---|---|---|---|---|
| | TOTALS: | | $69,500.00 | $69,500.00 | $0.00 |
| | Less: Bank transfers/CDs | | $0.00 | $33,177.98 | |
| | Subtotal | | $69,500.00 | $36,322.02 | |
| | Less: Payments to debtors | | $0.00 | $0.00 | |
| | Net | | $69,500.00 | $36,322.02 | |

| For the period of 2/25/2015 to 4/26/2018 | | For the entire history of the account between 01/01/1900 to 4/26/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $69,500.00 | Total Compensable Receipts: | $69,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,500.00 | Total Comp/Non Comp Receipts: | $69,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $36,322.02 | Total Compensable Disbursements: | $36,322.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,322.02 | Total Comp/Non Comp Disbursements: | $36,322.02 |
| Total Internal/Transfer Disbursements: | $33,177.98 | Total Internal/Transfer Disbursements: | $33,177.98 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $45,337.20 | | $45,337.20 |
| 08/22/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $45,837.20 |
| 08/22/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $46,337.20 |
| 08/22/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $46,837.20 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $40.84 | $46,796.36 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $75.51 | $46,720.85 |
| 10/03/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment, per Order dated 10-27-15 [ECF 98] | 1249-000 | $500.00 | | $47,220.85 |
| 10/03/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment, per Order dated 10-27-15 [ECF 98] | 1249-000 | $500.00 | | $47,720.85 |
| 10/03/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment, per Order dated 10-27-15 [ECF 98] | 1249-000 | $500.00 | | $48,220.85 |
| 10/16/2017 | 5001 | Internal Revenue Service | Payment of Accrued Interest, per Order dated 10/17/16 [ECF 122] | 5800-000 | | $774.91 | $47,445.94 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $74.86 | $47,371.08 |
| 11/01/2017 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $500.00 | | $47,871.08 |
| 11/01/2017 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $1,000.00 | | $48,871.08 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $76.31 | $48,794.77 |
| 12/01/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $1,000.00 | | $49,794.77 |
| 12/01/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $500.00 | | $50,294.77 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $81.16 | $50,213.61 |
| 01/23/2018 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF No. 98] | 1249-000 | $1,000.00 | | $51,213.61 |
| 01/23/2018 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF No. 98] | 1249-000 | $500.00 | | $51,713.61 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $81.73 | $51,631.88 |
| 02/26/2018 | (10) | Alina Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF No. 98] | 1249-000 | $250.00 | | $51,881.88 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $75.29 | $51,806.59 |
| | | | SUBTOTALS | | $53,087.20 | $1,280.61 | |

FORM 2

Page No: 8　　Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $86.29 | $51,720.30 |
| | | | TOTALS: | | $53,087.20 | $1,366.90 | $51,720.30 |
| | | | Less: Bank transfers/CDs | | $45,337.20 | $0.00 | |
| | | | Subtotal | | $7,750.00 | $1,366.90 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $7,750.00 | $1,366.90 | |

| For the period of 2/25/2015 to 4/26/2018 | | For the entire history of the account between 08/15/2017 to 4/26/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,750.00 | Total Compensable Receipts: | $7,750.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,750.00 | Total Comp/Non Comp Receipts: | $7,750.00 |
| Total Internal/Transfer Receipts: | $45,337.20 | Total Internal/Transfer Receipts: | $45,337.20 |
| | | | |
| Total Compensable Disbursements: | $1,366.90 | Total Compensable Disbursements: | $1,366.90 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,366.90 | Total Comp/Non Comp Disbursements: | $1,366.90 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |  | |
|---|---|---|---|---|
| Case No. | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
| Case Name: | Lujardo, Alina Alvarez | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6417 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 4/26/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $89,954.00 | $38,233.70 | $51,720.30 |

**For the period of 2/25/2015 to 4/26/2018**

| | |
|---|---|
| Total Compensable Receipts: | $89,954.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89,954.00 |
| Total Internal/Transfer Receipts: | $78,515.18 |
| | |
| Total Compensable Disbursements: | $38,233.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38,233.70 |
| Total Internal/Transfer Disbursements: | $78,515.18 |

**For the entire history of the case between 02/25/2015 to 4/26/2018**

| | |
|---|---|
| Total Compensable Receipts: | $89,954.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89,954.00 |
| Total Internal/Transfer Receipts: | $78,515.18 |
| | |
| Total Compensable Disbursements: | $38,233.70 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38,233.70 |
| Total Internal/Transfer Disbursements: | $78,515.18 |

/s/ ROSS R. HARTOG

ROSS R. HARTOG

CLAIM ANALYSIS REPORT

| Case No. | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
| Case Name: | Lujardo, Alina Alvarez | | Date: | 4/26/2018 |
| Claims Bar Date: | 08/08/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ROSS HARTOG<br><br>Ross Hartog<br>9130 S. Dadeland Boulevard<br>Suite 1800<br>Miami FL 33156 | | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,747.70 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |
| **Claim Notes:** | FFA [ECF 131]<br>Notice of Voluntary Fee Reduction [ECF 132] | | | | | | | | | | | |
| | ROSS HARTOG<br><br>Ross Hartog<br>9130 S. Dadeland Boulevard<br>Suite 1800<br>Miami FL 33156 | | Trustee Expenses | Allowed | 2200-000 | $0.00 | $187.73 | $187.73 | $0.00 | $0.00 | $0.00 | $187.73 |
| **Claim Notes:** | FFA [ECF 131] | | | | | | | | | | | |
| | KAPILAMUKAMAL LLP<br><br>1000 S. Federal Hwy, #200<br>Ft. Lauderdale FL 33316 | 04/26/2018 | Accountant for Trustee Expenses (Ot | Allowed | 3420-000 | $0.00 | $40.32 | $40.32 | $0.00 | $0.00 | $0.00 | $40.32 |
| **Claim Notes:** | FFA [ECF 128] | | | | | | | | | | | |
| | KAPILAMUKAMAL LLP<br><br>1000 S. Federal Hwy, #200<br>Ft. Lauderdale FL 33316 | 04/26/2018 | Accountant for Trustee Fees (Other | Allowed | 3410-000 | $0.00 | $11,097.80 | $9,000.00 | $0.00 | $0.00 | $0.00 | $9,000.00 |
| **Claim Notes:** | FFA [ECF 128]<br>Notice of Voluntary Fee Reduction [ECF 132] | | | | | | | | | | | |
| | MRTH PA<br><br>9130 South Dadeland Blvd #1800<br>Miami FL 33156 | 04/24/2018 | Attorney for Trustee Expenses (Trus | Allowed | 3120-000 | $0.00 | $3,485.01 | $3,485.01 | $0.00 | $0.00 | $0.00 | $3,485.01 |
| **Claim Notes:** | FFA [ECF 126] | | | | | | | | | | | |
| | MRTH PA<br><br>9130 South Dadeland Blvd #1800<br>Miami FL 33156 | 04/24/2018 | Attorney for Trustee Fees (Trustee | Allowed | 3110-000 | $0.00 | $30,887.50 | $26,000.00 | $0.00 | $0.00 | $0.00 | $26,000.00 |
| **Claim Notes:** | FFA [ECF 126]<br>Notice of Voluntary Fee Reduction [ECF 132] | | | | | | | | | | | |

Case 15-13429-AJC   Doc 133   Filed 05/17/18   Page 14 of 20

CLAIM ANALYSIS REPORT                                   Page No: 2            Exhibit C

| Case No. | 15-13429-AJC | | | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | | | | Date: | 4/26/2018 |
| Claims Bar Date: | 08/08/2015 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | TRUSTEE INSURANCE AGENCY<br><br>Trustee Insurance Agency<br>2813 West Main<br>Kalamazoo MI 49006 |  | Costs to Secure/Maintain Property ( | Allowed | 2420-000 | $0.00 | $619.03 | $619.03 | $619.03 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Property insurance, pursuant to Local Rule 2016-1(A)(j) | | | | | | | | | | | |
|  | UNITED STATES TREASURY<br>United States Treasury<br>Department of Treasury<br>Internal Revenue Service<br>Cincinnati OH 45990148 |  | Other Chapter 7 Administrative Expe | Allowed | 2990-000 | $0.00 | $34,785.00 | $34,785.00 | $34,785.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Payment of Final Estate taxes, per Order dated 10/17/16 [ECF 122] | | | | | | | | | | | |
|  | INTERNAL REVENUE SERVICE<br>Ogden UT 84201-0039 | 10/16/2017 | Other Chapter 7 Administrative Expe | Allowed | 2990-000 | $0.00 | $774.91 | $774.91 | $774.91 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Payment of Interest on Taxes Owed, per Order dated 10/17/16 [ECF 122] | | | | | | | | | | | |
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>POB 3025<br>New Albany OH 43054-3025 | 05/13/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $17,474.00 | $17,474.94 | $17,474.94 | $0.00 | $0.00 | $0.00 | $17,474.94 |
| **Claim Notes:** | | | | | | | | | | | | |
| 2 | CAVALRY SPV I LLC<br><br>as Assignee of GE Capital<br>POB 27288<br>Tempe AZ 27288 | 06/01/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,000.00 | $6,991.67 | $6,991.67 | $0.00 | $0.00 | $0.00 | $6,991.67 |

CLAIM ANALYSIS REPORT

Page No: 3     Exhibit C

| Case No. | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
| Case Name: | Lujardo, Alina Alvarez | | Date: | 4/26/2018 |
| Claims Bar Date: | 08/08/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>PYOD, LLC its successors and assign<br>as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 06/10/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $11,464.00 | $11,464.08 | $11,464.08 | $0.00 | $0.00 | $0.00 | $11,464.08 |
| **Claim Notes:** | | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 06/10/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,896.00 | $1,692.64 | $1,692.64 | $0.00 | $0.00 | $0.00 | $1,692.64 |
| **Claim Notes:** | | | | | | | | | | | | |
| 5 | PYOD, LLC AS ASSIGNEE OF CITIBANK NA<br>c/o Resurgent Capital Svcs<br>POB 19008<br>Greenville SC 29602 | 06/25/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $21,130.00 | $21,130.04 | $21,130.04 | $0.00 | $0.00 | $0.00 | $21,130.04 |
| **Claim Notes:** | | | | | | | | | | | | |
| 6 | INBLOOM GROUP, LLC<br>Inbloom Group, Llc<br>C/O Hortensia Ullivarri & Flavio Ullivar<br>2500 Nw 79Th Ave., Ste. 215<br>Doral  33122 | 07/23/2015 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $12,784.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**CLAIM ANALYSIS REPORT**  Page No: 4      Exhibit C

| Case No. | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
| Case Name: | Lujardo, Alina Alvarez | | Date: | 4/26/2018 |
| Claims Bar Date: | 08/08/2015 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 08/04/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,679.00 | $2,760.15 | $2,760.15 | $0.00 | $0.00 | $0.00 | $2,760.15 |
| **Claim Notes:** | | | | | | | | | | | | |
| 8 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | 08/04/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $367.00 | $409.65 | $409.65 | $0.00 | $0.00 | $0.00 | $409.65 |
| **Claim Notes:** | | | | | | | | | | | | |
| 9 | CHASE BANK USA NA<br>POB 15145<br>Wilmington DE 19850-5145 | 08/06/2015 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $7,414.03 | $7,000.22 | $7,000.22 | $0.00 | $0.00 | $0.00 | $7,000.22 |
| **Claim Notes:** | | | | | | | | | | | | |
| | | | | | | **$171,332.39** | **$149,815.39** | **$36,178.94** | **$0.00** | | **$0.00** | **$113,636.45** |

CLAIM ANALYSIS REPORT

Page No: 5      Exhibit C

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
| Case Name: | Lujardo, Alina Alvarez | Date: | 4/26/2018 |
| Claims Bar Date: | 08/08/2015 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Ot | $40.32 | $40.32 | $0.00 | $0.00 | $0.00 | $40.32 |
| Accountant for Trustee Fees (Other | $11,097.80 | $9,000.00 | $0.00 | $0.00 | $0.00 | $9,000.00 |
| Attorney for Trustee Expenses (Trus | $3,485.01 | $3,485.01 | $0.00 | $0.00 | $0.00 | $3,485.01 |
| Attorney for Trustee Fees (Trustee | $30,887.50 | $26,000.00 | $0.00 | $0.00 | $0.00 | $26,000.00 |
| Costs to Secure/Maintain Property ( | $619.03 | $619.03 | $619.03 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $81,707.39 | $68,923.39 | $0.00 | $0.00 | $0.00 | $68,923.39 |
| Other Chapter 7 Administrative Expe | $35,559.91 | $35,559.91 | $35,559.91 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $7,747.70 | $6,000.00 | $0.00 | $0.00 | $0.00 | $6,000.00 |
| Trustee Expenses | $187.73 | $187.73 | $0.00 | $0.00 | $0.00 | $187.73 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     1:15-BK-13429-AJC
Case Name:    Alina Alvarez Lujardo
Trustee Name: Ross R. Hartog

Balance on hand: $51,720.30

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $51,720.30

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Ross Hartog, Trustee Fees | $6,000.00 | $0.00 | $6,000.00 |
| Ross Hartog, Trustee Expenses | $187.73 | $0.00 | $187.73 |
| MRTH PA, Attorney for Trustee Fees | $26,000.00 | $0.00 | $26,000.00 |
| MRTH PA, Attorney for Trustee Expenses | $3,485.01 | $0.00 | $3,485.01 |
| KapilaMukamal LLP, Accountant for Trustee Fees | $9,000.00 | $0.00 | $9,000.00 |
| KapilaMukamal LLP, Accountant for Trustee Expenses | $40.32 | $0.00 | $40.32 |

Total to be paid for chapter 7 administrative expenses: $44,713.06
Remaining balance: $7,007.24

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $7,007.24

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $7,007.24 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $68,923.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $17,474.94 | $0.00 | $1,776.62 |
| 2 | Cavalry SPV I LLC | $6,991.67 | $0.00 | $710.82 |
| 3 | PYOD, LLC its successors and assign | $11,464.08 | $0.00 | $1,165.52 |
| 4 | American Express Bank FSB | $1,692.64 | $0.00 | $172.09 |
| 5 | PYOD, LLC as Assignee of Citibank NA | $21,130.04 | $0.00 | $2,148.23 |
| 7 | Capital Recovery V, LLC | $2,760.15 | $0.00 | $280.62 |
| 8 | Capital Recovery V, LLC | $409.65 | $0.00 | $41.65 |
| 9 | Chase Bank USA NA | $7,000.22 | $0.00 | $711.69 |

|  | Total to be paid to timely general unsecured claims: | $7,007.24 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**