UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  
Alina Alvarez Lujardo

Case No. 15-13429-AJC
Chapter 7

Debtor(s)
_____/

## Trustee's Summary of Requested Fees and Expenses

☐ [If Checked] The chapter 7 Trustee is **not required** to file and serve a Notice of Trustee's Final Report and Application for Compensation on all parties of record because the amount of net proceeds realized does not exceed the amount set forth in Bankruptcy Rule 2002(f)(8) and the amount of any application for compensation does not exceed the amount set forth in Bankruptcy rule 2002(a)(6).

| Docket Entry # | Applicant Name and Role | Total Fees / Total Expenses | Interim Fees Paid / Interim Expenses Paid | Additional Fees Requested / Additional Expenses Requested |
|---|---|---|---|---|
| 131/132 | Ross Hartog, Trustee | $6,000.00 / $187.73 | $0.00 / $0.00 | $6,000.00 / $187.73 |
| 126/132 | MRTH PA, Attorney for Trustee | $26,000.00 / $3,485.01 | $0.00 / $0.00 | $26,000.00 / $3,485.01 |
| 128/132 | KapilaMukamal LLP, Accountant for Trustee | $9,000.00 / $40.32 | $0.00 / $0.00 | $9,000.00 / $40.32 |

Dated: 05/17/2018                Submitted by:

/s/ Ross R. Hartog
Ross R. Hartog, Chapter 7 Trustee
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301

LF-100 (05/04/09)