**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO. 15-13429-AJC |
| | Chapter 7 |
| **Alina Alvarez Lujardo,** | |
| Debtor./ | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)* was served on May 17, 2018, via served via U.S. Regular Mail (or via email via the Court's BNC).

Dated: May 17, 2018           /s/ **Ross R. Hartog**
                              ROSS R. HARTOG, CHAPTER 7 TRUSTEE
                              101 NE Third Avenue, Suite 1210
                              Fort Lauderdale, FL 33301
                              Telephone: (305) 670-5000

| | | |
|---|---|---|
| Aldridge Connors LLP<br>1615 S Congress Ave Ste 200<br>Delray Beach, FL 33445-6326 | Alina Alvarez Lujardo<br>2231 SW 82nd Pl<br>Miami, FL 33155-1250 | American Express<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Bank Atlantic Il<br>1750 E Sunrise Blvd<br>Fort Lauderdale, FL 33304-3013 |
| Bank Atlantic/Bb&T<br>200 W 2nd St<br>Winston Salem, NC 27101-4019 | Bank of America<br>Attn: Correspondence Unit/CA6-919-02-41<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Barry Mukamal<br>1 SE 3 Ave #2150<br>Miami, FL 33131-1716 | Bk of Amer<br>9000 Southside Blvd Bldg<br>Jacksonville, FL 32256-6705 | Bk of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063-6712 |
| Bmw Bank of North Amer<br>2735 E Parleys Way<br>Salt Lake City, UT 84109-1666 | BSI Financial Services, Inc., as servicing a<br>c/o Deluca Law Group, PLLC<br>2101 NE 26th Street<br>Fort Lauderdale, FL 33305-1535 | Cap One<br>PO Box 85015<br>Richmond, VA 23285-5015 |
| Cap1/bstby<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Cap1/casml<br>PO Box 5253<br>Carol Stream, IL 60197-5253 | Cap1/neimn<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 |
| Cap1/saks<br>3455 Highway 80 W<br>Jackson, MS 39209-7202 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One, N.A.<br>Capital<br>1 Bank USA N # A<br>Salt Lake City, UT 84130 |
| Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Cavalry SPV I, LLC as assigneeof GE Capital<br>Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Champlain Towers South Condominium Associati<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Ft. Lauderdale, FL 33312-6598 |
| Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP,<br>1 North Wacker Drive, Suite 4400,<br>Chicago, IL 60606-2841 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>PO Box 6241<br>Sioux Falls, SD 57117-6241 |
| Citi<br>701 E 60th St N<br>Sioux Falls, SD 57104-0493 | Citibank<br>Citicorp Credit Srvs/Centralized Bankrup<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |

Citibank NA
Citicorp/Attn: Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0040

Citibank Sd, NA
Attn: Centralized Bankruptcy
PO Box 20363
Kansas City, MO 64195-0363

Citibank/the Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179-0040

Citibankna
PO Box 769006
San Antonio, TX 78245-9006

Citibusiness Card
PO Box 183051
Columbus, OH 43218-3051

Comenity Bank/American Signature
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank/Amsgnfrn
4590 E Broad St
Columbus, OH 43213-1301

Comenity Bank/Avenue
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/New York & Company
Attention: Bankruptcy
PO Box 182686
Columbus, OH 43218-2686

Comenity Bank/Nwyrk&Co
220 W Schrock Rd
Westerville, OH 43081-2873

Comenity Bank/Vctrssec
PO Box 182789
Columbus, OH 43218-2789

Dell Financial Services
Dell Financial Services Attn: Bankrupcty
PO Box 81577
Austin, TX 78708-1577

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Dfs/webbank
1 Dell Way
Round Rock, TX 78682-7000

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850-5316

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

GECRB/ Dillards
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Gecrb/ Old Navy
Attention: GEMB
PO Box 103104
Roswell, GA 30076-9104

Gecrb/Brook Brothers
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

GECRB/Lowes
Attention: Bankruptcy Department
PO Box 103104
Roswell, GA 30076-9104

Gecrb/Sams Club
GECRB/Sams Club
PO Box 103104
Roswell, GA 30076-9104

Gemb/Walmart
Attn: Bankruptcy
PO Box 103104
Roswell, GA 30076-9104

Inbloom Group, LLC
c/o Hortensia Ullivarri & Flavio Ullivar
2500 NW 79th Ave., Ste. 215
Doral, FL 33122-1003

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jean Ryan
Ryan Law Firm, P.A.
8500 S.W. 92nd Street, Ste. 202
Miami, FL 33156-7379

Jose C Blanco
6780 Coral Way
Miami, FL 33155-1702

Kit R. Becker
Yamato Office Center #301
1 001 Yamato Road
Boca Raton, FL 33431-4403

Mayors Jewel
PO Box 94498
Las Vegas, NV 89193-4498

Nordstrom Fsb
PO Box 6555
Englewood, CO 80155-6555

Nordstrom FSB
Attention: Account Services
PO Box 6566
Englewood, CO 80155-6566

Ocean Bank
200 NE 3rd Ave
Fort Lauderdale, FL 33301-1148

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Patrick L Cordero Esq
7333 Coral Way
Miami, FL 33155-1402

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Ross R Hartog
9130 S Dadeland Blvd # 1800
Miami, FL 33156-7858

Sears/Cbna
PO Box 6189
Sioux Falls, SD 57117-6189

Special Asst. U.S. Attorney
1000 S. Pine Island Road #300
Fort Lauderdale, FL 33324-3910

Syncb/banana Rep
PO Box 965005
Orlando, FL 32896-5005

Syncb/Brook Bros
4125 Windward Plz
Alpharetta, GA 30005-8738

Syncb/Care Credit
PO Box 965036
Orlando, FL 32896-5036

Syncb/dillar
PO Box 965024
Orlando, FL 32896-5024

Syncb/gap
PO Box 965005
Orlando, FL 32896-5005

Syncb/lord & Tay
4125 Windward Plz
Alpharetta, GA 30005-8738

Syncb/lowes
PO Box 965005
Orlando, FL 32896-5005

Syncb/Old Navy
PO Box 965005
Orlando, FL 32896-5005

Syncb/Sams Club DC
PO Box 965005
Orlando, FL 32896-5005

Syncb/tjx Cos Dc
4125 Windward Plz
Alpharetta, GA 30005-8738

Syncb/Walmart
4125 Windward Plz
Alpharetta, GA 30005-8738

Target Nb
PO Box 673
Minneapolis, MN 55440-0673

Thd/Cbna
PO Box 6497
Sioux Falls, SD 57117-6497

U.S. Attorney General
950 Pennsylvania Ave NW
Washington, DC 20530-0009

United States Attorney
99 NE 4th St
Miami, FL 33132-2145

Volkswagon Credit Inc
National Bankruptcy Services
9441 Lyndon B Johnson Fwy Ste 250
Dallas, TX 75243-4640

VW Credit Inc
1401 Franklin Blvd
Libertyville, IL 60048-4460

WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS
SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wells Fargo Bank, NA
c/o Aldridge Connors LLP
3575 Piedmont Rd, N.E. #500
Atlanta, GA 30305-1623

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701-4747

Wffnb/Mattress Giant
PO Box 94498
Las Vegas, NV 89193-4498