**UNITED STATES BANKRUPCTY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 15-13429-AJC |
| **Alina Alvarez Lujardo,** | Chapter 7 |
| **Debtor./** | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Order Awarding Final Trustee's and Professional's Fees and Expenses* (ECF 135) was served on June 11, 2018, via email via the Court's BNC.

Dated: June 11, 2018           /s/ **Ross R. Hartog**
                               ROSS R. HARTOG, CHAPTER 7 TRUSTEE
                               101 NE Third Avenue, Suite 1210
                               Fort Lauderdale, FL 33301
                               Tel: (954) 767-0030