UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                            Case No. 15-13429-AJC
                                                                  Chapter 7 Proceeding
Alina Alvarez Lujardo,

                    Debtor                     /

### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the Creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on **June 11, 2018**. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

Date: June 11, 2018

                                                    By: */s/ Ross R. Hartog, Trustee*
                                                    Ross R. Hartog, Trustee
                                                    101 NE Third Avenue, Suite 1210
                                                    Fort Lauderdale, FL 33301
                                                    Telephone: (954) 767-0030
                                                    Facsimile: (305) 670-5011
                                                    Email: trustee@mrthlaw.com

## PROPOSED CLAIM DISTRIBUTION REPORT

| | | |
|---|---|---|
| **Trustee Name:** Ross R. Hartog | **Distribution Date:** | 04/26/2018 |
| **Case Number:** 15-13429-AJC | **Distribution Amt:** | $51,720.30 |
| **Case Name:** Lujardo, Alina Alvarez | **Tax ID:** | 306506417 |
| **Claims Bar Date:** 08/08/2015 | **Date:** | 6/11/2018 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | |
| Beginning Balance | | | | | | | | $51,720.30 |
| | KAPILAMUKAMAL LLP<br>1000 S. Federal Hwy, #200<br>Ft. Lauderdale FL 33316 | Accountant for Trustee Expenses (Ot | 3420-000 | $40.32 | $40.32 | $0.00 | $40.32 | $51,679.98 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 128] | | | | | | |
| Sub-Totals: Accountant for Trustee Expenses (Ot | | | | $40.32 | $40.32 | $0.00 | $40.32 | |
| | KAPILAMUKAMAL LLP<br>1000 S. Federal Hwy, #200<br>Ft. Lauderdale FL 33316 | Accountant for Trustee Fees (Other | 3410-000 | $9000.00 | $9,000.00 | $0.00 | $9,000.00 | $42,679.98 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 128]<br>Notice of Voluntary Fee Reduction [ECF 132] | | | | | | |
| Sub-Totals: Accountant for Trustee Fees (Other | | | | $9,000.00 | $9,000.00 | $0.00 | $9,000.00 | |
| | MRTH PA<br>9130 South Dadeland Blvd #1800<br>Miami FL 33156 | Attorney for Trustee Expenses (Trus | 3120-000 | $3485.01 | $3,485.01 | $0.00 | $3,485.01 | $39,194.97 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 126] | | | | | | |
| Sub-Totals: Attorney for Trustee Expenses (Trus | | | | $3,485.01 | $3,485.01 | $0.00 | $3,485.01 | |
| | MRTH PA<br>9130 South Dadeland Blvd #1800<br>Miami FL 33156 | Attorney for Trustee Fees (Trustee | 3110-000 | $26000.00 | $26,000.00 | $0.00 | $26,000.00 | $13,194.97 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 126]<br>Notice of Voluntary Fee Reduction [ECF 132] | | | | | | |
| Sub-Totals: Attorney for Trustee Fees (Trustee | | | | $26,000.00 | $26,000.00 | $0.00 | $26,000.00 | |
| | ROSS HARTOG<br>Ross Hartog<br>9130 S. Dadeland Boulevard<br>Suite 1800<br>Miami FL 33156 | Trustee Compensation | 2100-000 | $7747.70 | $6,000.00 | $0.00 | $6,000.00 | $7,194.97 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 131]<br>Notice of Voluntary Fee Reduction [ECF 132] | | | | | | |
| Sub-Totals: Trustee Compensation | | | | $7,747.70 | $6,000.00 | $0.00 | $6,000.00 | |
| | ROSS HARTOG<br>Ross Hartog<br>9130 S. Dadeland Boulevard<br>Suite 1800<br>Miami FL 33156 | Trustee Expenses | 2200-000 | $187.73 | $187.73 | $0.00 | $187.73 | $7,007.24 |
| | Percent Paid: 100.00% | Notes: FFA [ECF 131] | | | | | | |
| Sub-Totals: Trustee Expenses | | | | $187.73 | $187.73 | $0.00 | $187.73 | |

PROPOSED CLAIM DISTRIBUTION REPORT

| | | | | |
|---|---|---|---|---|
| **Trustee Name:** | Ross R. Hartog | | **Distribution Date:** | 04/26/2018 |
| **Case Number:** | 15-13429-AJC | | **Distribution Amt:** | $51,720.30 |
| **Case Name:** | Lujardo, Alina Alvarez | | **Tax ID:** | 306506417 |
| **Claims Bar Date:** | 08/08/2015 | | **Date:** | 6/11/2018 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution ||||| 
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | Balance |
| 1 | DISCOVER BANK<br>Discover Products Inc<br>POB 3025<br>New Albany OH 430543025 | General Unsecured 726(a)(2) | 7100-000 | $17474.94 | $1,776.62 | $0.00 | $1,776.62 | $5,230.62 |
| | Percent Paid: 10.17% | Notes: | | | | | | |
| 2 | CAVALRY SPV I LLC<br>as Assignee of GE Capital<br>POB 27288<br>Tempe AZ 27288 | General Unsecured 726(a)(2) | 7100-000 | $6991.67 | $710.82 | $0.00 | $710.82 | $4,519.80 |
| | Percent Paid: 10.17% | Notes: | | | | | | |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>PYOD, LLC its successors and assign as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | General Unsecured 726(a)(2) | 7100-000 | $11464.08 | $1,165.52 | $0.00 | $1,165.52 | $3,354.28 |
| | Percent Paid: 10.17% | Notes: | | | | | | |
| 4 | AMERICAN EXPRESS BANK FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 193550701 | General Unsecured 726(a)(2) | 7100-000 | $1692.64 | $172.09 | $0.00 | $172.09 | $3,182.19 |
| | Percent Paid: 10.17% | Notes: | | | | | | |
| 5 | PYOD, LLC AS ASSIGNEE OF CITIBANK NA<br>c/o Resurgent Capital Svcs<br>POB 19008<br>Greenville SC 29602 | General Unsecured 726(a)(2) | 7100-000 | $21130.04 | $2,148.23 | $0.00 | $2,148.23 | $1,033.96 |
| | Percent Paid: 10.17% | Notes: | | | | | | |
| 7 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 331311605 | General Unsecured 726(a)(2) | 7100-000 | $2760.15 | $280.62 | $0.00 | $280.62 | $753.34 |
| | Percent Paid: 10.17% | Notes: | | | | | | |

Page No: 2

## PROPOSED CLAIM DISTRIBUTION REPORT

| | | | |
|---|---|---|---|
| **Trustee Name:** | Ross R. Hartog | **Distribution Date:** | 04/26/2018 |
| **Case Number:** | 15-13429-AJC | **Distribution Amt:** | $51,720.30 |
| **Case Name:** | Lujardo, Alina Alvarez | **Tax ID:** | 306506417 |
| **Claims Bar Date:** | 08/08/2015 | **Date:** | 6/11/2018 |

| Claim No | Creditor Name: | Claim Class | Transaction Code | Proposed Distribution | | | | Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | Amount | Paid to Date | Interest | Proposed Paymt | |
| 8 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 331311605 | General Unsecured 726(a)(2) | 7100-000 | $409.65 | $41.65 | $0.00 | $41.65 | $711.69 |
| | Percent Paid: 10.17% | Notes: | | | | | | |
| 9 | CHASE BANK USA NA POB 15145 Wilmington DE 198505145 | General Unsecured 726(a)(2) | 7100-000 | $7000.22 | $711.69 | $0.00 | $711.69 | $0.00 |
| | Percent Paid: 10.17% | Notes: | | | | | | |
| Sub-Totals: General Unsecured 726(a)(2) | | | | $68,923.39 | $7,007.24 | $0.00 | $7,007.24 | |
| | | | **TOTALS:** | $115384.15 | $51720.30 | $0.00 | $51,720.30 | |