UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| In re: | § | Case No. 1:15-BK-13429-AJC |
|---|---|---|
| | § | |
| Alina Alvarez Lujardo | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ross R. Hartog, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $460,320.64 | Assets Exempt: | $5,000.00 |
| Total Distributions to Claimants: | $42,567.15 | Claims Discharged Without Payment: | $75,548.15 |
| Total Expenses of Administration: | $47,386.85 | | |

3)   Total gross receipts of $89,954.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $89,954.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $493,760.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $56,119.85 | $49,134.55 | $47,386.85 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $35,559.91 | $35,559.91 | $35,559.91 |
| General Unsecured Claims (from **Exhibit 7**) | $71,592.03 | $81,707.39 | $68,923.39 | $7,007.24 |
| **Total Disbursements** | $565,352.03 | $173,387.15 | $153,617.85 | $89,954.00 |

4). This case was originally filed under chapter 7 on 02/25/2015. The case was pending for 41 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/30/2018         By:   /s/ Ross R. Hartog
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Cash | 1129-000 | $500.00 |
| Chase Business Checking #6006 | 1129-000 | $2,000.00 |
| Clothes | 1129-000 | $150.00 |
| E Blooms Direct, Inc. | 1129-000 | $12,000.00 |
| Furniture & Decorative Items | 1129-000 | $2,000.00 |
| In Bloom Group | 1129-000 | $50,000.00 |
| Jewelry | 1129-000 | $150.00 |
| Estate's Right to Pursue Fully Disclosed Causes of | 1249-000 | $23,154.00 |
| **TOTAL GROSS RECEIPTS** | | **$89,954.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Atlantic Il | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bk of Amer | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bk of Amer | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibankna | 4110-000 | $64,037.00 | $0.00 | $0.00 | $0.00 |
| | Ocean Bank | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | VW Credit Inc | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Hm Mortgag | 4110-000 | $429,723.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$493,760.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ross Hartog, Trustee | 2100-000 | NA | $7,747.70 | $7,747.70 | $6,000.00 |
| Ross Hartog, Trustee | 2200-000 | NA | $187.73 | $187.73 | $187.73 |
| Trustee Insurance Agency | 2420-000 | NA | $619.03 | $619.03 | $619.03 |
| Bank of Texas | 2600-000 | NA | $544.78 | $544.78 | $544.78 |
| Green Bank | 2600-000 | NA | $591.99 | $591.99 | $591.99 |
| Union Bank | 2600-000 | NA | $917.99 | $917.99 | $917.99 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| MRTH PA, Attorney for Trustee | 3110-000 | | NA | $30,887.50 | $26,000.00 | $26,000.00 |
| MRTH PA, Attorney for Trustee | 3120-000 | | NA | $3,485.01 | $3,485.01 | $3,485.01 |
| KapilaMukamal LLP, Accountant for Trustee | 3410-000 | | NA | $11,097.80 | $9,000.00 | $9,000.00 |
| KapilaMukamal LLP, Accountant for Trustee | 3420-000 | | NA | $40.32 | $40.32 | $40.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $56,119.85 | $49,134.55 | $47,386.85 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 5800-000 | $0.00 | $774.91 | $774.91 | $774.91 |
| | Special Asst. U.S. Attorney | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | U.S. Attorney General | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United States Attorney | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | United States Treasury | 5800-000 | $0.00 | $34,785.00 | $34,785.00 | $34,785.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $35,559.91 | $35,559.91 | $35,559.91 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $17,474.00 | $17,474.94 | $17,474.94 | $1,776.62 |
| 2 | Cavalry SPV I LLC | 7100-000 | $7,000.00 | $6,991.67 | $6,991.67 | $710.82 |
| 3 | PYOD, LLC its successors and assign | 7100-000 | $0.00 | $11,464.08 | $11,464.08 | $1,165.52 |
| 4 | American Express Bank FSB | 7100-000 | $1,896.00 | $1,692.64 | $1,692.64 | $172.09 |
| 5 | PYOD, LLC as Assignee of Citibank NA | 7100-000 | $21,130.00 | $21,130.04 | $21,130.04 | $2,148.23 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Inbloom Group, Llc | 7100-000 | $0.00 | $12,784.00 | $0.00 | $0.00 |
| 7 | Capital Recovery V, LLC | 7100-000 | $2,679.00 | $2,760.15 | $2,760.15 | $280.62 |
| 8 | Capital Recovery V, LLC | 7100-000 | $367.00 | $409.65 | $409.65 | $41.65 |
| 9 | Chase Bank USA NA | 7100-000 | $7,414.03 | $7,000.22 | $7,000.22 | $711.69 |
| | Bk of Amer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bmw Bank of North Amer | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap One | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap1/bstby | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap1/casml | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap1/neimn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cap1/saks | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $11,464.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Amsgnfrn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Avenue | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Nwyrk&Co | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Comenity Bank/Vctrssec | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dfs/webbank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Dsnb Macys | 7100-000 | $2,168.00 | $0.00 | $0.00 | $0.00 |
| | Dsnb Macys | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Mayors Jewel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Nordstrom Fsb | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Sears/Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/banana Rep | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Brook Bros | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Care Credit | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/dillar | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/gap | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/lord & Tay | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Old Navy | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/tjx Cos Dc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Syncb/Walmart | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Target Nb | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Thd/Cbna | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Wffnb/Mattress Giant | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $71,592.03 | $81,707.39 | $68,923.39 | $7,007.24 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Date Filed (f) or Converted (c): | 02/25/2015 (f) |
| For the Period Ending: | 8/30/2018 | §341(a) Meeting Date: | 04/01/2015 |
| | | Claims Bar Date: | 08/08/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  8777 Collins Avenue, #603, Surfside, FL 33154 | $460,000.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:  Notice of Abandonment [ECF 113] | | | | | |
| 2  Cash | $20.00 | $500.00 | | $500.00 | FA |
| 3  Chase Business Checking #6006 | $87.06 | $2,000.00 | | $2,000.00 | FA |
| 4  Furniture & Decorative Items | $800.00 | $2,000.00 | | $2,000.00 | FA |
| 5  Clothes | $50.00 | $150.00 | | $150.00 | FA |
| 6  Jewelry | $250.00 | $150.00 | | $150.00 | FA |
| 7  E Blooms Direct, Inc. | Unknown | $12,000.00 | | $12,000.00 | FA |
| 8  In Bloom Group | Unknown | $50,000.00 | | $50,000.00 | FA |
| Asset Notes:  Order Approving Sale of Asset [ECF #104]  Report of Sale [ECF 117] | | | | | |
| 9  2014 Tax Refund | Unknown | $0.00 | | $0.00 | FA |
| 10  Estate's Right to Pursue Fully Disclosed Causes of   (u) | $0.00 | $23,154.00 | | $23,154.00 | FA |
| 11  Bank of America #3300   (u) | $320.64 | $0.00 | | $0.00 | FA |
| Asset Notes:  Amended Schedules [ECF 87] | | | | | |
| 12  Agroefecto Suministric dba Alpa Roses   (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes:  Amended Schedules [ECF 87] | | | | | |

**TOTALS (Excluding unknown value)**                                        **Gross Value of Remaining Assets**

$461,527.70        $89,954.00                                  $89,954.00          $0.00

**Major Activities affecting case closing:**
07/30/2018    TDR submitted to UST on 7/30/18

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2016 | /s/ ROSS R. HARTOG | |
| Current Projected Date Of Final Report (TFR): | 05/17/2018 | ROSS R. HARTOG | |

Page No: 1    Exhibit 9

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6417 | | Checking Acct #: | ******0611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2016 | | Union Bank | Transfer Funds | 9999-000 | $33,177.98 | | $33,177.98 |
| 11/17/2016 | (7) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1129-000 | $50.00 | | $33,227.98 |
| 11/17/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $150.00 | | $33,377.98 |
| 11/17/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,300.00 | | $34,677.98 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $40.58 | $34,637.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $35,137.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $35,637.40 |
| 12/16/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $36,137.40 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.64 | $36,080.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $36,580.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $37,080.76 |
| 01/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $37,580.76 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.89 | $37,521.87 |
| 02/17/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $38,021.87 |
| 02/17/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,000.00 | | $39,021.87 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.17 | $38,966.70 |
| 03/15/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $1,000.00 | | $39,966.70 |

SUBTOTALS    $40,177.98    $211.28

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6417 | | Checking Acct #: | ******0611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/15/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $40,466.70 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.80 | $40,402.90 |
| 04/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $40,902.90 |
| 04/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $41,402.90 |
| 04/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $41,902.90 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $63.62 | $41,839.28 |
| 05/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $204.00 | | $42,043.28 |
| 05/19/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $42,543.28 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $67.81 | $42,475.47 |
| 06/21/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $42,975.47 |
| 06/21/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $43,475.47 |
| 06/21/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $43,975.47 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $66.95 | $43,908.52 |
| 07/24/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $44,408.52 |
| 07/24/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $44,908.52 |
| 07/24/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 | | $45,408.52 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $71.32 | $45,337.20 |
| 08/15/2017 | | Green Bank | Transfer Funds | 9999-000 | | $45,337.20 | $0.00 |
| | | | **SUBTOTALS** | | $5,704.00 | $45,670.70 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******0611 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $45,881.98 | $45,881.98 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $33,177.98 | $45,337.20 | |
| | | | **Subtotal** | | $12,704.00 | $544.78 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $12,704.00 | $544.78 | |

| For the period of 2/25/2015 to 8/30/2018 | | For the entire history of the account between 11/08/2016 to 8/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $12,704.00 | Total Compensable Receipts: | $12,704.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,704.00 | Total Comp/Non Comp Receipts: | $12,704.00 |
| Total Internal/Transfer Receipts: | $33,177.98 | Total Internal/Transfer Receipts: | $33,177.98 |
| | | | |
| Total Compensable Disbursements: | $544.78 | Total Compensable Disbursements: | $544.78 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $544.78 | Total Comp/Non Comp Disbursements: | $544.78 |
| Total Internal/Transfer Disbursements: | $45,337.20 | Total Internal/Transfer Disbursements: | $45,337.20 |

**FORM 2**

Page No: 4    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******8885 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Lujardo Estate Checking |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2015 | | Alina Alvarez Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | * | $1,500.00 | | $1,500.00 |
| | {3} | | Chase Business Checking #6006  $700.00 | 1129-000 | | | $1,500.00 |
| | {7} | | E Blooms Direct, Inc.  $150.00 | 1129-000 | | | $1,500.00 |
| | {2} | | Cash  $500.00 | 1129-000 | | | $1,500.00 |
| | {5} | | Clothes  $150.00 | 1129-000 | | | $1,500.00 |
| 11/10/2015 | (8) | Ryan Law Firm P.A. | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1129-000 | $50,000.00 | | $51,500.00 |
| 11/16/2015 | | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | * | $1,500.00 | | $53,000.00 |
| | {4} | | Furniture & Decorative Items  $200.00 | 1129-000 | | | $53,000.00 |
| | {3} | | Chase Business Checking #6006  $1,300.00 | 1129-000 | | | $53,000.00 |
| 12/08/2015 | 5001 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $49.03 | $52,950.97 |
| 12/15/2015 | (4) | Alina Lujardo | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1129-000 | $1,500.00 | | $54,450.97 |
| 12/28/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.71 | $54,402.26 |
| 12/29/2015 | 5002 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $54,212.26 |
| 01/19/2016 | | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | * | $1,500.00 | | $55,712.26 |
| | {6} | | Jewelry  $150.00 | 1129-000 | | | $55,712.26 |
| | {4} | | Furniture & Decorative Items  $300.00 | 1129-000 | | | $55,712.26 |
| | {7} | | E Blooms Direct, Inc.  $1,050.00 | 1129-000 | | | $55,712.26 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.88 | $55,632.38 |
| 01/28/2016 | 5003 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $55,442.38 |
| 02/16/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,000.00 | | $56,442.38 |
| 02/16/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $500.00 | | $56,942.38 |

**SUBTOTALS**  $57,500.00    $557.62

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******8885 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Lujardo Estate Checking |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $81.24 | $56,861.14 |
| 02/25/2016 | 5004 | Trustee Insurance Agency | Property Insurance, per Local Rule 2016-1(A)(j) | 2420-000 | | $190.00 | $56,671.14 |
| 03/15/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/2015 | 1129-000 | $1,500.00 | | $58,171.14 |
| 03/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $77.85 | $58,093.29 |
| 04/15/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 | | $59,593.29 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.18 | $59,508.11 |
| 05/16/2016 | (7) | Alina Alvarez Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 | | $61,008.11 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.24 | $60,923.87 |
| 06/14/2016 | (10) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1249-000 | $1,500.00 | | $62,423.87 |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $89.25 | $62,334.62 |
| 07/18/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/2/15 | 1129-000 | $1,500.00 | | $63,834.62 |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.52 | $63,746.10 |
| 08/16/2016 | | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | * | $1,500.00 | | $65,246.10 |
| | {7} | | E Blooms Direct, Inc.    $750.00 | 1129-000 | | | $65,246.10 |
| | {10} | | Estate's Right to Pursue Fully Disclosed Causes of Action    $750.00 | 1249-000 | | | $65,246.10 |
| 08/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.30 | $65,152.80 |

SUBTOTALS   $9,000.00   $789.58

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******8885 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Lujardo Estate Checking |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2016 | (7) | Mariano Lujardo (Debtor's Son) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,500.00 | | $66,652.80 |
| 09/26/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.53 | $66,557.27 |
| 10/17/2016 | 5005 | United States Treasury | Payment of Final Estate taxes, per Order dated 10/17/16 [ECF 122] | 5800-000 | | $34,785.00 | $31,772.27 |
| 10/18/2016 | (7) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1129-000 | $1,000.00 | | $32,772.27 |
| 10/18/2016 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) Dated 10/27/15 | 1249-000 | $500.00 | | $33,272.27 |
| 10/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.29 | $33,177.98 |
| 11/08/2016 | | Integrity Bank | Transfer Funds | 9999-000 | | $33,177.98 | $0.00 |
| | | | **TOTALS:** | | $69,500.00 | $69,500.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $33,177.98 | |
| | | | Subtotal | | $69,500.00 | $36,322.02 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $69,500.00 | $36,322.02 | |

| For the period of 2/25/2015 to 8/30/2018 | | For the entire history of the account between 01/01/1900 to 8/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $69,500.00 | Total Compensable Receipts: | $69,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $69,500.00 | Total Comp/Non Comp Receipts: | $69,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $36,322.02 | Total Compensable Disbursements: | $36,322.02 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $36,322.02 | Total Comp/Non Comp Disbursements: | $36,322.02 |
| Total Internal/Transfer Disbursements: | $33,177.98 | Total Internal/Transfer Disbursements: | $33,177.98 |

FORM 2

Page No: 7      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2017 |  | Bank of Texas | Transfer Funds | 9999-000 | $45,337.20 |  | $45,337.20 |
| 08/22/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $45,837.20 |
| 08/22/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $46,337.20 |
| 08/22/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment pursuant to Order (ECF 98) 10/27/2015 | 1249-000 | $500.00 |  | $46,837.20 |
| 08/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $40.84 | $46,796.36 |
| 09/29/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $75.51 | $46,720.85 |
| 10/03/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment, per Order dated 10-27-15 [ECF 98] | 1249-000 | $500.00 |  | $47,220.85 |
| 10/03/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment, per Order dated 10-27-15 [ECF 98] | 1249-000 | $500.00 |  | $47,720.85 |
| 10/03/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment, per Order dated 10-27-15 [ECF 98] | 1249-000 | $500.00 |  | $48,220.85 |
| 10/16/2017 | 5001 | Internal Revenue Service | Payment of Accrued Interest, per Order dated 10/17/16 [ECF 122] | 5800-000 |  | $774.91 | $47,445.94 |
| 10/31/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $74.86 | $47,371.08 |
| 11/01/2017 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $500.00 |  | $47,871.08 |
| 11/01/2017 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $1,000.00 |  | $48,871.08 |
| 11/30/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $76.31 | $48,794.77 |
| 12/01/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $1,000.00 |  | $49,794.77 |
| 12/01/2017 | (10) | Alina Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF 98] | 1249-000 | $500.00 |  | $50,294.77 |
| 12/29/2017 |  | Green Bank | Bank Service Fee | 2600-000 |  | $81.16 | $50,213.61 |
| 01/23/2018 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF No. 98] | 1249-000 | $1,000.00 |  | $51,213.61 |
| 01/23/2018 | (10) | Alina Alvarez Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF No. 98] | 1249-000 | $500.00 |  | $51,713.61 |
| 01/31/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $81.73 | $51,631.88 |
| 02/26/2018 | (10) | Alina Lujardo (Debtor) | Settlement Payment per Order dated 10/27/15 [ECF No. 98] | 1249-000 | $250.00 |  | $51,881.88 |
| 02/28/2018 |  | Green Bank | Bank Service Fee | 2600-000 |  | $75.29 | $51,806.59 |
| **SUBTOTALS** |  |  |  |  | **$53,087.20** | **$1,280.61** |  |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-13429-AJC | | Trustee Name: | Ross R. Hartog |
|---|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6417 | | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $86.29 | $51,720.30 |
| 06/11/2018 | 5002 | KapilaMukamal LLP | Claim #: ; Distribution Dividend: 100.00;  Dividend: 17.40 Dividend: 17.40; Account Number: ; | 3410-000 | | $9,000.00 | $42,720.30 |
| 06/11/2018 | 5003 | KapilaMukamal LLP | Claim #: ; Distribution Dividend: 100.00;  Dividend: 0.07 Dividend: 0.07; Account Number: ; | 3420-000 | | $40.32 | $42,679.98 |
| 06/11/2018 | 5004 | MRTH PA | Claim #: ; Distribution Dividend: 100.00;  Dividend: 50.27 Dividend: 50.27; Account Number: ; | 3110-000 | | $26,000.00 | $16,679.98 |
| 06/11/2018 | 5005 | MRTH PA | Claim #: ; Distribution Dividend: 100.00;  Dividend: 6.73 Dividend: 6.73; Account Number: ; | 3120-000 | | $3,485.01 | $13,194.97 |
| 06/11/2018 | 5006 | Ross Hartog | Trustee Compensation | 2100-000 | | $6,000.00 | $7,194.97 |
| 06/11/2018 | 5007 | Ross Hartog | Trustee Expenses | 2200-000 | | $187.73 | $7,007.24 |
| 06/11/2018 | 5008 | Discover Bank | Claim #: 1; Distribution Dividend: 10.17;  Dividend: 3.43 Dividend: 3.43; Account Number: ; | 7100-000 | | $1,776.62 | $5,230.62 |
| 06/11/2018 | 5009 | Cavalry SPV I LLC | Claim #: 2; Distribution Dividend: 10.17;  Dividend: 1.37 Dividend: 1.37; Account Number: ; | 7100-000 | | $710.82 | $4,519.80 |
| 06/11/2018 | 5010 | PYOD, LLC its successors and assign | Claim #: 3; Distribution Dividend: 10.17;  Dividend: 2.25 Dividend: 2.25; Account Number: ; | 7100-000 | | $1,165.52 | $3,354.28 |
| 06/11/2018 | 5011 | American Express Bank FSB | Claim #: 4; Distribution Dividend: 10.17;  Dividend: 0.33 Dividend: 0.33; Account Number: ; | 7100-000 | | $172.09 | $3,182.19 |
| 06/11/2018 | 5012 | PYOD, LLC as Assignee of Citibank NA | Claim #: 5; Distribution Dividend: 10.17;  Dividend: 4.15 Dividend: 4.15; Account Number: ; | 7100-000 | | $2,148.23 | $1,033.96 |
| 06/11/2018 | 5013 | Capital Recovery V, LLC | Claim #: 7; Distribution Dividend: 10.17;  Dividend: 0.54 Dividend: 0.54; Account Number: ; | 7100-000 | | $280.62 | $753.34 |
| 06/11/2018 | 5014 | Capital Recovery V, LLC | Claim #: 8; Distribution Dividend: 10.17;  Dividend: 0.08 Dividend: 0.08; Account Number: ; | 7100-000 | | $41.65 | $711.69 |
| 06/11/2018 | 5015 | Chase Bank USA NA | Claim #: 9; Distribution Dividend: 10.17;  Dividend: 1.37 Dividend: 1.37; Account Number: ; | 7100-000 | | $711.69 | $0.00 |

SUBTOTALS         $0.00         $51,806.59

Page No: 9   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | TOTALS: |  | $53,087.20 | $53,087.20 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $45,337.20 | $0.00 | |
|  |  |  | Subtotal |  | $7,750.00 | $53,087.20 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | Net |  | $7,750.00 | $53,087.20 | |

| For the period of 2/25/2015 to 8/30/2018 | | For the entire history of the account between 08/15/2017 to 8/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,750.00 | Total Compensable Receipts: | $7,750.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,750.00 | Total Comp/Non Comp Receipts: | $7,750.00 |
| Total Internal/Transfer Receipts: | $45,337.20 | Total Internal/Transfer Receipts: | $45,337.20 |
| | | | |
| Total Compensable Disbursements: | $53,087.20 | Total Compensable Disbursements: | $53,087.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $53,087.20 | Total Comp/Non Comp Disbursements: | $53,087.20 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 10                            Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 15-13429-AJC | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | Lujardo, Alina Alvarez | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6417 | Checking Acct #: | ******2901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 2/25/2015 | Blanket bond (per case limit): | $84,082,000.00 |
| For Period Ending: | 8/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $89,954.00 | $89,954.00 | $0.00 |

**For the period of 2/25/2015 to 8/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $89,954.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89,954.00 |
| Total Internal/Transfer Receipts: | $78,515.18 |
| | |
| Total Compensable Disbursements: | $89,954.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $89,954.00 |
| Total Internal/Transfer Disbursements: | $78,515.18 |

**For the entire history of the case between 02/25/2015 to 8/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $89,954.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $89,954.00 |
| Total Internal/Transfer Receipts: | $78,515.18 |
| | |
| Total Compensable Disbursements: | $89,954.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $89,954.00 |
| Total Internal/Transfer Disbursements: | $78,515.18 |

/s/ ROSS R. HARTOG

ROSS R. HARTOG