**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on October 2, 2018**

*A. Jay Cristol*
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 15−13429−AJC**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Alina Alvarez Lujardo
aka Alina Alzugaray
2231 SW 82nd Pl
Miami, FL 33155−1250

SSN: xxx−xx−6526

## FINAL DECREE

The trustee, Ross R Hartog, having filed a final report that the estate has been fully administered, is discharged and the case is closed.