```
                          United States Bankruptcy Court
                           Southern District of Florida
In re:                                                          Case No. 15-13429-AJC
Alina Alvarez Lujardo                                           Chapter 7
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: cervinom              Page 1 of 1                  Date Rcvd: Jun 26, 2019
                              Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2019.
db              #Alina Alvarez Lujardo,    2231 SW 82nd Pl,    Miami, FL  33155-1250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2019 at the address(es) listed below:
              Alice A Blanco    on behalf of Creditor    Wells Fargo Bank, NA ecfflsb@aldridgepite.com,
               ablanco@ecf.inforuptcy.com
              Brandi Rainey Lesesne, Esq.    on behalf of Creditor    Wells Fargo Bank, NA
               ecfflsb@aldridgepite.com,   blesesne@ecf.inforuptcy.com
              D Jean Ryan, Esq.    on behalf of Interested Party Jean  Ryan courtmail@ryanlawpa.com,
               ryanlawpa@gmail.com;r63178@notify.bestcase.com
              John H Lee    on behalf of Trustee Ross R Hartog jlee@mrthlaw.com,    ecfnotices@mrthlaw.com,
               mrthbkc@gmail.com,jgarey@mrthlaw.com,ycandia@mrthlaw.com,
               gruiz@mrthlaw.com;markowitzjr73991@notify.bestcase.com,jlee@ecf.courtdrive.com
              Maurice D. Hinton, Esq.    on behalf of Creditor    BSI Financial Services, Inc., as servicing
               agent for HMC Assets, LLC, solely in its capacity as trustee hintonlawgroup@gmail.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Patrick L Cordero, Esq    on behalf of Debtor Alina Alvarez Lujardo ecfmail@pcorderolaw.com
              Ross R Hartog    rhartog@mrthlaw.com,
               FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com
              Zach B Shelomith    on behalf of Creditor    Champlain Towers South Condominium Association, Inc.
               zbs@lsaslaw.com,   fpd@lsaslaw.com;info@lsaslaw.com;zshelomith@ecf.inforuptcy.com
                                                                                             TOTAL: 9



# NOTICE OF UNSWORN AND UNVERIFIED DOCUMENTS AND OF SUSPENSION OF ATTORNEY MAITE DIAZ

Notice is hereby given that an Order was entered on June 25, 2019, in the case of *In re Aldo Pina*, Case No. 18-15928-JKO, which found that **Attorney Maite Diaz** has engaged in a consistent practice of filing Schedules and Statements of Financial Affairs which were neither seen nor signed by the respective Debtors in that case and in more than 100 other cases filed by Attorney Maite Diaz, all in violation of applicable statutes and rules. That practice may have occurred in this case.

Attorney Maite Diaz has been suspended from practice before this Court for a period of **two years** commencing **August 1, 2019**. Attorney Maite Diaz has been referred to the United States District Court and to The Florida Bar with a recommendation that she be **DISBARRED**. Attorney Maite Diaz has been referred to the Office of the United States Trustee and to the United States Attorney for such further investigation as those agencies see fit.

Parties in interest may wish to consult counsel to advise them of the implications, if any, of the findings of the Court in the case of *In re Aldo Pina* and of the applicability of those findings to this case.